CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE DAVE LEE BRANNON

FILED by ___ D.C.
JAN 29 2013
STEVEN M. LARIMORE
CLERK U.S. DIST CT
S.D. OF FLA - W.P.B.

CASE NO.: 12-81311-Civ-Middlebrooks/Brannon

DATE: January 29, 2013 @ 1:00 p.m.

DAR/TIME IN COURT: 12:59:26 / 10 MINS.

UNITED STATES COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff(s),

vs.

HUNTER WISE COMMODITIES, LLC, et al.,

    Defendant(s).

P. Attorney(s): Carlin Metzger, Jeff Le Riche, Joseph Koniezeski, Rosemary Hollinger

D. Attorney(s): Jay Grossman, James Sallah, Josh Katz, Jeff Pepin, John King, & Gary Sinclair

Type of Hearing: TELEPHONIC SCHEDULING CONFERENCE

Result of Hearing: Counsel Present. Court to issue Scheduling Order & Order of referral of mediation.