UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81311-CIV-MIDDLEBROOKS/BRANNON

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

    Plaintiff,

vs.

HUNTER WISE COMMODITIES, LLC,
*et al.*,

    Defendants.
_____/

## ORDER ON SPECIAL MONITOR'S APPLICATION TO EMPLOY

THIS CAUSE is before the Court upon Special Monitor Melanie Damian's ("Special Monitor") Application to Employ Quarles & Brady LLP as Associate Counsel (DE 112) ("Application"), filed April 17, 2013. I have reviewed the Application and the record in this case, and am otherwise fully advised in the premises.

After reviewing the Application and noting that the Commodity Futures Trading Commission does not oppose the request, I find good cause exists to allow the Special Monitor to retain Quarles & Brady LLP as associate counsel for the limited purpose of serving as the Special Monitor's local counsel in the declaratory relief action pending in the United States District Court in and for the Northern District of Illinois.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Application to Employ Quarles & Brady LLP as Associate Counsel (DE 112) is **GRANTED**. The Special Monitor is authorized to employ Quarles & Brady LLP as associate counsel for the purposes of serving as local counsel in the action styled

*Hunter Wise Commodities, LLC v. U.S. Commodity Futures Trading Commission*, Case No. 1:12-cv-07656 (N.D. Ill., filed Sept. 25, 2012), and in any other matter in the Northern District of Illinois, in accordance with the terms proposed in the Application.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this ___19___ day of April, 2013.

_____
DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record