UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-81311-CIV-MIDDLEBROOKS/BRANNON

UNITED STATES COMMODITY
FUTURES TRADING COMMISSION,

    Plaintiff,

vs.

HUNTER WISE COMMODITIES, LLC,
et al.,

    Defendants.
_____/

## ORDER REQUIRING RESPONSE

THIS CAUSE comes before the Court upon Special Monitor and Corporate Manager Melanie E. Damian's (the "Special Monitor") Initial Report (DE 102) ("Report"), filed March 22, 2013. I have reviewed the Report and the record in this case, and I am otherwise fully advised in the premises.

In her Report, the Special Monitor recommends "the conversion of this case to a full Receivership in order to liquidate all remaining assets of the Entity Defendants, recover assets from the Individual Defendants as well as third-party transferees, and effectuate a comprehensive claims process that would allow for distributions to creditors and investors . . . ." (DE 102 at 2, 45). As noted by the Special Monitor, "the Appointment Order and the Injunction Order do not provide for the liquidation and disposal of assets or the distributions of proceeds to the end-customers." (*Id.* at 45).

The Special Monitor also asks the Court to "stay all legal proceedings involving the Lloyds Entities (or their subsidiaries) and the Dealer Entities (or their subsidiaries), in which they are

defendants, pending further evaluation by the Monitor and direction from this Court based on the status of the Monitorship and/or additional authority provided to the Court . . . ." (DE 102 at 39).[1] She also asks the Court for permission to stay the Northern District of Illinois action on behalf of Hunter Wise Commodities pending the resolution of this action, or, in the alternative, to have the Illinois action transferred to this Court.

Before the Court takes any action pursuant to the Special Monitor's Report, the Parties should be afforded an opportunity to be heard on the issues involved. Further, the Special Monitor may also respond to this Order if she has any additional information or positions that the Court should consider before taking action.

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties shall respond to the Special Monitor's recommendations contained within her Initial Report (DE 102) **on or before Friday, April 26, 2013.** Specifically, the responses should address the conversion of this case into a full Receivership and permitting the Special Monitor to pursue and/or stay litigation as proposed in the Report.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 19 day of April, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record

---

[1] The Special Monitor indicated that additional time was required to evaluate and assess each of the legal actions and make a determination as to each case. (*See* DE 102 at 39). When this is completed, the Special Monitor should brief the Court and the Parties on the issue.