# EXHIBIT B
*(Damian & Valori invoices)*

United States Commodity Futures Trading Commission
525 W Monroe Street
Suite 1100
Chicago, IL 60661
**Attention:** CFTC - Chicago Regional Office

| | |
|---|---|
| Invoice Date: | April 30, 2014 |
| End of Billing Date: | Apr 30/14 |
| | Client #:725 |
| | Inv  #:10659 |

**RE:** United States Commodity Futures Trading Commission v. Hunter Wise Commodities, LLC, et al.

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|------|-------------|-------|--------|--------|
| Jan-02-14 | [Asset analysis and recovery] Telephone call with counsel for the CFTC regarding bankruptcy filing of the Burbages, applicable deadlines and sections of the Bankruptcy Code, filing of motion to extend applicable deadlines, and strategy regarding appearing in bankruptcy case, possibly obtaining stay relief, and continuing settlement negotiations with Burbage for the entry of a consent order (.4); coordinate obtaining consent from the Burbages' bankruptcy counsel to an extension of deadlines to object to claimed exemptions, discharge and dischargeability of debt and review correspondence to counsel requesting consent (.2); review emails with person claiming ownership of gold bars frozen at Delaware Depository regarding additional documents provided to demonstrate ownership and independent source of funds used to purchase it (.2). | 0.80 | 212.00 | KDM |
| | [Asset analysis and recovery] Draft letter to GoDaddy terminating accounts | 0.50 | 75.00 | AF |
| | [Asset analysis and recovery] Telephone call from investor. | 0.10 | 20.00 | IJA |
| | [Asset analysis and recovery] E-mail and telephone call to T. Grice regarding extension | 0.60 | 120.00 | IJA |

of deadlines in Burbage bankruptcy; and telephone call to R. Forkey regarding contact information.

| | | | | |
|---|---|---|---|---|
| | [Business operations] Review and approve letter to GoDaddy requesting cancellation and turnover of records of all accounts of the Receivership Defendants (.2). | 0.20 | 53.00 | KDM |
| Jan-03-14 | [Asset analysis and recovery] Review and revise Motion for extension of deadline to object to claimed exemptions, discharge and/or dischargeability of debt and coordinate filing and setting of hearing (.4); review email from counsel for client of predecessor-in-interest of Lloyds Commodities regarding claims against Lloyds, respond to email, and telephone call with counsel regarding his client's claims and the status of the Monitorship and CFTC enforcement action (.6). | 1.00 | 265.00 | KDM |
| | [Asset analysis and recovery] Draft motion to extend deadlines to object to discharge in Burbage Bankruptcy, research stay issue; and file Motion. | 2.00 | 400.00 | IJA |
| | [Business operations] Review and approve disbursements for HW Financial. | 0.40 | 106.00 | MME |
| | [Business operations] (Melissa McCarthy) Answered incoming calls and emails from dealers, employees and investors to the designated Corporate Monitor Phone line providing basic information regarding CFTC complaint and account status. | 0.80 | 116.00 | mm |
| Jan-06-14 | [Asset analysis and recovery] Telephone call from counsel for Jager and his companies regarding proposed periodic payments to the Monitor and Monitor's expedited consideration of disbursement requests (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Telephone call from T. Grice regarding Burbage Bankruptcy. | 0.30 | 60.00 | IJA |

| | | | | |
|---|---|---|---|---|
| | [Business operations] (Melissa McCarthy) Answered incoming calls and emails from dealers, employees and investors to the designated Corporate Monitor Phone line providing basic information regarding CFTC complaint and account status. | 0.30 | 43.50 | mm |
| Jan-07-14 | [Asset analysis and recovery] Email from bankruptcy counsel for the Burbages regarding consent to extension of time to object to claimed exemptions, discharge and dischargeability of debt, preparation of proposed Order, and Debtor's execution of draft of Consent Judgment in enforcement action and coordinate preparation of proposed Order (.2); review and approve proposed Order granting extension of deadlines and review correspondence with bankruptcy counsel (.2); emails with counsel for CFTC regarding upcoming oral argument on Defendants Jager and Martin's appeal of the Injunction Order and the Appointment Order (.1); emails to and from forensic accountant regarding keys to storage and Hunter Wise laptop and shipping them to Receiver (.1). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] Draft order granting extension of deadline to object to discharge in Burbage's bankruptcy proceeding; read e-mails regarding Burbage negotiation; and contact counsel regarding same. | 0.10 | 20.00 | IJA |
| | [Case administration] Review Defendant John King's Notice of Change of Address and coordinate updating of Service Lists (.1). | 0.10 | 26.50 | KDM |
| Jan-08-14 | [Asset analysis and recovery] Emails to and from FDIC regarding latest production of documents and whether further documents will be produced (.2); email from bankruptcy counsel for Burbage regarding consent to entry of Order granting Motion for extension of time to object to claimed exemptions, discharge and/or dischargeability of debt and | 0.50 | 132.50 | KDM |

coordinate uploading of Order (.2); review Order setting status conference in ancillary action in state court against Lloyds entity and coordinate calendaring of status conference (.1).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Receive update regarding preparation of Receiver's Status Report and provide information to be included | 0.40 | 106.00 | KDM |

in that Report (.3); review letter from counsel for end-customer regarding death and probate estate of end-customer and new contact information and coordinate updating of contact information for that end-customer (.1).

| | | | | |
|---|---|---|---|---|
| Jan-09-14 | [Asset analysis and recovery] Review Order entered in bankruptcy case of the Burbages and monitor the status of that bankruptcy case (.2). | 0.20 | 53.00 | KDM |
| Jan-10-14 | [Asset analysis and recovery] Report to Monitor status of negotiations with counsel for HW Financial regarding periodic payments to the Estate and approval of recent disbursement requests (.2); review Defendant Jager's First Motion for Discovery for Limited Purpose of Disclosing and Deposing Expert Witness (.2); emails to and from counsel for CFTC regarding latest draft of Consent Order against Lloyds Entities, Burbage and Gaudino (.1); review draft Consent Order and confer with Monitor regarding latest revisions and her execution thereof (.9); review certain emails involving Defendants Jager and Martin and strategize regarding potential assets of the Estate and investigating those assets (.5). | 1.90 | 503.50 | KDM |
| | [Business operations] (Melissa McCarthy) Answered incoming calls and emails from dealers, employees and investors to the designated Corporate Monitor Phone line providing basic information regarding CFTC complaint and account status. | 1.00 | 145.00 | mm |

| | | | | |
|---|---|---|---|---|
| | [Case administration] Follow up on status of preparation of Fourth Status Report of Receiver and provide additional information to be included in the Report (.4); report to Monitor status of preparation of Report and timing for completion (.1). | 0.50 | 132.50 | KDM |
| Jan-13-14 | [Asset analysis and recovery] telephone call from counsel for HWIC-Cayman regarding accounts frozen at Standard Bank and status of monitorship and CFTC enforcement, including upcoming trial (.3); review Order requiring expedited briefing on Jager and Martin's motion to re-open discovery for limited purpose of disclosing and depositing expert witness and coordinate calendaring of briefing deadlines (.1). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Review Receivership Order and documents produced by investor, Mark Pavlick pursuant to his request for release of metals in preparation for telephone conference with Mr. Pavlick (.5). | 0.50 | 100.00 | SMP |
| Jan-14-14 | [Asset analysis and recovery] Receive report regarding status of demand letters to dealers against which CFTC restitution orders were entered and strategize regarding those letters (.3); telephone call with Monitor and counsel for CFTC regarding recent emails from Jager and Martin regarding possible business venture and assets to investigate and outcome of investigation (.2). | 0.50 | 132.50 | KDM |
| | [Business operations] (Melissa McCarthy) Answered incoming calls and emails from dealers, employees and investors to the designated Corporate Monitor Phone line providing basic information regarding CFTC complaint and account status. | 0.50 | 72.50 | mm |
| | [Case administration] Discuss with I. Alexander issues pertaining to Receiver's Status Report (.1); Strategize regarding demand letter to dealers (.1). | 0.20 | 40.00 | SMP |

| Jan-15-14 | [Asset analysis and recovery] Meet with CFTC counsel regarding status. | 0.30 | 79.50 | MME |
|---|---|---|---|---|
| | [Asset analysis and recovery] (No charge) Attend oral argument in front of 11th Circuit on jurisdictional issues. | 2.00 | 0.00 | MME |
| | [Asset analysis and recovery] Review Agreed Order granting motion for extension of time to object to claimed exemptions, discharge and dischargeability of debt, forward to counsel for the CFTC, and coordinate calendaring of new deadline (.2); review CFTC's Response in Opposition to Jager and Martin's motion to re-open discovery for limited purposes (.2); strategize with Monitor and counsel for CFTC regarding oral argument and the appellate panel's questions and apparent focus for Jager and Martin's appeal of the Injunction Order and the Appointment Order, and effect of appeal on upcoming trial (.7); emails to and from person claiming ownership of 7 gold bars frozen at Delaware Depository regarding status of investigation into his ownership and the source of the funds and his recent production of documents and follow up on completion of investigation and final determination (.2). | 1.30 | 344.50 | KDM |
| | [Asset analysis and recovery] Review request for status of analysis of documentation from Alan McGraw in support of his claim to gold bars frozen at DDS and correspondence from K. Murena regarding same (.2). | 0.20 | 40.00 | SMP |
| | [Business operations] Emails to and from Kapila and Company and M. McCarthy regarding gathering documents necessary for preparation of 1099s to be sent to end-customers and coordinate gathering of information and documents and determining whether 1099s will be provided to end-customers directly or through customer portals (.3). | 0.30 | 79.50 | KDM |

|  | [Case administration] Continue working on preparation of Fourth Report of Monitor, including reviewing and revising outline and providing additional information to be included in Report (1.4). | 1.40 | 371.00 | KDM |
| Jan-16-14 | [Asset analysis and recovery] Review Notice by JB Grossman of Charging Lien (.1); prepare Certificate of Service of Order granting motion for extension of time to object to claimed exemptions, discharge and dischargeability of debt and coordinate filing of Certificate of Service and serving of Order (.1); emails to and from counsel for the Burbages regarding the cancellation of the hearing on our Motion for extension of deadlines, review docket to confirm cancellation and inform counsel of cancellation (.2); review recent court filings by Debtor in Burbage bankruptcy case to monitor status of case (.3) review Jager and Martin's Reply in Support of Motion to re-open discovery for purposes of disclosing and deposing expert witness (.3); telephone call and email from counsel for CFTC regarding status of freezing and transfer of balances of accounts of Gaudino and Gaudino Financial, agreement with Gaudino regarding entitlement to funds in certain accounts and applicability of proposed Consent Order, and possible need for motion and order authorizing the Monitor to release certain funds to Gaudino pursuant to agreement of the parties, and confirm status of the various accounts of Gaudino and Gaudino Financial (.5); review letter from counsel for Haskell & White regarding production of documents pursuant to Subpoena, begin to peruse documents produced and coordinate forwarding production to forensic accountant for analysis (.6); emails to and from person claiming ownership of gold bars frozen at DDS regarding final stage of the investigation into his ownership and the source of the funds used to purchase the bars (.2). | 2.30 | 609.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review Order on Plaintiff's Motion for Preliminary Injunction in preparation of handling investor requests for releases of metals and funds. | 0.40 | 80.00 | SMP |
| | [Asset analysis and recovery] Save documents produced by Haskell and White to server for attorney review. | 0.20 | 20.00 | pl |
| | [Business operations] Review and approve payment requests. | 0.20 | 53.00 | MME |
| | [Case administration] Telephone calls to and from end-customer regarding status, nature and background of CFTC enforcement and the monitorship and refer customer to the Monitor's website to review the various Court filings (.6). | 0.60 | 159.00 | KDM |
| Jan-17-14 | [Asset analysis and recovery] Review and approve expenses. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Emails to and from counsel for the CFTC and the Monitor regarding the Consent Order involving Gaudino, Burbage and the Lloyds entities and send copy of Consent Order executed by Monitor to counsel for CFTC (.2); email from counsel for CFTC regarding status of execution by Defendants of Consent Order involving Lloyds, Burbage and Gaudino, issue related to recent transfer of funds from frozen accounts of those defendants to the Monitor, including transfer after Burbage filed for bankruptcy, filing of separate motion to authorize Monitor to return certain funds to Gaudino (.2); telephone call from counsel for CFTC regarding the foregoing issues and issue related to emails of Jager and Martin (.3) review the latest emails from person claiming ownership of gold bars at DDS, person claiming ownership of funds at Baird, and person claiming ownership of silver bars purchased through possible HW dealer, strategize regarding status of investigation into their claims to ownership and independent source of funds or funds used to purchase the metals, approve letter to one | 1.90 | 503.50 | KDM |

claimant regarding status of investigation and coordinate finalizing of affidavits for one claimant to sign, completing investigation into second claimant and preparing affidavit for him to sign, and investigating dealer through which third claimant purchased the metals to determine if connection to Hunter Wise (1.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Conference regarding multiple requests for release of funds or metals allegedly held and source by independent entities not under Corporate Monitorship and status, strategy and course of action pertaining to handling of same. | 0.90 | 180.00 | SMP |
| [Asset analysis and recovery] Review correspondence from investor, Fredd Brett with additional information in support of his request for release of funds from Baird & Co. (.2); Prepare responsive correspondence to Fredd Brett (.1). | 0.30 | 60.00 | SMP |
| [Asset analysis and recovery] Attention to confirming that Hearing on Special Monitor and Corporate Manager's Motion for Extension of Time to Object to Debtors' Claimed Exemptions, Discharge and/or Dischargeability of Debt scheduled for next week was cancelled as parties entered into agreed Order allowing Monitor 10 days from entry of judgment in underlying litigation to object and ensuring reminder is calendared for same. | 0.20 | 40.00 | SMP |
| [Business operations] (Mary Dhanji) Work on accounting and preparation of 1099 and for Surichi Baenz (0.5); review W2 information for both HW Services and HW Commodities (0.5). | 1.00 | 100.00 | pl |
| [Business operations] (Melissa McCarthy) Answered incoming calls and emails from dealers, employees and investors to the designated Corporate Monitor Phone line providing basic information regarding CFTC complaint and account status. | 0.30 | 43.50 | mm |

| | | | | |
|---|---|---|---|---|
| | [Case administration] Telephone call from investor regarding status of the monitorship and the CFTC enforcement action, the upcoming trial, and fraudulent attempt by third party to obtain payment from customer in exchange for recovery of funds from Hunter Wise (.2); return call of end customer inquiring as to the status of monitorship and CFTC enforcement action and likelihood of distribution to end-customers, and refer him to monitorship website (.3). | 0.50 | 132.50 | KDM |
| | [Case administration] Initial review and analysis of file and status of Enforcement Action, pertinent Court Orders regarding the Monitorship, prior Reports, and Attorney Notes in preparation of drafting Special Monitor and Corporate Manager's Fourth Status Report. | 2.00 | 400.00 | SMP |
| Jan-20-14 | [Asset analysis and recovery] Review proposed Unopposed Motion to enter Consent Order for Permanent Injunction for Lloyds entities, Gaudion and Burbage and proposed<br><br>Order authorizing Monitor to return certain funds to Gaudino and respond to email from CFTC regarding filing of same (.5). | 0.50 | 132.50 | KDM |
| | [Business operations] (Mary Dhanji) Telephone conference with S. Baenz regarding additional 1099 information needed to finalize 1099. | 0.50 | 50.00 | pl |
| | [Business operations] (Mary Dhanji) Work with ADP Payroll service regarding W2 and 1099 to be delivered by January 31. | 0.50 | 50.00 | pl |
| | [Business operations] Work with M. Dhanji on banking records in preparations for 1099's. | 0.80 | 116.00 | pl |
| | [Case administration] (No charge) Review invoices. | 1.50 | 0.00 | MME |
| | [Case administration] Continue assisting with preparation of Monitor's Fourth Report (1.5). | 1.50 | 397.50 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Case administration] (No charge) Finish reviewing and revising invoice for purposes of preparing Fee Application and confer with Monitor (.5). | 0.50 | 0.00 | KDM |
|  | [Case administration] Continue review of file regarding status of Monitorship since last Reporting Period, identify and analyze areas in which activity took place and prepare Outline of Special Monitor and Corporate Manager's Fourth Status Report (2.9); Multiple conferences regarding status of various Monitorship issues and issues in the Enforcement Action (.8); Begin preparation of Special Monitor and Corporate Manager's Fourth Status Report including Introduction (1.1). | 4.80 | 960.00 | SMP |
| Jan-21-14 | [Asset analysis and recovery] Review recent court filings in state court actions against Lloyds entities to monitor the status of those case from which Lloyds has not yet been dismissed (.3); email from J.B. Grossman forwarding Subpoenas he received for Hunter Wise issued in context of state court action brought by State of Florida, review those Subpoenas, and coordinate preparing responses to Subpoenas and producing the Appointment Order and the Injunction Order (.5). | 0.80 | 212.00 | KDM |
|  | [Asset analysis and recovery] Conference regarding status of draft Declaration for Investor to sign in support of request for release of metals sourced through HWIC. | 0.20 | 40.00 | SMP |
|  | [Business operations] (Mary Dhanji) Work on reconciliation of accounts (0.5); work on SFAR accounting report for Monitor's Fourth Status Report (0.5). | 1.00 | 100.00 | pl |
|  | [Case administration] Pull from file, dates and other information to confirm to assist in preparation of Monitor's Fourth Status Report, and discuss Exhibits that need to be prepared and information that needs to be | 1.40 | 280.00 | SMP |

updated and revised for Exhibits to Report.

| | | | | |
|---|---|---|---|---|
| | [Case administration] Review of litigation in Enforcement Action in preparation of updating section on same in Monitor's Fourth Status Report (.4); Continued preparation of Monitor's Fourth Status Report (.4). | 0.80 | 160.00 | SMP |
| Jan-22-14 | [Case administration] Email from counsel for CFTC regarding Updated Joint Pretrial Stipulation and emails from counsel for the Defendants consenting to form of the Order, and review proposed Stipulation (.3). | 0.30 | 79.50 | KDM |
| Jan-23-14 | [Asset analysis and recovery] Emails to and from counsel for CFTC and the Receiver regarding execution of Consent Judgment against Lloyds entities, Burbage and Gaudino and send copy executed by Receiver to counsel for CFTC (.2); strategize regarding effect of Appointment Order and Injunction Order on actions by state of Florida for purposes of responding to Subpoenas to Entity Defendants' records custodians and coordinate contacting attorney issuing Subpoenas to facilitate cooperation and responses thereto (.3); review Jager and Martin's revision to<br><br>Joint Pretrial Stipulation proposed by counsel for the CFTC and email from counsel for Jager and Martin (.3). | 0.80 | 212.00 | KDM |
| | [Asset analysis and recovery] Review subpoenas for Hunter Wise records custodian (0.3), Review Order Appointing Monitor and Injunction Order to determine stay in litigation (0.5); Conference regarding response to subpoenas (0.1); Phone call to witness liaison Don Tenbrook (0.1). | 1.00 | 150.00 | AF |
| | [Case administration] Telephone call from investor regarding status of Monitorship and recent calls from third party seeking funds to assist with his recovery from Newbridge Alliance and work on contacting that third party (.3). | 0.30 | 79.50 | KDM |

| Jan-24-14 | [Asset analysis and recovery] Review Pretrial Stipulation filed with the Court (.2); review Motion for entry of Consent Order and related relief and proposed Consent Order filed with the Court (.3); review recent Court filings in Burbage bankruptcy case to monitor status of the case (.2); emails to and from M. McCarthy regarding calls from company communicating with and seeking funds from end-customers of Hunter Wise and that company's desire to negotiate with Monitor (.2). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] Call to witness liaison regarding subpoenas. | 0.10 | 15.00 | AF |
| | [Business operations] Follow up on gathering and preparation of documents and information necessary for tax consultant to prepare 1099s and tax returns for the HW entities and review spreadsheets to be transmitted to tax consultant (.4); review emails from tax consultant to third party payees from HW entities regarding tax ID numbers for purposes of issuing 1099s and confirm authority to request such information and prepare the 1099s on behalf of Monitor (.2). | 0.60 | 159.00 | KDM |
| | [Business operations] (Mary Dhanji) Telephone conference with S. Baenz regarding 1099 and findings in Quickbook files for entities that were paid not by the Monitor and other tax information needed for other entities for monitorship. | 0.50 | 50.00 | pl |
| | [Business operations] (Melissa McCarthy) Answered incoming calls and emails from dealers, employees and investors to the designated Corporate Monitor Phone line providing basic information regarding CFTC complaint and account status. | 1.50 | 217.50 | mm |
| Jan-25-14 | [Asset analysis and recovery] Emails to and from Monitor regarding seeking periodic | 0.30 | 79.50 | KDM |

payments from HW Financial and follow up on emails and calls to counsel for HW Financial requesting payments pursuant to Court's Order Unfreezing Accounts (.3).

| Jan-27-14 | [Asset analysis and recovery] Review recent filings in Burbage Bankruptcy proceeding and coordinate calendaring of upcoming hearing (.2); review Order denying Defendants' request to reopen discovery for limited purposes (.1); emails to and from counsel for DDS regarding status of investigation into ownership of gold bars frozen in an account at DDS (.2). | 0.50 | 132.50 | KDM |

[Case administration] Review and analyze Accounting Report for Hunter Wise Accounts in preparation of reporting on status of same in Monitor's Fourth Report and discuss with M. Dhanji and make revisions to Report (.6); Research and analyze values of metals held by the Hunter Wise Entities and depositories in which metals are stored in preparation of providing status update on same in Monitor's Fourth Status Report (.7); Review and analyze Defendant Burbage's Bankruptcy Petition and Order granting Monitor Extension of Time to file Objections to Debtor's Exemptions and Discharges in preparation of reporting on same in Monitor's Fourth Status Report (.5); Review file regarding subpoenas, notices and requests received by Monitor or sent by Monitor to Banks and third parties in preparation of reporting on status of same (.5); Continued Preparation of Monitor's Fourth Status Report regarding the Ongoing Administration of the HW Entities, The Monitor's Compliance with Government Subpoenas, Requests, and Notices, Requests for Release of Metals and Funds Obtained or Transferred through HW Entities and Demands Sent to Banks for the Transfer of Frozen Funds to the Monitor (3.3).    5.60    1,120.00    SMP

| Jan-28-14 | [Asset analysis and recovery] Telephone calls from and to FBI regarding information and documents needed from Monitor and | 1.10 | 291.50 | KDM |

coordinating service of Subpoena to Monitor
for purposes of FBI investigation of matter
related to Hunter Wise (.3); prepare and send
email to counsel for Jager and Martin
regarding agreement tom make periodic
payments to the Monitor and timing of next
payment (.2); email from A. McGraw
regarding status of investigation into his
claim to own the 7 gold bars frozen at
Delaware Depository (.1); email from counsel
for Delaware Depository regarding my update
as to the status of the Monitor's investigation
in Mr. McGraw's ownership claim (.1); email
from F. Brett regarding status of Monitor's
investigation into his claim to own certain
funds frozen at Baird & Associates (.1);
follow up on status of our investigations into
A. McGraw's and F. Brett's claims and
coordinate responses to their latest inquiries
(.1); emails from counsel for the CFTC and
counsel for Defendants Jager and Martin
forwarding Exhibits Lists and Deposition
Designations and coordinate saving all those
documents to our system (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Call to court liaison regarding subpoenas for record custodian of Hunter Wise. | 0.20 | 30.00 | AF |
| [Asset analysis and recovery] Confer regarding status of consent judgments against certain dealers. | 0.10 | 15.00 | DMC |
| [Asset analysis and recovery] Assist attorney S. Paris in gathering and updating exhibits to Fourth Status Report. | 1.00 | 100.00 | pl |
| [Business operations] Review letter from California Division of Industrial Relations and coordinate preparing and sending response to its inquiry (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Continue assisting with preparation of Fourth Report of Monitor, providing information related to efforts to collect restitution amounts from Dealers against which CFTC consent judgments were entered (.4). | 0.40 | 106.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Case administration] Review status of Enforcement Action and prepare section of Monitor's Fourth Report providing status update on same (.9); Review status of communication, strategy and course of action regarding handling of end customers, creditors and dealers and prepare section of Monitor's Fourth Report providing status update on same (.9); review Motion for Consent Order Against Lloyd's Defendants and proposed Order and prepare update on same (.7); Review Third Fee Application and Order Approving same and update section of Monitor's Fourth Report regarding Administrative Expenses; verify Expenses are reported correctly in the Accounting Report Exhibit (.5); Review file and prepare update regarding Monitor's assistance with other CFTC investigations (.4); Review file and prepare status update regarding malpractice claims against Defendants' former counsel including claims against their insurance carriers (.9);   Review file and prepare update on moneys transferred from HW Entities' accounts to Defendant Jager and his companies (.6); Review file and prepare update regarding status of Ancillary Litigation (.5); Review file and prepare update regarding Miscellaneous Claims and Stay Provision and regarding Depositions that have been conducted and attended by the Monitor (.9). | 6.30 | 1,260.00 | SMP |
| Jan-29-14 | [Business operations] Assist with gathering information necessary to prepare 1099s, including 1099s for landlords of office space (.2); exchange emails with Kapila and Company and M. Dhanji regarding the status of preparation of 1099s, W-2s and W-3s, the records being used to prepare those tax forms, including ADP records, payroll returns and summaries and employee summaries, and revisions to be made to the drafts of those tax forms (.3). | 0.50 | 132.50 | KDM |
| | [Case administration] (Reduced time) Review | 4.00 | 800.00 | SMP |

docket and Order regarding withdrawal of Defendants' Jury Demand and Defaults entered against four Defendants and continue preparation of update regarding status of the Enforcement Action in Monitor's Fourth Report Status Report (.6); Review file regarding status of the marshaling and sale of the Defendants' property acquired using funds of HW Entities and update Status Report regarding same (.7); Review file regarding status of Defendant Gaudino's production of complete records for Gaudino financial (.2); Make further overall revisions to Monitor's Fourth Status Report including attention to citations and footnotes (.6); Review and finalize draft Exhibits, A, C, and D to Monitor's Fourth Status Report (.8); Prepare Exhibit B to Receiver's Fourth Status Report-Table of Defendants and Defendant Entities' frozen accounts including amounts of frozen funds, and banks where accounts are situated (2.1).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Work with S. Paris to finalize exhibits to Fourth Status Report. | 1.80 | 180.00 | pl |
| | [Case administration] (Melissa McCarthy) Response to HW consumer's inquiries. | 0.80 | 116.00 | mm |
| Jan-30-14 | [Asset analysis and recovery] Telephone call from counsel for the CFTC regarding source of funds being used to pay for Martin and Jager's new legal counsel and follow up on investigation into source (.2); review email from counsel for CFTC to the Court forwarding word version of Exhibit A to the Motion to enter Consent Order for Lloyds entities, Burbage and Gaudino (.1); review Subpoena from FBI in New York to the | 0.90 | 238.50 | KDM |

Monitor requesting various documents and coordinate gathering of responsive documents and calendaring of deadline to respond (.3); email from counsel for CFTC regarding Exhibits that were not previously produced and peruse those exhibits (.1); review recently filed court papers and orders entered in state court actions against Lloyds to monitor the

status of those cases (.1); report to Monitor status of efforts to obtain additional payments from HW Financial and confer regarding Monitor's approval of payroll for that company (.1).

| | | | |
|---|---|---|---|
| [Business operations] Review notices from US Postal Service and work on resolving issue related to continuing forwarding of mail from former offices of Hunter Wise to Monitor's office (.2); receive reports from tax consultant and M. Dhanji regarding preparation of tax documents and logistics for sending out W-2s and 1099s to employees and independent contractors (.2). | 0.40 | 106.00 | KDM |
| [Case administration] Telephone conference regarding meeting to discuss documents produced by Investors requesting releases of metals/funds and strategize regarding same (0.2); Revise Exhibit B to Receiver's Fourth Status Report (.2). | 0.40 | 80.00 | SMP |

| | | | | |
|---|---|---|---|---|
| Jan-31-14 | [Asset analysis and recovery] Receive report from M. McCarthy regarding another end customer being called from company seeking funds to assist with collection of funds or metals from a dealer (.2); review recent Orders entered in state court actions that are stayed as against Lloyd entities to monitor the status of those cases (.2); review Jager and Martin's Motion for Reconsideration of Order denying Motion to re-open discovery for limited purposes (.1). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] Review and analyze multiple correspondence from Fred Brett regarding his request for release of 98k from Baird and documents he produced in support of his right to release of funds (.9); | 2.20 | 440.00 | SMP |

Review and analyze multiple correspondence from Alan McGraw regarding his request for release of 7 Gold Bars from DDS and documents he produced in support of his right to release of the metals (.8); Review and analyze multiple correspondence from Mark Pavlick regarding his request for release of

metals and documents he produced in support of his right to release of the metals (.5).

| | | | |
|---|---|---|---|
| | [Business operations] (Melissa McCarthy) Response to HW consumer's inquiries. | 0.50 | 72.50 | mm |

| | | | | |
|---|---|---|---|---|
| Feb-03-14 | [Asset analysis and recovery] Emails from individual claiming ownership of gold bars frozen at DDS and individual claiming ownership of cash frozen in account at Baird regarding the status of the Monitor's investigation of their claims and requests for release of assets and obtain report from S. Paris regarding status of investigation, documents and information still required from individuals, and coordinate responding to their latest inquiries by email and telephone and requesting additional information and documents (.3); review and approve letters to both individuals scheduling a call to discuss the status of our investigations of their claims (.1); review updated Stock Balance Sheet from ViaMat where the Monitor is storing the physical metals of Hunter Wise (.2); review adversary complaint to deny dischargeability of Burbages debt to certain creditors filed in his bankruptcy case and send email to counsel for CFTC regarding complaint and CFTC's intentions to participate in bankruptcy proceeding (.4); telephone call to counsel for Martin and Jager regarding source of funds to pay his fees and costs (.2); telephone calls to and from counsel for CFTC regarding status of investigation into source of funds used to purchaser fees and costs of counsel for Martin and Jager and response of their counsel to request to disclose source and sign affidavit attesting to source (.2). | 1.40 | 371.00 | KDM |

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery]   Receipt and review e-mail correspondence from investor Fredd Brett, and prepare e-mail | 1.50 | 300.00 | SMP |

correspondence to K. Murena regarding same (.2); Conference regarding analysis of documents produced by Mark Pavlick, Alan McGraw and Fredd Brett pertaining to their

requests for releases of metals/funds (.6);
Additional analysis of documents produced
by Fredd Brett to determine whether he
provided documentation regarding the source
of the funds transferred to the HWIC Cayman
Account (.4); Prepare e-mail correspondence
to Fred Brett regarding his request for release
of funds (.2);   Receipt and review e-mail
from Alan McGraw (.1).

Feb-04-14     [Asset analysis and recovery] Approve        0.50        132.50          MME
              expenses HW and personal for Fred Jager
              (.3); meet with counsel regarding payments
              by HW (.2).

              [Asset analysis and recovery] Telephone calls   1.40       371.00          KDM
              from and to FBI regarding Subpoena for
              documents for purposes of grand jury
              investigation of entities associated with
              Hunter Wise (.2); review Agreed Motion to
              extend time to file complaint objecting to
              discharge filed by trustee in bankruptcy case
              of the Burbages (.2); review CFTC's
              Response in Opposition to Defendants'
              motion for reconsideration of Order denying
              motion to re-open discovery for limited
              purposes (.2); email from and telephone call
              to general counsel for the CFTC regarding
              status of the Burbages bankruptcy
              proceeding, whether the CFTC intends to file
              a complaint to deny dischargeability of debt,
              the applicable sections of the bankruptcy
              code, and the deadline for filing such a
              complaint (.3); receive report regarding
              telephone call with person claiming
              ownership of funds frozen at Baird &
              Associates and his agreement to provide
              further documents necessary to complete
              Monitor's investigation of his claim (.2);
              telephone call from counsel for the CFTC
              regarding the Monitor's investigation into the
              auditor of Hunter Wise, the status of our
              receipt of documents pursuant to our
              Subpoena, our review of those documents,
              and the testimony provided by two employees
              of auditor during the CFTC's investigation of
              Hunter Wise (.3).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review subpoena from Eastern District of New York (0.2); Conference regarding subpoena (0.1); Conference with J. Serna regarding retrieving documents requested in the subpoena (0.1). | 0.40 | 60.00 | AF |
| | [Asset analysis and recovery] Prepare for and conduct telephone conference with Fredd Brett regarding his request of the release of $98K from Baird. | 0.70 | 140.00 | SMP |
| | [Asset analysis and recovery] Assist attorney A. Fernandez in gathering documents in response to FBI's subpoena. | 4.60 | 460.00 | pl |
| Feb-05-14 | [Asset analysis and recovery] Review Order Granting Motion to enter Consent Order as to Lloyds Entities, Gaudino and Burbage, the Consent Order, and the Order authorizing the Monitor to return certain funds to Gaudino and coordinate calendaring of deadline to file complaint in Burbage bankruptcy case to deny discharge or dischargeability of debt, preparation of Notice of Filing Consent Order in bankruptcy case, notifying CFTC's general counsel of entry of Order, and having check issued to Gaudino pursuant to Order authorizing Monitor's return of funds (.6); forward copy of Consent Order to general counsel for CFTC and exchange emails regarding deadline to object to dischargeability of debt in Burbage bankruptcy case (.2); review and revise Notice of Filing to be filed in bankruptcy case (.2); review section of Bankruptcy Code providing that civil penalty is excepted from discharge and analyze issue to confirm that this applies to civil penalty ordered in the Consent Order such that a complaint to deny dischargeability of debt is not necessary (.4); continue supervising gathering of documents responsive to FBI's subpoena for grand jury investigation and receive report regarding status of efforts to locate documents and additional time required to produce all requested documents (.3); review Order granting Trustee's motion for extension of time to object to discharge in Burbage bankruptcy case and coordinate calendaring | 1.90 | 503.50 | KDM |

Trustee's new deadline (.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Email to K. Murena regarding additional time needed to produce documents under the subpoena. | 0.10 | 15.00 | AF |
| | [Asset analysis and recovery] Receipt and review Consent Order against Lloyds Defendants, Gaudino and Burbage (.3); Conferee regarding consent order and deadline and course of action to file objections to exemptions and dischargeability in Burbage bankruptcy case (.2). | 0.50 | 100.00 | SMP |
| | [Asset analysis and recovery] Continue to assist attorney A. Fernandez in gathering documents in response to FBI's subpoena. | 2.90 | 290.00 | pl |
| | [Asset analysis and recovery] Prepare Notice of Filing Consent Order for filing in Burbage bankruptcy matter; file electronically. | 0.30 | 30.00 | pl |
| Feb-06-14 | [Asset analysis and recovery] Assist with preparation of Affidavit for person claiming ownership of metals frozen at Baird and obtain contact information for representative at Baird from which to request documents evidencing transfer of funds from HWIC Cayman (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Receipt and review e-mail from K. Murena regarding Financial Disclosure Statement for Fredd Brett (.1). | 0.10 | 20.00 | SMP |
| | [Business operations] Continue working on issue related to continuing mail forwarding from Defendants' offices to Monitor and confirming that all companies, vendors, authorities and other parties have the Monitor's address (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Work on Receiver's Fourth Status Report with K. Murena. | 0.20 | 40.00 | SMP |

| | | | | |
|---|---|---|---|---|
| Feb-07-14 | [Asset analysis and recovery] Continue to assist attorney A. Fernandez in gathering and organizing documents in response to FBI's subpoena. | 5.10 | 510.00 | pl |
| | [Business operations] (Melissa McCarthy) Work on responses to Hunter Wise customer inquiries. | 0.80 | 116.00 | mm |
| | [Case administration] Telephone calls to representatives of company claiming to represent various investors and investigate that company and certain investor's claims that the company was soliciting funds from them to represent them in the Hunter Wise monitorship and exchange emails with M. McCarthy to discuss our findings from investigation (.6); receive report regarding status of search and review of documents responsive to FBI's grand jury Subpoena for a particular dealer, and assist with certain aspects of the search and review (.6); exchange email and make telephone call to FBI agent requesting additional time to respond to Subpoena and propose a rolling production (.2); review Jager and Martin's Reply in support of Motion for Reconsideration of Order denying motion to reopen discovery (.2); review Martin and Jager's Supplement to Initial Disclosures, disclosing additional potential witness (.2); Review Witness List, Deposition Designation and Exhibit list filed by CFTC (.2); review Jager and Martin's Witness List and Exhibit List (.2). | 2.20 | 583.00 | KDM |
| Feb-10-14 | [Asset analysis and recovery] Review Court's Order denying Motion for Reconsideration of Order denying Motion to reopen discovery for limited purposes (.1); telephone calls and emails to and from FBI agent who issued the grand jury Subpoena to the Monitor regarding the timing and logistics of the production of responsive documents and various issues related to the operations and employees of Hunter Wise, follow up on status of gathering all responsive documents, and report to Monitor status of production and agreement to extension of time to produce documents | 1.10 | 291.50 | KDM |

(.5); review Defendants' Trial Exhibit List with

CFTC's objections (.1); email from counsel for the CFTC regarding draft proposed Consent Order settling claims against Defendants Newbridge and John King and begin reviewing that Order (.3); email from counsel for the CFTC regarding draft proposed Consent Order settling claims against US Capital Trust and David Moore (.1).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Confer with Receiver regarding research issues [0.1]; Research regarding disgorgement of salaries for fiduciaries [0.7]. | 0.80 | 120.00 | DMC |
| | [Business operations] Review invoices from Delaware Depository for storage of numerous metals of the Estate and coordinate payment thereof (.1). | 0.10 | 26.50 | KDM |
| | [Business operations] (Melissa McCarthy) Work on responses to Hunter Wise customer inquiries. | 0.50 | 72.50 | mm |
| | [Case administration] Review and revise Fourth Report of Monitor and coordinate further revisions and additions (3.9). | 3.90 | 1,033.50 | KDM |
| Feb-11-14 | [Asset analysis and recovery] Review latest disbursement requests from HW Financial and confer with Monitor regarding approval thereof (.2); review and analyze online bank statements of accounts of Jager and his HW entities at First Foundation Bank (.6); prepare and send to Monitor analysis of those accounts and efforts to obtain payment from Jager and his HW entities (.3); prepare and send email to counsel for Jager and his HW entities requesting payment to Monitor pursuant to Court's Order Unfreezing Certain Accounts (.2); telephone call from counsel for Jager and his HW entities regarding closing of a deal, expected net commission to HW Financial, payment to be made to Monitor, and certain terms of Court's Order | 1.50 | 397.50 | KDM |

Unfreezing Accounts related to HW
Financials payments to the Monitor (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Revise Special Monitor and Corporate Manager's Fourth Status Report to include supplemental information provided by co-counsel, K. Murena and verify certain additional data to include in Report (5.7); Meeting to review and discuss additional revisions to Fourth Status Report (.5). | 6.20 | 1,240.00 | SMP |
| [Case administration] Review second draft of Fourth Status Report of Monitor and coordinate further revisions (.9); review and coordinate revisions to Exhibits to Fourth Status Report of Monitor (.2). | 1.10 | 291.50 | KDM |

| Feb-12-14 | [Asset analysis and recovery] Review and revise Receiver report. | 1.70 | 450.50 | MME |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review CFTC's Motion in Limine to exclude Philip Feigin as witness and Defendants Martin and Jager's Motion in Limine to exclude evidence concerning Metals Dealers' Customers and Motion in Limine to exclude testimony of Plaintiff's Expert Witness (.3); finish reviewing proposed Consent Orders as to CFTC's claims against Newbridge, King, USCT and Moore, confer with Monitor, and prepare and send email to counsel for CFTC recommending certain revisions (1.4). | 1.70 | 450.50 | KDM |
| | [Business operations] Telephone call and email to counsel for Delaware Depository regarding possible inspection of Hunter Wise's metals at that depository and exchange emails with Monitor to coordinate inspection (.3). | 0.30 | 79.50 | KDM |
| | [Case administration] Review and analyze values of metals as of January 27, 2014, make additional revisions to Monitor's Fourth Status Report and finalize Exhibits to Report. | 0.70 | 140.00 | SMP |
| Feb-13-14 | [Asset analysis and recovery] Review | 1.30 | 344.50 | KDM |

Defendants' Unopposed Motion to excuse
local counsel from attendance at status
conference, calendar call and trial (.1); review
notice from the Court regarding upcoming
bench trial (.1); review CFTC's unopposed
motion to bring electronic equipment into
courtroom for pretrial conference and trial
and review email from CFTC and proposed
Order submitted to Court (.1); exchange
emails with Monitor regarding latest
disbursement requests from Hunter Wise
Financial, including payroll, review those
requests and strategize regarding providing
approval (.3); emails to and from Monitor
regarding status of transfer of funds from HW
Financial and Jager's other HW entities in
light of recent closing of deal and net
commissions received and send email to
counsel for HW Financial following up on
transfer to Monitor and providing wiring
instruction to expedite transfer (.3); emails to
and from general counsel for DDS regarding
upcoming inspection of metals being stored
there and meeting between President of the
company and the Monitor, and send
information and IDs to counsel to provide to
security staff to facilitate access and
inspection (.3); emails to and from Monitor
regarding status of upcoming meeting and
inspection at DDS (.1).


| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review of documents collected to produce in response to FBI subpoena from U.S. District Court, Eastern District of New York. | 1.00 | 150.00 | AF |
| [Asset analysis and recovery] Exchange correspondence with Investor, Fredd Brett regarding his request for return of funds to GCIL (.2). | 0.20 | 40.00 | SMP |
| [Asset analysis and recovery] Continue reviewing documents in preparation of production in response to FBI's subpoena for documents. | 4.00 | 400.00 | pl |
| [Case administration] (No charge) Review | 0.40 | 0.00 | SMP |

prior fee application regarding application period (.2); Confer with M. Dhanji regarding invoices for fees and costs for Fourth Fee Application Period (.2).

| Feb-14-14 | [Asset analysis and recovery] Prepare for and meet with Delaware Depository president and inspection. | 1.50 | 397.50 | MME |
|---|---|---|---|---|
| | [Asset analysis and recovery] Emails to and from Delaware Depository to confirm time and place of meeting and inspection of inventory of metals and forward confirmation to Monitor (.2); telephone calls with Monitor regarding location of meeting and inspection and contact information of representative of depository attending meetings (.2); emails to and from Monitor regarding status of wire transfer from HW Financial and approval of latest payroll and other disbursement requests (.2); emails to and from emails to and from counsel for HW Financial regarding wire transfer to Monitor, confirm receipt of wire transfer, and forward confirmation to Monitor (.3); review latest filings in the Burbages bankruptcy proceeding to monitor the status of that proceeding (.2); review Motion of new out-of-state counsel for Jager and Martin to appear pro hac vice, consent to designation and request to receive notices and coordinate updating of Service Lists (.1); review Defendants Jager and Martin's motion to bring electronic equipment into courtroom (.1); review Jager and Martin's Response to CFTC's Motion in limine to exclude witness (.1); review CFTC's proposed findings of fact and conclusions of law (.2). | 1.60 | 424.00 | KDM |
| | [Asset analysis and recovery] Inspection of metals at Delaware Depository. | 1.50 | 397.50 | MDV |
| | [Business operations] (Melissa McCarthy) Work on responses to Hunter Wise customer inquiries. | 0.50 | 72.50 | mm |
| | [Case administration] Emails to and from website manager regarding renewal of domain names for monitorship website and | 0.20 | 53.00 | KDM |

|  | confirmation that website is up-to-date and review website to confirm latest postings (.2). |  |  |  |
|---|---|---|---|---|
|  | [Case administration] (No charge) Review Monitor's and Monitor's Lead Counsel's Invoices for current Application Period and the Monitor's Third Fee Application in preparation of drafting the Monitor's Fourth Fee Application. | 0.40 | 0.00 | SMP |
|  | [Case administration] (No charge) Finalize exhibits to Fourth Interim Fee Application and assist attorneys in finalizing the Fourth Interim Fee Application. | 2.50 | 0.00 | pl |
| Feb-17-14 | [Asset analysis and recovery] Meet with Monitor regarding attendance at upcoming calendar call for trial in CFTC enforcement action and preparation for her testimony at trial (.2); review CFTC's response in opposition to Defendants' motion in limine to exclude testimony of Plaintiff's expert witness, and response in opposition to Defendants' motion in limine to exclude evidence concerning the metals dealers' customers (.1); review Findings of Fact and Conclusions of Law proposed by Defendants Jager and Martin (.2). | 0.50 | 132.50 | KDM |
|  | [Asset analysis and recovery] Conferences regarding production of documents for subpoena and bates stamping. | 0.10 | 15.00 | AF |
|  | [Asset analysis and recovery] Review consent order concerning liability and debt of Defendant Burbage (0.2); research dischargeability of civil monetary penalties, restitution and debt to receiver under section 523 of the bankruptcy code and common law (2.0). | 2.20 | 550.00 | CP |
|  | [Case administration] Meet with Monitor regarding additions and revisions to Fourth Status Report and provide additional information to be added to the Report (.2); begin making final revisions to the Status Report (.2). | 0.40 | 106.00 | KDM |

| | | | |
|---|---|---|---|
| | [Case administration] (No charge) Attention to obtaining invoices for Fourth Fee Application Period from the forensic accountants, Special Insurance Counsel and local counsel in the Northern District of Illinois (.3); Detailed review and analysis of all invoices for the Application Period (.5); Review of Receiver's Fourth Status Report for pertinent information to include in Fee Application including information pertaining to assets of Monitorship Estate (.5); Prepare draft of Receiver's Fourth Fee Application including calculations of fees and costs requested (3.3). | 4.60 | 0.00 | SMP |
| Feb-18-14 | [Asset analysis and recovery] Review Order granting Motion to excuse counsel, Orders granting Plaintiff's and Defendants' Motions to bring electronic equipment into courtroom, and Clerk's Notice of Compliance regarding Order on Motion to Bring Electronic Equipment into Courtroom (.2); meet with Monitor regarding appearance and testimony at trial and call and send email to counsel for CFTC to coordinate attendance at trial and possible attendance at Calendar Call (.4); work with Monitor and team members on analyzing claims against former counsel to Hunter Wise and determining dates claims will accrue, damages would be incurred, and the statute of limitations would commence and expire based on applicable law (.5); review precautionary tolling agreements previously entered into with former counsel and discuss extending those tolling agreement from the trial date for at least one year and obtaining (.4). | 1.50 | 397.50 | KDM |
| | [Asset analysis and recovery] Strategize with Monitor regarding status of malpractice claims cases (.2); phone calls with former counsel to HWC regarding new tolling agreements (.2). | 0.40 | 106.00 | MDV |
| | [Case administration] Review Defendants' out-of-state counsel's Motion to appear pro | 1.50 | 397.50 | KDM |

hac vice (.1); finish revising Fourth Report of Monitor, making revisions and insertions requested by Monitor, and confirming accuracy of all Exhibits (1.4).

| | | | | |
|---|---|---|---|---|
| | [Case administration] (No charge) Attention to confirming that we have complete invoices for Application period for Monitor's professionals for Fourth Fee Application (.2); Review previously missing September invoice for Monitor's Special Insurance Counsel (.2); Continue preparation of Monitor's Fourth Fee Application and attention to preparation of Exhibits to Monitors Fourth Fee Application (1.2). | 1.70 | 0.00 | SMP |
| | [Case administration] Review and verify information in Fourth Report regarding amount stated as frozen in certain Defendants' accounts (.3). | 0.30 | 60.00 | SMP |
| | [Case administration] (No charge) Assist attorney S. Paris in finalizing exhibit to Fourth Interim Fee Application for review. | 0.70 | 0.00 | pl |
| Feb-19-14 | [Asset analysis and recovery] Review status and begin trial preparation (.5); review and approve HW Financial expenses (.2). | 0.70 | 185.50 | MME |
| | [Asset analysis and recovery] Review Order on Plaintiffs' and Defendants' respective Motions for Summary Judgment and confer with Monitor regarding Court's rulings (.9); review Order granting Motion to appear pro hac vice, consent to designation and request to receive notices and coordinate updating of contact information and Service Lists (.1); review Court's Minute Entry for Calendar Call and confer with Monitor (.1); telephone call from counsel for CFTC regarding outcome of Calendar Call, the proposal to have direct testimony of Monitor for trial submitted in writing and then cross and redirect examinations in person, the Court's Order on the parties' respective Motions for Summary Judgment and effect on trial, possibility of settlement, and preparations for trial (.3); confer with Monitor regarding | 1.90 | 503.50 | KDM |

proposal to have her direct testimony submitted in writing and then cross and redirect examinations in person and preparations for testimony (.2); review email from investor regarding his investment with Hunter Wise and the status of the monitorship and confer with M. McCarthy regarding addressing his issues (.2); receive report regarding communications with former counsel for Hunter Wise regarding extending the tolling agreement and the date the statute of limitations may begin to run (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Phone call with Defense counsel regarding Malpractice claims (.3); update Monitor (.1). | 0.40 | 106.00 | MDV |
| [Asset analysis and recovery] Conference with J. Serna regarding bates labeling documents responsive to FBI subpoena. | 0.20 | 30.00 | AF |
| [Asset analysis and recovery] Gather documents and bates-label documents to be produced to the FBI in response to subpoena. | 1.20 | 120.00 | pl |
| [Case administration] Work on Monitor's production of accounting documents to FBI. | 0.20 | 30.00 | DMC |
| [Case administration] (No charge) Prepare Draft Proposed Order Granting Monitor's Fourth Fee Application and Approving and Authorizing Payment of Fees and Expenses of Monitor and Her Professionals. | 0.70 | 0.00 | SMP |
| [Case administration] (No charge) Finalize all exhibits to the Corporate Monitor's Fourth Interim Status Report and file electronically. | 0.50 | 0.00 | pl |

Feb-20-14   [Asset analysis and recovery] Continue supervising and assisting with review of documents to be produced to FBI in response to grand jury Subpoena and follow up on having those documents bates-labeled and saved to a disc to produce to FBI (.5); review and revise cover letter to FBI producing the documents responsive to the Subpoena and coordinate delivery of letter and documents to     1.40     371.00     KDM

FBI (.2); emails counsel for CFTC regarding communications with Judge's chambers regarding date trial will commence and emails from Monitor to counsel regarding her availability to testify given change in trial schedule (.1); review Court's Order granting motion to exclude Mr. Feigin, denying motion to exclude customers, and denying motion to exclude Mr. Driscoll (.1); review letters from Consumer Collection Advocates attaching Statements of Claims, supporting documentation, and power of attorney documents regarding various investors of Hunter Wise and dealers, review those attachments, confer with Monitor regarding prior communications with CCA and sending them Appointment Order and Injunction Order and explaining imposition of stay against all proceedings against Defendants, and coordinate preparation of letter forwarding them both Order and explaining the scope and extent of the stay provisions therein (.5).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Draft letter regarding production of documents in response to FBI subpoena (0.3); Revise letter to FBI (0.3). | 0.50 | 75.00 | AF |
| [Asset analysis and recovery] Review production to the FBI regarding Lerner and search for possibly confidential and/or sensitive information for redaction (4.0); prepare email listing all potentially sensitive information (0.4). | 4.40 | 1,100.00 | CP |
| [Asset analysis and recovery] Continue to gather documents and bate-label documents to be produced to the FBI in response to subpoena, prepare FedEx shipment package and send to FBI. | 3.40 | 340.00 | pl |

Feb-21-14      [Asset analysis and recovery] Review recent court filings and docket sheet to monitor status of bankruptcy case of the Burbages (.2); email from counsel for CFTC regarding proposed Consent Orders for Permanent Injunction and other relief against USCT and      1.30      344.50      KDM

Moore and against Newbridge and King, executed by those Defendants, and confer with Monitor regarding her execution thereof, and send pages with Monitor's signature to counsel for CFTC (.3); review Notice from Court resetting commencing of trial and coordinate calendaring of new date (.1); review Unopposed Motion for settlement with USCT, King, Newbridge and Moore and review email forwarding proposed Consent Orders to chambers (.1); emails to and from person claiming to own gold bars frozen at DDS regarding status of our investigation into his claim and coordinate following up with claimant and obtaining update regarding status of completion of investigation into ownership of bars (.3); email from counsel for CFTC regarding demographics and other information pertaining to the end-customers/investors and work on gathering the requested information (.3).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Draft letter to FBI regarding remaining documents to be produced pursuant to subpoena. | 0.20 | 30.00 | AF |
| | [Asset analysis and recovery] Receipt and review correspondence from Alan McGraw requesting status on decision regarding the release of gold bars. | 0.10 | 20.00 | SMP |
| | [Case administration] (No charge) Coordinate sending Fourth Status Report to website manager to post on monitorship website, receive email from website manager confirming posting, and review website to ensure that it is up-to-date (.4). | 0.40 | 0.00 | KDM |
| Feb-24-14 | [Asset analysis and recovery] Review reports to prepare for testimony. | 1.50 | 397.50 | MME |
| | [Asset analysis and recovery] Telephone calls to and from FBI regarding documents produced in response to grand jury subpoena (.2); emails to and from counsel for CFTC regarding status of analysis of demographics of end customers of Hunter Wise and consult with M. McCarthy regarding logistics and | 2.20 | 583.00 | KDM |

mechanics of accessing the data necessary to analyze the demographics and do the calculations requested by counsel for CFTC (.3); telephone call with counsel for CFTC regarding the demographics of the end customers, the direct testimony of the Monitor at trial, and other matters related to trial preparations (.2); meet with Monitor regarding preparing for her testimony at trial and various documents to review in preparation (.3); gather and review various documents, including the declarations of various former employees of Hunter Wise, and their voluminous exhibits, and discuss those documents with Monitor in preparation for trial (1.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Melissa McCarthy) Work on database inquiry regarding age of HW customers. | 0.50 | 72.50 | mm |
| Feb-25-14 | [Asset analysis and recovery] Prepare for trial testimony. | 2.00 | 530.00 | MME |
| | [Asset analysis and recovery] Receive report from M. McCarthy regarding training materials gathered, boxed and stored from Lloyds and Newbridge and exchange emails with counsel for CFTC regarding those material and whether retrieval thereof is necessary (.3); review and revise letter to Consumer Collection Advocates responding to its submission of Statements of Claims and signed powers of attorneys on behalf of various investors (.2). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] Draft letter to Consumer Collection Advocates regarding stay of all claims. | 0.60 | 90.00 | AF |
| | [Business operations] (Melissa McCarthy) Work on responses to Hunter Wise customer inquiries. | 0.30 | 43.50 | mm |
| Feb-26-14 | [Asset analysis and recovery] Prepare for, attend and testify at Trial. | 4.50 | 1,192.50 | MME |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review Orders granting Motions for Permanent Injunctions and Order for Permanent Injunction against Defendants USCT, Newbridge Alliance, Moore and King (.3); review email from counsel for CFTC to the Court with CFTC's and Defendants' Trial Exhibit List and review that for exhibits to be presented to Monitor during testimony (.2); review 4th Quarterly statements for IRA Services and follow up on confirming IRA accounts of investors (.2); telephone calls to and from FBI regarding documents produced pursuant to grand jury subpoena and commencement of trial in the enforcement action (.2). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] Revise letter to Consumer Collection Advocates. | 0.50 | 75.00 | AF |
| Feb-27-14 | [Asset analysis and recovery] Review hearing proceeding memoranda from the Court regarding the trial proceedings (.1); further telephone calls to and from FBI regarding documents produced in response to grand jury subpoena (.1). | 0.20 | 53.00 | KDM |
| | [Business operations] Emails with tax consultant and M. Dhanji regarding preparation of tax filings and status of obtaining all information required, including tax ID numbers for all entities, to complete and submit filings to IRS (.2). | 0.20 | 53.00 | KDM |
| | [Business operations] (Melissa McCarthy) Work on responses to Hunter Wise customer inquiries. | 0.30 | 43.50 | mm |
| | [Case administration] (No charge) Review and revise Fourth Interim Fee Application, proposed Order, and Exhibits including accounting report and all invoices of Monitor and her professionals (1.8) | 1.80 | 0.00 | KDM |
| | [Case administration] (No charge) Revise and finalize Special Monitor's Fourth Interim Fee Application and Proposed Order Granting Same. | 0.50 | 0.00 | SMP |

| Feb-28-14 | [Asset analysis and recovery] Telephone call from counsel for trustee in bankruptcy case of the Burbages regarding their assets, including interests in companies, as alleged in the Schedules and Statement of Financial Affairs, those the Monitor discovering in the course of the CFTC action, and producing documents regarding the Burbages and their assets, including the accounting provided to the Monitor pursuant to the Injunction Order, and coordinate gathering and saving to disc all such documents (.8); emails with counsel for trustee in Burbages bankruptcy regarding assets of the Burbages and documents to assist trustee in investigation regarding the Burbages' right to discharge and assist with gathering documents to provide to trustee's counsel (.8); telephone call from FBI agent and AUSA assigned to investigation of one dealer regarding the various documents we produced in response to grand jury subpoena, the Monitor's findings and determinations regarding Hunter Wise's operations and transactions involving dealers and end-customers and the purchase of metals and positions in futures, and the Reports filed by the Monitor, and further investigation into Hunter Wise's records to be done to assist the FBI and AUSA in their investigation (.5); supervise further investigation into these matters and exchange emails with M. McCarthy regarding Hunter Wise's database and reports that may provide the information requested by the FBI and AUSA (.3); review latest court filings including motions and orders (.1); review updated inventory report of metals being stored at ViaMat (.2); receive preliminary report from M. McCarthy regarding investigation into trades place by

William Lerner and Associates and Hunter Wise's execution of those trades (.2). | 2.90 | 768.50 | KDM |
| | [Asset analysis and recovery] Exchange correspondence with paralegal regarding finalizing Exhibits for Monitor's Fourth Fee Application. | 0.20 | 40.00 | SMP |

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] Gather all documents produced by Burbage and copy to disc for purposes of producing to Trustee in the bankruptcy matter. | 0.50 | 50.00 | pl |
| | [Business operations] (Melissa McCarthy) Work on responses to Hunter Wise customer inquiries. | 0.50 | 72.50 | mm |
| | [Case administration] (No charge) Review fee application. | 1.50 | 0.00 | MME |
| Mar-01-14 | [Asset analysis and recovery] (Melissa McCarthy) Assist with response to FBI Subpoena by providing William Lerner Data. | 2.50 | 362.50 | mm |
| Mar-03-14 | [Asset analysis and recovery] Review hearing proceeding memorandum regarding trial and confer with Monitor (.1); review contents of disc to be provided to counsel for Trustee in the Burbages' bankruptcy case, review and finalize cover letter forwarding disc, coordinate sending letter and disc to counsel, send email to counsel notifying him of production and receive email from counsel regarding documents (.6); email from M. McCarthy, review documents related to transactions between Hunter Wise and William Lerner & Associates, and prepare and send email to FBI regarding these documents and additional documents required from end customers to complete analysis requested by FBI (.5); emails to and from counsel for CFTC regarding proposed Final Judgment against Hunter Wise, Jager and Martin, and findings of fact and conclusions of law to be submitted to the Court (.2). | 1.40 | 371.00 | KDM |
| | [Asset analysis and recovery] (Melissa McCarthy) Respond to customer inquiries. | 0.30 | 43.50 | mm |
| | [Case administration] (No charge) Coordinate final revisions to invoices of Monitor and her counsel and coordinate updating of amounts of fees sought in the Fee Application (.2); | 0.50 | 0.00 | KDM |

review revised Fee Application and all Exhibits, including revised billing statements, and send to counsel for CFTC for review and approval (.3).

| | | | |
|---|---|---|---|
| | [Case administration] (No charge) Confer with M. Dhanji regarding revised invoice for DVLLP per revisions made by Monitor and regarding SFAR Report and paralegal regarding revisions to fee application to reflect same. | 0.30 | 0.00 | SMP |
| Mar-04-14 | [Asset analysis and recovery] Review hearing proceeding memorandum from the Court regarding conclusion of trial and notice regarding deadline to submit proposed findings of fact and conclusions of law and coordinate calendaring of deadline (.1); review recent filings in Burbages bankruptcy case to monitor status of that case and whether Trustee will seek to deny discharge (.1); emails to and from FBI regarding investigation of transfers between Hunter Wise and William Lerner, coordinate investigation with forensic accountant, and receive email from forensic accountant providing overview of status of accounting records and analysis to be done (.5); emails to and from forensic accountant regarding analysis of transactions between William Lerner & Associates and Hunter Wise entities, review the reports generated from the QuickBooks files for each entity, send report to the FBI, and exchange emails with FBI regarding setting up call to discuss the reports (1.2). | 1.90 | 503.50 | KDM |
| | [Asset analysis and recovery] Conference regarding request for release of metals by Fredd Brett (0.2); Review documents regarding release of funds by Fred Brett (0.5); Phone call to Baird & Co. Ltd. (0.1). | 0.80 | 120.00 | AF |
| | [Asset analysis and recovery] Review and analyze correspondence and documentation produced by Fredd Brett in support of his request for Release of GCIL funds held at | 0.60 | 120.00 | SMP |

Baird and conference regarding follow up to
Baird regarding supportive documentation
and completion of draft Affidavit for Mr.
Brett to sign (.6).

| | | | | |
|---|---|---|---|---|
| Mar-05-14 | [Asset analysis and recovery] Telephone call from FBI regarding questions the agent and AUSA have regarding certain documents we produced pursuant to grand jury subpoena (.4); make telephone call and send email to forensic accountant regarding questions posed by FBI and coordinating a call with FBI (.2); receive preliminary analyses from forensic accountant regarding employees of Hunter Wise involved in data entry for receipts and disbursements and discrepancies between Hunterwise's reports regarding receipts and disbursements and reports run by forensic accountant from Hunter Wise's QuickBooks files and review records provided by forensic accountant (.5); work on issues related to person claiming ownership of funds being held at Baird & | 1.40 | 371.00 | KDM |

Associates in the name of HWIC (.2); review
Bankruptcy Court's Order granting trustee's
motion for further extension of time to object
to discharge of the Burbages and coordinate
calendaring of that deadline (.1).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Phone calls to Baird & Co. Ltd (0.2); Draft email to Baird & Co. Ltd. (0.3); Revise email to Baird (0.2); Draft declaration for Fredd Brett for release of funds (1.2); Conference regarding Declaration of Fredd Brett (0.2). | 2.10 | 315.00 | AF |
| | [Asset analysis and recovery] Confer with A. Fernandez regarding e-mail to send to Baird in order to confirm flow of funds from Talbot FX to HW Cayman to Baird, review draft e-mail and confer with A. Fernandez regarding supplemental information to add to correspondence (.4); review and revise draft Affidavit of Fredd Brett regarding Request for Release of Funds to GCIL from Baird (.2). | 0.60 | 120.00 | SMP |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Melissa McCarthy) Respond to customer inquiries. | 0.50 | 72.50 | mm |
| | [Case administration] Provide to M. McCarthy, and exchange emails regarding, the status of the trial and the deadline for parties to submit proposed findings of fact and conclusions of law for purposes of communications with investors and dealers (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] (No charge) Emails to and from counsel for CFTC regarding Fee Application and invoices of Receiver and her counsel and review various time entries (.3). | 0.30 | 0.00 | KDM |
| | [Case administration] (No charge) Conferee regarding CFTC comments to DVLLP Invoice for Application period for Fourth Fee Application and review DVLLP Invoice for Application period in anticipation of reducing certain time entries based on input from CFTC. | 0.50 | 0.00 | SMP |
| Mar-06-14 | [Asset analysis and recovery] Telephone call with counsel for CFTC regarding outcome of trial, in-court communications by the Judge to the parties regarding various matters, preparation of proposed findings of fact and conclusions of law, and transfers received from Jager and his HW entities thus far (.2); coordinate updating of, and review, spreadsheet of transfers from HW entities to Monitor (.1); prepare and send email to FBI agent who issued the grand jury subpoena regarding our forensic accountant's preliminary analyses regarding the employees of Hunter Wise involved in data entry for receipts and disbursements and discrepancies between Hunter Wise's reports regarding receipts and disbursements and reports run by forensic accountant from Hunter Wise's QuickBooks files (.2); exchange emails with forensic accountant regarding continued investigation into discrepancies in Hunter Wise reports and QuickBooks files and scheduling call with FBI agent (.2); telephone call from, and exchange emails with, forensic | 1.30 | 344.50 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | accountant and FBI agent regarding updated analyses and investigation into the discrepancy and scheduling call to discuss the foregoing matters (.4); review renewed Notices of 2004 examinations of the both of the Burbages, coordinate calendaring of examinations and report to Monitor status of their bankruptcy case and attendance at 2004 examinations (.2). |  |  |  |
|  | [Asset analysis and recovery] Review invoices and transfer statements provided by Fredd Brett (0.5); Revise declaration of Fredd Brett (0.5); Email Baird & Co, Ltd regarding documentation of deposits (0.1). | 1.10 | 165.00 | AF |
|  | [Asset analysis and recovery] Review revised draft e-mail to Baird in order to confirm flow of funds from Talbot FX to HW Cayman to Baird (.1). | 0.10 | 20.00 | SMP |
|  | [Case administration] (No charge) Telephone call with counsel for the CFTC regarding Fourth Interim Fee Application (.2); make final revisions to invoices of Receiver and her counsel and to the Fee Application and coordinate filing of Fee Application, Exhibits and proposed Order (.8). | 1.00 | 0.00 | KDM |
| Mar-07-14 | [Asset analysis and recovery] Teleconference with FBI agent who issued the grand jury subpoena and our forensic accountant regarding various documents produced in response to Subpoena, reconciling Hunter Wise's QuickBooks files against reports that Monitor obtained from the company, investigation into various transfers between William Lerner & Associates and Hunter Wise and whether funds were transferred to, and metals were purchased for and delivered to, end customers and further investigation to be done (.8). | 0.80 | 212.00 | KDM |
|  | [Asset analysis and recovery]   (Melissa McCarthy) Respond to customer inquiries. | 1.50 | 217.50 | mm |

| | [Business operations] Review and approve expenses for Hunter Wise Financial. | 0.30 | 79.50 | MME |
|---|---|---|---|---|
| Mar-10-14 | [Asset analysis and recovery] Telephone call from counsel for CFTC regarding status of CFTC's claims against certain dealers and language to be included in proposed Order resolving those claims regarding the Monitor's entitlement to receive the proceeds of the judgment or restitution amount (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (Melissa McCarthy) Respond to customer inquiries. | 0.50 | 72.50 | mm |
| | [Business operations] Review invoices for various accounts at Delaware Depository held in the name of Hunter Wise, determine time period covered by invoices and whether there is an outstanding balance, coordinate contacting billing department to confirm amounts due, update contact information on those accounts with Receiver's information, and make payment of statement amounts (.2). | 0.20 | 53.00 | KDM |
| Mar-12-14 | [Asset analysis and recovery] Meeting with counsel regarding SJ Woods consent and commission claims. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Review and approve request for HW financial. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] Review docket sheet in Lloyds Commodities action against Sabertooth to determine status of case, confirm stay of action pending further notice from Monitor or Order of Monitorship Court, and make telephone calls to counsel for Sabertooth regarding scheduling mediation to resolve claims alleged in that action (.3); email from claimed owner of gold bars frozen in account at Delaware Depository regarding status of investigation and whether additional documents are required to complete investigation and request update regarding status of investigation and sending claimed owner declaration regarding ownership and source of funds (.2); provide update to | 1.10 | 291.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | Monitor regarding CFTC's investigation and action against particular dealer, proposed final order and providing Monitor with rights to collect amounts due under that order (.2); report to Monitor the status of efforts to collect amounts from dealers against which CFTC restitution orders were entered and investigation into the assets and liabilities of those dealers to determine collectable (.2); review tracking chart to determine status of demands sent to and asset investigation of certain dealers and coordinate continued investigation (.2). | | | |
| | [Asset analysis and recovery] (Melissa McCarthy) Respond to customer inquiries. | 0.80 | 116.00 | mm |
| | [Business operations] Coordinate preparation and sending spreadsheets for each Receivership Entity to be sent to tax consultant for purposes of preparation of tax returns, and review those spreadsheet and emails with tax consultant regarding status of preparation of tax returns (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Confer with Monitor regarding customer of Newbridge Alliance and coordinate contacting that investors to obtain all contact information and updating the customer list (.2). | 0.20 | 53.00 | KDM |
| Mar-13-14 | [Asset analysis and recovery] Prepare D. Carnright for deposition of the Burbages in their bankruptcy case, exchange emails during deposition regarding subjects being addressed, and receive report from D. Carnright regarding the Burbages deposition testimony and communications with counsel for the Trustee (.9); work on determining status of asset searches and demand letters to dealers against which CFTC restitution orders were entered, and review results of certain asset searches for purposes of collecting restitution amounts (.8). | 1.70 | 450.50 | KDM |
| | [Asset analysis and recovery] Strategize regarding Burbage deposition [0.5]; prepare materials, review strategy and attend | 3.70 | 555.00 | DMC |

deposition of Burbage [3.2].

| Mar-14-14 | [Asset analysis and recovery] Continue reviewing asset search reports for certain dealers against which CFTC restitution orders were entered for purposes of determining dealers from which to seek collection of restitution amounts (.5); receive update regarding investigation of claims to ownership of gold bars at Delaware Depository and funds at Baird & Associates, coordinate responses to latest inquiries from those claimants, preparation of Declaration in support of one claim, and contacting counsel for HWIC-Cayman to obtain records necessary to trace funds from alleged owner to Baird & Associates, and review email to one claimant regarding status (.4). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] Exchange correspondence with Alan McGraw regarding his request for release of gold bars from DDS (.2). | 0.20 | 40.00 | SMP |
| | [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 1.00 | 145.00 | mm |
| | [Case administration] Telephone call from M. McCarthy regarding recent calls from investors regarding status of Monitorship, CFTC enforcement action and the trial, and whether a claims and distribution process has been instituted and provide information to be conveyed to investors (.2); assist with responding to inquiries from investors regarding status of Monitorship and enforcement action (.6). | 0.80 | 212.00 | KDM |
| Mar-16-14 | [Business operations] Review and approve expenses for HW financial and Fred Jager. | 0.30 | 79.50 | MME |
| Mar-17-14 | [Asset analysis and recovery] Review emails with person claiming ownership and requesting release of gold bars at Delaware Depository regarding Declaration in support of his claim and report status of investigation | 1.00 | 265.00 | KDM |

and determination regarding ownership to Monitor (.2); review letter and documents from investor of S.J. Woods and Hunter Wise regarding his involvement, investment and various related facts (.5); review proposed Default Judgment against CD Hopkins and email from CFTC to Court submitting Judgment and discuss with Monitor (.3).

| Mar-18-14 | [Asset analysis and recovery] Begin reviewing Amended Findings of Fact and Conclusions of Law and Order of Permanent Injunction proposed by CFTC and email submitting them to Judge and confer with Monitor (.6); strategize regarding telephone calls from investors inquiring about status of monitorship and outcome of trial and responding to those investors (.3). | 0.90 | 238.50 | KDM |
|---|---|---|---|---|
| | [Asset analysis and recovery] Exchange correspondence with investor Fredd Brett regarding status of our inquiry with Baird to confirm funds they are holding belonging to Talbot FX. | 0.20 | 40.00 | SMP |
| Mar-19-14 | [Asset analysis and recovery] Finish reviewing Amended Findings of Fact and Conclusions of Law and Order of Permanent Injunction proposed by CFTC and email submitting them to Judge and confer with Monitor (.6); review revised Findings of Fact and Conclusions of Law proposed by Defendants Martin and Jager and email submitting them to Judge and confer with Monitor (.6). | 1.20 | 318.00 | KDM |
| | [Case administration] Telephone calls to and from investor inquiring about the status of the monitorship, the outcome of the trial, whether she will be able to file a claim and recover any of her investment (.3). | 0.30 | 79.50 | KDM |
| Mar-20-14 | [Asset analysis and recovery] Telephone calls to and from investor regarding outcome of trial, status of monitorship, and possibility of claims process (0.3). | 0.30 | 79.50 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 0.30 | 43.50 | mm |
|  | [Case administration] Exchange emails with website manager regarding status of monitorship, renewal of domain name for monitorship website, and different options (.2). | 0.20 | 53.00 | KDM |
| Mar-21-14 | [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 0.80 | 116.00 | mm |
|  | [Case administration] Emails with M. McCarthy regarding inquiries of investors regarding outcome of trial and status of monitorship, and whether correspondence should be sent to all investors regarding current status of the case (.2); telephone calls to and from Ocean Bank regarding renewal of safe deposit box for various items of personal property of E. Martin that are being stored (.2). | 0.40 | 106.00 | KDM |
| Mar-23-14 | [Asset analysis and recovery] Finish reviewing proposed Findings of Fact and Conclusions of law submitted to the Court by CFTC and proposed Findings of Fact and Conclusions of law submitted to the Court by Defendants (.7). | 0.70 | 185.50 | KDM |
| Mar-24-14 | [Asset analysis and recovery] Conference regarding drafting declaration of Alan McGraw (0.2); Read emails regarding transfers of funds by Fredd Brett and his company (0.2); Email to counsel for Hunter Wise International Trading regarding purchase of metals for Fred Brett (0.1). | 0.50 | 75.00 | AF |
| Mar-25-14 | [Asset analysis and recovery] Review and approve expenses HW Financial. | 0.30 | 79.50 | MME |
|  | [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 0.50 | 72.50 | mm |

| | | | | |
|---|---|---|---|---|
| Mar-26-14 | [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 1.30 | 188.50 | mm |
| | [Case administration] Work on administrative matters including calendaring of deadlines to file Status Reports and Fee Applications (.2). | 0.20 | 53.00 | KDM |
| Mar-27-14 | [Asset analysis and recovery] Approve HW Financial expenses. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Review letter and documents from end-customer of SJ Woods regarding his involvement, amounts and types of investments, and request for release of funds, attempt to contact end-customer, send letter to M. McCarthy and coordinate follow up with end-customer and providing him with status update, and coordinate updating of tracking chart (.6); exchange emails with M. McCarthy regarding this and various other investors who have called and their questions and concerns, and the information that has been provided to them (.7);   telephone calls to counsel for Sabertooth following up on request to mediate the action (.2); telephone calls to and from investor regarding status of monitorship and outcome of trial (.2); strategize regarding representations to be included in Declaration to be signed by person claiming ownership of gold bars frozen at Delaware Depository (.2). | 1.90 | 503.50 | KDM |
| Mar-28-14 | [Asset analysis and recovery] Review and approve expenses for HW Financial and Fred Jager. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Email from | 2.00 | 530.00 | KDM |
| | counsel for CFTC regarding transfers from Hunter Wise and affiliates to J.B. Grossman and confer with Monitor regarding work done to gather information and create spreadsheet of amounts transferred (.2); confer with team members regarding spreadsheet prepared of transfers from Hunter Wise and affiliates to J.B. Grossman, documents upon which | | | |

spreadsheet was based, and review that spreadsheet and discuss with Monitor (.5); send spreadsheet to counsel for CFTC and exchange emails with counsel regarding spreadsheet (.2); work on obtaining dates from counsel for Sabertooth for mediation of Monitor's claims on behalf of Lloyds Commodities and discuss dates and strategy with Monitor (.3); emails with M. McCarthy regarding calls with and inquiries by end-customers and latest calls with principals of dealers regarding status of Monitorship (.3); coordinate updating of list of end-customers and dealers and review latest lists (.2); email from person claiming ownership of gold bars frozen at Delaware Depository regarding Declaration in support of his claim, strategize with team members regarding finalizing Declaration and response to claimants inquiry, and coordinate response to claimant (.3).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Correspondence with counsel for defendants' former attorneys | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery] Exchange correspondence with Alan McGraw regarding status of his Declaration. | 0.20 | 40.00 | SMP |
| | [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 1.30 | 188.50 | mm |
| Mar-31-14 | [Asset analysis and recovery] Continue working on scheduling mediation of action against Sabertooth on behalf of Lloyds Commodities and review emails with counsel for Sabertooth regarding available dates (.3); review latest inventory of metals being stored at Via Mat facility in Miami (.2). | 0.50 | 132.50 | KDM |
| Apr-01-14 | [Asset analysis and recovery] Review and approve expenses for HW Financial. | 0.30 | 79.50 | MME |
| | [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 0.30 | 43.50 | mm |

|  | [Case administration] Receive report regarding communications with multiple investors regarding their inquiries as to the status of the enforcement action and the monitorship and strategize regarding responding to more specific inquiries (.3). | 0.30 | 79.50 | KDM |
|---|---|---|---|---|
| Apr-02-14 | [Asset analysis and recovery] Telephone call from counsel for CFTC regarding FINRA investigation of certain persons and entities affiliated to Defendants (.2). | 0.20 | 53.00 | KDM |
| Apr-03-14 | [Case administration] Review emails with counsel for Defendant regarding revising Pretrial Order and coordinating exchange and proposed revisions (.2); review draft of Plaintiff's Reply to Defendant's Objection to Plaintiff's Motion to Add PFGRE, LLC as Party Plaintiff and strategize with team members regarding revisions to be made (.4); review and finalize Subpoena for Deposition to be served on Price, coordinate serving A. Price by serving Captain of Sheriff's office where A. Price is being detained and serving copy on criminal counsel for A. Price, and coordinate preparing Notice of Taking Trial Testimony by Deposition, review that Notice and coordinate filing with the Court (.2); meet with Receiver and team members regarding Defendant's planned objection to taking A. Price's trial testimony and AUSA's objection to the Court's issuance of a Writ of Habeas Corpus so A. Price can testify at trial (.8); send email to counsel for Defendant requesting consent to issuance of Writ of Habeas Corpus (.1); strategize with Receiver and team members regarding filing Petition for Writ of Habeas Corpus notwithstanding the AUSA's objection in light of Defendant's objection to the trial deposition and revise Petition and Writ to reflect Defendant's and AUSA's positions as to the Writ and Price's trial deposition (1.1). | 2.80 | 742.00 | KDM |
| Apr-04-14 | [Asset analysis and recovery] Review and approve HW Financial payments. | 0.30 | 79.50 | MME |
|  | [Asset analysis and recovery] Email from | 0.80 | 212.00 | KDM |

counsel for Fidelitrade and Delaware Depository regarding customer inquiries regarding metals in Hunter Wise account (.2); review emails with person claiming ownership of gold bars frozen at Delaware Depository regarding documents required to complete our investigation, peruse all of the documents claimant produced with S. Paris to determine documents still required to complete investigations, and review emails with counsel for HWIC Cayman requesting additional documents necessary for investigation (.5); review email from claimant regarding status of preparation of Affidavit for him to sign in support of his claim and the documents he has provided and coordinate response email (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review and analyze multiple documents and correspondence from Alan McGraw in support of his request for release of metals from DDS (1.1); Conference regarding missing information (.4); Review and analyze additional correspondence and documents from Alan McGraw (.9). | 2.40 | 480.00 | SMP |
| [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 0.50 | 72.50 | mm |

Apr-07-14 [Asset analysis and recovery] Work on gathering information regarding investors, dealers, losses, and status of claims and distribution process for purposes of responding to inquiry of US Senate Committee on Aging (.7); exchange emails with M. McCarthy regarding certain information regarding investors and investor losses and assist with narrowing the search (.5); telephone call to US Senate Committee to discuss and clarify issues raised in his email (.1).          1.30          344.50          KDM

[Business operations] Research regarding value of silver over past three years to determine net loss to receivership for tax purposes.          1.20          180.00          DMC

| | | | | |
|---|---|---|---|---|
| Apr-08-14 | [Business operations] (Melissa McCarthy) Respond to customer inquiries. | 0.30 | 43.50 | mm |
| | [Case administration] Telephone call from M. McCarthy regarding investors and their losses and locating information and running reports from Hunter Wise database for purposes of responding to inquiries of US Senate Committee on Aging and coordinate contacting B. Shoemaker to obtain direct access to HW database so M. McCarthy can run reports (.4); telephone calls to and from member of US Senate Committee on Aging regarding various issues and information related to Hunter Wise's investors and their losses (.5); emails from that Senate Committee member with follow up questions and work with M. McCarthy on gathering requested information (.5); telephone calls and emails from and to CFTC regarding initial communications with investors, locate initial letter and email sent to investors, and exchange emails with M. McCarthy regarding initial letter and list of investor email addresses (.6). | 2.00 | 530.00 | KDM |
| Apr-09-14 | [Asset analysis and recovery] Correspondence with counsel for Tim Carey (.1); legal research regarding Statute of Limitations (1.0). | 1.10 | 291.50 | MDV |
| | [Business operations] Review letter from investor seeking information regarding the dealer through which he purchased metals for purposes of preparing his tax returns and related filings and coordinate gathering the requested information and providing it to investor (.2). | 0.20 | 53.00 | KDM |
| | [Business operations] (Melissa McCarthy) Work on database regarding counsel queries concerning status report. | 0.50 | 72.50 | mm |
| | [Business operations] (Melissa McCarthy) Respond to customer queries. | 0.80 | 116.00 | mm |
| | [Case administration] Continue working with M. McCarthy on gathering information and | 2.50 | 662.50 | KDM |

documents requested by U.S. Senate Committee on Aging regarding investors and dealers, review responsive documents, exchange emails with counsel for that Committee regarding certain information and documents they have requested, and coordinate further investigation to answer remaining questions and provided additional documents (1.2); continue working with M. McCarthy on gathering the emails sent to customers and dealers and the lists of those customers and dealers and certain information requested by the CFTC, review the emails and lists, and send email to CFTC describing and attaching those emails and lists and the sources used to compile the lists (.9); receive update from M. McCarthy regarding her communications with B. Shoemaker for purposes of gaining direct access to Hunter Wise's system to run certain reports regarding investors and dealers and access certain information requested by U.S. Senate Committee on Aging (.2); prepare for call with investor seeking return of certain metals that he believes Hunter Wise purchased and allocated to him (.2).

| | | | | |
|---|---|---|---|---|
| Apr-10-14 | [Business operations] (Melissa McCarthy) Telephone call with Bob Shoemaker regarding HW database of customers and dealers. | 0.50 | 72.50 | mm |
| | [Business operations] (Melissa McCarthy) Work on Dealer information and database. | 0.80 | 116.00 | mm |
| | [Case administration] Emails to and from M. McCarthy regarding confirmation of customer list and dealer list used for initial letters to customers and dealers and send updated information to CFTC (.3); exchange emails with M. McCarthy regarding certain information that counsel for US Senate Committee has requested for each customer and dealer of HW since its inception, communications with B. Shoemaker, and estimated time to gather information to provide to counsel (.2); telephone call from M. McCarthy regarding information from B. Shoemaker regarding obtaining direct access | 1.10 | 291.50 | KDM |

to HW's system and portals of each dealer and timeframe for gathering information requested by US Senate Committee on aging regarding customers and dealers upon accessing the system and portals (.2); work on continued review of documents and emails from HW customer seeking return of silver bars and conference regarding status of investigation for purposes of responding to investor's latest inquiry (.4).

| Date | Description | Hours | Amount | |
|------|-------------|-------|--------|---|
| Apr-11-14 | [Asset analysis and recovery] Email to and telephone call from counsel for DDS regarding silver bars allegedly transferred from HW customer to DDS, existence and status of those bars, name of account holding those bars, and related issues, discuss status of investigation into A. McGraw's request for return of gold bars, and discuss certain HW accounts containing metals that reference names of certain customers but are titled in the name of HW (.5); continue investigation into HW customer's request for return of silver bars allegedly being stored in account at DDS and review various documents that he produced to prove his ownership (.7); resume investigation of dealers against which CFTC consent judgments were entered for purposes of determining their collectability of restitution amounts (.6). | 1.80 | 477.00 | KDM |
| | [Asset analysis and recovery] Review and analyze correspondence from and documents produced by Mark Pavlick regarding his request for the release of his 10 silver bars stored at DDS (1.1) and conference regarding same (.4). | 1.50 | 300.00 | SMP |
| | [Business operations] (Melissa McCarthy) Work on Dealer information and database. | 1.00 | 145.00 | mm |
| | [Case administration] Telephone call from counsel for HW customer regarding status of Court's entry of Judgment, status of the Monitorship, likelihood of conversion to Receivership, likely claim process, and whether the government is investigating the | 0.90 | 238.50 | KDM |

dealer who connected customer with HW (.2); coordinate adding counsel and contact information to List of Customers (.1); telephone calls from customers with various questions regarding the status of the Monitorship and the enforcement action, confer with M. McCarthy and J. Serna regarding questions being asked, and supervise team members' providing information and updates (.6).

| Apr-12-14 | [Business operations] (Melissa McCarthy) Work on Dealer information and database. | 0.80 | 116.00 | mm |

| Apr-14-14 | [Asset analysis and recovery] Review and approve HW Financial payments. | 0.30 | 79.50 | MME |

[Asset analysis and recovery] Emails with A. McGraw, who claims ownership of gold bars at DDS, regarding updated contact information, scheduling of call to discuss remaining questions as to the documents he produced to prove ownership and independent source of funds, and status of preparation of Affidavit in support of his claim, and follow up with S. Paris regarding communications with A. McGraw (.2); receive notice from Bankruptcy Court regarding discharge of debt of the Burbages in their Chapter 7 bankruptcy case (.1); emails to and from counsel for DDS regarding results of investigation into metals allegedly owned by customer of AU Resources that may have been commingled with HW's metals and whether any account is titled in his name or references him (.2); telephone call to customer of AU Resources regarding DDS's investigation into his metals and any accounts into which such metals may have been transferred (.3); review statements from Syndicated Capital and Dreyfus funds for investments of South Peak Texas Investments to monitor status and value of assets of that entity and report values to Monitor (.2).                1.00    265.00    KDM

[Business operations] (Melissa McCarthy) Work on Dealer information and database.                1.00    145.00    mm

| | | | | |
|---|---|---|---|---|
| | [Case administration] Emails to and from counsel for US Senate Committee on Aging regarding status of gathering information requested regarding HW customers and dealers and forward to M. McCarthy to follow up on status of obtaining the requested information (.2); telephone call from customer of S.J. Woods and Hunter Wise regarding status of enforcement action, outcome of trial, and when and whether claims process will commence and coordinate updating of investor contact list (.4). | 0.60 | 159.00 | KDM |
| Apr-15-14 | [Asset analysis and recovery] Approve expenses of HW Financial (.3); review 11th Circuit decision (.3). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] Emails with M. McCarthy regarding status of compiling list of addresses of all dealers and determining ages of all customers, review completed Dealer list and send to counsel for U.S. Senate Committee on Aging with update regarding status of compiling ages of all customers (.4); exchange emails with counsel for US Senate Committee regarding follow-up questions regarding the customers and dealer lists previously provided and certain information contained therein (.2); review Notice of Filing decision of Eleventh Circuit on appeal of Appointment Order and Preliminary Injunction and begin reviewing that decision and discuss ultimate ruling with Monitor (.5); emails with person claiming DDS is holding his silver bars in accounts in the name of Hunter Wise regarding recent communications with counsel for DDS and various documents he recently obtained allegedly supporting his claims, begin reviewing those documents, and propose a conference call with counsel for DDS and the claimant (.6); emails with counsel for DDS regarding its continued investigation of claim to silver bars in Hunter Wise account and status of obtaining archived records that may shed light on matter (.2). | 1.90 | 503.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Business operations] (Melissa McCarthy) Respond to customer queries. | 0.50 | 72.50 | mm |
| | [Business operations] (Melissa McCarthy) Work on database regarding customer age. | 1.00 | 145.00 | mm |
| | [Case administration] Visit the safe deposit box storing certain coins and jewelry of E. Martin, confirm inventory, and work on transferring to smaller box (.5). | 0.50 | 132.50 | KDM |
| Apr-16-14 | [Asset analysis and recovery] Emails from person claiming to own certain silver bars in Hunter Wise accounts at DDS with further documents allegedly supporting his claims and review those documents (.3); email from counsel for DDS providing his analysis of documents provided by claimed owner of silver bars and review his analysis and various documents that possibly support his claim to ownership (.3) review those documents and compare to DDS's counsel's analysis (.9); emails with M. McCarthy regarding status of investigation of customers' ages for purposes of responding to inquiries of U.S. Senate Committee on Aging, average age of customers based on initial review of 2 dealers' customer databases, and estimated time to complete investigation (.2); prepare and send email to counsel for U.S. Senate Committee on Aging providing preliminary calculation of customers' average age and estimate of time required to complete review of dealers' customer databases (.2); emails with counsel for Senate Committee regarding discrepancy between two dealer lists (.2); emails with M. McCarthy regarding response from counsel for Senate Committee to information provided (.1); continue reviewing documents for evidence of first notice to Hunter Wise of CFTC's investigation and consult with team members regarding such evidence and the CFTC's Wells Notice (.5). | 2.70 | 715.50 | KDM |
| | [Asset analysis and recovery] Continued review and analysis of documents submitted by Alan McGraw in support of his request for | 0.50 | 100.00 | SMP |

release of his alleged gold bars being stored at DDS.

| | [Case administration] Emails with M. McCarthy regarding recent calls from HW customers inquiring as to the status of the monitorship, the outcome of the trial, and commencement of a claims process and recommended update to monitorship website (.2); prepare summary of outcome of trial, and status of enforcement action and monitorship, and possible future claims process and send to website manager to post on website (.4). | 0.60 | 159.00 | KDM |
|---|---|---|---|---|
| Apr-17-14 | [Asset analysis and recovery] Exchange emails with counsel for DDS regarding our investigation into the claim of M. Pavlick to own certain silver bars held in an account at DDS in the name of Hunter Wise and further work to be done by DDS and the Monitor to complete the investigation (.2); emails with M. McCarthy and formulate strategy for investigation into metals purchases made by Hunter Wise prior to monitorship and whether M. Pavlick was ever a customer of Hunter Wise or any of its dealers for purposes of investigation into his claim to ownership of silver bars at DDS (.4); email from M. Pavlick regarding additional information and documents purporting to support his claim for return of silver bars (.2). | 0.80 | 212.00 | KDM |
| | [Business operations] (Melissa McCarthy) Respond to customer queries. | 0.30 | 43.50 | mm |
| | [Case administration] Emails with website manager regarding latest revisions to website and send copy of 11th Circuit decision to manager to post on website (.2); emails with M. McCarthy regarding recent inquiries from customers regarding 11th Circuit decision and provide information for purposes of responding to those inquiries (.3). | 0.50 | 132.50 | KDM |
| Apr-18-14 | [Asset analysis and recovery] Exchange emails with M. McCarthy regarding Hunter Wise records for its accounts at DDS and for | 0.80 | 212.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | AU Resources for purposes of investigation into M. Pavlick's claim to certain silver bars at DDS (.2); review those Hunter Wise records and send email to counsel or DDS regarding our findings regarding the silver bars at issuer, the Monitor's position with respect to M. Pavlick's claims, and request for continued freezing of those silver bars (.4); telephone calls to and from M. Pavlick regarding latest findings from our investigation and review of Hunter Wise records and the Monitor's position with respect to his claim (.2). | | | |
| | [Business operations] Confer with Monitor and M. Dhanji regarding renewal of annual registration of Lloyds entities and determine that Consent Order against Lloyds renders renewal unnecessary (.1); telephone calls with Gibraltar Bank officer regarding status of Monitorship and business operations of Hunter Wise, corporate resolutions, the Monitor's Status Reports and related documents and send Initial Report and Exhibits to bank officer (.3). | 0.40 | 106.00 | KDM |
| | [Case administration] Emails with website manager regarding further additions and revisions to the monitorship website and review website to confirm that all changes were made properly (.2). | 0.20 | 53.00 | KDM |
| Apr-21-14 | [Case administration] (No charge) Review and revise invoices for Monitor and her counsel for purposes of preparing Fifth Fee Application (1.5). | 1.50 | 0.00 | KDM |
| Apr-23-14 | [Asset analysis and recovery] Phone call with C. Metzger (CFTC) regarding time line of investigation and status. | 0.40 | 106.00 | MDV |
| | [Asset analysis and recovery] Conference regarding statute of limitation for receiver to file malpractice claims (0.2); Research regarding statute of limitations for filing legal malpractice lawsuit (1.4). | 1.60 | 240.00 | AF |

|          | [Business operations] (Melissa McCarthy) Respond to customer queries. | 1.00 | 145.00 | mm |
|----------|------------------------------------------------------|------|--------|------|
|          | [Case administration] Emails and telephone calls to and from counsel for US Senate Committee on Aging regarding follow up questions related to documents provided to counsel regarding dealers and their locations (.3). | 0.30 | 79.50 | KDM |
| Apr-24-14 | [Asset analysis and recovery] Emails with person claiming ownership of gold bars at DDS regarding scheduling another call to discuss remaining work to be done to complete our investigation of his claim (.1). | 0.10 | 26.50 | KDM |
| Apr-25-14 | [Asset analysis and recovery] Emails with counsel for CFTC regarding additional information related to HW customers and their demographics needed by CFTC for testimony to be provided to US Senate Committee on Aging (.3); exchange emails and work with M. McCarthy on gathering the requested information (.6). | 0.90 | 238.50 | KDM |
|          | [Asset analysis and recovery] Continued research regarding statute of limitations for legal malpractice claim and draft memorandum regarding statute of limitations for malpractice action. | 2.30 | 345.00 | AF |
| Apr-26-14 | [Business operations] (Melissa McCarthy) Work on database information regarding Senate Committee on Aging. | 0.50 | 72.50 | mm |
| Apr-27-14 | [Business operations] (Melissa McCarthy) Respond to customer queries. | 0.50 | 72.50 | mm |
|          | [Business operations] (Melissa McCarthy) Work on database information regarding Senate Committee on Aging. | 5.50 | 797.50 | mm |
|          | [Case administration] Telephone call with Senate Committee on Aging. | 0.20 | 53.00 | MME |
| Apr-28-14 | [Asset analysis and recovery] Review legal | 0.40 | 106.00 | MME |

issues with counsel.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review M. Visconti's analysis of statutes of limitations for claims against former counsel for Hunter Wise for purposes of entering into tolling agreements and preparing claims against those counsel and confer with Monitor and M. Visconti regarding applicable statutes and the States in which the malpractice was committed (.5). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] Review last status report and updated information from team (1.6); review memorandum regarding statute of limitations (.4); correspondence with A. Fernandez regarding same (.2); update Monitor regarding statute of limitations issue (0.3). | 2.50 | 662.50 | MDV |
| [Asset analysis and recovery] Continue drafting memorandum regarding statute of limitations for malpractice action (1.1); Research regarding statute of limitations in malpractice action in Illinois (0.8). | 1.90 | 285.00 | AF |
| [Business operations] (Melissa McCarthy) Work on database information of purposes of responding to Senate Committee on Aging. | 2.30 | 333.50 | mm |
| [Case administration] Email from and telephone call to M. McCarthy regarding spreadsheet prepared regarding HW customer information requested by CFTC and review that spreadsheet and explanation regarding scope and extent of investigation and findings (.4); forward spreadsheet and exchange emails with counsel for CFTC regarding information related to HW customers and their demographics for purposes of testimony to be provided to US Senate Committee on Aging (.4); telephone calls to and from counsel for CFTC regarding spreadsheet provided and clarification required (.3); emails with M. McCarthy regarding must up-to-date list of Hunter Wise customers and review the latest list to determine how complete the contact information is for | 1.90 | 503.50 | KDM |

purposes of compiling information requested by CFTC (.3); emails with M. Visconti regarding various subjects to be addressed in the Monitor's Status Report and gather information to be included in Report (.5).

| Apr-29-14 | [Asset analysis and recovery] Review and approve HW Financial expenses. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Strategize with team members regarding mediation in action against Sabertooth, investigating collectability of certain dealers against which consent judgments were entered and sending out additional demand letters to collect restitution amounts, and following up with counsel for plaintiffs in the remaining ancillary actions to have them enter into stipulations for the dismissal of those actions as against the Lloyds entities (.4). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Strategize with Monitor regarding plans for claims against Ds & Os and against attorneys (.2). | 0.20 | 53.00 | MDV |
| | [Asset analysis and recovery] Continue researching [REDACTED] (1.9); Draft memorandum regarding [REDACTED] (0.6). | 2.50 | 375.00 | AF |
| | [Asset analysis and recovery] Conference regarding Sabertooth mediation, ancillary actions where Lloyds is a defendant, and demand letters to dealers who reentered into consent judgments with CFTC. | 0.20 | 30.00 | AF |
| | [Business operations] (Melissa McCarthy) Respond to customer queries. | 1.50 | 217.50 | mm |
| | [Case administration] work with M. Visconti on preparing Monitor's Fifth Status Report, providing various information and updates to be included in Report (.7); emails to and from M. McCarthy regarding recent communications with investors and providing them with update regarding status of monitorship and enforcement action (.2) | 0.90 | 238.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Case administration] Strategize regarding status report (.3); draft fifth status report (3.8); work on status of ancillary litigation concerning status report (.3). | 4.40 | 1,166.00 | MDV |
| | [Case administration] Telephone conference with Alan McGraw regarding issues to discuss and scheduling a time to go over documents (.2); Telephone conference with Alan McGraw regarding documents he provided and information we are seeking (.8). | 1.00 | 200.00 | SMP |
| Apr-30-14 | [Asset analysis and recovery] Email from person claiming ownership of the gold bars frozen at DDS regarding status of our investigation into his ownership and the independent source of funds used to purchase the bars and confer with Monitor regarding expediting the completion of the investigation (.2). | 0.20 | 53.00 | KDM |
| | [Business operations] Email from M. McCarthy with list of information, reports and server access that we need (.1); review email from B. Shoemaker and exchange emails with M. McCarthy regarding gaining full access to the Hunter Wise servers, resolving certain hardware issues, and estimate to provide certain requested reports and resolve hardware issues, and coordinate obtaining full access so we can run reports ourselves and resolve issues with company providing hardware and support for servers (.5). | 0.60 | 159.00 | KDM |
| | [Business operations] (Melissa McCarthy) Work on information from the server for status report. | 0.30 | 43.50 | mm |
| | [Case administration] Confer with Monitor regarding certain information and activities to be included in the Status Report and work with M. Visconti and incorporating same into Report (.3); begin reviewing and revising Report (.4). | 0.70 | 185.50 | KDM |
| | [Case administration] Conference regarding | 0.20 | 40.00 | SMP |

status of requests for releases of metals/funds by investors in preparation for Hunter Wise Receiver's Report.

[Case administration] Prepare Exhibit A to the Monitor's Fifth Status Report for attorney review.                    0.60          60.00                pl

|  |  |  |
|---|---|---|
| **HOUR TOTALS:** | 319.90 | $62,467.50 |

**ATTORNEY/PARALEGAL SUMMARY**

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 23.00 | $265.00 | $4,770.00 |
| Kenneth D. Murena | KDM | 120.20 | $265.00 | $30,263.00 |
| Melissa Damian Visconti | MDV | 11.00 | $265.00 | $2,915.00 |
| Amanda Fernandez | AF | 18.40 | $150.00 | $2,760.00 |
| Casandra Perez Murena | CP | 6.60 | $250.00 | $1,650.00 |
| David M. Carnright | DMC | 6.00 | $150.00 | $900.00 |
| Ido Alexander | IJA | 3.10 | $200.00 | $620.00 |
| Sara M. Paris | SMP | 57.70 | $200.00 | $9,720.00 |
| Melissa McCarthy | mm | 41.1 | $145.00 | $5,959.50 |
| Paralegal | pl | 32.8 | $100.00 | $2,910.00 |

**DISBURSEMENTS**

| | | |
|---|---|---|
| | Pacer Photocopy | 12.90 |
| Jan-10-14 | AT & T Telephone Service HW Manager | 116.13 |
| Feb-14-14 | AT & T Telephone Service HW Manager | 116.18 |
| Feb-28-14 | Transportation in Philadelphia to Airport MME MDV 2/14/14 | 175.00 |
| Mar-12-14 | AT & T Telephone Service HW Manager | 115.89 |
| Apr-30-14 | Deposit Box Renewal | 175.00 |
| Feb-28-14 | Photocopies   368 @ 0.12 | 44.16 |
| Mar-31-14 | Photocopies   133 @ 0.12 | 15.96 |
| Feb-25-14 | FedEx Shipment   Special Agent Brady 2/20/14 | 23.49 |
| Feb-28-14 | FedEx Shipment Agent Peter Brady 2/21/14 | 22.62 |
| Jan-31-14 | Lexis Nexis Data Research Spanish Trail Joint Ventures | 9.00 |

_____

Totals                                    $826.33

**Total Fee & Disbursements**                    **$63,293.83**
Previous Balance                              121,611.75
_____

**Balance Now Due**                          **$184,905.58**
                          **Terms: Balance Due Upon Receipt**

Payments received after the billing date of Apr 30/14     may not be included on this statement.

TAX ID Number          20-1324240