# EXHIBIT C
*(Kapila & Company invoices)*



**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #97376-Rev - 01/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---:|---:|---:|
| SURUCHI BANEZ - Principal, CPA*, CIRA, CFE | 11.00 | 260.00 | 2,860.00 |
| ROSEMARY HOWARD - Tax Analyst | 9.10 | 170.00 | 1,547.00 |
| KELSEY JOHNSON - Forensic Analyst | 0.80 | 130.00 | 104.00 |
| LESLEY JOHNSON - Partner/Tax, CPA*, CIRA | 4.10 | 265.00 | 1,086.50 |
| TOTAL | 25.00 | | $5,597.50 |
| | **BLENDED RATE** | **$223.90** | |
| | TOTAL EXPENSES | | 71.00 |
| TOTAL AMOUNT OF THIS INVOICE | | | $5,668.50 |

CPA - Certified Public Accountant
CIRA - Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner

* Regulated by the State of Florida

1000 S. Federal Highway Suite 200 Fort Lauderdale, Florida 33316
Member Florida Institute of Certified Public Accountants American Institute of Certified Public Accountants - Private Companies Practice Section
Affiliated office in London, England

# Kapila & Company
## Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilaco.com
EIN #65-0311031

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
1000 BRICKELL AVENUE, SUITE 1020

MIAMI, FL  33131

Invoice: 97376-Rev
01/31/2014
Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 01/16/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM S. KAPILA REGARDING PRINCIPLES LISTED IN COMPLAINTS. | 0.20 | 52.00 |
| 01/17/2014 | SKB | REVIEW AND ANALYZE SCHEDULES PROVIDED BY M. DHANJI FOR W-2'S. | 0.40 | 104.00 |
| 01/20/2014 | SKB | VARIOUS INTRACOMPANY CALLS WITH R. HOWARD REGARDING 1099'S AND W-2'S. | 0.90 | 234.00 |
| 01/20/2014 | SKB | T/C WITH R. HOWARD AND M. DHANJI REGARDING 1099'S AND W-2'S. | 0.70 | 182.00 |
| 01/20/2014 | SKB | REVIEW AND ANALYZE SCHEDULES FROM M. DHANJI REGARDING 1099'S AND W-2'S. | 0.50 | 130.00 |
| 01/24/2014 | SKB | T/C WITH M. DHANJI REGARDING 1099'S AND W-2'S AND FUTURE TAX RETURNS TO BE FILED. | 0.50 | 130.00 |
| 01/24/2014 | SKB | T/C WITH R. HOWARD REGARDING 1099'S AND W-2'S. | 0.30 | 78.00 |
| 01/24/2014 | SKB | REVIEW AND ANALYZE QUICKBOOKS DISBURSEMENT REPORTS FOR 1099 PAYMENTS MADE IN 2013 FOR ALL ENTITIES INCLUDING HW CREDIT, HW COMMODITIES, HW TRADING, HW IRA SERVICES HW SERVICES AND LLOYDS COMMODITIES. PERFORM RESEARCH TO OBTAIN ADDRESS INFO AND TAX IDENTIFICATION NUMBERS TO ISSUE 1099'S | 4.40 | 1,144.00 |
| 01/27/2014 | SKB | REVIEW AND ANALYZE QUICKBOOKS FOR HUNTER WISE CREDIT TO DETERMINE 1099 AND W-2 PAYMENTS AND RESEARCH AND ADDRESS EMAILS REGARDING NEWBRIDGE 1099 AND W-2 EMAILS. | 1.30 | 338.00 |
| 01/28/2014 | SKB | RESEARCH AND ADDRESS CORRESPONDENCE REGARDING 1099'S. | 0.40 | 104.00 |
| 01/29/2014 | SKB | RESEARCH AND ADDRESS CORRESPONDENCE REGARDING 1099'S AND W-2'S FROM ADP. | 0.80 | 208.00 |
| 01/30/2014 | SKB | PARTICIPATE IN T/C WITH REUTERS AMERICA LLC REGARDING EIN FOR 1099'S. | 0.20 | 52.00 |
| 01/30/2014 | SKB | ADDRESS 1099 AND W-2 CORRESPONDENCE WITH M. DHUNJI. | 0.20 | 52.00 |
| TAX SERVICES - ADVISORY | | | | |
| 01/15/2014 | SKB | GATHER AND PREPARE 1099 INFORMATION SCHEDULE. | 0.20 | 52.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/20/2014 | RH | SEARCH CLIENT DOWNLOADED FILES FOR INFORMATION NEEDED TO PREPARE 2013 FORMS W-2 | 0.50 | 85.00 |
| 01/24/2014 | RH | E-MAILS WITH SURUCHI BANEZ RE 1099 INFORMATION | 0.30 | 51.00 |
| 01/28/2014 | LJJ | REVIEW OPEN ISSUES REGARDING INFORAMITON REPORTING | 0.40 | 106.00 |
| 01/29/2014 | LJJ | ADDRESS DISCREPANCIES IN WAGE AND INFORAMTION REPORTING, REVIEW ADP PREPARED EMPLOYMENT REPORTING FORMS. | 0.60 | 159.00 |

TAX SERVICES - PREPARE FORMS

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 01/19/2014 | RH | PARTIAL PREPARATION OF 2013 FORMS W-2 AND RELATED E-MAILS | 0.80 | 136.00 |
| 01/19/2014 | RH | PARTIAL PREPARATION OF 2013 FORMS W-2 FOR HUNTER WISE SERVICES | 1.10 | 187.00 |
| 01/19/2014 | RH | PARTIAL PREPARATION OF 2013 FORMS 1099 MISC FOR HUNTER WISE COMMODITIES | 0.30 | 51.00 |
| 01/19/2014 | RH | PARTIAL PREPARATION OF FORMS 1099 MISC FOR HUNTER WISE SVCS | 0.10 | 17.00 |
| 01/20/2014 | RH | T/C'S WITH S. BANEZ AND CLIENT REGARDING ISSUES OF MISSING INFORMATION FOR W-2'S, 1099'S | 0.70 | 119.00 |
| 01/20/2014 | RH | E-MAILS AND T/C'S WITH S BANEZ REGARDING PREPARATION OF 2013 1099'S AND W-2'S | 0.90 | 153.00 |
| 01/24/2014 | RH | T/C WITH SURUCHI BANEZ RE INFORMATION NEEDED TO COMPLETE 1099'S FOR 2013 | 0.20 | 34.00 |
| 01/27/2014 | RH | PREPARATION OF WORKSHEET FROM E-MAILS FOR REVISED 1099 MISC, AND PARTIAL PREPARTION OF 1099 MISC FORMS | 0.80 | 136.00 |
| 01/28/2014 | RH | FINALIZE PREPARATION OF 2013 FORMS 1099 MISC & 1096 FOR HW COMMODITIES | 0.40 | 68.00 |
| 01/28/2014 | RH | FINALIZE PREPARATION OF 2013 FORMS 1099 MISC & 1096 FOR HW SERVICES | 0.20 | 34.00 |
| 01/28/2014 | RH | PREPARATION OF 2013 FORMS 1099 MISC & 1096 FOR NEWBRIDGE ALLIANCE | 0.30 | 51.00 |
| 01/29/2014 | RH | PREPARATION OF AMENDED AND ADDITIONAL FORMS 1099 MISC & 1096 FOR HUNTER WISE SERVICES FOR 2013 | 0.30 | 51.00 |
| 01/29/2014 | RH | T/C, EMAILS AND PREPARATION OF ADDITIONAL AND AMMENDED FORMS 1099 MISC AND 1096 FOR 2013 | 0.50 | 85.00 |
| 01/29/2014 | LJJ | RE: HW SERVICES 1099 AND 1096 | 0.10 | 26.50 |
| 01/29/2014 | LJJ | REVIEW FORMS 1099 AND 1096 | 0.60 | 159.00 |
| 01/30/2014 | RH | COMPLETE PREPARATION OF 2013 FORMS W-2 AND W-3 FOR HUNTER WISE SERVICES | 1.00 | 170.00 |
| 01/30/2014 | RH | COMPLETE PREPARATION OF 2013 FORMS W-2 AND W-3 FOR HUNTER WISE COMMODITIES | 0.50 | 85.00 |
| 01/30/2014 | RH | PREPARATION OF REVISED FORM 1099 MISC FOR HUNTER WISE COMMODITIES FOR 2013 (ADDITIONAL EIN RECEIVED) | 0.20 | 34.00 |
| 01/31/2014 | LJJ | REVIEW FORMS W-2 AND W-3 FOR HW COMMODITIES AND HW | 1.60 | 424.00 |

|            |     | SERVICES                                      |      |          |
|------------|-----|-----------------------------------------------|------|----------|
| 01/31/2014 | LJJ | REVIEW FORMS 1099 AND 1096                    | 0.80 | 212.00   |
| 01/31/2014 | KJJ | MAILING 1099S                                 | 0.80 | 104.00   |
|            |     |                                               |      | 5,597.50 |

EXPENSES

|            |     |                                                |       |
|------------|-----|------------------------------------------------|-------|
| 01/28/2014 | EXP | OVERNIGHT DELIVERY - R. HOAWRD TO L. JOHNSON   | 6.93  |
| 01/30/2014 | EXP | OVERNIGHT DELIVERY - R. HOAWRD TO L. JOHNSON   | 35.87 |
| 01/31/2014 | EXP | POSTAGE                                        | 27.60 |
| 01/31/2014 | EXP | COPY CHARGE                                    | 0.60  |
|            |     |                                                | 71.00 |

|                               |            |
|-------------------------------|------------|
| Total amount of this invoice  | $5,668.50  |

<u>Invoice payable upon receipt.  Thank you for this opportunity to be of service.</u>



**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #97422-Rev - 02/28/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---:|---:|---:|
| KELSEY JOHNSON - Forensic Analyst | 1.60 | 130.00 | 208.00 |
| LESLEY JOHNSON - Partner/Tax, CPA*, CIRA | 1.20 | 265.00 | 318.00 |
| TOTAL | 2.80 | | $526.00 |
| | **BLENDED RATE** | **$187.86** | |
| | TOTAL EXPENSES | | 34.66 |
| TOTAL AMOUNT OF THIS INVOICE | | | $560.66 |

CPA - Certified Public Accountant
CIRA Certified Insolvency & Restructuring Advisor

* Regulated by the State of Florida

*1000 S. Federal Highway  Suite 200  Fort Lauderdale, Florida  33316*
*Member Florida Institute of Certified Public Accountants  American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

# Kapila & Company

**Certified Public Accountants**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilaco.com
EIN #65-0311031

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR                                    Invoice: 97422-Rev
1000 BRICKELL AVENUE, SUITE 1020                               02/28/2014

MIAMI, FL  33131                                               Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **TAX SERVICES - PREPARE FORMS** | | | | |
| 02/03/2014 | KJJ | ASSEMBLY AND MAILING OF TAX RETURNS | 1.00 | 130.00 |
| 02/27/2014 | LJJ | REVIEW AND REVISE FORMS 1099 FOR HUNTERWISE ENTITIES | 1.20 | 318.00 |
| 02/27/2014 | KJJ | ASSEMBLY AND MAILING OF TAX RETURN | 0.60 | 78.00 |
| | | | | 526.00 |
| **EXPENSES** | | | | |
| 02/03/2014 | EXP | POSTAGE | | 3.76 |
| 02/28/2014 | EXP | COPY CHARGE FOR FEBRUARY 2014 | | 30.90 |
| | | | | 34.66 |
| | | Total amount of this invoice | | $560.66 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #97483 - 03/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ  - Principal,  CPA*, CIRA, CFE | 7.80 | 260.00 | 2,028.00 |
| ANDREA FELDMAN  - Forensic Analyst,  CPA* | 4.20 | 220.00 | 924.00 |
| TOTAL | 12.00 |  | $2,952.00 |
|  | **BLENDED RATE** | **$246.00** |  |
|  | TOTAL EXPENSES |  | 22.46 |
| TOTAL AMOUNT OF THIS INVOICE |  |  | $2,974.46 |

CPA - Certified Public Accountant
CIRA- Certified Insolvency & Restructuring Advisor
CFE - Certified Fraud Examiner

* Regulated by the State of Florida

*1000 S. Federal Highway  Suite 200  Fort Lauderdale, Florida  33316*
*Member Florida Institute of Certified Public Accountants  American Institute of Certified Public Accountants - Private Companies Practice Section*
*Affiliated office in London, England*

# Kapila & Company

Certified Public Accountants
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilaco.com
EIN #65-0311031

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL  33131

Invoice: 97483
03/31/2014
Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH MARCH 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 03/04/2014 | ANF | REVIEWED 5 ENTITIES IN QUICKBOOKS FOR HUNTER WISE TO COMPLETE ANALYSIS OF TRANSFERS TO/FROM WILLIAM LERNER, AS REQUESTED BY COUNSEL | 1.80 | 396.00 |
| 03/04/2014 | SKB | ANALYZE QUICKBOOKS FOR TRANSFERS BETWEEN ALL HUNTER WISE ENTITIES AND WILLIAM LERNER & ASSOCIATES AND PREPARE SCHEDULE OF FINDINGS FOR COUNSEL. | 1.20 | 312.00 |
| 03/04/2014 | SKB | COORDINATE RETURN OF STORAGE KEYS AND LAPTOP BACK TO COUNSEL. | 0.30 | 78.00 |
| 03/05/2014 | SKB | RESEARCH AND ADDRESS QUESTIONS FROM FBI REGARDING WILLIAM LERNER TRANSACTIONS. | 2.10 | 546.00 |
| 03/06/2014 | ANF | RESEARCH PURPOSE OF DISBURSEMENT AND RECEIPTS SCHEDULE PROVIDED BY COUNSEL REGARDING WILLIAM LERNER AND VARIOUS PAYEES | 1.90 | 418.00 |
| 03/06/2014 | SKB | RESEARCH AND ADDRESS INQUIRIES REGARDING WILLIAM LERNER TRANSACTIONS. | 3.20 | 832.00 |
| 03/07/2014 | SKB | PARTICIPATE IN T/C WITH FBI AND K. MURENA REGARDING WILLIAM LERNER TRANSACTIONS. | 0.50 | 130.00 |
| 03/07/2014 | ANF | RESEARCH OF BANK ACCOUNTS IN HUNTER WISE QUICKBOOKS FOR S.BANEZ | 0.50 | 110.00 |
| 03/07/2014 | SKB | RESEARCH AND ADDRESS INQUIRIES REGARDING WILLIAM LERNER TRANSACTIONS AND PREPARE FOR CALL WITH FBI. | 0.50 | 130.00 |
| | | | | 2,952.00 |
| EXPENSES | | | | |
| 02/27/2014 | EXP | OVERNIGHT DELIVERY - M. DAMIAN | | 19.51 |
| 03/14/2014 | EXP | LONG DISTANCE BILL 03.14.2014 | | 0.25 |
| 03/31/2014 | EXP | COPY CHARGE - MARCH 2014 | | 2.70 |
| | | | | 22.46 |

|  |  |
|---|---|
| Total amount of this invoice | $2,974.46 |

# Kapila & Company

**Certified Public Accountants**
1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilaco.com
EIN #65-0311031

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL  33131

Invoice: 97599
04/30/2014
Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| TAX SERVICES - PREPARE FORMS | | | | |
| 04/13/2014 | LJJ | EXTEND 2013 FORM 1065 | 0.20 | 53.00 |
| | | | | 53.00 |
| EXPENSES | | | | |
| 04/15/2014 | EXP | POSTAGE | | 2.39 |
| 04/30/2014 | EXP | COPY CHARGE | | 1.50 |
| 04/30/2014 | EXP | LACERTE - 4.14.14 | | 38.00 |
| | | | | 41.89 |
| | | Total amount of this invoice | | $94.89 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.
