# EXHIBIT D
*(Ver Ploeg & Lumpkin invoices)*

# Ver Ploeg & Lumpkin, P.A.

Miami Tower Building
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

April 04, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

| | |
|---|---|
| Billing through | 03/31/14 |
| Invoice Number | 11740 |
| Account Number | D032-00102 |

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 03/31/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS and KMS re: next steps | 0.10 |
| 03/31/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to Special Monitor regarding current status of matter. | 0.10 |
| 03/31/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with team regarding status of current matter and next steps. | 0.10 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 0.20 | 250.00 | $50.00 |
| Mazer, Jason S. | 0.10 | 565.00 | $56.50 |
| **Total fees for this matter** | **0.30 hrs.** | | **$106.50** |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $106.50 |
| TOTAL DISBURSEMENTS | $0.00 |
| **TOTAL CHARGES FOR THIS BILL** | **$106.50** |
| PLUS NET BALANCE FORWARD | $8,576.36 |
| **TOTAL BALANCE NOW DUE** | **$8,682.86** |

## BILLING HISTORY

| | Billed to Date | | Received to Date |
|---|---|---|---|
| Fees | $11,505.00 | Fees | $3,232.50 |
| Expenses | $319.00 | Expenses | $15.14 |

**PLEASE INCLUDE INVOICE NUMBER 11740 WITH YOUR PAYMENT. THANK YOU.**