## Ver Ploeg & Lumpkin, P.A.
Miami Tower Building
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

June 19, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

| | |
|---|---|
| Billing through | 05/31/14 |
| Invoice Number | 11978 |
| Account Number | D032-00102 |

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Initials | Description | Hours |
|---|---|---|---|
| 05/27/14 | JSM | Review ▮▮▮▮ and trade emails with CDS regarding same ADMINISTRATION: | 0.30 |
| 05/10/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read and respond to email from Ms. Visconti re: ▮▮▮▮ | 0.10 |
| 05/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Preparation for meeting with Receiver regarding potential insurance recoveries; meeting to plan strategy (prorated). | 0.80 |
| 05/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Ms. Visconti forwarding ▮▮▮▮ | 0.10 |
| 05/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Follow-up emails with CDS and Receiver's office re: ▮▮▮▮ | 0.10 |
| 05/16/14 | JSM | Email from Receiver's office; review attached Order of Final Judgment ASSET ANALYSIS AND RECOVERY: | 0.10 |
| 05/16/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding ▮▮▮▮ | 0.50 |
| 05/19/14 | JSM | Read Opinion and Order and Final Judgment in orer to advise Receiver on potentially covered claims that remain against D&Os. ASSET ANALYSIS AND RECOVERY: | 1.80 |
| 05/20/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze e-mail correspondence from Receiver regarding ▮▮▮▮ draft e-mail correspondence regarding same. | 0.10 |
| 05/21/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review ▮▮▮▮ draft revisions to same; draft various e-mail correspondence to Receiver regarding statutory demand, coverage analysis, and related issues. | 0.70 |
| 05/22/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior coverage analyses, D&O policy, and order of final judgment against Hunter Wise and certain D&O Defendants in order to evaluate potential effect on affirmative claims to be brought by Receiver. | 3.10 |

**PLEASE INCLUDE INVOICE NUMBER   11978   WITH YOUR PAYMENT. THANK YOU.**

EXHIBIT D

| Date | TK | Description | Hours |
|---|---|---|---|
| 05/22/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze court's opinion and order adjudicating CFTC claims against Hunter Wise and certain D&O Defendants in order to evaluate potential effect on affirmative claims to be brought by Receiver. | 2.80 |
| 05/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft/revise notes and analysis regarding review of Opinion and Order and Final Judgment in CFTC action in order to evaluate potential impact on future claims against D&Os. | 2.60 |
| 05/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review materials provided by Receiver in order to evaluate potential impact on D&O and E&O coverage. | 0.40 |
| 05/27/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review e-mail correspondence from Receiver regarding ▮▮▮; draft e-mail correspondence regarding same. | 0.10 |
| 05/27/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Ms. Visconti re ▮▮▮ | 0.10 |
| 05/27/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read email from Ms. Damian re: ▮▮▮ | 0.10 |
| 05/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Discuss ▮▮▮ with CDS; Phone conf with Receiver re: strategic approach to ▮▮▮, action plan re: D&O case (.9) (prorated) | 1.20 |
| 05/29/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review ▮▮▮, and ▮▮▮, draft proposed agenda regarding call with Receiver. | 1.80 |
| 05/29/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze D&O policy regarding relation back claim provisions and related materials for meeting with JSM and call with Receiver. | 0.50 |
| 05/29/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM and MLB regarding current case status and next steps. | 0.30 |
| 05/29/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding potential coverage issues with D&O and E&O policies and substance of forthcoming complaints against former D&Os and advising lawyers. | 0.90 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 13.80 | 250.00 | $3,450.00 |
| Mazer, Jason S. | 4.70 | 565.00 | $2,655.50 |
| **Total fees for this matter** | **18.50 hrs.** | | **$6,105.50** |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies | 13.05 |
| **Total disbursements for this matter** | **$13.05** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $6,105.50 |
| TOTAL DISBURSEMENTS | $13.05 |
| **TOTAL CHARGES FOR THIS BILL** | **$6,118.55** |
| PLUS NET BALANCE FORWARD | $408.56 |
| **TOTAL BALANCE NOW DUE** | **$6,527.11** |

**BILLING HISTORY**

PLEASE INCLUDE INVOICE NUMBER   11978   WITH YOUR PAYMENT. THANK YOU.

|  | Billed to Date |  | Received to Date |
|---|---|---|---|
| Fees | $11,611.50 | Fees | $11,505.00 |
| Expenses | $319.00 | Expenses | $16.94 |

## Ver Ploeg & Lumpkin, P.A.

Miami Tower Building
100 S.E. 2nd Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

July 09, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

Billing through    06/30/14
Invoice Number    12070
Account Number    D032-00102

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

### FOR PROFESSIONAL SERVICES RENDERED

| Date | | Description | Hours |
|---|---|---|---|
| 06/03/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze notes from telephone conference with Receiver; draft action plan for team regarding upcoming tasks; review [redacted] | 0.90 |
| 06/04/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review additional materials that need to be analyzed moving forward. | 0.10 |
| 06/05/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM regarding case status and next steps. | 0.10 |
| 06/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to JSM regarding case status and next steps. | 0.10 |

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| Steklof, Cary D. | | 1.20 | 250.00 | $300.00 |
| | Total fees for this matter | 1.20 hrs. | | $300.00 |

### BILLING SUMMARY

| | | |
|---|---|---|
| TOTAL FEES | | $300.00 |
| TOTAL DISBURSEMENTS | | $0.00 |
| **TOTAL CHARGES FOR THIS BILL** | | $300.00 |
| PLUS NET BALANCE FORWARD | | $6,225.05 |
| **TOTAL BALANCE NOW DUE** | | $6,525.05 |

### BILLING HISTORY

Billed to Date           Received to Date

---

PLEASE INCLUDE INVOICE NUMBER  12070  WITH YOUR PAYMENT. THANK YOU.

| | | | | |
|---|---|---|---|---|
| Fees | $17,717.00 | Fees | $11,505.00 | |
| Expenses | $332.05 | Expenses | $16.94 | |

# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

August 18, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

Billing through 07/31/14
Invoice Number 12199
Account Number D032-00102

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/24/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior analyses of coverage and issues with order in CFTC action; review and revise draft complaint against D&Os and demand letter. | 2.90 |
| 07/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with JSM regarding case status and upcoming assignments. | 0.20 |
| 07/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to JSM regarding case status and upcoming assignments. | 0.10 |
| 07/26/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone call with CDS re: strategy going forward | 0.20 |
| 07/28/14 | CDS | ASSET ANALYSIS AND RECOVERY: Research primary resources regarding [redacted]; research primary resources regarding [redacted] | 1.60 |
| 07/28/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding comments and questions involving the draft complaint and demand letter. | 0.30 |
| 07/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review redline changes to D&O Complaint | 0.10 |
| 07/29/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft/revise demand letter to carrier and complaint against directors and officers regarding coverage issues under D&O policy. | 3.20 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 8.30 | 250.00 | $2,075.00 |
| Mazer, Jason S. | 0.30 | 565.00 | $169.50 |
| **Total fees for this matter** | **8.60 hrs.** | | **$2,244.50** |

## DISBURSEMENTS
Photocopies                                                                 0.45

**Total disbursements for this matter**                              **$0.45**

## BILLING SUMMARY

PLEASE INCLUDE INVOICE NUMBER   12199   WITH YOUR PAYMENT. THANK YOU.

|  |  |
|---|---:|
| TOTAL FEES | $2,244.50 |
| TOTAL DISBURSEMENTS | $0.45 |
| **TOTAL CHARGES FOR THIS BILL** | **$2,244.95** |
| PLUS NET BALANCE FORWARD | $6,418.55 |
| **TOTAL BALANCE NOW DUE** | **$8,663.50** |

**BILLING HISTORY**

| | Billed to Date | | Received to Date |
|---|---|---|---|
| Fees | $18,017.00 | Fees | $11,611.50 |
| Expenses | $332.05 | Expenses | $16.94 |

**Ver Ploeg & Lumpkin, P.A.**
100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

September 11, 2014

| | |
|---|---|
| Melanie E. Damian | Billing through 08/31/14 |
| Damian Valori, LLP | Invoice Number 12264 |
| as Receiver for Hunter Wise Commodities, LLC | Account Number D032-00102 |
| Damian Valori, LLP | |
| 1000 Brickell Avenue | |
| Suite 1020 | |

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours |
|---|---|---|---|
| 08/18/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze updated financials regarding transfers from various receivership entities; draft e-mail correspondence to Ms. Davis regarding same. | 0.50 |
| 08/22/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze letter from carrier in response to Receiver's demand letter reserving rights and requesting additional documentation; draft notes regarding next steps and response. | 0.60 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 1.10 | 250.00 | $275.00 |
| **Total fees for this matter** | **1.10 hrs.** | | **$275.00** |

### DISBURSEMENTS

| | |
|---|---|
| West Payment Center; Online Research; services through Jul 31, 2014 | 42.04 |
| Photocopies | 0.45 |
| **Total disbursements for this matter** | **$42.49** |

### BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $275.00 |
| TOTAL DISBURSEMENTS | $42.49 |
| **TOTAL CHARGES FOR THIS BILL** | **$317.49** |
| PLUS NET BALANCE FORWARD | $8,663.50 |
| **TOTAL BALANCE NOW DUE** | **$8,980.99** |

### BILLING HISTORY

| Billed to Date | Received to Date |
|---|---|
| | |

**PLEASE INCLUDE INVOICE NUMBER   12264   WITH YOUR PAYMENT. THANK YOU.**

| | | | |
|---|---|---|---|
| Fees | $20,261.50 | Fees | $11,611.50 |
| Expenses | $332.50 | Expenses | $16.94 |