

# Kapila/Mukamal

CPAs, Forensic and Insolvency Advisors

**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #171 - 06/30/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SHAWNA AMARNANI - Forensic Consultant, CPA, CFE | 17.40 | 210.00 | 3,654.00 |
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 6.90 | 260.00 | 1,794.00 |
| MELISSA DAVIS - Partner, CPA, CIRA, CFE | 0.70 | 265.00 | 185.50 |
| TOTAL | 25.00 | | $5,633.50 |
| | **BLENDED RATE** | **$225.34** | |
| | TOTAL EXPENSES | | 21.84 |
| TOTAL AMOUNT OF THIS INVOICE | | | $5,655.34 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786-517.5772

EXHIBIT C



**Kapila/Mukamal**
CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL 33131

Invoice: 171
06/30/2014
Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH JUNE 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 06/03/2014 | SKB | COORDINATE MAILING OF LAPTOP AND STORAGE KEYS TO COUNSEL. | 0.30 | 78.00 |
| 06/06/2014 | SKB | T/C WITH S. ARMANANI REGARDING REQUEST FROM SARA PARIS FOR MEMBER DISTRIBUTIONS FROM QUICKBOOKS. | 0.30 | 78.00 |
| 06/06/2014 | SBA | T/C WITH S. BANEZ REGARDING 4 YEAR FRAUDULENT TRANSFER ANALYSIS. | 0.10 | 21.00 |
| 06/10/2014 | SBA | ANALYSIS OF DISBURSEMENTS TO SHAREHOLDERS. PREPARE DETAIL OF DISBURSEMENTS BASED ON QUICKBOOKS RECORDS. | 2.30 | 483.00 |
| 06/10/2014 | MMD | ATTEND TO PREPARATION OF CUMULATIVE LIST OF SHAREHOLDER DISTRIBUTIONS. | 0.30 | 79.50 |
| 06/11/2014 | SBA | ANALYSIS OF DISTRIBUTIONS TO SHAREHOLDERS. RECONCILE QUICKBOOKS RECORDS WITH SHAREHOLDER DISTRIBUTION LIST PROVIDED BY COUNSEL. | 2.40 | 504.00 |
| 06/11/2014 | SBA | PREPARE DETAIL SCHEDULES OF DISBURSEMENTS PER QUICKBOOKS FOR THE PURPOSE OF PURSUING FRAUDULENT TRANSFERS MAKE TO HUNTERWISE NON-MANAGING MANAGERS. PROVIDE CONTACT INFORMATION FOR TARGETS TO COUNSEL. | 2.70 | 567.00 |
| 06/11/2014 | SKB | PREPARE VARIOUS DETAIL AND SUBTOTAL ANALYSES FOR FOUR YEAR PERIOD OF DISTRIBUTIONS MADE TO SHAREHOLDERS/MEMBERS PER QUICKBOOKS AND RECONCILE TO SOURCE DOCUMENT OF DISTRIBUTIONS MADE TO SHAREHOLDERS FROM 2010 TO 2012 | 3.10 | 806.00 |
| 06/11/2014 | MMD | REVIEW SCHEDULES OF DISTRIBUTIONS TO SHAREHOLDERS. | 0.40 | 106.00 |
| 06/12/2014 | SBA | ANALYZE DISTRIBUTIONS TO MEMBERS / SHAREHOLDERS DURING THE DODD FRANK PERIOD FROM JULY 16, 2011 THROUGH 2013. PREPARE DETAIL AND SUMMARY OF TRANSACTIONS. PREPARE INDIVIDUAL DETAIL SCHEDULES OF TRANSACTIONS FOR EACH SHAREHOLDER DURING THE DODD FRANK TIME PERIOD. | 3.70 | 777.00 |
| 06/12/2014 | SBA | ANALYZE DISTRIBUTIONS TO MEMBERS / SHAREHOLDERS DURING THE PERIOD FROM INCEPTION THROUGH 2013. PREPARE DETAIL AND SUMMARY OF TRANSACTIONS. PREPARE INDIVIDUAL DETAIL SCHEDULES OF TRANSACTIONS FOR EACH SHAREHOLDER FROM INCEPTION. | 3.90 | 819.00 |

| Date | Staff | Description | Hours | Amount |
|---|---|---|---|---|
| 06/12/2014 | SBA | ANALYZE QUICKBOOKS RECORDS FOR HUNTER WISE US COMPANIES FOR ANY TRANSACTIONS TO SHAREHOLDERS PRIOR TO 12/31/2008. ADD TRANSACTIONS TO ANALYSIS OF DISBURSEMENTS TO SHAREHOLDERS SINCE INCEPTION. | 0.90 | 189.00 |
| 06/12/2014 | SKB | PREPARE VARIOUS SUMMARY AND DETAIL SCHEDULES OF DISBURSEMENTS TO SHAREHOLDERS & MEMBERS FROM INCEPTION THROUGH MARCH 2013 AND DURING THE DODD-FRANK PERIOD. | 2.40 | 624.00 |
| 06/23/2014 | SBA | RESEARCH DISBURSEMENTS TO DAVID MANNERS FOR RESPONSE TO DEMAND LETTER. REVIEW QUICKBOOKS DATA AND BANK RECORDS. UPDATE DETAIL OF DISBURSEMENTS SCHEDULE. | 1.40 | 294.00 |
| 06/23/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. MURENA REGARDING PURPOSE OF PAYMENTS TO DAVID MANNERS. | 0.80 | 208.00 |
|  |  |  |  | 5,633.50 |

**EXPENSES**

| Date | Code | Description | Amount |
|---|---|---|---|
| 06/03/2014 | EXP | OVERNIGHT DELIVERY - K. MURENA | 21.54 |
| 06/30/2014 | EXP | PRINTED COPY CHARGE JUNE 2014 | 0.30 |
|  |  |  | 21.84 |

|  |  |
|---|---|
| Total amount of this invoice | $5,655.34 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



# Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #287 - 07/31/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SHAWNA AMARNANI - Forensic Consultant, CPA, CFE | 23.30 | 210.00 | 4,893.00 |
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 13.60 | 260.00 | 3,536.00 |
| SHARMILA KHANORKAR - Partner CPA, CIRA, ABV | 12.00 | 265.00 | 3,180.00 |
| TOTAL | 48.90 | | $11,609.00 |
| | **BLENDED RATE** | **$237.40** | |
| | TOTAL EXPENSES | | 32.11 |
| TOTAL AMOUNT OF THIS INVOICE | | | $11,641.11 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772



## Kapila/Mukamal
### CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL 33131

Invoice: 287
07/31/2014
Client ID: 71003

**FOR PROFESSIONAL SERVICES RENDERED THROUGH JULY 31, 2014**

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 07/11/2014 | SKB | REVIEW AND ANALYZE QUICKBOOKS TO DETERMINE RECEIPTS FOR VARIOUS MEMBERS LISTED IN DEMAND RESPONSES AND COMPARE FINDINGS WITH SUPPORT PROVIDED. | 2.10 | 546.00 |
| 07/14/2014 | SKB | REVIEW AND ANALYZE RECEIPTS AND DISBURSEMENTS PER QUICKBOOKS TO COMPARE WITH LETTERS FROM VARIOUS MEMBERS IN RESPONSE TO DEMANDS AND REPORT FINDINGS TO K. MURENA. | 1.90 | 494.00 |
| 07/15/2014 | SKB | T/C WITH M. VISCONTI REGARDING REQUEST FOR DISBURSEMENT SCHEDULES FOR VARIOUS OFFICERS & DIRECTORS AND INSOLVENCY ANALYSIS. | 0.50 | 130.00 |
| 07/15/2014 | SKB | PREPARE EMAIL TO M. VISCONTI OF ANALYSIS PERFORMED ON FRED JAGER, ED MARTIN AND DAVID MANNERS AND RECAP ADDITIONAL REQUESTS DISCUSSED ON T/C. | 0.60 | 156.00 |
| 07/17/2014 | SBA | T/C WITH S. BANEZ REGARDING SHAREHOLDER DISTRIBUTION REQUESTS AND INSOLVENCY ANALYSIS. | 0.20 | 42.00 |
| 07/17/2014 | SKB | T/C WITH S. ARMANANI REGARDING HUNTERWISE FINANCIAL DISTRIBUTIONS, INSOLVENCY ANALYSIS AND SUE MORALES & TRACY LU DISBURSEMENTS REQUESTS FROM K. MURENA AND M. VISCONTI. | 0.30 | 78.00 |
| 07/17/2014 | SBA | ANALYZE QUICKBOOKS RECORDS FOR HUNTER WISE ENTITIES FOR DISBURSEMENTS FROM INCEPTION THROUGH 2013 TO SUE MORALES. PREPARE DETAIL SCHEDULE AND DRAFT EMAIL TO S. BANEZ. | 1.90 | 399.00 |
| 07/17/2014 | SBA | ANALYZE QUICKBOOKS RECORDS FOR HUNTER WISE ENTITIES TO SEARCH FOR DISBURSEMENTS FROM INCEPTION THROUGH 2013 TO TRACY LU. | 0.90 | 189.00 |
| 07/17/2014 | SBA | ANALYZE DISBURSEMENTS TO HUNTER WISE FINANCIAL GROUP. REVIEW QUICKBOOKS DATA AND DETERMINE WHICH TRANSACTIONS ARE RELATED TO LOAN PAYMENTS. DETERMINE WHICH TRANSACTIONS HAVE BEEN PAID BACK TO THE MONITOR. REVIEW LETTER/DOCUMENTS RECEIVED FROM COUNSEL FOR HW FINANCIAL GROUP. | 1.30 | 273.00 |
| 07/17/2014 | SBA | ANALYZE AND PREPARE DETAIL SCHEDULE FOR RECEIPTS FROM HUNTER WISE FINANCIAL GROUP. AGREE TRANSACTIONS TO LOAN PROMISSORY NOTES AND CHECK SUPPORT. DRAFT EMAIL TO S. BANEZ. | 1.20 | 252.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/17/2014 | SBA | BEGIN HUNTER WISE COMMODITIES INSOLVENCY ANALYSIS - PREPARE TEMPLATE FOR BALANCE SHEET ANALYSIS AND REVIEW AUDITED FINANCIAL STATEMENTS. | 0.60 | 126.00 |
| 07/17/2014 | SKB | RESEARCH AND ADDRESS INQUIRY FROM K. MURENA REGARDING DISBURSEMENTS TO HUNTERWISE FINANCIAL. | 0.40 | 104.00 |
| 07/17/2014 | SKB | REVIEW, REVISE AND TRANSMIT TO M. VISCONTI FINDINGS ON TRACY LU AND SUSAN MORALES DISTRIBUTIONS FROM QUICKBOOKS. | 0.60 | 156.00 |
| 07/17/2014 | SKB | PREPARE INSOLVENCY ANALYSIS FOR M. VISCONTI AND RESEARCH VARIOUS ADJUSTMENT POSSIBILITIES. | 0.80 | 208.00 |
| 07/18/2014 | SVK | REVIEW AUDITED FINANCIALS, PLEADINGS, QUICKBOOKS RECORDS, ANALYSIS OF HWC SOLVENCY FOR SHAREHOLDER DISTRIBUTION COMPLAINT. | 4.00 | 1,060.00 |
| 07/18/2014 | SKB | RESEARCH AND ADDRESS EMAILS REGARDING INSOLVENCY ANALYSIS. | 0.80 | 208.00 |
| 07/18/2014 | SKB | RESEARCH AND PREPARE ANALYSIS REQUESTED BY K. MURENA REGARDING HUNTER WISE FINANCIAL GROUP TRANSACTIONS AND TYPE OF ACTIVITY COMPARED TO SUPPORT PROVIDED. | 1.90 | 494.00 |
| 07/20/2014 | SKB | ADDRESS EMAILS FROM S. KHANORKAR REGARDING INSOLVENCY ANALYSIS. | 0.40 | 104.00 |
| 07/21/2014 | SVK | CONTINUED REVIEW OF DOCUMENTS, CONF CALL WITH SURUCHI BANEZ, CONF CALL WITH COUNSEL. | 3.50 | 927.50 |
| 07/21/2014 | SKB | RESEARCH AND ANALYZE PACER TO REVIEW INITIAL REPORT IN ENTIRETY WITH EXHIBITS. | 0.40 | 104.00 |
| 07/21/2014 | SKB | PARTICIPATE IN T/C WITH S. KHARNORKAR REGARDING INSOLVENCY ANALYSIS. | 1.20 | 312.00 |
| 07/21/2014 | SKB | PARTICIPATE IN T/C WITH M. VISCONTI AND S. KHARNORKAR REGARDING INSOLVENCY ANALYSIS. | 0.50 | 130.00 |
| 07/22/2014 | SVK | REVIEW OF QB TRANSACTIONS AND INTERCOMPANY POSTINGS, FINALIZE AND REMIT PRELIMINARY INSOLVENCY ANALYSIS OF HWC PARENT ENTITY TO COUNSEL FOR 2012, 2011 AND 2010. | 3.50 | 927.50 |
| 07/22/2014 | SKB | ADDRESS EMAIL REGARDING INSOLVENCY ANALYSIS AND PROFESSIONAL LIABILITY. | 0.30 | 78.00 |
| 07/23/2014 | SBA | QUICKBOOKS ANALYSIS - PREPARE DETAIL AND SUMMARY OF DISBURSEMENTS FOR LEGAL FEES FOR ALL HUNTER WISE US ENTITIES FOR ALL DATES. | 0.80 | 168.00 |
| 07/23/2014 | SKB | REVIEW AND REVISE DISBURSEMENTS FOR LEGAL FEES TO VARIOUS PROFESSIONALS AS REQUESTED BY MELISSA VISCONTI. | 0.70 | 182.00 |
| 07/24/2014 | SBA | EDIT SCHEDULE OF DISBURSEMENTS TO DAVID MANNERS FOR COUNSEL. | 0.40 | 84.00 |
| 07/24/2014 | SBA | PULL FINANCIAL STATEMENTS FOR 2010 AND 2011 FOR ALL HUNTERWISE ENTITITES AND HUNTERWISE INTERNATIONAL ENTITIES FOR COMPARISON OF QUICKBOOKS FILES TO AUDITED FINANCIAL STATEMENTS. | 2.40 | 504.00 |
| 07/24/2014 | SBA | COMPARISON OF QUICKBOOKS FILES TO AUDITED FINANCIAL | 1.60 | 336.00 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | STATEMENTS- ANALYZE AUDITED FINANCIAL STATEMENTS FOR 2010 AND 2011 AND SCHEDULE OUT AMOUNTS FOR COMPARISON. | | |
| 07/24/2014 | SBA | COMPARISON OF QUICKBOOKS FILES TO AUDITED FINANCIAL STATEMENTS- PREPARE CONSOLIDATING BALANCE SHEET FOR 2011 FOR ALL HUNTERWISE ENTITIES TO COMPARE TO AUDITED FINANCIALS. | 2.60 | 546.00 |
| 07/24/2014 | SVK | COMPARE AUDITED FINANCIALS TO QB, DIRECT STAFF ANALYSIS. | 1.00 | 265.00 |
| 07/24/2014 | SKB | PREPARE ANALYSIS REQUESTED BY COUNSEL FOR DAVID MANNERS. | 0.20 | 52.00 |
| 07/25/2014 | SBA | COMPARISON OF AUDITED FINANCIAL STATEMENTS AND QUICKBOOKS RECORDS- PREPARE QUICKBOOKS CONSOLIDATING BALANCE SHEET FOR 2010 FOR ALL ENTITIES FOR COMPARISON / ANALYZE QUICKBOOKS RECORDS. | 2.80 | 588.00 |
| 07/25/2014 | SBA | ANALYZE AND COMPARE CONSOLIDATED BALANCES FOR AUDITED FINANCIAL STATEMENTS AND QUICKBOOKS RECORDS FOR 2010 AND 2011 BALANCE SHEET. | 1.90 | 399.00 |
| 07/25/2014 | SBA | BEGIN CONSOLIDATING QUICKBOOKS INCOME STATEMENTS FOR 2010 FOR ALL HUNTERWISE ENTITIES. | 0.90 | 189.00 |
| 07/26/2014 | SBA | CONTINUE CONSOLIDATING QUICKBOOKS INCOME STATEMENTS FOR 2010 FOR ALL HUNTERWISE ENTITIES. COMPARE INCOME STATEMENTS FOR 2010 FOR QUICKBOOKS RECORDS VS. AUDITED FINANCIAL STATEMENTS. | 1.10 | 231.00 |
| 07/26/2014 | SBA | BEGIN CONSOLIDATING QUICKBOOKS INCOME STATEMENTS FOR 2011 FOR ALL HUNTERWISE ENTITIES. | 0.80 | 168.00 |
| 07/28/2014 | SBA | CONTINUE CONSOLIDATING QUICKBOOKS INCOME STATEMENTS FOR 2011 FOR ALL HUNTERWISE ENTITIES. | 1.30 | 273.00 |
| 07/28/2014 | SBA | COMPARISON OF 2010 AND 2011 PROFIT AND LOSS STATEMENTS FOR AUDITED FINANCIAL STATEMENTS COMPARED TO QUICKBOOKS DATA. SUMMARIES AND DRAFT EMAIL TO TEAM. | 0.60 | 126.00 |
| | | | | 11,609.00 |

**EXPENSES**

| Date | Initials | Description | Amount |
|---|---|---|---|
| 07/21/2014 | EXP | CONF CALL - S. BANEZ | 24.97 |
| 07/21/2014 | EXP | CONF CALL - SKB | 6.24 |
| 07/31/2014 | EXP | COPY CHARGE | 0.90 |
| | | | 32.11 |

| | |
|---|---|
| Total amount of this invoice | $11,641.11 |

Invoice payable upon receipt. Thank you for this opportunity to be of service.



**CPAs, Forensic and Insolvency Advisors**

| | SEC V. PFG, LLC |
|---|---|
| | Client ID: 05402 |
| | Invoice # 324 - 08/31/14 |

| Staff | Hours | Rate | Amount |
|---|---:|---:|---:|
| MELISSA DAVIS, CPA, CIRA, CFE, Partner | 2.60 | 265.00 | $ 689.00 |
| SURUCHI BANEZ, CPA, CIRA, CFE [1], Principal | 12.70 | 207.00 | 2,628.90 |
| SURUCHI BANEZ, CPA, CIRA, CFE [2], Principal | 0.00 | 150.00 | 0.00 |
| ANDREA N. FELDMAN, CPA, Forensic Analyst | 0.70 | 207.00 | 144.90 |
| TOTAL FEES | 16.00 | | $ 3,462.80 |
| | Blended Rate | $216.43 | |
| TOTAL EXPENSES | | | 0.00 |
| TOTAL AMOUNT OF THIS INVOICE | | | $ 3,462.80 |

[1] Billed at $207 for Tasks other than Data Entry
[2] Billed at $150 for Data Entry

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 954.761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 736.517.5771  F 786-517.5772



# Kapila/Mukamal
CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

SEC V. PFG, LLC
C/O MELANIE DAMIAN, RECEIVER
1000 BRICKELL AVENUE
SUITE 1020
MIAMI, FL 33131

Invoice: 324
08/31/2014
Client ID: 05402

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 08/08/2014 | ANF | CREATED PAYMENT SCHEDULES FOR TWO INVESTORS PER COUNSELS REQUEST | 0.70 | 144.90 |
| 08/08/2014 | SKB | PREPARE DETAILED TRANSACTION SCHEDULE FOR INDIVIDUALS/ENTITIES REQUESTED BY A. FERNANDEZ. | 1.60 | 331.20 |
| 08/15/2014 | SKB | T/C WITH CARY STEKLOF AND M. DAVIS REGARDING STOCK PURCHASE TRANSACTIONS AND FLOW CHARTS REGARDING PROFIT OF LOSS AND INSURANCE LIABILITY. | 0.50 | 103.50 |
| 08/15/2014 | SKB | FOLLOW UP T/C WITH M. DAVIS REGARDING STOCK PURCHASE TRANSACTIONS AND FLOW CHARTS REGARDING PROFIT OF LOSS AND INSURANCE LIABILITY TO RECAP DISCUSSION WITH C. STEKLOF. | 0.30 | 62.10 |
| 08/15/2014 | MMD | T/C WITH CARY STEKLOFF REGARDING BOND CLAIM AND RELATED ANALYSIS REQUIRED FOR MEDIATION. | 0.50 | 132.50 |
| 08/15/2014 | SKB | PROVIDE SUPPORT FOR SANDRA SHIRLEY MARTIN PER REQUEST OF COUNSEL. | 0.90 | 186.30 |
| 08/15/2014 | SKB | REVIEW AND ANALYZE STOCK PURCHASE (PRE AND POST) TRANSACTIONS AND FLOW CHARTS IN PREPARATION FOR CALL WITH CARY STEKLOF. | 0.50 | 103.50 |
| 08/18/2014 | SKB | T/C WITH M. DAVIS REGARDING PROOF OF LOSS ANALYSIS. | 0.40 | 82.80 |
| 08/18/2014 | SKB | PREPARE LOSS OF PROFIT DETAIL SCHEDULES AND FLOW CHART FOR 2011 ACTIVITY AND CONFIRM THE FLOW OF THE TRANSACTIONS WITH THE MOST CURRENT RECONSTRUCTION. | 2.40 | 496.80 |
| 08/18/2014 | MMD | RESPOND TO EMAIL FROM COUNSEL RE PROOF OF LOSS. | 0.20 | 53.00 |
| 08/19/2014 | SKB | PREPARE LOSS OF PROFIT DETAIL SCHEDULES AND FLOW CHART FOR 2012 ACTIVITY AND STOCK PURCHASE ACTIVITY. | 0.90 | 186.30 |
| 08/20/2014 | SKB | T/C WITH CARY STEKLOF AND M. DAVIS REGARDING PROOF OF LOSS ANALYSIS. | 0.40 | 82.80 |
| 08/20/2014 | MMD | PREPARE FOR AND ATTEND T/C WITH COUNSEL RE PROOF OF LOSS. | 0.60 | 159.00 |
| 08/20/2014 | SKB | PREPARE INVESTOR DATABASE WITH MOST UPDATED BANK RECONSTRUCTION ACTIVITY. | 0.90 | 186.30 |
| 08/20/2014 | SKB | PREPARE DETAIL SCHEDULES REFLECTING $1.6 MILLION FLOW OF FUNDS FOR PROOF OF LOSS ANALYSIS. | 0.80 | 165.60 |
| 08/21/2014 | SKB | RESEARCH AND ADDRESS EMAIL INQUIRIES FROM K. MURENA | 0.30 | 62.10 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| | | REGARDING INVESTOR DATABASE. | | |
| 08/21/2014 | SKB | REVIEW AND ANALYZE DETAIL TRANSACTIONS FOR REQUESTED ENTITIES/INDIVIDUALS AND PROVIDE SUPPORT TO CASSANDRA PEREZ FOR THE SAME. | 2.10 | 434.70 |
| 08/25/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM CASSANDRA PEREZ REGARDING NATIONAL FINANCIAL SERVICES INQUIRY. | 0.40 | 82.80 |
| 08/25/2014 | MMD | ANALYZE TRANSACTION FLOW BETWEEN PFG AND MB&T POST STOCK PURCHASE; SEND CHARTS TO COUNSEL AS REQUESTED SUMMARIZING TRANSACTIONS. | 1.30 | 344.50 |
| 08/26/2014 | SKB | RESEARCH AND ADDRESS EMAIL REQUEST FROM A. FERNANDEZ REGARDING TRANSACTION DETAIL SCHEDULES FOR VARIOUS INDIVIDUALS. | 0.30 | 62.10 |

3,462.80

Total amount of this invoice  $3,462.80

Invoice payable upon receipt. Thank you for this opportunity to be of service.