Damian & Valori LLP
1000 Brickell Avenue, Suite 1020,
Miami, FL 33131

United States Commodity Futures Trading
Commissionwww.dvllp.com
525 W Monroe Street                                    Invoice Date:      November 30, 2014
Suite 1100                                         End of Billing Date:           Nov 30/14
Chicago, IL 60661
**Attention:**     CFTC - Chicago Regional Office                           Client #:725
                                                                          Inv  #:11180


**RE:**     United States Commodity Futures Trading Commission v. Hunter Wise Commodities, LLC, et al.


| **DATE** | **DESCRIPTION** | **HOURS** | **AMOUNT** | **LAWYER** |
|----------|-----------------|-----------|------------|------------|
| Sep-01-14 | [Asset analysis and recovery] Review Order Granting Motion to Approve Sale of Property. | 0.20 | 53.00 | MDV |
| | [Case administration] (Melissa McCarthy) Review received claims by email and respond to email inquiries. | 2.00 | 290.00 | mm |
| Sep-02-14 | [Asset analysis and recovery] Review and revise draft complaint against lawyers. | 1.00 | 265.00 | MME |
| | [Asset disposition] Review Order granting motion to approve sale of personal property, discuss with Receiver and team members, notify the Court-approved auctioneers and coordinate their commencement of efforts to market and sell the personal property of the Estate (1.2); exchange emails with auctioneers regarding marketing plans for auction sales of furniture and equipment from Defendants offices and the schedules and locations of those auction sales (.4); coordinate having Order and date, time and location of South Florida auction posted to the Receivership website and exchange emails with website manager (.2). | 1.80 | 477.00 | KDM |
| | [Asset analysis and recovery] Follow up on demand letters to all HWC dealers, confirm | 2.20 | 583.00 | KDM |

list of dealers involved with post-Dodd Frank transactions, review various dealer lists, coordinate sending demand letters to those dealers, and coordinate updating of tracking chart to include that list of dealers (.5); telephone call from counsel for F. Jager regarding his client's consideration of the Receiver's revisions to the Settlement Agreement, further revisions and additions requested by his client and Mrs. Jager, and issues and revisions that need to be addressed directly with Mrs. Jager's divorce counsel (.6); emails to and from counsel for F. Jager regarding Mrs. Jager's divorce counsel and the upcoming call with them (.2); report to Receiver call with F. Jager's counsel and status of revisions to Settlement Agreement, issues to be addressed with Mrs. Jager's divorce counsel and upcoming call, and scheduling of the home inspection and deposition or sworn statement with her counsel (.3); email from local counsel in California regarding the Court's sua sponte order closing of the Sabertooth action, review that order and strategize with local counsel regarding basis for and preparation of motion to vacate that order and reopen the action (.3); meet with team member regarding background of the Sabertooth action, the Order closing the case, the entry of the Consent Order in the enforcement action against Lloyds, and strategize regarding the Monitor's authority and duties under that order, the preparation of a motion to vacate the Order closing the Sabertooth action, and communicating with counsel for Sabertooth and local counsel for purposes of that motion to vacate (.3).

| | | | |
|---|---|---|---|
| [Business operations] Emails with member of HWC regarding issuance of K-1s for 2013, follow up with tax consultant regarding status of preparation of K-1s, and report status to Receiver (.3); email from CFO of HW Financial regarding disbursement requests including payroll and review emails with Receiver regarding approval thereof (.1). | 0.40 | 106.00 | KDM |

| | | | |
|---|---|---|---|
| [Case administration] Continue providing assistance in connection with preparation of Receiver's Status Report and coordinate incorporating Court's entry of Order approving sale of personal property in report (.4); receive report from M. McCarthy regarding processing of claims and total amounts of claims and claimants (.2); receive update from M. McCarthy on her calls with the Florida Attorney General's office and the FTC regarding their investigations of certain consumer credit organizations and the evidence we have relevant to their investigations, and strategize regarding our cooperation in connection with those investigations by providing evidence and customer information (.4); meet with M. McCarthy regarding the actions and communications of two other consumer credit organizations as to HWC customers and strategize regarding providing notice to customers of their actions and the customers' rights and ability to participate directly in claims process without the assistance of such organizations (.3); receive report from M. McCarthy regarding her call with counsel for DDS regarding certain transfers of metals to customers and dealers prior to commencement of monitorship and strategize regarding resolving issues related to those transfers (.4); review prior correspondence with Consumer Credit Advocates regarding actions they were threatening against certain dealer defendants, the litigation stay imposed by the District Court, and the status of the claims process, and strategize regarding Cease & Desist letter to that company and others making similar communications to customers (.4); review Receivership website and coordinate having updated list of dealers posted on home page (.2). | 2.30 | 609.50 | KDM |
| [Asset analysis and recovery] Email to R. Wolfe regarding agreement with Paul Zarcadoolas to dismiss action against Lloyds. | 0.10 | 15.00 | AF |
| [Asset analysis and recovery] Conference regarding Sabertooth Motion to Reopen Case | 0.30 | 45.00 | MJS |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Melissa McCarthy) Call with FTC, B. Bolton regarding Consumer Collection Advocates. | 1.00 | 145.00 | mm |
| | [Asset analysis and recovery] (Melissa McCarthy) Call with Florida Attorney General office regarding Consumer Collection Advocates. | 0.50 | 72.50 | mm |
| | [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 8.80 | 1,276.00 | mm |
| Sep-03-14 | [Asset analysis and recovery] Telephone call with counsel and insurance counsel regarding response to insurance demand (.4); reviewing and approving Jager expenses (.3). | 0.70 | 185.50 | MME |
| | [Asset disposition] Emails from and to auctioneer in Las Vegas regarding schedule of the auction of the furniture and equipment from HWC's office, review contract signed by auctioneer and present to Receiver for review and execution, and exchange emails with Receiver regarding schedule of and attendance at auction (.4); discuss with Receiver strategy for selling various property of the Estate pursuant to the Court's Order approving the sale of personal property, including the precious metals and jewelry of the Estate (.2). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] Telephone call from Bank of America regarding balance of account of US Capital Trust and transfer of balance to the Receiver and coordinate formal request for transfer and providing the bank with a copy of the Default Judgment and review letter to bank (.3); meet with Receiver regarding status of recovery of funds from certain financial institutions abroad, status of investigation into defenses asserted by HWC members in response to demands for return of member distributions, status of settlement agreement with D. Manners, and other matters related to asset recovery (.5); follow up with counsel for D. Manners regarding the status of his clients review and execution of | 2.40 | 636.00 | KDM |

the Settlement Agreement (.2); call with Receiver and special insurance counsel regarding the status of the Receiver's claim against the D&O policy for HWC, the insurer's response to the Receiver's claim, and the strategy for negotiating with insurer and pursuing litigation against Ds and Os of HWC (.5); review and exchange emails with special insurance counsel regarding initial demand letters asserting claims against Ds and Os sent to insurer and Ds and Os (.3); telephone call and email from counsel for Marcia Jager regarding the proposed Settlement Agreement and scheduling a later call to further discuss the Agreement (.3); emails from and to counsel for F. Jager regarding their latest revision to the Settlement Agreement, begin reviewing that revision and present to Receiver for review (.2); telephone call from counsel for DDS regarding his investigation into certain accounts of HWC and related matters (.1).

| | | | |
|---|---|---|---|
| [Business operations] Email from President of HW Financial regarding the latest disbursement requests from F. Jager and discuss with the Receiver (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Emails from website manager regarding recent postings to the receivership website and review website to confirm postings (.2); review and begin revising Receiver's Sixth Status Report and discuss with Receiver the status of the Report and information to be included therein (1.7); receiver numerous claims from customers, obtain report regarding status of processing those and previously submitted claims, and discuss status of claims process with Receiver (.3). | 2.20 | 583.00 | KDM |
| [Case administration] (Fee Application) (No charge) Review standard financial report to be included with Fee Application, work on gathering invoices from all professionals to be attached as exhibits to the Fee Application, and coordinate preparation of Fee Application (.4). | 0.40 | 0.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Phone call with insurance counsel regarding insurance carrier response to demand on D&O carrier policy (.4). | 0.40 | 106.00 | MDV |
| | [Case administration] Finalize Sixth Status Report and Exhibits (2.4); review and work on exhibits (.3). | 2.70 | 715.50 | MDV |
| | [Asset analysis and recovery] Telephone call with representative from Bank of America regarding transfer of assets from account held in the name of U.S. Capital Trust to the Receiver and follow up with email attaching a copy of the Consent Order for Permanent Injunction entered against U.S. Capital Trust and instructions of who to send cashier's check to. | 0.20 | 20.00 | pl |
| | [Asset analysis and recovery] Gather documents in response to Chubb Group of Insurance Companies' response to the Receiver's demand letter. | 0.90 | 90.00 | pl |
| | [Case administration] Prepare exhibits to Sixth Status Report for attorney M. Visconti and K. Murena's review. | 3.00 | 300.00 | pl |
| | [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 7.00 | 1,015.00 | mm |
| | [Case administration] (Melissa McCarthy) Work on updating dealer and customer list for next report. | 0.30 | 43.50 | mm |
| | [Case administration] Work on responding to claimants' questions and phone calls to claimants with questions as to the claims process (1.2); review claim forms and contact claimants to send new claim form to correct address (2.5); compiled list of claimants for whom we need to correct addresses (.7). | 4.40 | 264.00 | HO |
| Sep-04-14 | [Asset analysis and recovery] Review and revise proposed agreement (with changes) | 1.60 | 424.00 | MME |

with Fred and Marcia Jager regarding certain assets (.5); review and execute auction agreements (.4); meet with counsel regarding status of strategy of liquidation and collection (.4); meet with claims processor regarding status (.3).

[Asset disposition] Email from auctioneer for auction sale of office furniture and equipment from HWC's Las Vegas office regarding details of the auction and coordinate having those details including time and date of auction and inspection period posted to the receivership website (.3); discuss with Receiver execution of agreement with auctioneer for Las Vegas auction, the schedule and logistics of that auction, and making arrangements to attend and monitor the auction and coordinate making travel and accommodation arrangements (.2); follow up with auctioneer in Irvine regarding scheduling of auction (.1).

0.60          159.00          KDM

[Asset analysis and recovery] Emails from and to counsel for D. Manners regarding his client's acceptance of the latest revisions to the Settlement Agreement and the timing of his signing the Agreement, coordinate preparation of motion to approve Agreement and assist with preparation thereof (.3); assist with preparation of Motion to reopen Sabertooth litigation and meet with M. Spencer regarding form and legal basis for that Motion (.2); review Stipulation regarding dismissal of Lloyds from state court action, signed by Plaintiff's counsel, sign the Stipulation and coordinate following up on the Notice of Voluntary Dismissal in that action (.2); review and revise Motion to reopen the Sabertooth Litigation and coordinate further revisions and circulating to counsel for Sabertooth and local counsel for review and approval (.4); telephone call with counsel for Mrs. Jager regarding the Settlement Agreement, her proposed revisions and additions, the basis for certain provisions proposed by the Receiver, and the physical inspection of the residence and the deposition of Mrs. Jager (.6); meet with

2.60          689.00          KDM

Receiver regarding telephone call with Mrs. Jager's counsel, the provision she will propose, the revisions proposed by F. Jager and the Receiver's review of the latest revised Agreement, and scheduling the home inspection and deposition of Mrs. Jager (.3); meet with M. Spencer regarding determining ███████law applicable to limited companies, including appointment and resignation of directors and officers, transfers of shares actions, signatory powers, and record keeping, for purposes of directing banks to transfers account balances (.4); coordinate and strategize regarding contacting certain shareholders and control persons of ████████████for purposes of transfer of shares and determining last known directors and officers (.2).

| | | | |
|---|---|---|---|
| [Business operations] Review disbursement requests of F. Jager, discuss with Receiver, and confirm that approval was conveyed to his representative (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Meet with M. McCarthy regarding upcoming meeting with ███████████to discuss███████████that may be defrauding Hunter Wise Customers (.2); email from website manager regarding latest posting to the Receivership website and review website to confirm posting (.2); email from and telephone call to counsel for DDS regarding our investigation of certain claims submitted by, the transfers of metals from, and notices provided to, HWC customers in connection with precious metals stored at DDS in HWC accounts, and the information that DDS received from HWC, and authorize DDS's further communications with, and production of records to, M. McCarthy regarding those metals and accounts, and work on resolving issues related to those metals and accounts (.7); continue reviewing and revising Receiver's Sixth Status Report (1.1). | 2.20 | 583.00 | KDM |
| [Asset analysis and recovery] Review Receiver edits and revise complaint against attorneys (.4); correspondence with insurance | 0.50 | 132.50 | MDV |

counsel regarding same (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Email from Richard Wolfe containing signed stipulation with Paul Zarcadoolas to dismiss action against Lloyds. | 0.10 | 15.00 | AF |
| [Asset analysis and recovery] Draft Motion to Reopen Sabertooth case (2.0.); Review documents in preparation for drafting Motion to Reopen Sabertooth case (1.0); Call with opposing counsel's assistant regarding Motion to Reopen Sabertooth case (0.2); Call and email to Neil Katsuyama regarding Motion to Reopen Sabertooth case (0.2); revise Motion to Reopen Sabertooth case (1.2). | 4.60 | 690.00 | MJS |
| [Asset analysis and recovery] Conference with K. Murena regarding assets at Standard Bank and Baird Bank. | 0.20 | 30.00 | MJS |
| [Asset analysis and recovery] Continue gathering documents in response to Chubb Group of Insurance Companies' response to the Receiver's demand letter. | 1.00 | 100.00 | pl |
| [Asset analysis and recovery] Gather documents and make copies in preparation for meeting with ▬▬▬ regarding ▬▬▬ | 3.40 | 340.00 | pl |
| [Case administration] (Melissa McCarthy) Work on identifying SJ Woods customers. | 1.50 | 217.50 | mm |
| [Case administration] Phone calls to claimants with questions as to the claims process (1.0); review received claims packets and prepare cover sheet and cross check each form for accuracy in claim amounts and make phone calls to respective claimants to confirm same (2.5). | 3.50 | 210.00 | HO |

| | | | | |
|---|---|---|---|---|
| Sep-05-14 | [Asset analysis and recovery] Prepare for and meet with ▬▬▬ regarding ▬▬▬ | 2.50 | 662.50 | MME |

[Asset analysis and recovery] Emails from          7.10      1,881.50          KDM
and to counsel for D. Manners regarding D.
Manners's execution of the Settlement
Agreement and information regarding the
Court's consideration and approval of the
Agreement (.2); review signed Agreement
and prepare and send to counsel for the CFTC
a summary of Settlement Agreement with D.
Manners, with a copy of that Agreement, for
purposes of obtaining consent to the
Receiver's entering into it (.2); review and
provide comments on draft Complaint against
former counsel to HWC (.9); telephone call
from counsel for DDS regarding investigation
into the metals that a customer claims to own
in a HWC account and the underlying
transfers involving that customer, review
documents from DDS regarding that
customer, the metals at issue and the
underlying transfers, and coordinate M.
McCarthy's further investigation of the
matter (.8); review fully executed Stipulation
regarding ancillary action against Lloyds and
coordinate following up with counsel for
Plaintiff in that action regarding the filing of
the Notice of Voluntary Dismissal (.2);
telephone call from counsel for First
Foundation Bank regarding Subpoena for
records related to F. Jager's interest in the
bank's holding company (.2); emails from
and to counsel for CFTC regarding consent to
settlement agreement with D. Manners and
analysis regarding the insolvency of HWC
(.2); meet with Receiver regarding forensic
accountant's review and analysis of
documents from auditor of HWC and
strategize with Receiver and team members
regarding potential claims, gathering
evidence in support thereof, certain factors
and documents to focus on, and applicable
statute of limitations (.6); coordinate research
regarding statute of limitations for
malpractice claims against auditors and
accountants, receive preliminary
memorandum regarding research findings and
discuss with Receiver and team members (.9);
meet with Receiver, M. McCarthy and

████████████ egarding various matters

related to HWC, ███████████2.5); review email from counsel for Mrs. Jager regarding revision to the Settlement Agreement, review her proposed revisions to the Agreement, and discuss with Receiver those revisions and the finalizing of that Agreement (.4).

| | | | |
|---|---|---|---|
| [Case administration] Strategize with M. McCarthy regarding the CFTC's action against Amerifirst, the customers of Amerifirst and USCT, the customer funds were transferred to USCT, and determining how to analyze and process the claims of those customers in the HWC claims process (.8). | 0.80 | 212.00 | KDM |
| [Case administration] Follow up with forensic accountant regarding last invoice for purposes of preparing Fee Application, review that invoice, discuss with Receiver, and coordinate incorporating invoice into Fee Application (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] Email to Richard Wolfe forwarding fully executed stipulation agreement to dismiss Lloyds. | 0.10 | 15.00 | AF |
| [Asset analysis and recovery] Research regarding statute of limitations for professional malpractice. | 1.00 | 150.00 | AF |
| [Asset analysis and recovery]   Review and Revise Motion to Reopen Sabertooth Case. | 0.50 | 75.00 | MJS |
| [Asset analysis and recovery] Call Mr. Gersch to confer about Motion to Reopen Sabertooth Case and leave a message with assistant. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] Attempt to contact Mr. Gersch again regarding Motion to Reopen Sabertooth case. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] (Melissa McCarthy) Meet with ██████████ | 2.00 | 290.00 | mm |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 4.00 | 580.00 | mm |
| | [Case administration] Phone calls to claimants with questions as to their claims packets (.8); review received claims packets and prepare cover sheet for each and cross checking each for accuracy in claim amounts and making phone calls to respective claimants (3.7). | 4.50 | 675.00 | HO |
| Sep-08-14 | [Asset disposition] Telephone calls from and to auctioneer for South Florida auction of furniture and equipment from Defendants' offices regarding moving items from storage to auction site in preparation for the auction and discuss with M. McCarthy access to storage units (.3); follow up with auctioneer in Irvine, CA regarding scheduling of auction sale of furniture and equipment from HWC's office (.2); email from auctioneer regarding proposed dates for the auction and confirm availability (.1). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] Email from counsel for CFTC regarding insolvency issue (.1); emails from and to counsel for Mrs. Jager regarding her proposed revisions to the Settlement Agreement and the Receiver's consideration of those revisions (.1); prepare clean version of Mrs. Jager's revision to the Settlement Agreement and present to the Receiver for consideration, noting the inserts from Mrs. Jager (.3); meet with M. Spencer regarding documents necessary to effect transfer of funds from certain financial institutions to the Receiver and coordinate contacting counsel for Ed Martin and related parties to obtain those documents and/or the transfer of membership interests in the companies holding the accounts containing the funds at issue (.2); receive update from M. Spencer regarding her recent call with counsel for Ed Martin and the timing of his response regarding inquiries into Ed Martin's assets including membership interests in companies and the transfer of those assets to the Receiver (.2); continue working on | 1.60 | 424.00 | KDM |

revising draft Complaint against former
counsel to HWC and Lloyds and discuss with
Receiver (.5); finalize and sign demand letters
seeking restitution amounts from S.J. Woods
and its principals pursuant to CFTC Consent
Order recently entered against them (.2).

| | | | |
|---|---|---|---|
| [Case administration] Continue working on revising Receiver's Sixth Status Report and discuss status of preparation of Report with Receiver (5.6); strategize with M. McCarthy regarding Consumer Rights Legal Services and last communications with customers and whether to add that company to the bulletin on the Receivership website (.2); assist with preparation of Declaration of manager of customer communications regarding investigation of Consumer Credit Advocates for Attorney General and FTC investigations (.2); follow up on sending the Legal Notice of Claims Process and the Proof of Claim forms to the Plaintiffs in the dismissed Lloyds state court actions (.1). | 6.10 | 1,616.50 | KDM |
| [Asset analysis and recovery] Draft demand letter to S.J. Woods, Inc., Paul Prosiac, and Peter Blanco. | 0.40 | 60.00 | AF |
| [Asset analysis and recovery] Review settlement agreement with David Manners (.2); draft motion to approve settlement agreement and proposed order granting same (2.1). | 2.30 | 575.00 | CP |
| [Asset analysis and recovery] Read and review documents related to the formation of a certain company. | 0.60 | 90.00 | MJS |
| [Asset analysis and recovery] (Reduced time) Revise Motion to Reopen Case (.5); Phone call and email with Neil Katsuyama regarding Motion to Reopen Sabertooth Case (.2); Phone call with Mr. Harris Kay, Ed Martin's attorney to discuss a certain company (.1). | 0.80 | 120.00 | MJS |
| [Asset analysis and recovery] Strategize regarding documents required from Standard | 0.20 | 30.00 | MJS |

Bank.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Legal research on corporate law, including rights of directors, in████████████████ | 4.00 | 600.00 | MJS |
| [Asset analysis and recovery] Assist M. McCarthy in reviewing and analyzing Proof of Claim forms. | 2.50 | 250.00 | pl |
| [Asset analysis and recovery] Finalize and prepare packages of demand letters to SJ Woods dealer and principals. | 0.60 | 60.00 | pl |
| [Asset analysis and recovery] Update tracking chart regarding demand letters sent to SJ Woods dealer and principals. | 0.20 | 20.00 | pl |
| [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 5.00 | 725.00 | mm |
| [Case administration] (Melissa McCarthy) Prepare Declaration for Attorney General and CFTC regarding Consumer Collection Advocates fraud against Hunter Wise customers. | 1.80 | 261.00 | mm |
| [Case administration] Phone calls to claimants with questions as to the claims process (1.5); compile master list of claimants for purposes of contacting them (1.6). | 3.10 | 465.00 | HO |

| | | | | |
|---|---|---|---|---|
| Sep-09-14 | [Asset disposition] Emails and telephone calls from and to counsel for CFTC regarding sale of certain personal property of the Estate and confirm quantity of that property (.3); work on coordinating and scheduling the auction sale of the furniture and equipment from HWC's office in Irvine, CA and discuss scheduling with Receiver (.3); emails with auctioneer for Irvine auction sale regarding scheduling of auction and logistics for inspections and presentation of items to be sold (.2). | 0.80 | 212.00 | KDM |
| | [Asset analysis and recovery] Telephone calls | 3.80 | 1,007.00 | KDM |

from and to counsel for First Foundation
Bank's holding company regarding South
Peak's shares in that privately held company,
the value of those shares, the liquidation and
transfer of those shares, and documents that
would evidence the foregoing (.5); prepare
and send email to counsel for F. Jager
regarding locating the South Peak's shares in
FFB's holding company and liquidating and
transferring those shares to another party
including other shareholders of the company,
and receive email from counsel regarding his
investigation into the shares and consultation
with F. Jager (.2); coordinate preparation of
Motion to approve agreement with the Jagers
regarding the execution of the Final Judgment
and transfer of assets to the Receiver and
provide background information to be
included in Motion (.3); receive updates from
M. Spencer regarding communications with
California counsel regarding filing of Motion
to Reopen the Sabertooth Action and Request
to Substitute Counsel, review updated and
signed Request to Substitute Counsel, and
coordinate having Receiver and new
California counsel sign that Request and
coordinate finalizing and filing the Motion to
Reopen and the Request to Substitute
Counsel through California counsel (.5);
emails and telephone calls from and to
counsel for CFTC regarding the Complaint
the CFTC filed against former counsel for
HWC (.2); review CFTC's press release and
the Complaint, and strategize with team
members regarding the claims stated in that
Complaint and the claims stated in Receiver's
Complaint against that counsel (1.1); email
from counsel for F. Jager regarding the shares
in the predecessor entity to Great Western
Iron Ore and the Great Western shares to be
retained by Mrs. Jager pursuant to the
Settlement Agreement, and review the shares
in predecessor entity (.2); review updated
memorandum from A. Fernandez on her
latest findings from research on statute of
limitations applicable to auditors in California
and the application of that limitations period
and discovery period when a receiver is

involved and meet with team members to discuss research findings (.4); telephone call from principal of SJ Woods in response to demand letter seeking restitution amount and coordinate updating tracking chart (.2); email from A. McGraw regarding the status of his efforts to obtain documents establishing the final transfer of the gold bars from a third party to DDS and his inquiry regarding HWC's purchase of gold bars during the relevant time period and discuss with team members further investigation to be done (.2).

| Description | Hours | Amount | Initials |
|---|---|---|---|
| [Case administration] Make further revisions to the Monitor's Sixth Status Report (.5); work with team members on revising certain of the Exhibits to the Report, including updating the list of frozen accounts to reflect the current amounts frozen and status of those accounts (.9). | 1.40 | 371.00 | KDM |
| [Asset analysis and recovery] Review/compile documents for response to Chubb letter (.7); correspondence to insurance counsel laying out all documents for Chubb and strategy for reply to response to demand letter (.3). | 1.00 | 265.00 | MDV |
| [Asset analysis and recovery] Research regarding application of statute of limitations when Receiver is appointed (1.5) Email memorandum to K. Murena and G. Giberson regarding the statute of limitations and the discovery rule (0.1). | 1.60 | 240.00 | AF |
| [Asset analysis and recovery] Research regarding recording a judgment in Richmond County, New York (0.7); Phone call with the clerk's office regarding recording the judgment (0.4). | 1.10 | 165.00 | AF |
| [Asset analysis and recovery] Legal research and memorandum on ███████ ███████ as related to ███████ ███████████ | 1.20 | 180.00 | MJS |
| [Asset analysis and recovery] (Reduced time) | 1.20 | 180.00 | MJS |

Perform case law research on ██████████
commercial law (.8); Prepare documents and
exhibits for Motion to Reopen Case (.2);
Email Neil Katsuyama regarding Substitution
Notice and filing Motion to Reopen
Sabertooth case (0.2).

| | | | |
|---|---|---|---|
| [Case administration] Review Exhibit B to the Status Report and update for final review by Receiver. | 0.60 | 60.00 | pl |
| [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 7.80 | 1,131.00 | mm |
| [Claims Process] Continue to assist M. McCarthy in reviewing and analyzing Proof of Claim forms. | 3.00 | 120.00 | pl |
| [Case administration] Phone calls to claimants with questions as to the claims process (.5); review claim forms that were returned as undeliverable, work on finding correct addresses and contact those claimants (1.4); review received claims packets and prepare cover sheet for each highlighting the information and crosscheck each for accuracy in claim amounts and make phone calls to respective claimants (2.3). | 4.20 | 252.00 | HO |

Sep-10-14   [Asset analysis and recovery] Review Mrs.                1.80    477.00    MME
Jager's revisions to agreement (.2); meet with
counsel regarding same (.1); review claims
process status (.2); review and revise Sixth
Status Report (1.3).

[Asset disposition] Exchange emails with                0.70    185.50    KDM
auctioneer for auction sale of furniture and
equipment in Irvine regarding date,
procedures, and location of auction, the
documents remaining in storage and
retrieving the keys to storage for purposes of
shipping the documents and closing the
storage units, and related matters (.4); confer
with Receiver regarding the proposed date of
the auction and coordinating with counsel for
Mrs. Jager the home inspection and
deposition of Mrs. Jager (.2); emails to and

from counsel for Mrs. Jager regarding
scheduling the home inspection and
deposition of Mrs. Jager (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Receive update from M. Spencer regarding investigation into the ███████████ law applicable to transferring shares of a limited company, operating agreements, bylaws, signatory lists, and other corporate actions and governing documents, strategize regarding effecting the transfer of shares absent an operating agreement and bylaws, and coordinate contacting former counsel for ███████████ to obtain copies of the governing documents and determine the last known directors and the process for transferring shares (.5); email from M. Spencer regarding her conversation with former counsel for ███████████ and his lack of documents related to that company and send email regarding further issues to address with counsel (.2); prepare and send email to A. McGraw regarding the missing documents necessary to support his claim to ownership of certain gold bars frozen in ███████████ account at DDS and A. McGraw's request that we investigate HWC's records for certain evidence (.3); meet with Receiver regarding Mrs. Jager's latest revisions to the Agreement regarding execution on the Final Judgment and certain final additions to be made (.2); make further additions to the Agreement and send to counsel for Mrs. Jager and counsel for F. Jager for consideration (.6); review letter to ███ and strategize regarding certain information therein (.2); exchange emails with ███████████ regarding our previous meeting and certain documents (.2). | 2.20 | 583.00 | KDM |
| [Case administration] Emails with M. McCarthy regarding the Amerifirst Management monitorship, the appointed monitor, the CFTC Consent Order and Supplemental Consent Order, and coordinating the Amerifirst Monitor's efforts our respective claims processes (.2); review Consent Order and Supplemental Consent Order and coordinate contacting the | 0.60 | 159.00 | KDM |

Amerifirst Monitor to discuss its claims process (.3); emails with Receiver regarding revisions to the Sixth Status Report (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review CFTC Complaint against JB Grossman (.4); forward Complaint and related correspondence to insurance counsel (.1). | 0.50 | 132.50 | MDV |
| [Asset analysis and recovery] Review settlement agreement between the Receiver and the Jagers (.2); review Receiver's report describing negotiations with the Jagers; prepare motion to approve settlement and proposed order granting same (2.2). | 2.60 | 650.00 | CP |
| [Asset analysis and recovery] Email Derrick Jones and Nick Joseph regarding bylaws of a certain company (.2); Email Request for Substitution to Dennis Damiano (.1); Email Neil Katsuyama regarding Motion to Reopen Case and Substitution of Counsel in Sabertooth action (.2). | 0.50 | 75.00 | MJS |
| [Case administration] Prepare cover letter to ██████████responding to Subpoena DT. | 0.10 | 10.00 | pl |
| [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 5.30 | 768.50 | mm |
| [Case administration] (Melissa McCarthy) Work on gathering documents responding to subpoena. | 0.50 | 72.50 | mm |
| [Claims Process] Continue to assist M. McCarthy in reviewing and analyzing proof of claim forms. | 4.50 | 180.00 | claims |
| [Claims Process] Telephone calls to investors with the largest losses to follow up on whether they received claims packets, obtain updated addresses to send them the claims packets, and inform them of status and deadline to submit claims. | 1.80 | 72.00 | claims |

|  | [Case administration] Review claim forms that were returned as undeliverable, locate correct addresses and contact information for those claimants (1.2); compile master list of claimants still missing for purposes of contacting them (1.6). | 2.80 | 168.00 | HO |

Sep-11-14 — [Asset analysis and recovery] Receive update from M. Spencer regarding her follow up communications with former counsel to ██████████ related to the law applicable to the transfer of shares of ████████ █████ (.2); review and revise Motion to approve settlement agreement with David Manners and proposed Order granting Motion and present to Receiver for review and approval (.5); review letter regarding Judgment Lien Certificate against F. Jager and coordinate resubmitting Application (.1); receive confirmation of California counsel's filing of Motion to Reopen Sabertooth litigation (.1); telephone call from former principal of dealer regarding the Receiver's demand letter (.2).   1.10   291.50   KDM

[Case administration] Review Receiver's Sixth Status Report in accordance with the Receiver's revisions, assist with finalizing the Report and its Exhibits, and coordinate filing it with the Court (1.5); listen to voicemail messages from owner of Consumer Collection Advocates, receive updates from M. McCarthy regarding her communications with him related the warning to customers on the receivership website, his company's business practices and dealings with customers, and related matters, and strategize regarding addressing his demands and responding to his questions (.6); exchange emails with ████████ regarding a Subpoena for documents related to Hunter Wise, review that Subpoena, work on gathering documents responsive to Subpoena and send email to ████████ producing responsive documents and explaining that additional responsive documents will be produced on a rolling basis (1.2); send the Legal Notice and Proof of Claim form to A. McGraw and F. Brett so they can file claims   3.90   1,033.50   KDM

and preserve their rights in the event they cannot provide evidence of their ownership of the metals and funds of which they are seeking to recover from DDS and Baird & Associates (.3); strategize with M. McCarthy regarding information we need from the NFA related to the Amerifirst Monitorship for purposes of coordinating the two claims processes (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Email ███ ███ regarding ███████ documents. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] Email Neil Katsuyama and Dennis Damiano regarding Substitution Notice for Sabertooth action. | 0.20 | 30.00 | MJS |
| [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 9.50 | 1,377.50 | mm |
| [Claims Process] Continue assisting M. McCarthy in reviewing proof of claim forms and make telephone calls to investors with large claims to verify that they received claim forms and provide with any information necessary. | 4.80 | 192.00 | claims |
| [Case administration] Phone calls with claimants with questions regarding the claims process (.9) review received claims packets and prepare cover sheet for information and cross check each for accuracy in claim amounts and make phone calls to respective claimants (2.1); work on processing claims(1.4). | 4.40 | 264.00 | HO |

Sep-12-14

| | | | |
|---|---|---|---|
| [Asset disposition] Prepare for auction sale of furniture and equipment from HW's Las Vegas office and confirm with auctioneer (.5); visit the auction site, inspect all the assets to be sold as lots in the auction, review the lot inventory for the auction, and confer with the auctioneer regarding the procedure of the auction (2.4). | 2.90 | 768.50 | KDM |
| [Asset disposition] (No charge) Travel to Las | 5.00 | 0.00 | KDM |

Vegas for auction sale of furniture and
equipment from HW's Las Vegas office
(5.0).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails to and from counsel for F. Jager regarding F. Jager's and Mrs. Jager's consideration of the Receiver's latest revisions to the agreement regarding execution on the Final Judgment and his communications with counsel for Mrs. Jager (.2); telephone calls from and to principal of dealer regarding demand letter for payment of restitution amount (.4). | 0.60 | 159.00 | KDM |
| [Case administration] Review and revise Declaration of M. McCarthy regarding her communications with and investigations of CCA, her communications with customers and their communications and dealings with CCA and coordinate making further revisions (1.5); exchange emails with the Receiver regarding the final revisions to the Sixth Status Report (.2); coordinate making further revisions to the Receiver's Sixth Status Report and its Exhibits, review revised Report and Exhibits and coordinate preparing them for filing (.5); email from F. Brett regarding submitting proof of claim in the claims process and the connection between HWC and a certain company (.1). | 2.30 | 609.50 | KDM |
| [Asset analysis and recovery] Review Insurance Counsel draft response to insurance carrier letter. | 0.20 | 53.00 | MDV |
| [Asset analysis and recovery] Follow up with Harris Kay regarding a certain company. | 0.10 | 15.00 | MJS |
| [Case administration] Assist attorney K. Murena in making final changes to the 6th Status Report. | 0.50 | 50.00 | pl |
| [Case administration] (Melissa McCarthy) Prepare letter and documentation to be sent in response to ██████████ subpoena. | 8.00 | 1,160.00 | mm |
| [Claims Process] Search for telephone | 2.00 | 80.00 | claims |

| | | | | |
|---|---|---|---|---|
| | numbers and/or email addresses for various investors and contact them to verify that they received claim forms and provide with any information necessary. | | | |
| | [Claims Process] Continue to assist M. McCarthy in reviewing proof of claim forms. | 1.30 | 52.00 | claims |
| | [Case administration] Phone calls with claimants with questions regarding the claims process (.9) review received claims packets and prepare cover sheet for each highlighting the information and cross checking each for accuracy in claim amounts and make phone calls to respective claimants (2.1); work on newly received claims for purposes of entering them into system (1.4). | 4.40 | 264.00 | HO |
| Sep-13-14 | [Asset disposition] Meet with the auctioneer for the auction sale of the furniture and equipment from HWC's office in Law Vegas to discuss various aspects of the auction, revising the descriptions of certain items, the close-out process for the auction, closing of the storage units and returning the keys (.7); attend auction sale of the furniture and equipment from the HWC office in Las Vegas (5.2). | 5.90 | 1,563.50 | KDM |
| | [Case administration] Finish revising Declaration of M. McCarthy regarding her communications with and investigations of CCA, her communications with customers and their communications and dealings with CCA and coordinate making further revisions (.3). | 0.30 | 79.50 | KDM |
| | [Case administration] (No charge) Travel to and from auction (1.0); return flight from Las Vegas to Miami (5.0). | 6.00 | 0.00 | KDM |
| | [Asset analysis and recovery] Correspondence with insurance counsel regarding response to insurance carrier letter (.1); review insurance counsel information regarding claims against Grossman and respond (.3). | 0.40 | 106.00 | MDV |

| | | | | |
|---|---|---|---|---|
| Sep-15-14 | [Asset analysis and recovery] Review and revise declaration of Melissa McCarthy (.5); telephone call with ████████████ regarding ████████ (.4); review and approve HW financial expenses (.2); review and revise proposed settlement with Mr. Manners and motion to approve and meeting with counsel regarding same (.5); review claims process status (.3). | 1.90 | 503.50 | MME |
| | [Asset disposition] Telephone call to potential purchaser of metals, review updated inventory of metals at storage facility, and send inventory to potential purchaser with explanation of metals and requirements for their sale (.5). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] Telephone call from counsel for the CFTC regarding prospective default judgment against Vertical Integration Group and proposal to appoint Monitor to collect restitution amount and proposed Default Judgment to be send for our consideration and suggestions (.3); discuss with Receiver status of scheduling auction, home inspection and deposition of Mrs. Jager and follow up with counsel for Mrs. Jager on the proposed date for the inspection and deposition (.2); review and revise Motion to approve agreement with the Jagers regarding execution on Final Judgment and proposed Order granting that Motion (.8); meet with A. Fernandez regarding status forensic analyses of defenses to claims for return of distributions and determination of whether they are net winners or net losers, discuss status of negotiations with HWC members and strategize regarding recovering distributions from net winners (.2); discuss efforts to collect restitution amounts from dealers against which CFTC administrative orders were entered, dealers against which District Court Default Judgments and Consent Orders were entered, and Defendants Dealers in this action (.1); strategize regarding following up with those dealers and | 4.60 | 1,219.00 | KDM |

their principals who have responded and those who have not responded to demand letters, locating and contacting them or responding to emails and calls, and requesting that they sign sworn financial accountings, and provide form for sworn accounting and declaration, and coordinate he remaining dealers (.3); discuss with Receiver issue related to general release in settlement with D. Manners and revisions to Motion to approve settlement with D. Manners, revise Motion accordingly, and work on scheduling a call with special insurance counsel and team members to discuss release issue and D&O action (.4); email from forensic accountant regarding insolvency analysis and strategy for performing and completing that analysis and strategize with team members regarding purpose and use of the analysis (.4); review email from J.B. Grossman regarding his notifying his malpractice insurance carrier and strategize with team members (.2); emails with special insurance counsel, Receiver and other team members regarding certain aspects of the Receiver's claims against two former counsel to HWC and the applicable malpractice insurance policies (.2); strategize regarding information and documents needed from Ed Martin related to asset recovery and transfer of assets to the Receiver, receive report from M. Spencer regarding recent communications with counsel for Ed Martin regarding requested documents and transfer of assets, and review and revise list of information and documents requested from Ed Martin (1.5).

| | | | |
|---|---|---|---|
| [Case administration] Confer with team members regarding final revision to one of the Exhibits to the Receiver's Sixth Status Report and updating an amount in the Report and coordinate the filing of the Report (.3); review Notice of Claim filed with the California Labor Commissioner by former employee of Hunter Wise and coordinate sending letter forwarding Appointment Order and Final Judgment and the Claims Package with explanation regarding the stay provision and the claims administration process (.2). | 0.50 | 132.50 | KDM |

| | | | |
|---|---|---|---|
| [Case administration] (No charge) Begin reviewing and revising invoice for August for purposes of Fee Application and follow up with certain professionals to obtain their August invoices (.5). | 0.50 | 0.00 | KDM |
| [Asset analysis and recovery] Correspondence with insurance counsel regarding terms of J. B. Grossman insurance policy (.3); correspondence with JB Grossman (.1); review correspondence from forensic accountant (.1); review May 21 letter to J. B. Grossman (.1). | 0.60 | 159.00 | MDV |
| [Asset analysis and recovery] Conference with K. Murena regarding responses to demand letters. | 0.30 | 45.00 | AF |
| [Case administration] (No charge) Review invoices from Kapila and Ver Ploeg in preparation of drafting Sixth Fee Application (0.3); Draft Sixth Fee Application (1.5). | 1.80 | 0.00 | AF |
| [Asset analysis and recovery] Draft questions for Harris Kay to ask Ed Martin about Hunter Wise International Commodities. | 0.20 | 30.00 | MJS |
| [Asset analysis and recovery] Email Substitution Notice to Neil Katsuyama for Sabertooth action. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] (Melissa McCarthy) Work on CCA Declaration. | 2.00 | 290.00 | mm |
| [Case administration] (Melissa McCarthy) Review received claims, validate these claims for accuracy and respond to customer inquiries. | 4.00 | 580.00 | mm |
| [Claims Process] Continue to assist M. McCarthy with review of proof of claim forms submitted by investors. | 4.00 | 160.00 | claims |
| [Case administration] Phone calls to claimants with questions as to claims process (2.1); fax documents to claimants (.3). | 2.40 | 144.00 | HO |

| Sep-16-14 | [Asset analysis and recovery] Emails to and from F. Brett regarding the scope and effect of the Final Judgment for purposes of the claims process and his claim to recover the funds in the account at Baird & Associates, and refer him to his legal counsel for advice (.2); emails with counsel for F. Jager regarding the latest revisions to the Agreement regarding execution on Final Judgment and schedule call with counsel (.2); meet with team members regarding proposed settlement with D. Manners and upcoming call with special insurance counsel to discuss that settlement and other insurance-related matters (.2); telephone conference with special insurance counsel and team members regarding proposed settlement with D. Manners, claims against D. Manners in the D&O action, issues related to coverage under the D&O policy and the Receiver's claim against that policy, the demands and draft complaint sent to the insurance carrier, the Receiver's claims against former counsel for HWC and revisions to be made to the Complaint, the CFTC's action against J.B. Grossman and its effect on insurance coverage, and various related matters (.8); meet with team members regarding the scope and purpose of the insolvency analysis being performed by the forensic accountant (.2); finish preparing list of documents and information required from Ed Martin and coordinate sending to counsel for Ed Martin (.2); emails with Receiver and team members regarding the CFTC's action against former counsel to HWC, assessment and recommendations of special insurance counsel, and strategy for the Receiver's action against that counsel and settlement negotiations with the malpractice insurer of former counsel, and coordinate meeting to further discuss issues (.2); email from counsel for CFTC regarding section of proposed Default Judgment in action against Vertical Integration Group setting forth the restitution obligation and the Receiver's authority to collect and distribute funds to customers, and | 2.90 | 768.50 | KDM |

review and analyze proposed language (.9).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Correspondence with insurance counsel regarding Grossman complaint (.2); phone conference with insurance counsel regarding Grossman and D&O complaints (.7); update Receiver regarding same (.2); finalize/edit draft response letter to insurance carrier regarding demand on D&O policy (.6). | 1.70 | 450.50 | MDV |
| [Asset analysis and recovery] E-mail Harris Kay list of documents for Ed Martin to provide. | 0.20 | 30.00 | MJS |
| [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 8.00 | 1,160.00 | mm |
| [Claims Process] Assist M. McCarthy in communicating with various investors regarding potential claims (1.7); review proof of claim forms submitted by investors (2.8). | 4.50 | 180.00 | claims |
| [Case administration] Phone calls to claimants with questions as to claims process (1.7); provide claimants with claim forms (.8). | 2.50 | 150.00 | HO |

Sep-17-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review and revise letter response to carrier in D & O matter, discussion with counsel regarding same (.4); respond to international inquiry (.2); meet with counsel regarding status and strategy for international funds (.2); meet regarding status of claims process (.2); telephone call with insurance counsel regarding D & O claim and letter (.3); review CFTC's claim against Grossman and strategize regarding insurance issues (.8); meet with counsel regarding CFTC's proposed section of Default Judgment action against Vertical Integration Group (.2). | 2.30 | 609.50 | MME |
| [Asset analysis and recovery] Meet with Receiver regarding the CFTC's proposed section in Default Judgment action against Vertical Integration Group regarding the | 5.30 | 1,404.50 | KDM |

restitution obligation and the Receiver's right to collect and distribution amounts collected, and prepare and send email to counsel for the CFTC regarding the Receiver's approval of the proposed language, certain language we proposed to add to a similar order against another dealer, and related issues (.6); telephone calls from and to counsel for CFTC regarding the Receiver's approval of the proposed section of the Default Judgment and exchange emails with counsel regarding same (.2); telephone calls from and to FTC regarding their investigation and work on gathering information and documents relevant thereto (.5); meet with M. McCarthy regarding the foregoing investigation and coordinate her investigation into a particular dealer of Hunter Wise (.2); discuss with M. McCarthy her preliminary findings regarding her investigation into that dealer and provide guidance regarding further investigation (.2); meet with M. McCarthy regarding her telephone calls with another attorney at the FTC regarding another investigation (.2); meet with the Receiver regarding the status of scheduling the home inspection and deposition of Mrs. Jager and follow up with counsel for Mrs. Jager regarding scheduling (.2); finish reviewing and revising Complaint against former counsel for HWC and strategize with team members regarding further revisions to be made and recommendations of special insurance counsel (1.2); review revised demand letter to D&O carrier and exchange emails with special insurance counsel and team members regarding final revisions to letter (.5); exchange emails with counsel for Mrs. Jager regarding scheduling the home inspection and deposition and the status of the revisions to the Agreement regarding execution on Final Judgment (.3); confer with Receiver regarding scheduling of home inspection and deposition of Mrs. Jager and coordinate making travel arrangements (.2); email from counsel for F. Jager regarding his latest revision to the Agreement regarding execution on Final Judgment and begin

reviewing that revision (.3); review email from former counsel for Lloyds regarding hearing set on Motion to reopen the Sabertooth Litigation and coordinate attendance at that hearing by that counsel and new local counsel, and inquire regarding telephonic appearance of lead counsel (.2); review latest version of the Complaint against the Ds and Os of the HW entities and strategize with team members regarding final revisions to be made and issues related to other claims against one of the former directors (.5).

| | | | |
|---|---|---|---|
| [Case administration] Email from F. Brett regarding his claim to certain funds in HWIT account at Baird & Associates and his participation in the claims process and discuss with the Receiver responding to F. Brett's email (.2); prepare and send email responding to F. Brett's email regarding the Receiver's position with respect to the funds at Baird & Associates and encouraging him to participate in the claims process (.2). | 0.40 | 106.00 | KDM |
| [Case administration] (Fee Application) (No charge) Finish revising August invoice for counsel for Receiver for purposes of Sixth Interim Fee Application and coordinate finalizing invoice (.9). | 0.90 | 0.00 | KDM |
| [Asset analysis and recovery] Strategize with Receiver regarding response to insurance carrier letter regarding our demand (.2); review allegations in CFTC Complaint against Grossman (.5); strategize with Receiver regarding claims against attorneys (.3); research work by attorneys during policy period for addition to allegations/support of same (2.4); revise/edit complaint against attorneys (.7); phone call with insurance counsel regarding attorney and D&O Complaint (.2); correspondence with insurance counsel regarding same (.3); coordinate gathering and preparing documents and exhibits for letter to D&O carrier (.5). | 5.10 | 1,351.50 | MDV |

|  | | | | |
|---|---|---|---|---|
| | [Case administration] (No charge) Revise 6th Fee Application. | 0.30 | 0.00 | AF |
| | [Asset analysis and recovery] Email Neil Katsuyama about appearing by telephone at hearing on Motion to Reopen Sabertooth Case. | 0.10 | 15.00 | MJS |
| | [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 6.80 | 986.00 | mm |
| Sep-18-14 | [Case administration] Meet regarding claims process, status and follow-up. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] Review email from M. McCarthy regarding her investigation into a particular dealer and review the documents she located regarding that dealer (.5); telephone call to counsel for FTC regarding our investigation of that dealer and the documents and information we located (.1); review F. Jager's latest revision to the Agreement with F. Jager and Mrs. Jager, present to the Receiver with summary of changes, and exchange emails with F. Jager's counsel regarding the Receiver's consideration of those changes (.6); emails to and from counsel for D. Manners to schedule a call to discuss certain revisions needed to the settlement agreement (.1); telephone call from counsel for D. Manners to resolve certain issues related to the release provision in the settlement agreement and discuss the D&O carrier's initial response to D. Manners regarding our notice of claim and their refusal to advance defense costs or provide coverage (.6); discuss with Receiver the call with D. Manners' counsel and prepare and send update to special insurance counsel and other team members (.3); strategize with team members regarding Complaint against former counsel to HWC including issues related to pursuing claims against each counsel in | 2.90 | 768.50 | KDM |

separate actions or together and
recommendations of special insurance
counsel (.3); email from forensic accountant
regarding insolvency analysis and strategize
with team members regarding establishing the
scope of the analysis and gathering relevant
documentation (.4).

| | | | |
|---|---|---|---|
| [Business operations] Review income and withholding tax returns for the HW entities prepared by tax consultant and cover letter from Receiver to be filed with returns, sign the letter and coordinate sending the letter and tax returns (.6); review K-1s to be sent to members of HWC and cover letters from the Receiver to be sent with K-1s and present to the Receiver for review and execution (.4). | 1.00 | 265.00 | KDM |
| [Case administration] Emails with counsel for claimant regarding submitting claim in the claims process and discuss with Receiver (.2); review invoice from storage company in Las Vegas, coordinate termination of storage lease, and follow up with auctioneer to arrange for closing units and forwarding the locks and keys to Receiver (.3); work with M. McCarthy on analyzing and administering certain claims submitted by eligible claimants and resolving issues related to one particular claimant seeking the return of metals at DDS and prepare and send summary of findings from our initial investigation into the matter (.8). | 1.30 | 344.50 | KDM |
| [Case administration] (Fee Application) (No charge) Review and revise the Sixth Fee Application and coordinate further revisions (1.0); discuss with Receiver revisions to the August invoice for Receiver's counsel (.2). | 1.20 | 0.00 | KDM |
| [Asset analysis and recovery] Work on compiling forms for filing complaint against D&Os and attorneys (.2); correspondence with forensic accountants regarding solvency analysis (.2); revise complaint against attorneys (.5). | 0.90 | 238.50 | MDV |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (No charge) Revise Sixth Fee Application. | 0.50 | 0.00 | AF |
| | [Asset analysis and recovery] Work on exhibits to be attached to response letter to Chubb Group and send to insurance counsel. | 1.80 | 180.00 | pl |
| | [Case administration] (Melissa McCarthy) Review received claims via email. | 2.00 | 290.00 | mm |
| | [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 6.30 | 913.50 | mm |
| | [Claims Process] Continue to assist M. McCarthy in communicating with various investors regarding potential claims (2.4); review and process proof of claim forms submitted by investors (.8). | 3.20 | 128.00 | claims |
| | [Case administration] Phone calls to claimants with questions as to claims process (1.8); review claims packets received and phone calls to claimants regarding discrepancies (2.1). | 3.90 | 234.00 | HO |
| Sep-19-14 | [Asset analysis and recovery] Telephone call with counsel regarding insurance issues and complaints against D & O's and attorneys (.3); review revisions to complaints (.4). | 0.70 | 185.50 | MME |
| | [Business operations] Review and execute 2013 tax documents. | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] Continue gathering documents and information for FTC investigation of a particular dealer and prepare and send email to FTC forwarding documents and information and explaining our investigation and contact with customers of that dealer (1.2); exchange emails with FTC regarding the documents and informationprovided (.2); strategize with team members regarding action against former counsel to HWC (.2); exchange emails | 3.70 | 980.50 | KDM |

with special insurance counsel regarding
action against former counsel to HWC and
action against former Ds and Os of HWC and
coordinate scheduling call with special
insurance counsel and the Receiver to discuss
the Complaints and strategy for the two
actions (.3); teleconference with Receiver and
special insurance counsel regarding the
foregoing matters and the proposed release of
D. Manners in the settlement agreement
related to the member distributions he
received and formulate strategy for the
settlement with D. Manners and the actions
against the Ds and Os and former counsel to
HWC (.4); review near final versions of the
Complaints against the Ds and Os and former
counsel for HWC and work with team
members on finalizing Complaints and
assisting with filing of both Complaints and
preparation of Civil Cover Sheets and
Summons to be issued by the Court (1.1);
exchange emails with counsel for F. Jager
regarding the agreement regarding execution
on the Final Judgment and issues related to
Mrs. Jager and discuss with the Receiver the
latest revisions to that Agreement (.3).

| | | |
|---|---|---|
| [Case administration] Multiple emails from A. McGraw regarding recent documents and information he obtained purportedly demonstrating his ownership of gold bars at DDS, review those documents, and coordinate meeting to analyze documents and determine whether further documents are required (.3); receive report regarding the status of the claims administration process including the processing of the claims and communications with and documentation obtained from claimants (.2). | 0.50 | 132.50 | KDM |
| [Case administration] (Fee Application) (No charge) Review finalized invoice for the Receiver's counsel and coordinate finalizing Sixth Fee Application and all exhibits thereto (.1). | 0.10 | 0.00 | KDM |
| [Asset analysis and recovery] Phone conference with insurance counsel regarding | 0.90 | 238.50 | MDV |

| | | | | |
|---|---|---|---|---|
| | complaints against D&Os and attorneys (.4); final preparation of complaints for filing (.4); review update from K. Murena regarding D. Manners settlement discussions (.1). | | | |
| | [Case administration] (No charge) Review invoices for Damian & Valori and add amounts into 6th Fee Application (0.3). | 0.30 | 0.00 | AF |
| | [Asset analysis and recovery] Prepare civil cover sheets in preparation for filing of Complaint against JB Grossman and Tim Carey and Complaint against directors and officers David Manners, Susan Morales and Tracy Luu (.3); search for addresses of defendants and prepare civil summons for each (.8); file both complaints electronically (.4) | 1.50 | 150.00 | pl |
| | [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 8.50 | 1,232.50 | mm |
| | [Claims Process] Continue to assist M. McCarthy in communicating with various investors regarding potential claims (4.2); review and process proof of claim forms submitted by investors (1.3). | 5.50 | 220.00 | claims |
| | [Case administration] Phone calls to claimants with questions as to claims process (1.4); review claims packets received and phone calls to claimants regarding discrepancies (2.0). | 3.40 | 204.00 | HO |
| Sep-22-14 | [Asset analysis and recovery] Review Summonses issued by the Court in the action against the former counsel to HWC and the action against the Ds and Os of HWC and coordinate serving of Complaints and Summonses (.2); review Notice of Judgment Lien Certificate against F. Jager in California and follow up on obtaining Judgment Lien Certificates against various judgment debtors and having Final Judgment recorded in other jurisdictions (.2); prepare revised release provisions for the settlement agreement with | 1.50 | 397.50 | KDM |

D. Manners and send to special insurance counsel for consideration (.7); review letter from Bank of America with check for the balance in a frozen account of HWC, confer with Receiver and coordinate depositing into receivership account (.2); email from special insurance counsel regarding proposed claims handling expert for actions against life insurance companies, review resume and fee agreement with proposed expert, and strategize with team members (.2).

| | | | |
|---|---|---|---|
| [Case administration] Telephone calls from and to customer of dealer of HWC regarding the claim administration process, the dealer through which he invested, and certain criminal investigations of that dealer and its principals (.4). | 0.40 | 106.00 | KDM |
| [Case administration] (Fee Application) (No charge) Assist with making the revisions to the Receiver's Sixth Fee Application and the proposed Order granting that Application, review revised Application and present to Receiver for review (.4). | 0.40 | 0.00 | KDM |
| [Asset analysis and recovery] Correspondence with insurance counsel regarding letter to Chubb regarding D&O complaint (.2). | 0.20 | 53.00 | MDV |
| [Case administration] (No charge) Revise 6th Fee Application (0.4); Create Exhibits for 6th Fee Application (0.8). | 1.20 | 0.00 | AF |
| [Asset analysis and recovery] Email Harris Kay about a certain company. | 0.10 | 15.00 | MJS |
| [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 7.50 | 1,087.50 | mm |
| [Claims Process] Continue to assist M. McCarthy in reviewing proof of claim forms submitted by investors; and follow up with investors regarding their proof of claim forms and any missing information. | 3.00 | 120.00 | claims |

| | | | | |
|---|---|---|---|---|
| | [Case administration] Phone calls to claimants with questions as to claims process (.8). | 0.80 | 48.00 | HO |
| Sep-23-14 | [Asset analysis and recovery] Conference with counsel regarding claims against auditors. | 0.30 | 79.50 | GFG |
| | [Asset disposition] Follow up with auctioneer in Las Vegas regarding the status of cleaning out and closing the storage units for the furniture and equipment sold at the auction and coordinate notifying the storage facility of the timing of our cleaning out and closing the units (.2); emails to and from auctioneer in Irvine regarding closing up all but one storage units for the HWC boxes and transferring the locks and keys to the Receiver after the auction (.2). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Strategize regarding potential claims against former auditor of HWC, the documents produced by the former auditor, and the analysis of the forensic accountant and formulate plan for further investigation the Receiver's claims (.9); emails to and from special insurance counsel regarding the proposed revision to the release provision of the settlement agreement with D. Manners (.2). | 1.10 | 291.50 | KDM |
| | [Case administration] Emails to and from counsel for customer ▮▮▮▮▮▮ regarding submitting a claim in the claims process, the receivership website and various Court orders posted on that site (.4). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Legal research regarding service of process on Manners in UK (.6); correspondence with insurance counsel regarding letter to carrier in D&O cases (.1). | 0.70 | 185.50 | MDV |
| | [Asset analysis and recovery] Continue to assist Hunter Wise Manger in reviewing proof of claim forms submitted by investors; | 5.30 | 530.00 | pl |

and follow up with investors regarding their proof of claim forms and any missing information.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Melissa McCarthy) Review received claims filed and validate these claims for accuracy. | 9.00 | 1,305.00 | mm |
| [Asset analysis and recovery] (Melissa McCarthy) Provide additional information to FTC. | 0.50 | 72.50 | mm |
| [Case administration] Phone calls to claimants with questions as to claims process (.8); review claims packets received and make phone calls to claimants as to any discrepancies (3.7). | 4.50 | 270.00 | HO |

Sep-24-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review and approve HW Financial expenses (.3); review agreement changes with Marcia and Fred Jager, meet with counsel regarding same (.3). | 0.60 | 159.00 | MME |
| [Case administration] (No charge) Review and revise Sixth Interim Fee Application. | 1.00 | 0.00 | MME |
| [Asset analysis and recovery] Follow up on setting of hearing on Motion to reopen the Sabertooth action and obtaining from Sabertooth's counsel the purported evidence of Sabertooth's performance (.1); review email from former local counsel regarding Order approving substitution of local counsel and review that Order (.1); receive update from M. Spencer regarding communications with counsel for Ed Martin regarding status of obtaining information and documents requested (.1); emails from customer ███ ███████ regarding the documents he recently provided and follow up on the review and analysis of those documents (.2); emails with counsel for CFTC regarding recent complaints filed against former Ds and Os of HWC and against former counsel to HWC (.1); strategize with team members regarding service of Complaint on Ds and Os and obtaining consent from counsel for D. | 1.10 | 291.50 | KDM |

Manners to accept service (.2); meet with
Receiver regarding F. Jager's latest revisions
to the agreement regarding execution on the
judgment and send email to counsel for F.
Jager regarding the approval of most of the
revisions and need to modify certain language
(.3).

| | | | |
|---|---|---|---|
| [Case administration] (Fee Application) Discuss Sixth Interim Fee Application with the Receiver, compile and assist with finalizing the Exhibits, and send to counsel for the CFTC for review and approval (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] Correspondence with CFTC regarding clawback complaints. | 0.10 | 26.50 | MDV |
| [Asset analysis and recovery] Email Harris Kay regarding documents requested from Ed Martin. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] Email Jeffrey Gersh regarding documentation of performance and scheduling mediation (.1); Phone call to Jeffrey Gersh to attempt to set up mediation (.1). | 0.20 | 30.00 | MJS |
| [Asset analysis and recovery] Continue to review proof of claims and make telephone calls to investors regarding further information needed (4.0); continue to contact investors whose packages were returned and obtain email addresses and fax numbers to send proof of claim forms (0.5). | 4.50 | 450.00 | pl |
| [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 8.80 | 1,276.00 | mm |
| [Case administration] Phone calls to claimants with questions as to claims process (1.5); review claims packets received and phone calls to claimants regarding discrepancies and updating information provided in claims packets (4.5). | 6.00 | 360.00 | HO |

| | | | | |
|---|---|---|---|---|
| Sep-25-14 | [Asset analysis and recovery] Prepare insert to Agreement regarding execution of Final Judgment and send to counsel for F. Jager for consideration (.4); discuss with the Receiver the final revisions to the Agreement with F. Jager and the logistics for submitting it to the Court for approval (.2); exchange emails with counsel for F. Jager regarding CFTC's consideration of the Agreement and the timing of submitting it to the Court for approval after the home inspection and deposition of Mrs. Jager (.2); send email to counsel for CFTC forwarding and summarizing the latest draft of the Agreement with the Jagers and requesting consideration and comments (.2); email from counsel for CFTC regarding its consideration of the Agreement (.1); meet with Receiver and team members regarding the status of obtaining from Ed Martin and other parties documents, information, and the transfer of shares of certain companies from Ed Martin to effect the transfer of funds from certain financial institutions to the Estate (.2); receive update from M. Spencer regarding Sabertooth's counsel's intention to provide purported evidence of Sabertooth's performance under the contract and follow up on scheduling the mediation (.2); review Judgment Lien Certificate entered against F. Jager and follow up on obtaining Judgment Liens in other jurisdictions (.2); exchange emails with special insurance counsel regarding proposed revision to the release language in the Settlement Agreement with D. Manners and strategize regarding issues related to the D&O action and insurance coverage (.3). | 2.00 | 530.00 | KDM |
| | [Case administration] Emails with counsel for the CFTC regarding administrative issues related to the complaints filed against former counsel for HWC and the former directors and officers of HWC and other administrative matters and coordinate gathering information requested (.3); review information gathered and summary report and prepare email to counsel for CFTC providing information and responding to inquiry (.4). | 0.70 | 185.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Conference regarding status of demand letters. | 0.50 | 75.00 | AF |
| | [Asset analysis and recovery] Email Mr. Gersh requesting documents regarding Sabertooth's alleged performance under contract with Lloyds. | 0.10 | 15.00 | MJS |
| | [Asset analysis and recovery] Email Harris Kay regarding information requested from Mr. Ed Martin regarding stocks in a certain company. | 0.10 | 15.00 | MJS |
| | [Asset analysis and recovery] Exchange correspondence with Alan McGraw regarding additional information he provided us in support for his request for release of gold bars at DDS (.2). | 0.20 | 40.00 | SMP |
| | [Asset analysis and recovery] Update tracking chart regarding demand letters sent to dealers and insiders in preparation for meeting with attorney A. Fernandez to discuss how to proceed. | 2.70 | 270.00 | pl |
| | [Asset analysis and recovery] Meet with attorney A. Fernandez and discuss status of demand letters to Hunter Wise Insiders, dealers and defendants and how to proceed. | 0.50 | 50.00 | pl |
| | [Case administration] (Melissa McCarthy) Review received claims and validate these claims for accuracy. | 9.30 | 1,348.50 | mm |
| | [Claims Process] Continue to review proof of claims and make telephone calls to investors regarding further information needed | 1.50 | 60.00 | claims |
| | [Case administration] Review claims packets received and phone calls to claimants regarding discrepancies and updating information provided in claim forms (6.3). | 6.30 | 378.00 | HO |
| Sep-26-14 | [Asset disposition] Telephone call from storage facility in Irvine regarding one of the storage units and arrange to have auctioneer | 0.60 | 159.00 | KDM |

pick up key (.2); emails to and from
auctioneer regarding that storage unit and
picking up the key and confirming that the
boxes of HWC boxes remain in one of the
units (.2); emails from and to auctioneer in
Las Vegas regarding the closing of the
storage units and status of preparing the final
settlement statement and check for the
auction of furniture and equipment from the
HWC office (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails to and from special insurance counsel regarding revision to release for agreement with D. Manners related to the member distributions he received from HWC (.2); strategize with team members regarding further revisions to the release language, revise the language accordingly and send email to counsel for D. Manners proposing revised language (.5); email from counsel for CFTC regarding Order issued against DDS for remedial penalties, review Order, and strategize regarding effect on and benefit to receivership estate (.3). | 1.00 | 265.00 | KDM |
| [Case administration] Gather additional information and provide to counsel for the CFTC in response to counsel's inquiries related to case administration (.3); email from customer of HWIC regarding the status of his efforts to gather information and documents in support of his claim (.1); meet with M. McCarthy regarding the status of processing and analyzing the claims, the deadline to make the Receiver's initial determinations and the form of those determinations, and various related matters and assist with determining content and explanation to be included in initial determinations (.7); strategize with M. McCarthy regarding various claims submitted by creditors of the Entity Defendants and how to analyze and treat those claims, and need for additional documents from the claimants to establish those claims (.5). | 1.60 | 424.00 | KDM |
| [Case administration] (Fee Application) (No charge) Emails to and from counsel for CFTC | 0.30 | 0.00 | KDM |

regarding the Sixth Interim Fee Application and no objection to the fees and costs sought (.2); coordinate finalizing and filing the Fee Application (.1).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] Review inventories of precious metals held at depositories (.3); devise strategy for sale of metals (.5); research retail prices of metals held at Via Mat facility (1.5); prepare spreadsheet outlining prices and valuation criteria (1.0). | 3.30 | 825.00 | CP |
| | [Asset analysis and recovery] Email Mr. Gersh requesting documentation and dates for mediation (.1); Phone call to Mr. Gersh requesting docs and mediation dates (.1). | 0.20 | 30.00 | MJS |
| | [Asset analysis and recovery] Email Harris Kay regarding information requested from Ed Martin. | 0.10 | 15.00 | MJS |
| | [Asset analysis and recovery] (Melissa McCarthy) Prepare letter and documentation for ██████████ subpoena. | 9.00 | 1,305.00 | mm |
| Sep-27-14 | [Asset disposition] Assist with research of values of gold coins being stored in Via Mat for purposes of determining appropriate method of sale and online marketing (.4). | 0.40 | 106.00 | KDM |
| | [Case administration] Emails from and to website manager regarding renewal of the domain names for the receivership website and authorize renewal (.1). | 0.10 | 26.50 | KDM |
| Sep-28-14 | [Asset analysis and recovery] Coordinate and assist with preparation of outline for deposition of Mrs. Jager (.5). | 0.50 | 132.50 | KDM |
| Sep-29-14 | [Asset analysis and recovery] Telephone call with CFTC regarding claims against JB Grossman. | 0.50 | 132.50 | MME |
| | [Asset disposition] Coordinate visit to ViaMat storage unit to obtain further details regarding the metals for purposes of | 1.20 | 318.00 | KDM |

marketing them for sale (.2); review appraisal
of the metals in the ViaMat storage unit and
provide direction and assistance in connection
with preparing the descriptions for listings of
the metals to be sold through online auction
site (.4); work on strategy for determining
appropriate asking prices and market values
for the metals to be sold through online
auctions and through the depositories storing
the metals (.2); emails with counsel for DDS
regarding liquidation of metals in HWC
accounts at DDS (.2); follow up with
auctioneer in South Florida regarding the
outcome of the auction sale of the furniture
and equipment from the South Florida offices
of certain Defendants (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails from and to counsel for F. Jager regarding the status of the CFTC's consideration of the proposed agreement with the Jagers regarding the execution on the Final Judgment (.2); review notice of judicial assignment for actions against Ds and Os of HWC, discuss with Receiver and coordinate inquiring with that judge and receivership judge to determine whether motion to transfer case should be filed (.2); work on logistics and preparations for Mrs. Jager's deposition and home inspection and discuss logistics with Receiver (.5); continue advising regarding strategy for Mrs. Jager's deposition for purposes of preparation of outline (.4). | 1.30 | 344.50 | KDM |
| [Case administration] Coordinate sending to the Judge the proposed Order granting Sixth Interim Fee Application (.1 no charge); follow up on closing of the storage units in Las Vegas and terminating the storage leases (.1); work with M. McCarthy on preparation of Initial Determinations of claims submitted by claimants (.4); review and revise draft of initial determination letter to be sent to claimants and strategize regarding revisions and additions (1.2); coordinate locating company to pick up boxes of documents from Irvine office presently in storage and ship to storage in Miami (.2). | 1.90 | 503.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review Stipulation Modifying Divorce Judgment for Jagers; review Jagers' disclosures and bank statement summary; draft deposition outline for deposition of Marcia Jager with cross references to supporting documentation and potential deposition exhibits. | 2.50 | 625.00 | CP |
| | [Asset analysis and recovery] Follow up email Mr. Gersh requesting documents and dates for mediation for Sabertooth action. | 0.10 | 15.00 | MJS |
| | [Asset analysis and recovery] Email Harris Kay requesting documentation from Mr. Martin. | 0.10 | 15.00 | MJS |
| | [Case administration] (Melissa McCarthy) Work on customer claims inquiries and validate claims. | 6.50 | 942.50 | mm |
| | [Case administration] (Melissa McCarthy) Draft initial determination letter. | 1.00 | 145.00 | mm |
| Sep-30-14 | [Case administration] Review status of claims process. | 0.30 | 79.50 | MME |
| | [Asset disposition] Receive report from auctioneer regarding the outcome of the auction sale of furniture and equipment from the South Florida offices of certain Defendants and exchange emails with auctioneer regarding the closing statement and net profit from the sale (.2); emails and telephone calls with counsel for DDS regarding the sale of the metals stored at DDS (.9); review emails with Via Mat regarding scheduling appointment to access the facility to take pictures and obtain details regarding the metals being stored there, provide information necessary to gain access, and discuss logistics of having metals photographed (.2); review updated inventory from Via Mat and revise detailed inventory prepared by appraiser of metals stored at Via Mat and send email to counsel for DDS forwarding inventories and requesting offer to purchase those metals (.5). | 1.80 | 477.00 | KDM |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails from and to counsel for CFTC regarding the entry of the Default Judgment against the dealer Vertical Integration and its principals, review that Judgment and coordinate adding dealer and principals to demand letter tracking chart and preparing demand letter for restitution amount (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (D&O Action) Strategize with team members regarding serving the Defendants in the D & O action and status of negotiations with counsel for D. Manners (.3). | 0.30 | 79.50 | KDM |
| [Case administration] Revise and update list of pending actions, claims, tasks and issues to address for all team members and follow up on status of certain items (.5); strategize with M. McCarthy regarding information to be provided to claimants in the initial distributions and revisions to the initial determination letter (.4); make further revisions to the initial determination letter and coordinate having Receiver approve it (.3); obtain second quote to ship multiple boxes of documents from HWC's Irvine office to Miami and coordinate arranging for boxes to be shipped to company that provided lower offer (.2). | 1.40 | 371.00 | KDM |
| [Asset analysis and recovery] Confer with Receiver regarding call with CFTC (.2); review service deadlines regarding D&O Complaint and confer with insurance counsel regarding same (.3); strategize regarding service of D&O Complaint (.2). | 0.70 | 185.50 | MDV |
| [Asset analysis and recovery] Continue preparing deposition outline and materials for deposition of Marcia Jager. | 1.80 | 450.00 | CP |
| [Asset analysis and recovery] Email Harris Kay regarding questions for Mr. Martin. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] Phone call and | 0.20 | 30.00 | MJS |

email to Mr. Gersh requesting documents and dates for mediation.

| | | | |
|---|---|---|---|
| [Asset disposition] Phone call, and draft emails to, Via Mat regarding inspection of stored metals. | 0.40 | 80.00 | RML |
| [Case administration] (Melissa McCarthy) Work on customer claims inquiries and validate claims. | 8.00 | 1,160.00 | mm |

Oct-01-14

| | | | |
|---|---|---|---|
| [Case administration] Review and revise claims distribution form letter. | 0.50 | 132.50 | MME |
| [Asset disposition] Strategize with team members regarding Fidelitrade's possible purchase of the metals stored at Via Mat, coordinate rescheduling of inspection and photographing of metals stored at Via Mat and review emails with Via Mat regarding the rescheduling (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] emails from and to counsel for D. Manners regarding the latest revisions to the proposed Settlement Agreement regarding the Receiver's fraudulent transfer claims and the D&O action filed against Manners, forward the Complaint, Summons and Civil Cover Sheet to him, and strategize regarding issues raised by counsel (.6); exchange emails with special insurance counsel regarding issues raised by counsel for D. Manners and strategy for resolving those issues and preserving the Receiver's claims alleged in the D&O Complaint and under the D&O policy in the context of the settlement with D. Manners (.4); meet with Receiver regarding status of negotiations with D. Manners, issues raised by his counsel, and analysis of special insurance counsel (.2); review and revise outline for Deposition of Mrs. Jager and strategize regarding issues to be addressed at deposition (.9). | 2.10 | 556.50 | KDM |
| [Asset disposition] Draft email to Via Mat regarding inspection of metals. | 0.10 | 20.00 | RML |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Melissa McCarthy) Work on customer claims inquiries and validate claims. | 7.50 | 1,087.50 | mm |
| Oct-02-14 | [Case administration] Review various claims files and issues with Melissa McCarthy (.6); review initial distribution spreadsheet (.4); various meetings with counsel regarding claims determination issues (.4). | 1.40 | 371.00 | MME |
| | [Asset disposition] Email from counsel for Fidelitrade regarding its interest in purchasing the metals the Receiver is storing at Via Mat (.1); email from President of Fidelitrade regarding formal offer to purchase all metals stored at DDS and Via Mat and detailed explanation of procedure for setting the offer prices and review the formal offer (.3); coordinate comparing prices in Fidelitrade's offer to the market prices of the metals to be sold (.2); meet with Receiver to discuss Fidelitrade's offer to purchase all the metals at DDS and Via Mat, the work to be done to confirm that offer prices are at or above the market prices, and the appropriate timing of the sale of the metals (.3); review claims spreadsheet prepared by M. McCarthy and strategize regarding treatment of various claims (.4). | 1.30 | 344.50 | KDM |
| | [Asset analysis and recovery] Continue working on preparing for deposition of Mrs. Jager, including gathering documents that may be discussed or introduced at deposition and having them reproduced (.9); strategize with team members regarding possible revisions to the release provision in the settlement agreement with D. Manners and the law applicable to releases in the context of insurance claims, and prepare and send email to counsel for D. Manners regarding the purpose of the revised release language and the claims and rights the Receiver seeks to preserve and certain issues related to D&O action (.4); work on strategy for having Martin and his family and family trust to transfer certain assets to the Receiver and | 2.60 | 689.00 | KDM |

responding to Martin's counsel's questions regarding HWIC (.3); receive update regarding status counsel for Sabertooth providing documents evidencing his client's performance under the contract (.1); email from counsel for CFTC regarding comments to proposed agreement with the Jagers regarding transfer of assets to the Receiver pursuant to the Final Judgment and schedule a call with counsel (.1); telephone call with counsel for the CFTC regarding the agreement with the Jagers (.3); prepare and send email to counsel for F. Jager and counsel for Mrs. Jager providing a revised version of the agreement, summarizing the CFTC's comments, and addressing certain logistical issues related to the execution of the agreement after the home inspection and deposition of Mrs. Jager (.2); email from counsel for F. Jager regarding the latest revision to the agreement (.1); exchange emails with counsel for Mrs. Jager to confirm schedule and work out logistical issues related to the home inspection and deposition of Mrs. Jager (.2).

| | | | |
|---|---|---|---|
| [Case administration] Meet with Receiver regarding revisions to proposed initial determination letter to be sent to claimants, discuss those revisions with M. McCarthy, and coordinate making those revisions (.2); review the initial determination letter with the Receiver's edits, coordinate having those edits made to the letter, and review and finalize the letter and the Exhibit thereto (.4); strategize with Receiver and team members regarding the procedures and logistics of sending out the letters to the claimants, and coordinate reproducing the letter and preparing all the Exhibits (.2); meet with Receiver and M. McCarthy to determine the appropriate treatment of certain claims and to discuss issues related to Sterling Trust (.2); email from M. McCarthy regarding Sterling Trust and locate, review and forward to M. McCarthy the documents we received from Sterling Trust (.4). | 1.40 | 371.00 | KDM |
| [Asset analysis and recovery] Confer with | 0.20 | 30.00 | MJS |

K.Murena regarding ███████████
shares.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Prepare exhibits for Deposition of Marcia Jager scheduled for October 7, 2014 for attorney K. Murena's review. | 1.80 | 180.00 | pl |
| [Case administration] (Melissa McCarthy) Work on customer claims inquiries via email. | 8.80 | 1,276.00 | mm |
| [Claims Process] Begin preparing mailing labels for initial determination letters to be sent to investors with allowable claims. | 1.50 | 60.00 | claims |
| [Case administration] Phone calls to claimants with questions as to their claim forms (1.1); assist with preparation of mailing labels for determination letters, cross checking addresses on file with form addresses and with Google maps to ensure accuracy and deliverability (5.2). | 6.30 | 378.00 | HO |

Oct-03-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review documents related to potential claims against certain third partie(s). | 1.30 | 344.50 | GFG |
| [Asset analysis and recovery] Emails to and from counsel for F. Jager regarding the latest revisions to the Agreement for the transfer of assets to the Receiver pursuant to the Final Judgment and the CFTC's questions (.2); continue preparing for deposition of F. Jager (.4); coordinate locating appraiser for inspection of the Jagers' home, compare estimates, select appraiser and coordinate having check to pay appraiser on site (.3). | 0.90 | 238.50 | KDM |
| [Case administration] Email from M. McCarthy regarding calls from customers of non-Hunter Wise dealer Vision Financial Market regarding receipt of distributions and the treatment of claims filed by other Vision customers and discuss with Receiver (.2); investigate the CFTC's administrative order and distributions to customers pursuant to that order, review that order, and coordinate | 0.70 | 185.50 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | contacting CFTC to confirm distributions (.5). |  |  |  |
|  | [Asset analysis and recovery] Phone call to Harris Kay regarding transfer of shares. | 0.10 | 15.00 | MJS |
|  | [Asset analysis and recovery] Telephone calls to auctioneers and appraisers for purposes of hiring an appraiser to accompany K. Murena and the Receiver to the inspection of the Jagers' home. | 1.60 | 160.00 | pl |
|  | [Case administration] (Melissa McCarthy) Work on customer claims inquiries and validate claims. | 10.80 | 1,566.00 | mm |
|  | [Claims Process] (Genesis Maulini) Work on mail out for initial determination letters to be sent to investors with an allowable claim. | 3.40 | 136.00 | claims |
|  | [Claims Process] Continue to work on preparing mailing labels for the initial determination letters to the investors with allowable claims. | 3.00 | 120.00 | claims |
|  | [Case administration] Phone calls to claimants with questions as to their claims forms (.9); prepare labels for mailing initial determination letters, cross checking addresses on file with form addresses and with Google maps to ensure accuracy and deliverability (6.9). | 7.80 | 468.00 | HO |
| Oct-05-14 | [Asset analysis and recovery] (No charge) Travel to California for inspection, auction and deposition of Marcia Jager. | 6.00 | 0.00 | MME |
|  | [Asset disposition] Assist with the analysis of Fidelitrade's offer to purchase all of the precious metals stored at DDS and ViaMat and coordinate comparing proposed purchase prices with market prices including asking and bid prices on ebay and other online auction sites (.5); discuss with the Receiver the logistics and procedures for the auction of the furniture and equipment from the Irvine office of Hunter Wise (.2). | 0.70 | 185.50 | KDM |

|           | [Case administration] (No charge) Travel to Costa Mesa, CA for the auction of the furniture and equipment from the Irvine office of Hunter Wise inspection of Jagers' residence and deposition of Marcia Jager. | 6.00 | 0.00 | KDM |
|-----------|-------------|------|------|-----|
|           | [Case administration] (Melissa McCarthy) Work on customer claims inquiries and validate claims. | 1.50 | 217.50 | mm |
| Oct-06-14 | [Asset analysis and recovery] Review online and attend a portion of auction (1.0); prepare for inspection and deposition of Marcia Jager with counsel (1.0). | 2.00 | 530.00 | MME |
|           | [Asset disposition] Telephone calls with the auctioneer regarding the inspection period prior to the auction, the procedures for the auction, and certain items being sold at the auction and discuss with the Receiver (.4); visit the auctioneer's warehouse with Receiver, inspect the furniture and equipment being sold at auction, and discuss with auctioneer the closing of the storage units and shipment of documents and misc. items to Miami (1.0); visit the online auction to confirm descriptions of listings and discuss with Receiver (.5). | 1.90 | 503.50 | KDM |
|           | [Asset analysis and recovery] Prepare for deposition of Mrs. Jager with Receiver (1.0); gather and provide to Receiver various documents to be discussed at deposition of Mrs. Jager, along with the updated deposition outline (.4). | 1.40 | 371.00 | KDM |
|           | [Case administration] Review letter from customer regarding his request to release silver and gold in Hunter Wise account at DDS, receive update regarding our investigation into those accounts, the customer's claims to the metals, and prior communications with customer, review claim filed by customer in the claims process, and coordinate contacting him to provide update regarding our investigation and customer's | 0.80 | 212.00 | KDM |

participation in claims process (.5); emails with M. McCarthy and Receiver regarding call with counsel for CFTC and information related to non-HWC dealer Vision Financial Markets and gather and provide requested documents (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review documents provided by Sabertooth to confirm whether it performed under content with Lloyds. | 1.50 | 225.00 | MJS |
| [Asset analysis and recovery] Work on preparing mailing labels for the initial determination letters to the investors with allowable claims. | 2.00 | 200.00 | pl |
| [Case administration] (Melissa McCarthy) Work on customer claims inquiries and validate claims. | 7.00 | 1,015.00 | mm |
| [Case administration] (Melissa McCarthy) Work on London assets requested by the CFTC. | 0.50 | 72.50 | mm |
| [Claims Process] (Genesis Maulini) Work on mail out for initial determination letters to be sent to investors with allowable claims. | 6.00 | 240.00 | claims |
| [Case administration] Prepare mailing labels for initial determination letters (1.5); create and prepare Exhibit A to those letters setting forth proposed initial allowable amounts of claims and distribution amounts (1.4). | 2.90 | 174.00 | HO |

Oct-07-14  [Asset analysis and recovery] Attend property inspection and appraisal (1.0); meet with counsel to prepare for Marcia Jager deposition and review documents produced (1.7); take Marcia Jager deposition (1.2); meet with counsel and Marcia Jager's counsel regarding follow-up request (.3); meet with counsel regarding status and strategy (.4).　4.50　1,192.50　MME

[Case administration] (No charge) Return travel to Miami.　6.00　0.00　MME

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Confirm meeting with appraiser at Price residence (.1); coordinate confirming court reporter and arranging for telephonic appearances for deposition of Mrs. Jager and coordinate sending email to counsel for CFTC regarding ability to appear telephonically (.1); visit the Price residence with the Receiver and the appraiser and counsel for Mrs. Jager to inspect the contents of the residence (1.0); confer with appraiser regarding the value of certain art, crystal, silverware and other personal property (.9); continue preparing for deposition of Mrs. Jager with Receiver (1.1); review certain documents to be discussed at deposition and portions of transcript of deposition of F. Jager and strategize with Receiver (.6); attend and assist Receiver at deposition of Mrs. Jager(1.2); discuss with Receiver and Mrs. Jager's counsel the follow up information and documents needed from Mrs. Jager and possible revisions to the agreement with her and F. Jager based on information and documents to be provided (.3); send information to Court Reporter related to CFTC enforcement action for purposes of preparation of transcript (.1); receive update regarding documents produced by Sabertooth purporting to demonstrate its performance under contract with Lloyds and coordinate review and analysis of those documents (.2); telephone call from counsel for D. Manners regarding the proposed settlement agreement regarding the transfers he received from HWC (.2); email from DDS confirming transfer of restitution amount pursuant to CFTC Order and discuss with Receiver (.1). | 5.80 | 1,537.00 | KDM |
| [Case administration] Receive update from M. McCarthy regarding her investigation into the dealer Vision Financial and distributions made to its customers and whether it has any connection to Hunter Wise, her communications with counsel for the CFTC regarding counsel's investigation of that dealer and the customer distributions, and discuss with Receiver for purposes of determining appropriate treatment of those | 0.40 | 106.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | customers' claims in Hunter Wise claims process (.3); receive update regarding moving boxes of documents from storage unit in Irvine to storage unit in Miami, arranging with auctioneer and moving company to meet at storage to pick up the boxes, and the deposit required by the moving company, and discuss with Receiver payment of deposit (.1). | | | |
| | [Case administration] (No charge) Travel from Costa Mesa to Miami. | 6.00 | 0.00 | KDM |
| | [Asset analysis and recovery] Email Harris Kay regarding transfer of shares. | 0.20 | 30.00 | MJS |
| | [Case administration] (Melissa McCarthy) Work on customer claims inquiries and validate claims. | 6.50 | 942.50 | mm |
| | [Case administration] (Melissa McCarthy) Work with FTC on declaration regarding CCA fraud against Hunter Wise customers. | 1.00 | 145.00 | mm |
| | [Claims Process] (Genesis Maulini) Work on mail out for initial determination letters to be sent to investors with allowable claims. | 6.90 | 276.00 | claims |
| | [Case administration] Continue to create and prepare Exhibit A setting fourth amount of allowable claims and propped initial determination amounts, cross checking for accuracy (6.2). | 6.20 | 372.00 | HO |
| Oct-08-14 | [Asset analysis and recovery] Meet with counsel and administrators regarding claims process (.6); review particular claims to make initial determination (1.0). | 1.60 | 424.00 | MME |
| | [Asset analysis and recovery] Receive report regarding review and analysis of documents produced by Sabertooth and whether they establish that Sabertooth fully performed under its contract with Lloyds, review certain of those documents, and coordinate contacting Lloyds principals and counsel for | 0.90 | 238.50 | KDM |

Sabertooth to discuss those documents and Sabertooth's claims to having fully performed, and to schedule mediation (.7); receive update regarding service of Complaint and Summons on J.B. Grossman (.1); review letter from counsel for DDS and wire transfer confirmation for transfer to Receiver of restitution amount required by CFTC administrative Order and confer with Receiver (.1).

| | | | |
|---|---|---|---|
| [Case administration] Emails with M. McCarthy regarding Receiver's initial determination letters to be sent to certain claimants, including alleged creditors of Hunter Wise and Lloyds, and insiders of Hunter Wise, review proposed letters, and provide comments regarding certain revisions to be made (.5); review claim and related documents submitted on behalf of J. O'Brien, a customer of a non-Hunter Wise dealer and strategize with M. McCarthy regarding treatment of his claim and initial determination letter to be sent to him and approve form of that letter (.6); telephone call to counsel for J. O'Brien regarding the results of the Receiver's investigation into his claim and his investments through dealer which failed to transfer funds to Lloyds or Hunter Wise lack of connection to Lloyds and discuss with Receiver and M. McCarthy (.5); meet with Receiver and M. McCarthy regarding initial determination letter to be sent to former counsel to Hunter Wise, review the claim form and supporting documents submitted by that former counsel, and prepare initial determination letter (.9); receive update regarding status of processing of all claims received thus far and preparation of all initial determination letters (.2). | 2.70 | 715.50 | KDM |
| [Case administration] Assist C. Perez with investigation of precious metals market for purposes of evaluating Fidelitrade's proposal to purchase all of the metals stored in Hunter Wise's accounts at DDS and at ViaMat (7); receive report from C. Perez regarding the findings of her investigation and market analysis and her discussions with experienced | 1.60 | 424.00 | KDM |

broker regarding the price drops for each of the precious metals this year, the current status and trends of the precious metals market, and the recommendations of most metals experts and analysts (.6); review summary of analysis and current trends of the market for purposes of making recommendation to Receiver regarding the sale of the metals in the Estate (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice action) Strategize with Receiver and co-counsel regarding service on JB Grossman (.2); correspondence with JB Grossman regarding waiver of service (.1). | 0.30 | 79.50 | MDV |
| [Asset analysis and recovery] Phone call to Harris Kay regarding transfer of shares. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] Review Sabertooth documents and prepare questions for James Burbrage. | 1.10 | 165.00 | MJS |
| [Case administration] Coordinate pick up of boxes in Irvine, CA storage facility and delivery to storage facility in Miami, FL with moving company and auctioneer. | 0.50 | 50.00 | pl |
| [Case administration] (Melissa McCarthy) Work on customer claims inquiries and validate claims. | 8.00 | 1,160.00 | mm |
| [Claims Process] (Genesis Maulini) Work on mail out for initial determination letters to be sent to investors with allowable claims. | 4.20 | 168.00 | claims |
| [Case administration] Prepare Exhibit A setting fourth allowable amounts and proposed initial distribution amounts, cross checking for accuracy (9.4); phone calls to claimants with questions as to initial determination and distribution amount (.8). | 10.20 | 612.00 | HO |

| | | | | |
|---|---|---|---|---|
| Oct-09-14 | [Asset analysis and recovery] Telephone call with CFTC regarding legal malpractice claims. | 0.20 | 53.00 | MME |

| | | | |
|---|---|---|---|
| [Case administration] Meetings with claims administrator regarding claims determination (.6); review and revise certain determination letters (.7). | 1.30 | 344.50 | MME |
| [Asset analysis and recovery] (D&O action) Review Order setting deadline for the Receiver to perfect service on Defendants, coordinate calendaring deadline, and discuss with team members strategy for service of Complaint and Summons (.2); emails with Receiver and team member regarding filing motion to transfer case to the Judge presiding over the receivership and enforcement action (.1). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] Email from counsel for CFTC regarding victim witnesses who testified at the trial and strategize with team members (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Meet with M. McCarthy regarding remaining initial determination letters to be finalized and signed by the Receiver and assist with finalizing those letters and other matters related to the initial determinations (.4); telephone call to counsel or the DeMars regarding the Receiver's initial determination of their claim and a company that they own and control that the Jagers had invested in (.3); revise and finalize initial determination letter to the DeMars and coordinate mailing it (.2); receive update from M. McCarthy regarding communications with counsel for CFTC and their investigation in the purported distributions to customers of Vision Financial (.2); discuss with Receiver filing of a Notice of compliance with requirement to serve initial determination letters to claimants and coordinate preparation of Notice (.1); discuss with M. McCarthy submission and our treatment of claims after the claims bar date (.2); review analysis of all claims received to date and the summary regarding number of claims filed, total amounts claimed, amounts determined to be allowable, estimate of total | 1.90 | 503.50 | KDM |

distribution amount, and estimated percentage of distribution to allowed claimants, discuss with Receiver, and review email to counsel for CFTC regarding status of claims process and initial determinations (.5).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice action) Prepare motion to transfer case (.1); strategize with Receiver regarding coordinating mediation with CFTC and regarding transfer of cases (.2); correspondence with insurance counsel regarding same (.2); phone conference with insurance counsel (.3). | 0.80 | 212.00 | MDV |
| [Asset analysis and recovery] (D&O action) Review court order regarding service of complaint on Ds and Os (.1); prepare motion to transfer case (.1). | 0.20 | 53.00 | MDV |
| [Asset analysis and recovery] Prepare questions for James Burbage related to claims against Sabertooth (.6); Phone call to Joshua Katz regarding Sabertooth action (.1). | 0.70 | 105.00 | MJS |
| [Asset analysis and recovery] (D&O Action) Prepare Motion to Transfer for attorney M. Visconti's review. | 0.50 | 50.00 | pl |
| [Asset analysis and recovery] (Malpractice Action) Prepare Motion to Transfer for attorney M. Visconti's review. | 0.50 | 50.00 | pl |
| [Case administration] (Melissa McCarthy) Work on determination letters to customers. | 10.70 | 1,551.50 | mm |
| [Claims Process] (Genesis Maulini) Work on mail out for initial distribution letters to be sent to claimants with an allowable claim. | 5.10 | 204.00 | claims |
| [Case administration] Continue working on proposed initial distribution amounts for mailing to claimants with allowable claims (6.3); delivery determination letters with exhibits (.2). | 6.50 | 390.00 | HO |

| | | | | |
|---|---|---|---|---|
| Oct-10-14 | [Asset analysis and recovery] Review and revise joint letter to insurance carrier. | 0.40 | 106.00 | MME |
| | [Asset disposition] Research regarding prices of used Rolex Submariner watches online, jewelers and other vendors for purposes of selling F. Gaudino's Rolex (.5); investigate with three different depository's procedures for transferring metals to third parties in the event they are not sold to the affiliated suppliers (.6). | 1.10 | 291.50 | KDM |
| | [Asset analysis and recovery] Emails to and from counsel for D. Manners regarding settlement negotiations and scheduling conference call to seek to resolve issues related to latest revisions to the Settlement Agreement and calendar conference call (.3); review proof of service on T. Carey for action against former counsel for HWC, confirm filing with the Court, and follow up on service of J.B. Grossman (.2); follow up with forensic accountant and G. Giberson regarding investigation into claims against former auditor of HWC and strategize regarding analysis of documents produced by former auditor (.4). | 0.90 | 238.50 | KDM |
| | [Case administration] Emails with M. McCarthy and Receiver regarding posting update to receivership website regarding the status of the claims process and the next deadline to seek reconsideration of initial determination, review and revise posting, and send to website manager to post to website (.3); finalize and file with the Court Notice of compliance with requirement to send initial determinations (.2); receive confirmation from website manager that notice of status of claims process has been posted and review website to confirm posting (.1); telephone call from counsel for claimant J. O'Brien regarding the Receiver's proposed treatment of his claim, the cause of action against Lloyds underlying his claim, and the investigation performed to trace the funds from the dealer he utilized, Liberty Bullion (.4); emails with M. McCarthy regarding call with counsel, issues he and his client would | 2.30 | 609.50 | KDM |

like to discuss, and scheduling a call with counsel for J. O'Brien, and send email to counsel proposing dates and time for call (.2); emails with M. McCarthy regarding the accounts of J. O'Brien at Worth Bullion Group and related issues, and strategize regarding upcoming call with him and his counsel (.3); review correspondence and documents related to customer of Hunter Wise and his commodities investments with Hunter Wise, and the investigation of the South Carolina Attorney General, and follow up with M. McCarthy on the filing and treatment of a claim submitted by that customer (.5); review documents from surviving spouse of Customer including death certificate and documents related to claim of decedent and follow up with M. McCarthy regarding treatment of his claim (.3).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Malpractice action) Correspondence with insurance counsel regarding Grossman demand (.2); review insurance counsel draft of insurance demand letter (.2); update Receiver regarding status of demand (.1); confer with Receiver regarding service issues (.2). | 0.70 | 185.50 | MDV |
| | [Asset analysis and recovery] (D&O action) Confer with Receiver regarding service issues (.2). | 0.20 | 53.00 | MDV |
| | [Asset analysis and recovery] Phone calls with Joshua Katz regarding Sabertooth action. | 0.30 | 45.00 | MJS |
| | [Case administration] Prepare Notice of Compliance regarding initial determinations and file electronically. | 0.40 | 40.00 | pl |
| | [Case administration] (Melissa McCarthy) Work on determination letters and telephone calls to and from customers regarding claims. | 4.80 | 696.00 | mm |
| Oct-11-14 | [Asset analysis and recovery] (Malpractice action) Correspondence with Receiver regarding Grossman letter. | 0.10 | 26.50 | MDV |

| Oct-13-14 | [Asset analysis and recovery] Emails from and to counsel for F. Jager regarding the status of the agreement with the Jagers for the transfer of assets to the Receiver pursuant to the Final Judgment, certain minor revisions required to the agreement based on information obtained from Mrs. Jager at her deposition, certain follow-up items requiring additional information and documents, our efforts to obtain the information and documents from Mrs. Jager's counsel and certain third parties (.3); schedule a call with F. Jager's counsel to discuss these matters (.1); multiple emails with forensic accountant regarding status of investigation of records produced by former auditor for HWC and scheduling a call to discuss investigations and preliminary determinations (.2); continue working on investigating and obtaining information related to a company in which the Jagers have an interest (.5); continue working on having trustee of the Jagers' family trusts transfer certain trust assets to Receiver (.3). | 1.40 | 371.00 | KDM |
| | [Case administration] Emails with M. McCarthy regarding her investigation into the investments of a particular claimant whose funds were transferred by his dealer to a company other than HWC and having that claimant contact that other company to obtain his account records, and review certain records related to the claimant and his dealer (.4); prepare and send email to counsel for the claimant regarding our investigation and recommendation to obtain records from the other company and rescheduling the call with the claimant and his client (.2). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] (Malpractice action) Correspondence with JB Grossman regarding service (.2); phone call and correspondence with insurance counsel regarding JB Grossman issues (.3). | 0.50 | 132.50 | MDV |
| | [Case administration] (Melissa McCarthy) Respond to customer inquiries and review | 1.50 | 217.50 | mm |

late claims.

| Oct-14-14 | [Asset analysis and recovery] Continue investigation into potential claims against auditors. | 2.20 | 583.00 | GFG |

[Asset analysis and recovery] Receive update regarding Sabertooth action, communications with counsel for Lloyds and its principals, and obtaining cooperation from principals for that action (.2); follow up with M. Spencer on communications with counsel for Ed Martin regarding transfer of certain assets to the Receiver (.2); telephone call with counsel for F. Jager regarding further revisions to be made to agreement for transfer of assets to Receiver pursuant to Final Judgment based on information obtained during deposition of Mrs. Jager, HW Financial's negotiations with FINRA regarding the continued operation of the company and the transfer of F. Jager's interest in HW Securities and HW Financial, and transfer of the interests of HW Financial and the Jagers' family trusts in HWIC (.4); discuss with Receiver issues addressed during call with counsel for F. Jager and status of obtaining records requested from Mrs. Jager at her deposition including copies of checks from Enervest and related documents, and her bank statements (.2); receive report regarding forensic accountant's and G Giberson's analysis of the documents produced by former auditor of HWC for purposes of determining whether the Receiver or the HW customers have malpractice claim and strategize with G. Giberson and Receiver regarding potential claims (.4); coordinate scheduling call with Ed Martin and his counsel to discuss former auditor of HWC and reliance on the audited financial statements (.1); telephone call from counsel for the DeMars regarding their investment and the Jagers' investment with Firescope, and obtaining records related to that company(.2); continue investigation of Firescope and coordinate online search for corporate records (.2).

1.90     503.50     KDM

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Malpractice Action)   Coordinate filing with the Court the process server's Affidavits of Service for T. Carey and Winston & Strawn (.1); receive update from M. Visconti regarding J.B. Grossman's agreement to waive service and filing of Notice of Waiver of Service (.1). | 0.20 | 53.00 | KDM |
| | [Case administration] Discuss with M. McCarthy filing of Notice of Compliance with Court's order requiring service of initial determination letters on all claimants and coordinate posting Notice on Receivership website (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Malpractice action) Review correspondence and memorandum from JB Grossman regarding service (.2); prepare waiver of service forms for JB Grossman (.3). | 0.50 | 132.50 | MDV |
| | [Asset analysis and recovery] Email Harris Kay regarding transfer of shares in a certain company. | 0.10 | 15.00 | MJS |
| | [Asset analysis and recovery] Email Joshua Katz regarding questions for Mr. Burbage about claims against Sabertooth action. | 0.10 | 15.00 | MJS |
| | [Asset analysis and recovery] Confer with K. Murena regarding transfer of Hunter Wise International Commodities shares to Receiver. | 0.20 | 30.00 | MJS |
| | [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 4.30 | 623.50 | mm |
| Oct-15-14 | [Asset disposition] Email from auctioneer for furniture and equipment from Defendants' offices in South Florida providing Settlement Statement for the auction and review the Settlement Statement (.3); prepare and send email to auctioneer regarding certain expenses incurred by the auctioneer in connection with the auction (.2); discuss | 0.80 | 212.00 | KDM |

results of auction with the Receiver (.1); discuss with Receiver research, analysis and conclusions regarding the precious metals market for purposes of determining when to sell the precious metals of the Estate and make recommendation based on research and analysis (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Telephone call from and emails to and from forensic accountant regarding certain transfers to insiders of HWC and strategize with team members regarding whether further analysis is required (.4); receive update from M. Spencer regarding calls with counsel for Ed Martin and scheduling of call to discuss transfer of assets and issues related to auditor of HWC (.1); follow up with counsel for F. Jager regarding issues related to HW Financial and ██████████ (.2); review Motions to transfer D&O Action and action against former counsel for HWC to Receivership Court and proposed Orders and follow up on forwarding courtesy copies of proposed Orders to the Judges assigned to those cases (.2); email from local counsel in Sabertooth action regarding call from Judge's clerk requesting submission of proposed Order on Motion to Reopen the case and cancellation of hearing on that Motion and coordinate preparation and submission of proposed Order (.2). | 1.10 | 291.50 | KDM |
| [Asset analysis and recovery] (Malpractice action) Email from counsel for Dewey & LeBoeuf Trustee regarding complaint filed against Winston & Strawn and T. Carey and prepare and send email to counsel forwarding complaint (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Receive notice from storage facility in Las Vegas regarding closing of storage units and payment due, work on resolving with storage facility issue related to the locks, and coordinate having auctioneer remove the locks and resolve issue with facility (.2); email from website manager regarding recent postings to the receivership | 0.30 | 79.50 | KDM |

website and review website to confirm postings (.1).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Malpractice action) Edit waiver of service forms and correspondence with JB Grossman regarding same (.3); revise and file Motions to transfer cases to Judge Middlebrooks (.2). | 0.50 | 132.50 | MDV |
| | [Asset analysis and recovery] Email Harris Kay to set up phone meeting with K. Murena and G. Giberson regarding Hunter Wise auditors. | 0.10 | 15.00 | MJS |
| | [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 3.50 | 507.50 | mm |
| Oct-16-14 | [Asset analysis and recovery] Email and telephone call from forensic accountant regarding analysis of transfers (.4); review and revise proposed Order Granting Motion to Reopen the Sabertooth Action, and the Notice of Filing that proposed Order, and coordinate finalizing and filing it through California counsel (.3). | 0.70 | 185.50 | KDM |
| | [Asset analysis and recovery] (Malpractice action) Receive update regarding appearance of counsel for Winston & Strawn in malpractice action against former counsel for HWC and discuss with team members that appearance and appearance of counsel for other defendants (.1); review Unopposed Motion for extension of time for Winston & Strawn and T. Carey to respond to Complaint and proposed Order, discuss with team members, and review letter to Judge forwarding proposed Order (.2). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (D&O Action) Follow up with counsel for D. Manners regarding status of his client's acceptance of latest revisions to settlement agreement regarding Receiver's fraudulent transfer claims (.2); exchange emails with Receiver and team members regarding status of service | 0.50 | 132.50 | KDM |

on Defendants to D&O action, status of negotiations with D. Manners regarding the settlement of the Receiver's fraudulent transfer claims and his counsel's agreement to accept service of the D&O Complaint, and coordinate contacting other two defendants to provide notice of Complaint and arrange for service or waiver (.3).

| | | | |
|---|---|---|---|
| [Case administration] Review letter from counsel for creditor who filed a claim objecting to Receiver's Initial Determination, rejecting his claim and commencing the appeal process, exchange emails with Receiver and M. McCarthy regarding processing that appeal, and confirm that appeals deadline has been calendared (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (Malpractice action) Phone call with counsel for Tim Carey and W&S regarding extension of time to respond to complaint and review their draft motion (.4). | 0.40 | 106.00 | MDV |
| [Asset analysis and recovery] (D&O action) Strategize with Receiver and insurance counsel regarding service on defendants (.3); correspondence with forensic accountants regarding status (.2). | 0.50 | 132.50 | MDV |
| [Asset analysis and recovery] Draft Proposed order re-opening the Sabertooth action and notice of filing that order with court. | 1.30 | 195.00 | MJS |
| [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 4.50 | 652.50 | mm |

| | | | | |
|---|---|---|---|---|
| Oct-17-14 | [Case administration] Review incoming requests for reconsideration of initial determinations and late filed claims (.4); e-mail with counsel and claims administrator regarding same (.2). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] (D&O action) Review Order denying Motion to transfer case to Judge Middlebrooks and discuss with | 0.20 | 53.00 | KDM |

team members (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice Action) Review Order granting Motion for Extension of Time for Defendants T. Carey and Winston & Strawn to answer complaint and coordinate calendaring of new deadline (.1); review Order denying Motion to Transfer Case to Judge Middlebrooks and discuss with team members (.1). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] Emails with California counsel in Sabertooth action regarding proposed Order on Motion to Reopen Case, uploading to the Court, communications with the Clerk's office regarding that Order and required appearance at upcoming hearing, and coordinate resolving issues related to uploading Order to the Court and follow up on obtaining confirmation that Order was uploaded (.5); review Order rescheduling hearing on Motion to Reopen case and strategize with California counsel regarding appearance at hearing (.1); assist with preparation of document effecting the transfer of Martin and his family's shares in ███████ to the Receiver (.2); emails with counsel for HW Financial, counsel for F. Jager and counsel for Mrs. Jager regarding scheduling a call to discuss resolution of all issues related to HW Financial (.2). | 1.00 | 265.00 | KDM |
| [Case administration] Receive documents provided by client in support of her claim and discuss with M. McCarthy (.3); email from claimant regarding his investigation into claim and supporting documents requested to establish his claim (.1). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Malpractice action) Review court order on Motion to Transfer and discuss with team members (.2); correspondence with insurance counsel (.2). | 0.40 | 106.00 | MDV |
| [Asset analysis and recovery] (D&O action) Strategize with Receiver and K. Murena counsel regarding service on defendants (.1); correspondence and follow-up with forensic | 0.40 | 106.00 | MDV |

accountants regarding status (.1); review court order on motion to transfer and strategize with team members (0.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Email Proposed Order reopening Sabertooth action to D. Damiano (.1); phone call with D. Damiano regarding filing proposed order (.1): phone call with N. Katsuyama regarding same (.1); Email proposed order and Notice of Lodging to N. Katsuyama (.1); Email Joshua Katz regarding phone conversation with Mr. Burbage regarding claims against Sabertooth (.1). | 0.50 | 75.00 | MJS |
| [Asset analysis and recovery] Draft agreement for the transfer of Shares from a certain company. | 1.10 | 165.00 | MJS |
| [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 1.30 | 188.50 | mm |

Oct-20-14

| | | | |
|---|---|---|---|
| [Asset disposition] Emails from and to auctioneer for auction of furniture and equipment from Defendants' offices in South Florida regarding certain costs associated with the auction (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] Prepare for call with counsel for HW Financial, counsel for F. Jager and counsel for Mrs. Jager to resolve issues related to HW Financial and the disposition of F. Jager's shares in that company (.3); teleconference with counsel for HW Financial, counsel for F. Jager and counsel for Mrs. Jager regarding the foregoing matters and to discuss issues related to the Jager's and HW Financial's shares in certain entities (.5); review email from counsel for Mrs. Jager forwarding documents related to Enervest, begin reviewing those documents, and exchange emails regarding the status her producing her bank statements (.3); report to Receiver the outcome of the teleconference with counsel for HW Financial, counsel for F. Jager and | 1.80 | 477.00 | KDM |

counsel for Mrs. Jager, the production of the Enervest documents, the status of the production of Mrs. Jager's bank statements (.1); emails with California counsel for Sabertooth action regarding Court's entry of Order reopening the case and cancellation of the hearing, review emails with the Court's JA, and review Order reopening the case and docket entry canceling hearing on Motion to reopen (.2); continue reviewing and revising proposed Agreement with Ed Martin, his sons and Trustee of his family's trusts regarding transfers of certain shares in a company to the Receiver (.4).

| | | |
|---|---|---|
| [Asset analysis and recovery] (D&O Action) Emails with team members regarding service of process on Defendants, contacting two Defendants by telephone, and status of negotiations with counsel for D. Manners (.1); follow up with counsel for D. Manners regarding scheduling call to continue negotiations of fraudulent transfer claims (.1). | 0.20 | 53.00 | KDM |
| [Case administration] Emails with M. McCarthy and the Receiver regarding the appeals process, the work to be done to investigate and respond to claimants' appeals, and scheduling a date to discuss the appeals and related investigation prior to the deadline for the Receiver to respond to the appeals (.4); emails from and to claimant O'Brien regarding scheduling call to discuss the basis for the Receiver's denial of his claim and the flow of his funds through the dealer he used (.3); emails with counsel for claimant O'Brien regarding upcoming conference call and logistic for everyone's participation (.2); emails with M. McCarthy regarding preparations for upcoming call with claimant O'Brien and his counsel (.3). | 1.20 | 318.00 | KDM |
| [Asset analysis and recovery] (Malpractice action) Correspondence with JB Grossman. | 0.10 | 26.50 | MDV |
| [Asset analysis and recovery] (D&O action) Strategize with team regarding service on defendants (.2); review Chubb's response | 0.40 | 106.00 | MDV |

letter to demand (.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Email Harris Kay to set up meeting regarding auditor. | 0.10 | 15.00 | MJS |
| | [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 1.80 | 261.00 | mm |
| Oct-21-14 | [Asset disposition] Work on resolving issue related to the storage facility in Las Vegas that stored the furniture and equipment sold at auction and following up with auctioneer on the closing of those units and the closing statement and check for the net proceeds of the auction (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (D&O Action) Multiple emails with counsel for D. Manners regarding confirming call to discuss issues related to settlement of fraudulent transfer claims (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Telephone calls from and to ███ regarding ████████ ███ and certain wire transfers to that bank involving one of the dealers ██████ ████████ (.4); email from former counsel for Ed Martin regarding his withdrawal as counsel and Ed Martin's search for new counsel, and coordinate obtaining Ed Martin's contact information and scheduling call directly with Ed Martin (.2); telephone call from counsel for Mrs. Jager regarding the notes held by the Jagers for the debts from ████████ collectability of HW Financial, the cost to pursue collection of the notes, and the status of his review and production of Mrs. Jager's bank statements to the Receiver (.5). | 1.10 | 291.50 | KDM |
| | [Asset analysis and recovery] (Malpractice Action)   Review Waiver of Service for J.B. Grossman and follow up with counsel for D. Manners regarding acceptance of service of process for D&O Action (.2). | 0.20 | 53.00 | KDM |

| | | | |
|---|---|---|---|
| [Case administration] Email from claimant O'Brien confirming conference call to discuss the Receiver's denial of his claim and the flow of funds from the dealer he used (.1); multiple emails with counsel for claimant O'Brien and M. McCarthy regarding rescheduling the call and coordinate re-calendaring of call and setting up and circulating conference call-in information to call attendees (.2); telephone call with M. McCarthy to prepare for call with claimant O'Brien and his counsel and send email to all attendees of the call regarding the new time and procedures for the call (.5); review several appeal letters and documents in support of claims provided by claimants in response to the Receiver's initial determination letters, review certain supporting documents, and exchange emails with M. McCarthy regarding consideration of appeal letters and supporting documentation (.5); multiple telephone calls to counsel for claimant O'Brien and M. McCarthy and coordinate rescheduling the call (.2). | 1.50 | 397.50 | KDM |
| [Asset analysis and recovery] (Malpractice action) Correspondence with JB Grossman (.2). | 0.20 | 53.00 | MDV |
| [Asset analysis and recovery] Email to Joshua Katz regarding Mr. Burbage's contact details. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] Exchange correspondence with Alan McGraw regarding status of review of additional information he sent us regarding his request for release of metals. | 0.10 | 20.00 | SMP |
| [Business operations] (Mary Dhanji) Review email from accountant regarding amended tax return (0.2); work on accounting and preparation of documents needed for the 2013 Amended Tax Return (0.3). | 0.50 | 50.00 | pl |
| [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 7.50 | 1,087.50 | mm |

| | | | | |
|---|---|---|---|---|
| Oct-22-14 | [Asset analysis and recovery] Review and revise Agreement with Ed Martin and his family members and the Trustee of his family trusts effecting the transfers of the trusts' shares in HWIC (.8); follow up on M. Spencer's contacting Ed Martin, his former counsel and the Trustee of at least one of the family trusts to confirm certain information in the Agreement and to arrange for all parties' execution of the Agreement (.1); follow up with counsel for HW Financial regarding offer to purchase F. Jager's shares in the company and transfer its shares in HWIC (.1). | 1.00 | 265.00 | KDM |
| | [Asset analysis and recovery] (D&O Action) Review signed waiver of service by the law firm of J.B. Grossman and follow up on having it filed with the Court (.1); follow up with rescheduling call with counsel for D. Manners to resume settlement negotiations (.1). | 0.20 | 53.00 | KDM |
| | [Business operations] Exchange emails with M. Dhanji regarding certain amounts that the Receivership Estate received from Defendants and their companies in 2013, including Gaudino Financial, for purposes of preparation of 2013 tax returns, review check and letter from Bank of America, and confirm source of transfer (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Emails with counsel for claimant O'Brien regarding new proposed dates and times for conference call with M. McCarthy and confirm her availability (.1); receive update from M. McCarthy regarding the FTC's investigation of CCA and other companies soliciting investors' funds to file claims in different receiverships (.2). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (Malpractice action) Correspondence with JB Grossman. | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery] Email Harris Kay regarding Ed Martin's contact details. | 0.10 | 15.00 | MJS |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Telephone conference with A. McGraw regarding status of review of additional information he provided in support of his request for release of metals (.1); confer with K. Murena regarding status of claims process and liquidation of metals and prepare correspondence to Alan McGraw following up on whether he completed and submitted claims form (.2). | 0.30 | 60.00 | SMP |
| | [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 7.80 | 1,131.00 | mm |
| Oct-23-14 | [Asset analysis and recovery] Respond to information request from Department of Justice (.6); review questions regarding requests for reconsideration of initial determinations (.3). | 0.90 | 238.50 | MME |
| | [Asset analysis and recovery] Letter from counsel for the HW members the DeMars regarding their involvement with Firescope and various attachments evidencing the ownership interests of a trust to which they are beneficiaries, and exchange emails with counsel for the DeMars (.4). | 0.40 | 106.00 | KDM |
| | [Case administration] Telephone calls from the FTC regarding a particular sales agent and customer of a dealer and HW, his inquiries with the FTC and desire to participate in the HW claims process, and the receivership website and claims package (.3); email from customer regarding his efforts to gather further documents to evidence his investments (.1); emails with counsel for claimant J. O'Brien regarding information to be discussed during call and upcoming deadline for claimants to file objection to Receiver's initial determination and coordinate rescheduling call with counsel and claimant (.2). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] (Malpractice action) Strategize regarding denial of request to transfer case to Middlebrooks. | 0.10 | 26.50 | MDV |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (D&O action) Strategize regarding denial of request to transfer case to Middlebrooks. | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery]Phone call with Joshua Katz regarding reaching out to Mr. Burbage (.2); Phone call with Mr. Burbage and J. Katz regarding Llyods v. Sabertooth case (.6). | 0.80 | 120.00 | MJS |
| | [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 8.00 | 1,160.00 | mm |
| Oct-24-14 | [Asset analysis and recovery] Receive report regarding telephone call with Burbage and his counsel regarding the claims alleged in the Sabertooth litigation and their cooperation with the Receiver's prosecution of those claims, including gathering of evidence (.2). | 0.20 | 53.00 | KDM |
| | [Business operations] Review Notice from IRS regarding Form 1065 for Hunter Wise, forward to tax consultant, and request consideration and advice regarding what, if any, response is necessary (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Review requests for reconsideration of the Receiver's Initial Determinations rejecting claimants claims and documents in support of those appeals and follow up with M. McCarthy on her processing of those appeals (.3); receive update from M. McCarthy regarding review and consideration of the various requests for reconsideration submitted by claimants in response to the Receiver's Initial Determinations and strategize regarding proposed treatment of claims (.4). | 0.70 | 185.50 | KDM |
| | [Case administration] (Melissa McCarthy) Respond to customer inquiries regarding initial determinations. | 8.50 | 1,232.50 | mm |
| Oct-27-14 | [Asset analysis and recovery] Preliminary review of various customer requests for | 0.40 | 106.00 | MME |

reconsideration and discussion with
administrator regarding process.

| | | | |
|---|---|---|---|
| [Asset disposition] Receive email and invoice from storage facility in Las Vegas regarding final invoice for storage units for furniture and equipment sold at auction and coordinate following up with auctioneer regarding closing of storage units, removal of locks, and providing settlement statement and sale proceeds from the auction (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (D&O action) Emails from and to counsel for D. Manners regarding rescheduling call to discuss settlement of Receiver's fraudulent transfer claims and the D&O policy of Hunter Wise, review certain portions of that policy, and provide copy of policy to counsel for D. Manners (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] Receive update from M. Spencer regarding her communications with former counsel for Ed Martin and scheduling telephone call with Ed Martin to discuss transfer of certain of his assets to the Receiver, information related to former auditors of HWC, and other matters (.1); receive report from M. Spencer regarding her communications with counsel for Sabertooth regarding the merits of the Receiver's claims and Sabertooth's defenses, Sabertooth's financial condition and inability to pay any amount to the Receiver, and request to scheduling mediation (.2). | 0.30 | 79.50 | KDM |
| [Business operations] Review email and memorandum from tax consultant regarding issues to be resolved and further information required for purposes of preparing amended 2013 tax returns (.3); email from tax consultant regarding IRS Notice regarding Form 1065 (.1). | 0.40 | 106.00 | KDM |
| [Case administration] Email from website manager regarding renewal of domain name and confirming forwarding of all domain names to the receivership website, and test | 0.90 | 238.50 | KDM |

domain names to confirm forwarding (.2); email from claimant with explanation regarding his claim, review proof of claim form, coordinate review of documents provided by claimant and further documents necessary to support a portion of his claim, and provide background information to M. McCarthy for purposes of processing claim and preparing Initial Determination letter to claimant (.4); review certain requests for reconsideration of the Receiver's Initial Determinations and discuss with M. McCarthy objections asserted by claimants (.2); coordinate rescheduling of call with counsel for claimant O'Brien and exchange emails with counsel regarding issues to be addressed during call (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Email Harris Kay to set up telephone conference. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] Review Sabertooth documents in preparation for call with J. Gersh regarding mediation (.3); Phone call with J. Gersh regarding mediation (.2). | 0.50 | 75.00 | MJS |
| [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and prepare responses to requests for reconsideration initial determinations. | 7.50 | 1,087.50 | mm |

Oct-28-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review issues regarding claimants' requests for reconsideration of Receiver's initial determination. | 0.40 | 106.00 | MME |
| [Asset analysis and recovery] (D & O action) Meet with counsel regarding status and strategy. | 0.50 | 132.50 | MME |
| [Asset analysis and recovery] Review email from Ed Martin regarding his cooperation with transfer certain assets to the Receiver, his consent to our contacting the Trustee of his families' trusts, his efforts to obtain an attorney, his knowledge regarding the criminal investigation against him, strategize | 1.60 | 424.00 | KDM |

with team members, and coordinate contacting Trustee to present agreement for the transfer of shares of a certain company to the Receiver (.3); finish reviewing documents from Mrs. Jager regarding Enervest and discuss with Receiver the checks she received, the status of her production of bank statements to confirm certain testimony at her deposition, and the status of HW Financial's offer to purchase the shares of F. Jager and transfer its interest in a certain company to the Receiver (.3); follow up with counsel for Mrs. Jager regarding production of bank statements and the Family Trusts' transfer of interest in a certain company to the Receiver (.2); email from counsel for Mrs. Jager regarding the status of production of bank statements (.1); follow up with counsel for F. Jager regarding his communications with the Trustee of the Family Trusts' regarding having their shares in a certain company transferred to the Receiver (.2); meet with M. McCarthy regarding telephone call with ██████████, regarding██████ discuss documents to be provided, and prepare for follow up call with ████████████(.5).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D&O Action) Receive update regarding S. Morales' waiver of service and search for an attorney and follow up on obtaining waiver of service from T. Luu and having D. Manners's counsel accept service of process for D. Manners (.2); exchange emails with team members and work on gathering evidence regarding the defendants' respective management positions at Hunter Wise and legal actions brought against Hunter Wise prior to the CFTC's investigation (1.2); review information reflecting defendants' management positions and investigation into actions against defendants, provide to team members for purposes of ████████████and exchange emails with team members regarding further gathering of evidence (.4). | 1.80 | 477.00 | KDM |
| [Business operations] Receive report from M. McCarthy regarding her communications | 0.40 | 106.00 | KDM |

with the Palm Beach County Tax Collector regarding outstanding invoices and its request for payment in full plus interest, review the invoices, and discuss with Receiver strategy for negotiating a reduced payment in satisfaction of the amount due (.4).

| | | | |
|---|---|---|---|
| [Case administration] Telephone call with claimant O'Brien, counsel for claimant, and M. McCarthy regarding the tracing of funds from the claims to various dealers including U.S. Metals, Liberty Bullion, Worth Bullion, Stratford Metals and Winchestor, the lack of any connection between those dealers and Hunter Wise during the relevant time period, the lack of the claimant's funds being transferred to Hunter Wise during the relevant time period, and other bases for the Receiver's Initial Determination denying his claim (.4); telephone call from FTC Receiver regarding his planned distribution to customers of Rushmore and Premier Metals, obtaining those customers' addresses from HWC database, and treatment of those customers' claims in the HW claims process (.3); exchange emails with FTC Receiver regarding the foregoing matters and coordinate providing customer contact information requested by FTC Receiver (.2); provide to M. McCarthy summary of status of Rushmore and Premier Metals receivership and strategize regarding treatment of those dealers' customers claims in HW receivership (.3). | 1.20 | 318.00 | KDM |
| [Asset analysis and recovery] (D&O action) Strategize with Receiver regarding D&O Complaint (.1); phone call with Sue Morales (.4); update Receiver regarding call with S. Morales (.1); phone call with insurance counsel regarding response to Chubb regarding insurance demand (.4). | 1.00 | 265.00 | MDV |
| [Asset analysis and recovery] Review documents in preparation for phone call to R. Klueger regarding transfer of a certain company shares (.1); phone call regarding same (.1); email regarding same (.2). | 0.10 | 15.00 | MJS |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries regarding requests for reconsideration initial determinations. | 8.50 | 1,232.50 | mm |
| Oct-29-14 | [Asset disposition] Work on resolving issue related to closing of storage units for furniture and equipment sold at auction in Irvine, CA and telephone calls to and from storage facility to confirm cancellation of storage contract for all units (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Follow up on demand letters to certain dealers against which CFTC judgments or consent orders were entered (.2); email from G. Baldwin regarding the status of the proposal for the sale of F. Jager's shares of HW Financial and coordinating efforts to follow up with counsel for HW Financial and the Trustee of the Jager family trusts to coordinate the transfer of their shares in a certain company (.2). | 0.40 | 106.00 | KDM |
| | [Case administration] Email from FTC Receiver for Rushmore and Premier Metals regarding cooperation in connection with his distributions to their customers (.1); email to and from M. McCarthy regarding the information we need from the FT Receiver in the Rushmore and Premier Metals receivership regarding their claims process, and send email to FTC Receiver requesting that information and cooperation and coordinating a call to discuss the claims process, the treatment of the claims in the FTC receivership, and the treatment of claims in the HW receivership (.4); exchange emails with M. McCarthy regarding initial investigation into the claims of the customers of Rushmore and Premier metals in the HW receivership and the issues to be resolved based on the claims they asserted in the FTC receivership, and review certain documents provided by M. McCarthy regarding those claims (.4). | 0.90 | 238.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review default judgment entered against Vertical Integration, Richard Morello, and Junior Alexis (0.3). | 0.60 | 90.00 | AF |
| | [Case administration] (Melissa McCarthy) Prepare responses to requests for reconsideration initial determinations. | 6.00 | 870.00 | mm |
| Oct-30-14 | [Asset disposition] Review emails with storage unit and with auctioneer for auction sale of furniture and equipment from Las Vegas office regarding issues of closing of storage unit and final invoice and follow up on resolving those issue (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Email from and to FTC Receiver for Rushmore and Premier Metals regarding his analysis of customer losses and calculations for purposes of determining distributions, review analysis and forward to M. McCarthy for purposes of determining proper treatment of claims of those dealers customers in HW claims process (.5); exchange emails with M. McCarthy regarding her assessment of the FTC Receiver's claims analysis and further information to obtain from FTC Receiver (.2); review certain claimants' appeals of the Receiver's initial determinations and discuss with M. McCarthy the treatment of those appeals (.2); review request for reconsideration of initial determination from counsel for Trustee of Dewey LeBoeuf, discuss with M. McCarthy response to be prepared, and strategize regarding response (.3). | 1.20 | 318.00 | KDM |
| | [Asset analysis and recovery] Receive update from M. Spencer regarding trustee of Ed Martin's families trusts and coordinate obtaining the name and contact information for the trustee for each trust for purposes of having their shares in a certain company transferred to the Receiver (.2); email from counsel for Mrs. Jager regarding the status of his review and production of the bank statements and the proposal for resolving remaining issues involving F. Jager's shares | 0.40 | 106.00 | KDM |

in HW Financial, the family trusts' shares in a certain company, and related matters (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D&O Action) Follow up with counsel for D. Manners regarding acceptance of service of process for D&O action and rescheduling call to discuss that action and the settlement of the Receiver's fraudulent transfer claims (.2); receive update from M. Visconti regarding communications with T. Luu regarding service and related matters (.1). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (Malpractice Action) Review Return of Non-Service for J.B. Grossman and confirm filing of waiver of service with the court (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (D&O action) Phone call with Tracy Luu and prepare documents to send to Tracy Luu (.5); correspondence with local counsel regarding Sue Morales (.1). | 0.60 | 159.00 | MDV |
| [Asset analysis and recovery] Email Ed Martin requesting information related to trustee of family trust (.2); Email J. Gersh following up on potential mediation in Sabertooth action (.1). | 0.30 | 45.00 | MJS |
| [Case administration] (Melissa McCarthy) Prepare responses to requests for reconsideration initial determinations. | 6.00 | 870.00 | mm |

Oct-31-14    [Asset analysis and recovery] Exchange       0.80     212.00     KDM
emails with counsel for HW Financial regarding the status of its offer to purchase the shares of F. Jager/South Peak, payment to be made to the Receiver, and transfer of shares of a certain company to the Receiver (.2); receive update from M. Spencer regarding investigation of family trusts of the Martins, communications with Ed Martin regarding trust documents and the documents he produced at his deposition, and efforts to identify the trustees of the different trusts (.2); coordinate review of documents

produced by Ed Martin and discuss with M. Spencer (.2); receive update from M. Spencer regarding her communications with counsel for Sabertooth and the scheduling of a mediation and coordinate obtaining records from Sabertooth regarding its financial condition and solvency and running a comprehensive asset and lien search on the company (.2).

| | | | |
|---|---|---|---|
| [Business operations] Telephone calls to and from Palm Beach County Tax Collector regarding outstanding taxes due for certain of the Receivership Entities, the assets of those entities which owe the taxes, the lien held by the tax collector against the property of those entities and any sale proceeds, and a possible settlement of the debt (.4). | 0.40 | 106.00 | KDM |
| [Case administration] Emails with M. McCarthy regarding her review and analysis of the documents and explanation provided by the FTC Receiver in the Rushmore and Premier Metals receivership related to their claims process and the bases for allowance and disallowance of claims filed in that receivership (.2); review one document provided by FTC Receiver and send email to FTC Receiver with follow up question regarding certain aspects of the treatment of claims in his receivership (.2). | 0.40 | 106.00 | KDM |
| [Case administration] (Melissa McCarthy) Work on responses to customer inquiries regarding initial determination. | 3.30 | 478.50 | mm |

| | | | | |
|---|---|---|---|---|
| Nov-02-14 | [Asset analysis and recovery] (D&O action) Prepare waiver of service for Sue Morales (.2). | 0.20 | 53.00 | MDV |
| Nov-03-14 | [Asset analysis and recovery] Review issue with Fred Jager and Marcia Jager (.3); meet with counsel regarding same (.2). | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] Emails from and to counsel for Mrs. Jager regarding objections to production of bank statements and conditions under which she will produce | 3.80 | 1,007.00 | KDM |

them for limited purposes, review excerpts of bank statements provided, and strategize with Receiver regarding the proposed conditions, comparing amounts in bank statements to amounts reflected in Divorce Stipulation, and obtaining further bank records to confirm Mrs. Jager's income and other deposition testimony (.6); emails from and to counsel for M. Jager regarding the documents to be prepared to effect the transfer of shares of a certain company to Receiver (.2); strategize regarding law applicable to transfer of shares and documents to be prepared, and coordinate investigation of applicable law and necessary documents and preparation of those transfer documents and other documents necessary to have account balances transferred to Receiver (.9); provide update to Receiver regarding transfer of shares of a certain company and its account balances to the Receiver (.2); telephone call from counsel for Mrs. Jager regarding the production of bank statements and the preparation of documents effecting the transfer of a certain company shares (.9); review emails with Ed Martin regarding his family trusts and gathering information to assist the Receiver in the transfer of certain assets of those trusts (.2); receive report from M. Spencer regarding status of efforts to identify the trustees of the family trusts and strategize regarding negotiations with Ed Martin and the trustees of family trusts (.3); receive update from M. Spencer regarding her investigation of Sabertooth and its solvency and review Accurint Report and strategize regarding further investigation to be done and continuing negotiations with counsel for Sabertooth (.5).

| | | | |
|---|---|---|---|
| [Business operations] Provide update to Receiver regarding negotiations with Palm Beach Tax Collector regarding payment of outstanding taxes (.1); follow up on resolution of certain income tax issues for the Estate and the tax consultant's efforts to resolve those issues (.2). | 0.30 | 79.50 | KDM |
| [Case administration] Exchange emails with FTC Receiver for Rushmore and Premier | 0.70 | 185.50 | KDM |

Metals and M. McCarthy regarding certain
issues related to the treatment of claims in
FTC receivership and to schedule a call to
discuss those issues (.3); strategize regarding
responding to certain requests from claimants
for reconsideration of the Receiver's initial
determinations and review those requests (.4).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Email Ed Martin regarding locating trust documents (.1); confer with K. Murena regarding trust documents (.2); research Sabertooth assets (.4); review Sabertooth action docket (.2). | 0.90 | 135.00 | MJS |
| [Asset analysis and recovery] Conduct Accurint search for Sabertooth Interactive, LLC. | 0.80 | 80.00 | pl |
| [Case administration] (Melissa McCarthy) Prepare responses to requests for reconsideration initial determinations. | 8.50 | 1,232.50 | mm |

Nov-04-14

| | | | |
|---|---|---|---|
| [Asset disposition] Review request for reconsideration of initial determination and review and revise responses to those requests for purposes of making final determinations. | 4.00 | 1,060.00 | MME |
| [Asset disposition] Email from auctioneer for furniture and equipment from South Florida offices of certain defendants regarding payment of expenses of auction, coordinate payment of expenses, and send email to auctioneer regarding status of payment (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] Email from counsel for Sabertooth regarding conditions under which his client would agree to mediation and his client's financial condition and prepare and send email to Receiver regarding the foregoing and strategy for pursuing the Estate's claims against Sabertooth (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Exchange emails with M. McCarthy regarding the dealer Yorkshire Group and the status of the CFTC action | 1.40 | 371.00 | KDM |

against them and investigate with a receiver or monitor was appointed to collect the restitution amount (.8); review CFTC website and docket sheet in CFTC action against that dealer and send email to M. McCarthy regarding status of that action (.4); discuss with M. McCarthy inquiry of investor claiming to own metals stored in London (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Research ██████████laws governing exempted companies, transfer of interests and voting rights, change of directors and authorized signatories (1.7); prepare analysis of procedure for transferring funds and banking rights for a certain company (1.9); discuss same with K. Murena (.2). | 3.80 | 950.00 | CP |
| [Case administration] Review documents related to Zacadoolas claim. | 1.10 | 165.00 | MJS |
| [Case administration] (Melissa McCarthy) Prepare responses to requests for reconsideration initial determinations. | 8.00 | 1,160.00 | mm |

Nov-05-14

| | | | |
|---|---|---|---|
| [Case administration] Emails to and from FTC receiver for Rushmore and Premier Metals regarding rescheduling of call to discuss his claims process and the treatment of certain claims (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] Review shareholders and ownership percentages for a company in which Defendants have an interest (.2); review email from counsel for Standard Bank regarding bank requirements for transfer of funds from a particular account (.2); draft voting and proxy agreement between Receiver and shareholders (2.9); draft shareholder resolutions (1.1); draft notice of general meeting of shareholders (.8). | 5.20 | 1,300.00 | CP |
| [Case administration] (Melissa McCarthy) Prepare responses to requests for reconsideration initial determinations. | 0.50 | 72.50 | mm |

| | | | | |
|---|---|---|---|---|
| Nov-06-14 | [Asset analysis and recovery] Review and approve expenses for HW Financial. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Email from Ed Martin regarding the various Martin family trusts and the trustees of each and strategize with M. Spencer regarding contacting Ed Martin and his children regarding the execution of documents to transfer assets to the Receiver (.3); emails with counsel for D. Manners regarding settlement negotiations regarding the Receiver's fraudulent transfer claims against him (.2). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] (D&O Action) Review Waiver of Service of Process by Defendant Luu and coordinate filing it with the Court (.1); follow up with counsel for D. Manners regarding continuing negotiations regarding the Receiver's fraudulent transfer's claims against him (.1). | 0.20 | 53.00 | KDM |
| | [Business operations] Review email from counsel for Palm Beach Tax Collector with breakdown of taxes, interest and fees due for certain Hunter Wise dealers, review tax statements, and prepare and send email to counsel explaining which dealer are part of the HW receivership and making an offer to settle the tax debt of Lloyds Commodities, LLC (.3). | 0.30 | 79.50 | KDM |
| | [Business operations] Review emails with CFO of HW Financial regarding approval of disbursements and additional documentation required for one of the disbursement requests and follow up with CFO (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Telephone calls from and to FTC Receiver for Rushmore and Premier metals with M. McCarthy to discuss certain aspects of his claims process, claims of HW customers and other customers, the treatment of those claims in his receivership and in the HW receivership, accessing certain customer information on the HW database, and related matters (.4). | 0.40 | 106.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Revise resolutions and draft letter of instruction to Standard Bank regarding transfer of funds to receivership estate. | 1.00 | 250.00 | CP |
| | [Asset analysis and recovery] Review Zarcadoolis documents (1.0); Email Kyle Martin and Joshua Martin regarding Martin family trusts (.3). | 1.30 | 195.00 | MJS |
| | [Case administration] (Melissa McCarthy) Prepare responses to requests for reconsideration initial determinations. | 2.00 | 290.00 | mm |
| Nov-07-14 | [Asset analysis and recovery] Review email from E. Martin regarding his sons' trusts and its assets and their cooperation in connection with the transfer of those assets to the Receiver and strategize regarding communications with Martin's sons and effecting the transfers (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Emails with M. Spencer regarding the conditions under which Sabertooth would agree to participate in mediation (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] Review certain documents submitted with claim of Dewey & LeBoeuf trustee for purposes of evaluating the trustee's appeal of the Receiver's initial determination (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Email Ed Martin regarding transfer of shares (.1); Email Martin children regarding transfer of shares (.3). | 0.40 | 60.00 | MJS |
| | [Case administration] Draft and revise claim letter to claimants for Zarcadoolas. | 0.80 | 120.00 | MJS |
| | [Case administration] (Melissa McCarthy) Prepare responses to requests for reconsideration initial determinations. | 10.50 | 1,522.50 | mm |

| | | | | |
|---|---|---|---|---|
| Nov-10-14 | [Asset disposition] Review request for reconsideration and review and revise letter responses to those request (3.8); meet with counsel regarding certain request involving litigation and bankruptcy issues (.3). | 4.10 | 1,086.50 | MME |
| | [Asset analysis and recovery] Receive update from M. Spencer regarding mediation or settlement with Sabertooth and have Receiver consider the conditions under which Sabertooth will agree to mediation and determine whether mediation is cost effective based on financial condition of Sabertooth (.2); work with M. Spencer on having Sabertooth fill out and execute under oath a financial affidavit and review and provide proper form affidavit (.2); review email from Ed Martin regarding his son's agreement to transfer of assets and to sign proxy to effect transfer of funds to Receiver, discuss with M. Spencer, and coordinate following up and contacting Ed Martin's sons to arrange for execution of proxy agreement and related documents (.3); begin reviewing draft of proxy agreement (.2). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] (D&O Action) Review Order setting Status Conference and coordinate calendaring of Status Conference (.1); follow up with counsel for D. Manners for purposes of determining whether we should amend the complaint to add a fraudulent transfer claim against D. Manners (.2). | 0.30 | 79.50 | KDM |
| | [Case administration] Continue reviewing documents submitted in support of claim of Dewey & LeBoeuf trustee for purposes of evaluating the trustee's request for reconsideration of the Receiver's initial determination, confer with M. McCarthy and Receiver regarding the arguments raised in the trustee's request for reconsideration, and my conclusions and recommendation based on review of supporting documents, and strategize regarding final determination to be made (.6); discuss with Receiver the trustee's arguments in request for reconsideration and the proposed denial of trustee's claim based | 2.40 | 636.00 | KDM |

on applicable law including setoff and coordinate research regarding applicable in support of such denial (.4); coordinate contacting J. Burbage to confirm work that Dewey & LeBoeuf allegedly provided for Lloyds as basis for claim against the Estate and receive report regarding communications with   J. Burbage (.2); receive report of research findings on law supporting denial of trustee's claim and review relevant case law (.4); discuss with Receiver research findings and applicable law and prepare letter responding to request for reconsideration, explaining basis for disallowance of claim (.6); have Receiver review and execute response letter and coordinate serving by mail (.1); follow up and confirm service of all other letters responding to the various requests for reconsideration of the Receiver's initial determinations (.1).

| | | | |
|---|---|---|---|
| [Case administration] (Status Report) Gather information and documents for purposes of preparation of Receiver's Status Report and discuss preparation of Report with C. Perez (.5). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] Email Mr. Martin regarding transfer of shares (.1); Call J. Katz regarding Lloyds-Ricci arbitration (.1) Call Joshua Katz regarding Mr. Burbage's contact details (.1); begin to draft financial affidavit for Sabertooth (.1). | 0.40 | 60.00 | MJS |
| [Case administration] Review Zarcadoolas final claim letter (.4); Edit Zarcadoolas final claim letter (.2). | 0.60 | 90.00 | MJS |
| [Case administration] (Melissa McCarthy) Work final determination letters. | 4.00 | 580.00 | mm |
| [Case administration] (Melissa McCarthy) Respond to customer inquiries. | 3.50 | 507.50 | mm |
| [Claims Process] Assist M. McCarthy in finalizing and preparing mail out to all customers who submitted request | 1.40 | 56.00 | claims |

for reconsideration.

| Nov-11-14 | [Asset disposition] Review late filing of claims and address request for reconsideration. | 0.60 | 159.00 | MME |
| | [Asset disposition] Coordinate following up with auctioneers in Irvine and Las Vegas regarding settlement statements and checks for the net proceeds of the auctions and receive update regarding the status of those statements and checks (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] Follow up with counsel for Mrs. Jager regarding production of bank statements and finalizing of the agreement regarding the transfer of assets to the Receiver pursuant to the Final Judgment (.2); review and revise proposed Notice of General Meeting of Shareholders, proposed Resolutions of the Voting Shareholders, and Voting Agreement and Irrevocable Proxy to be executed by various shareholders for purposes of having funds in accounts transferred to Receiver, and exchange emails with C. Perez regarding further revisions to be made to those documents (1.2); exchange emails with M. Spencer regarding the foregoing documents and coordinate inserting information related to Ed Martin's family's trusts and sending Agreement to Ed Martin for execution by trustees of those Trusts (.3); prepare and send email to counsel for F. Jager and counsel for Mrs. Jager regarding the proposed Irrevocable Proxy and Voting Agreement, forward a draft of that agreement for their consideration, and follow up on the status of negotiations of the Agreement regarding the transfer of assets to the Receiver (.3). | 2.00 | 530.00 | KDM |
| | [Business operations] Review memorandum from tax consultant regarding information and documents necessary to complete tax returns of Hunter Wise and discuss remaining items to be addressed with M. Dhanji (.4); telephone call with tax consultant regarding the remaining items on the memorandum to | 2.10 | 556.50 | KDM |

be addressed and obtaining certain records from certain financial institutions (.4); gather and send to tax consultant certain financial records of Hunter Wise for purposes of preparing tax returns (.4); work on gathering records from financial institutions at which Receiver liquidated positions of Hunter Wise for purposes of preparation of tax returns, including sending emails and making telephone calls to those institutions (.7); telephone calls from and to storage company regarding refund of one month's rent, receive check for refund and coordinate deposit in receivership account (.2),

| | | |
|---|---|---|
| [Case administration] Work with C. Perez on preparing the Receiver's Status Report, providing information regarding the work performed during the reporting period and coordinating obtaining updates from other team members, and strategize regarding calculating current market values of the metals being stored at depositories (.9); prepare and send emails to counsel for depositories to obtain account statements and inventories (.2); review notice from collection agency purporting to collect debt of Blackstone to U.S. Department of Treasury, exchange emails with M. McCarthy regarding information regarding that collection agency, the alleged debt and whether it participated in the claims process, review Default Judgment against Blackstone to confirm restitution amount, and make telephone call to collection agency to notify it of the receivership and claims process (.4). | 1.50 | 397.50 | KDM |

[Asset analysis and recovery]Email Mr. Gersh requesting financial affidavit from Sabertooth.    0.10    15.00    MJS

[Case administration] (Melissa McCarthy) Prepare responses to customer inquiries.    3.50    507.50    mm

Nov-12-14    [Asset analysis and recovery] Review insurance issues.    0.20    53.00    MME

| | | | |
|---|---|---|---|
| [Asset disposition] Discuss with Receiver status of obtaining sale proceeds from auctioneers in Las Vegas and Irvine and total sale proceeds from all auctions of office furniture and equipment of all Defendants (.1); prepare and send emails to auctioneers in Las Vegas and Irvine, requesting settlement statements and checks for net sale proceeds (.2); review settlement statement from auctioneer in Irvine, detailed sales report, and copy of check of sale proceeds (.2). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (D&O Action) Prepare Waiver of Service of Summons for D. Manners and prepare and send email to counsel for D. Manners regarding need to serve Summons and Complaint, forwarding copies of Summons and Complaint, requesting execution of Waiver of Service of Summons, and resuming settlement negotiations regarding the Receiver's fraudulent transfer claims (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Review and revise Irrevocable Proxy and Voting Agreements between the Receiver and Ed Martin's family trusts, strategize with M. Spencer regarding resolving issues related to the family trusts, and coordinate making further revisions and sending them to Ed Martin to have the Trustees of the trusts review execute (.5); revise Irrevocable Proxy and Voting Agreement between and among the Receiver, Mrs. Jager, the Jager family trusts, and HW Financial, and prepare and send email forwarding Agreement and Exhibit to counsel for Mrs. Jager and counsel for F. Jager and the family trusts and explaining revisions to the Agreement (.4); emails with counsel for F. Jager regarding the status of negotiations with HW Financial and Mrs. Jager, the constitutional issues raised by Mrs. Jager to the disclosure of her bank statements, and the proposed Irrevocable Proxy and Voting Agreement (.3). | 1.20 | 318.00 | KDM |
| [Business operations] Emails to and from counsel for Fidelitrade regarding certain records that tax consultant needs to prepare | 1.00 | 265.00 | KDM |

tax returns for HWC (.2); telephone call from counsel for Fidelitrade regarding same, the nature of the purchase and sale of metals through Fidelitrade for tax purposes, the basis for the securities sold, and related matters (.3); email from counsel for Fidelitrade providing detailed account activity for HWC accounts and providing certain information related to the metals transactions and market over the previous two years, and the typical method of accounting for such transactions and review documents provided (.3); prepare and send email to tax consultant forwarding documents and information provided by Fidelitrade (.2).

| | | | |
|---|---|---|---|
| [Case administration] Begin drafting Status Report (1.4); review docket, complaints against former counsel and D&Os and meet with K. Murena in preparation for drafting report (1.8). | 3.20 | 800.00 | CP |
| [Asset analysis and recovery] Draft proxy agreement for Martin Family Trusts. | 1.80 | 270.00 | MJS |

Nov-13-14   [Asset disposition] Email from auctioneer in Las Vegas forwarding settlement statement for auction, review statement, and exchange emails regarding issuance of the check for the net sale proceeds (.3); discuss with Receiver the results from all three auctions of Defendants' office furniture and equipment (.2).      0.50      132.50      KDM

[Asset analysis and recovery] (D&O Action) Email from counsel for D. Manners regarding his former counsel's departure from the law firm, that firm's refusal to accept service of the Complaint, and D. Manners's intention to hire U.S. counsel to represent him in the D&O action (.1); obtain estimate of service of process of D. Manners in the UK and discuss estimate and procedure for effecting service with Receiver (.2); coordinate service of process of D. Manners through process server in UK, confirming the procedure for doing so and the forms of the Complaint and Summons necessary to properly effect service in the UK      0.70      185.50      KDM

(.2); prepare and send email to counsel for D. Manners regarding continuing settlement negotiations regarding the Receiver's fraudulent transfer claims, the possible need to amend the D&O complaint to add the fraudulent transfer claim if D. Manners no longer wants to settle those claims, and whether counsel will continue to represent D. Manners (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review revised draft of the Resolutions of the Shareholders to be attached to Irrevocable Proxy and Voting Agreement to be signed by certain shareholders and coordinate further revisions to incorporate additional shareholders that will sign the Agreement (.4); strategize with Receiver and team members regarding demand letter received from Pioneer Credit Recovery demanding that Blackstone pay amount to Treasury Department, review Default Judgment against Blackstone to determine amount of restitution and amount of civil monetary penalty and compare those amounts to amount demanded by Pioneer, and discuss with Receiver and M. Visconti (.6); follow up telephone call to Pioneer regarding its demand letter and its authority to collect amount sought on behalf of Treasury Department, and certain provisions of the Default Judgment regarding authority to collect restitution and penalty (.5); prepare and send email to Pioneer regarding the Default Judgment, requesting proof of its authority to collect amounts sought, and contact person at the Treasury Department, and forwarding copy of Default Judgment (.3); discuss with Receiver initial findings from investigation of Pioneer and prepare and send email to FTC regarding demand letter and investigation of Pioneer (.4). | 2.20 | 583.00 | KDM |
| [Business operations] Continue working on obtaining records from suppliers RJ O'Brien and NTR Bullion that tax consultants need to complete tax returns for HWC (.4); emails with tax consultant regarding documents provided by Fidelitrade and documents still needed from other suppliers to complete | 0.60 | 159.00 | KDM |

tax returns (.2).

| | | | |
|---|---|---|---|
| [Case administration] Continue assisting C. Perez with preparation of Receiver's Status Report and Exhibits thereto, including determining values of the metals being stored for the Estate, and providing updates regarding pending projects, claims against third parties, and efforts to collect on judgments, liquidation of assets including the results of the three auctions of Defendants office furniture and equipment, matters related to ███████████ and negotiations with the Jagers and Ed Martin and his family regarding the turnover of assets, and various other matters (1.2). | 1.20 | 318.00 | KDM |
| [Case administration] Continue drafting Status Report (1.2); research current market values of precious metals and update Exhibit A to Status Report (.7); update market values of metals held at Via Mat and include in Report (.8); review auction results to tally sale proceeds (.3). | 3.00 | 750.00 | CP |
| [Asset analysis and recovery] Edit Voting Proxy and Special Resolution documents for Martin Family Trusts (1.8); Email Voting Proxy to Mr. Martin (.1). | 1.90 | 285.00 | MJS |
| [Case administration] (Melissa McCarthy) Work on late claims and validate claims. | 0.50 | 72.50 | mm |

| | | | | |
|---|---|---|---|---|
| Nov-14-14 | [Business operations] Review and approve expenses for HW Financial. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Review forensic analyses and emails from forensic accountant regarding transfers to and from certain members of HWC, and the letter from counsel for certain members responding to demand letter, for purposes of negotiations regarding return of net gains from certain of those members (.4); telephone calls to counsel for certain HWC members regarding the members who received net gains and providing forensic report evidencing all | 1.80 | 477.00 | KDM |

transfers to and from those members (.3); emails to and from forensic accountant regarding updated analysis of transfers to and from those members (.2); coordinate and assist with preparation of Irrevocable Proxy and Voting Agreements that the Receiver will enter into with certain HWC members (.2); review and revise draft Agreements and coordinate further revisions (.2); prepare and send email to counsel for various shareholders forwarding drafts of proposed Irrevocable Proxy and Voting Agreements to be signed by his clients, along with the proposed Resolution to be attached as an Exhibit, providing list of his clients' shares and percentage ownership, and explaining basis for request for those Agreements (.4); email from counsel for Mrs. Jager regarding production of bank statements to confirm certain testimony provided at deposition (.1).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Continue gathering and providing information for preparation of Receiver's Seventh Status Report (1.1). | 1.10 | 291.50 | KDM |
| | [Asset analysis and recovery] Draft voting proxies for Mark Tate, the Wilhite's, Rosamond Red Ribbon, 1992 Morris Family Trust, Bert Barr Family, and James Hogan. | 1.10 | 165.00 | MJS |
| | [Case administration] (Melissa McCarthy) Prepare responses to requests for reconsideration of initial determination. | 0.50 | 72.50 | mm |
| Nov-17-14 | [Case administration] Review late filed appeals. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] Email from forensic accountant regarding updated analysis of transfers to and from certain members of HWC, review that analysis and prepare and send email to counsel or those members for purposes of negotiating settlement of Receiver's fraudulent transfer claims (.5); email from counsel for Mrs. Jager regarding status of production of bank statements and terms under which production may be made (.1). | 0.60 | 159.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Case administration] Email from counsel for Palm Beach Tax Collector regarding claim against the Estate and against certain other entities that are not receivership entities and the Receiver's Initial Determination, and review Receiver's Initial Determination and strategize with M. McCarthy regarding resolving issue related to claim and proposed allowable amount of claim (.3); begin reviewing and revising draft of Seventh Report of Receiver (.6). | 0.90 | 238.50 | KDM |
| | [Case administration] Revise Seventh Status Report. | 0.80 | 200.00 | CP |
| | [Case administration] (Melissa McCarthy) Prepare responses to late claims and customer inquiries regarding request for reconsideration. | 1.30 | 188.50 | mm |
| Nov-18-14 | [Case administration] Review claim issue and tax issue with counsel. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] (D&O Action) Follow up on having D. Manners formally served in the UK and coordinate obtaining certified copy of the Complaint and Summons and payment to process server in the UK (.2). | 0.20 | 53.00 | KDM |
| | [Business operations] Prepare and send follow-up emails to R.J. O'Brien and NTR Bullion requesting various documents that tax consultant requires to complete 2013 tax returns for Hunter Wise (.4); review documents from R.J. O'Brien and forward them to tax consultant (.4); telephone call from representative at NTR Bullion regarding the documents requested to complete the tax returns, background information regarding the liquidation of metals positions, and the reason NTR does not issue 1099s (.3). | 1.10 | 291.50 | KDM |
| | [Case administration] Continue reviewing and revising Seventh Status Report of Receiver (3.9); meet with M. McCarthy | 4.30 | 1,139.50 | KDM |

regarding responding to Palm Beach County Tax Collector's emails regarding the Receiver's initial determination on its claim against the Estate, the amount of the debts to the Tax Collector, the indebted entity in receivership and the Receiver's authority to allow only the claim against that entity, and whether to prepare an amended determination regarding the allowance in part of the Tax Collector's claim against the Estate (.2); prepare and send email to Tax Collector responding to its email addressing the foregoing issues (.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Email. M. Gersh regarding financial affidavit forms for Sabertooth to fill out. | 0.10 | 15.00 | MJS |
| | [Asset analysis and recovery] Email Ed Martin regarding proxy agreements (.1). | 0.10 | 15.00 | MJS |
| | [Case administration] (Melissa McCarthy) Prepare responses to customer inquiries regarding request for reconsideration. | 1.80 | 261.00 | mm |
| Nov-19-14 | [Case administration] Telephone call with CFTC regarding claims issue. | 0.20 | 53.00 | MME |
| | [Asset disposition] Coordinate performing updated analysis of all precious metals held at depositories and storage facilities for purposes of assessing metals market and whether the metals should be liquidated and strategize regarding method and sources to be used to perform analysis (.2); receive and review report regarding current market value of metals in the Estate (.3). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] Receive update regarding communications with Ed Martin and his efforts to have trustees of family trusts sign the Irrevocable Proxy and Voting Agreements for purposes of having certain funds transferred to the Receiver (.2); exchange emails with counsel for Mrs. Jager regarding update on their production of bank statements, his communications with counsel for HW Financial regarding the sale of F. | 0.40 | 106.00 | KDM |

Jager's shares in the company and with counsel for F. Jager regarding certain issues relevant to the agreement between the Jagers and the Receiver for the transfer of assets to the Receiver, and timetable for resolving remaining issues (.2).

| | | | |
|---|---|---|---|
| [Business operations] Review Notice from IRS regarding 2015 Federal Tax Deposit Requirements and forward to tax consultant to review and provide advice and instructions (.1). | 0.10 | 26.50 | KDM |
| [Case administration] (Fee Application) (No charge) Review certain invoices from professionals of Receiver, exchange emails with professionals regarding certain time entries and coordinate having invoices revised (.4); work on having all other professionals of Receiver provide their invoices to expedite the preparation of the next Fee Application (.2). | 0.60 | 0.00 | KDM |
| [Asset analysis and recovery] Exchange communication with process server in England regarding service of the Complaint on David Manners (.4); coordinate a courier to obtain a certified copy of the Complaint against Manners (.1). | 0.50 | 50.00 | pl |
| [Case administration] (Melissa McCarthy) Prepare responses to customer inquiries regarding request for reconsideration and work with HW customers regarding IRS issues. | 1.50 | 217.50 | mm |

Nov-20-14

| | | | |
|---|---|---|---|
| [Case administration] Telephone call with CFTC regarding issues related to request for reconsideration. | 0.20 | 53.00 | MME |
| [Business operations] Emails with tax consultant regarding notice from IRS regarding tax deposits (.2); review statement for storage fees from DDS and coordinate payment thereof (.1). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] Respond to | 0.30 | 45.00 | MJS |

Email from E. Martin regarding proxy agreements.

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Melissa McCarthy) Prepare responses to customer inquiries regarding requests for reconsideration and discuss with CFTC Zarcadoolis claim. | 2.50 | 250.00 | mm |
| Nov-21-14 | [Asset analysis and recovery] (D&O Action) Follow up on service of Complaint and Summons on D. Manners through official process service in the UK (.1). | 0.10 | 26.50 | KDM |
| | [Case administration] Email from counsel for Palm Beach Tax Collector regarding its consideration of our offer to resolve outstanding tax debt (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] (D&O action) Emails with insurance counsel regarding correspondence with insurance carrier (.2). | 0.20 | 53.00 | MDV |
| Nov-23-14 | [Case administration] (Melissa McCarthy) Work on late claims and work on responses to customer inquiries regarding request for reconsideration. | 0.80 | 116.00 | mm |
| Nov-24-14 | [Asset analysis and recovery] Review e-mail from Marcia Jager counsel and account statements (.4); review status with counsel (.2). | 0.60 | 159.00 | MME |
| | [Case administration] Review and approve request for reconsideration based on timeliness. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] Receive update from M. Spencer regarding the Martin's agreement to sign the Irrevocable Proxies and Voting Agreement to facilitate the transfer of funds to Receiver (.2); emails from and to counsel for Hunter Wise Financial Group regarding the status of his negotiations with counsel for Mrs. Jager and counsel for F. Jager and certain terms requiring the Receiver's approval and whether the Receiver would relinquish oversight of the accounts | 1.20 | 318.00 | KDM |

(.4); email from counsel for Mrs. Jager regarding her bank statements and certain new terms she would like the Receiver to agree to related to HW Financial, certain bank accounts, and certain funds she received from Enervest, discuss those terms with the Receiver, and coordinate having M. Spencer review the bank statements to confirm certain information discuss during Mrs. Jager's deposition (.4); review email from counsel for Sabertooth regarding our request for financial disclosures for purposes of settlement negotiations and coordinate further communications with counsel to obtain the financial disclosures (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice action) could not provide review of Motion to Dismiss Complaint filed by Winston & Strawn and coordinate calendaring of deadline to respond to it (.3); review Motion for hearing on Motion to Dismiss filed by Winston & Strawn (.1). | 0.40 | 106.00 | KDM |
| [Business operations] Email from counsel for Palm Beach Tax Collector accepting offer to settle tax debt of Lloyds Commodities, discuss with Receiver, and send email to counsel for Tax Collector regarding payment of settlement amount and coordinate payment (.3). | 0.30 | 79.50 | KDM |
| [Case administration] Telephone calls from and to moving company regarding delivery of boxes shipped from storage in Irvine and coordinate meeting moving company at storage in Miami and arranging for payment of outstanding balance (.3); review certain late filed claims and discuss with M. McCarthy the proposed treatment of those claims and the reasons they were filed late (.2). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] Email. J. Gersh regarding Sabertooth financial information request (.1); Confer with K. Murena regarding Mrs. Jager's bank statements (.2). | 0.30 | 45.00 | MJS |

|  | [Case administration] (Melissa McCarthy) Respond to customer inquiries. | 0.30 | 43.50 | mm |

| Nov-25-14 | [Asset analysis and recovery] (Malpractice action) Review Winston & Strawn's Motion to dismiss (.7); e-mails with counsel regarding same (.1). | 0.80 | 212.00 | MME |

|  | [Asset analysis and recovery] Emails from and to counsel for Mrs. Jager regarding scheduling a call to discuss the bank statements that she produced and certain terms that she would like to Receiver to agree to related to her bank accounts and HW Financial debt to her (.2); receive report from M. Spencer regarding her findings from her review of the bank statements produced by Mrs. Jager and review written summary of her findings (.3); telephone call with counsel for Mrs. Jager regarding the bank statements that she produced and certain terms that she would like to Receiver to agree to related to her bank accounts and HW Financial debt to her (.4); review further emails between M. Spencer and counsel for Sabertooth regarding scheduling mediation and obtaining a financial affidavit from Sabertooth for purposes of reaching a possible settlement and strategize with M. Spencer regarding responding to counsel's arguments and resistance to providing financial information (.3); strategize with Receiver regarding scheduling a mediation with a magistrate judge, coordinate inquiring with the clerk's office regarding procedure for having magistrate serve as mediator, receiver report regarding applicable procedure, and coordinate contacting Sabertooth's counsel to propose that mediator serve as mediator to eliminate mediator's fees (.3); meet with Receiver regarding status of seeking to collect restitution amounts from dealers and seeking financial discovery from dealers against which judgments were entered and investigating assets of other dealers (.2); email from counsel for F. Jager regarding revisions to proposed Irrevocable Proxy and | 1.90 | 503.50 | KDM |

Voting Agreement and begin reviewing
revised Agreement (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice Action) Strategize with team members regarding argument raised in Defendants' Motion to Dismiss and defenses they failed to raise for purposes of preparing Reply in support of Motion (.3). | 0.30 | 79.50 | KDM |
| [Business operations] Coordinate opening new storage unit for documents from office of South Florida Defendants and coordinate moving those documents from auction company's storage unit to storage unit closer to Receiver's office (.2); emails and telephone calls to and from auction company regarding the location of those documents and coordinating move from its storage to Miami storage unit (.2); work on determining whether account for which storage fees are being charged to the Receiver contain metals or other assets that are property of the Estate for purposes of determining whether to pay statement balance and coordinate following up with depository (.2). | 0.60 | 159.00 | KDM |
| [Case administration] Emails with Receiver and M. McCarthy regarding notice to post on receivership website regarding the upcoming deadline to file motion to approve initial distribution and expected date of distribution, review and revise notice, and send to website manager to post to website (.2); discuss with Receiver appeal filed by Dewey & LeBoeuf's Trustee and deadline to respond to all appeals (.2). | 0.40 | 106.00 | KDM |
| [Case administration] (Fee Application)   (No charge) Work on gathering invoices from all professionals for purposes of preparing Seventh Interim Fee Application and exchange emails with certain professionals (.3). | 0.30 | 0.00 | KDM |
| [Asset analysis and recovery] (D&O action) Correspondence with insurance counsel and search for documents regarding | 0.60 | 159.00 | MDV |

correspondence with insurance carrier (.3); review Winston & Strawn's Motion to Dismiss (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review Mrs. Jager's bank statements (1.4); Email J. Gersh regarding financial documents (.2); Call clerk's office in Lloyds v. Sabertooth matter regarding settlement conference (.3); Call J. Gersh regarding settlement conference (.1); Confer with K. Murena regarding Mrs. Jager's bank statements (.2); Draft summary of Mrs. Jager's bank statements (.5). | 2.70 | 405.00 | MJS |
| [Case administration] (Melissa McCarthy) Respond to customer inquiries. | 4.50 | 652.50 | mm |

Nov-26-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Continue reviewing revisions to proposed Irrevocable Proxy and Voting Agreement proposed by counsel for F. Jager and schedule call with counsel to discuss those revisions (.3); receive update from M. Spencer regarding her communications with counsel for Sabertooth regarding his tentative agreement to attend a settlement conference with a magistrate and his preparation of a financial affidavit for his client to sign to facilitate settlement and coordinate clearing dates for the settlement conference with counsel and the Receiver (.2); telephone call from counsel for Mrs. Jager regarding HW Financial and possible resignation of its president and proposed severance package (.2). | 0.70 | 185.50 | KDM |
| [Case administration] Email from and to website manager confirming posting of latest bulletin regarding status of claims process and review website to confirm posting (.2). | 0.20 | 53.00 | KDM |
| [Case administration] (Fee Application) (No charge) Begin reviewing and revising invoices for counsel for the Receiver and discuss revisions with Receiver (.7). | 0.70 | 0.00 | KDM |
| [Case administration] (Status Report) Continue working on revising and adding | 3.90 | 1,033.50 | KDM |

information to the Receiver's Seventh Status Report (2.8); discuss with Receiver status of preparation of Report and certain information to include regarding the claims process (.2); emails and telephone calls from and to M. McCarthy regarding various information related to the claims process to be included in the Report and incorporate that information into the Report (.9).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Call J. Gersh regarding settlement conference and financial affidavit of Sabertooth (.2). | 0.20 | 30.00 | MJS |
| | [Case administration] Review and analyze voluminous new documents submitted by investor in support of his proof of claim and request for release of metals and prepare summary of documents and evidence produced. | 1.90 | 380.00 | SMP |
| | [Case administration] (Melissa McCarthy) Provide claims data for purposes of Seventh Status Report. | 1.00 | 145.00 | mm |
| Nov-28-14 | [Case administration] Finish revising first draft of Receiver's Seventh Status Report and send to Receiver for review (2.9). | 2.90 | 768.50 | KDM |
| | [Case administration] (Fee Application) (No charge) Continue reviewing and revising invoices of counsel for Receiver for purposes of Seventh Interim Fee Application. | 0.60 | 0.00 | KDM |
| Nov-29-14 | [Case administration] (Fee Application) (No charge) Continue reviewing and revising invoices of counsel for Receiver for purposes of Seventh Interim Fee Application (3.2); emails with real estate transactional counsel regarding its invoices for this Application Period and coordinate revisions to counsel's invoices (.2). | 3.40 | 0.00 | KDM |
| Nov-30-14 | [Case administration] (Fee Application) (No charge) Continue reviewing and revising invoices of counsel for Receiver for purposes of Seventh Interim Fee Application (2.7); | 3.20 | 0.00 | KDM |

review invoices submitted by the Receiver's other professionals and note revisions to be made to certain invoices (.5).

| | | | |
|---|---|---|---|
| [Case administration] Review receivership website and exchange emails with website manager regarding updates to be made to the website (.2). | 0.20 | 53.00 | KDM |
| [Case administration] (Status Report) Emails with Receiver regarding revisions to be made to the Seventh Status Report (.2); review updated version of one Exhibit to the Status Report and coordinate finalizing that exhibit (.2). | 0.40 | 106.00 | KDM |
| [Case administration] Emails with Receiver and M. McCarthy regarding status of claims process and filing of formal appeals of the Receiver's final determinations (.2); exchange emails with M. McCarthy regarding calculations for proposed initial distributions to claimants with allowable claims (.1). | 0.30 | 79.50 | KDM |
| [Case administration] (Melissa McCarthy) Continue to work on claims data for purposes of the Seventh Status Report. | 0.50 | 72.50 | mm |

HOUR TOTALS:                    1001.40              $159,289.00

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 55.10 | $265.00 | $11,156.50 |
| Guy F. Giberson | GFG | 3.80 | $265.00 | $1,007.00 |
| Kenneth D. Murena | KDM | 258.70 | $265.00 | $59,121.50 |
| Melissa Damian Visconti | MDV | 25.90 | $265.00 | $6,863.50 |
| Amanda Fernandez | AF | 9.90 | $150.00 | $870.00 |
| Casandra Perez Murena | CP | 29.50 | $250.00 | $7,375.00 |
| Melanie J. Spencer | MJS | 40.50 | $150.00 | $6,075.00 |
| Russell M. Landy | RML | 0.50 | $200.00 | $100.00 |

| | | | | |
|---|---|---|---|---|
| Sara M. Paris | SMP | 2.50 | $200.00 | $500.00 |
| Melissa McCarthy | mm | 365.00 | $145.00 | $52,812.50 |
| Harrison Osle | HO | 101.00 | $60.00 | $6,744.00 |
| Paralegal | pl | 38.40 | $100.00 | $3,840.00 |
| Claims Process | claims | 70.60 | $40.00 | $2,824.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Pacer Photocopy | 46.10 |
| Sep-04-14 | Postage   2 @ 1.61 | 3.22 |
| Sep-05-14 | Postage   1 @ 1.61 | 1.61 |
| Sep-08-14 | Postage   10 @ 1.61 | 16.10 |
| Sep-15-14 | AT & T Telephone Service HW Manager | 142.26 |
| Sep-16-14 | Postage   1 @ 1.61 | 1.61 |
| | Postage   1 @ 1.82 | 1.82 |
| Sep-19-14 | Postage   20 @ 0.98 | 19.60 |
| Sep-22-14 | Filing Fee: Complaint Damian v. David Manners | 400.00 |
| | Filing Fee: Complaint Damian v. JB Grossman | 400.00 |
| Sep-29-14 | FedEx Shipment Michael Orange County Process Service 9/29/14 | 23.88 |
| | FedEx Shipment Sonja Robertson 10/1/14 | 16.91 |
| | FedEx Shipment Peter Blanco 9/8/14 | 24.30 |
| | FedEx Shipment Paul Proscia 9/8/14 | 24.30 |
| | FedEx Shipment Paul Proscia 9/8/14 | 20.65 |
| | Service Fee: Tracy Luu and Sue Morales/Orange County, California/ Damian v. Manners | 138.00 |
| Sep-30-14 | Airfare To Vegas 9/12/14 KDM | 650.20 |
| | Travel Expense in Vegas 9/12/14-9/14/14 KDM | 147.28 |
| | Hotel in Vegas 9/12/14-9/14/14 KDM | 364.96 |
| | Photocopies   1003 @ 0.12 | 120.36 |
| | Parking Airport 9/14/14 | 34.00 |
| | Lexis Nexis Data Research William Deppe | 4.00 |
| | Lexis Nexis Data Research Paul Proscia | 4.00 |
| | Lexis Nexis Data Research Mark Wiley | 4.00 |
| | Lexis Nexis Data Research Mark Estes | 4.00 |
| | Lexis Nexis Data Research Mark Estestrust | 15.00 |
| | Lexis Nexis Data Research Ryan Kotula | 9.25 |
| | Lexis Nexis Data Research William Tippie | 4.00 |
| | Lexis Nexis Data Research Ed Gormley | 10.50 |
| | Lexis Nexis Data Research James Patterson | 5.25 |
| | Lexis Nexis Data Research Gerry Malander | 5.25 |

| | | |
|---|---|---:|
| | Lexis Nexis Data Research William Lamm | 5.25 |
| | Lexis Nexis Data Research Robert Clark | 5.25 |
| | Lexis Nexis Data Research Tracy Luu | 10.50 |
| | Lexis Nexis Data Research Susan Morales | 5.25 |
| | Lexis Nexis Data Research Mary Keith | 9.00 |
| | Lexis Nexis Data Research David church | 4.00 |
| Oct-07-14 | Airfare from MIA to LAX MME KDM 10/6/14 | 1,048.40 |
| | Hotel in LA MME 10/6/14 | 76.18 |
| | Robert S. Scott Company/ Appraisal to inspect Jager House | 545.00 |
| Oct-14-14 | Postage   6 @ 0.48 | 2.88 |
| Oct-16-14 | Postage   1 @ 1.40 | 1.40 |
| | Postage   2 @ 0.98 | 1.96 |
| | Postage   1 @ 1.15 | 1.15 |
| Oct-23-14 | Postage   3 @ 0.48 | 1.44 |
| | Postage   2 @ 1.15 | 2.30 |
| | Postage   1 @ 0.48 | 0.48 |
| | Postage   2 @ 0.90 | 1.80 |
| | Postage   2 @ 1.11 | 2.22 |
| Oct-24-14 | AT & T Telephone Service HW Manager | 142.26 |
| | Service Fee: Jay Bruce Grossman Non-service 10/28/14 | 80.00 |
| | Service Fee: JB Grossman PA Non-service 10/28/14 | 80.00 |
| | Postage   1 @ 0.48 | 0.48 |
| | Service Fee Timothy Carey 10/3/14 | 69.00 |
| Oct-29-14 | Postage   1 @ 1.20 | 1.20 |
| Oct-30-14 | Postage   1 @ 2.24 | 2.24 |
| Oct-31-14 | Research fee for Lloyds v. Sabertooth | 10.00 |
| | Car expense 10/8/14 | 33.46 |
| | Hotel expense LA 10/8/14 KDM | 164.63 |
| | Travel Expense to/From LAX 10/7/14-10/8/14 MME KDM | 49.22 |
| | Car Rental LAX 10/7/14-10/8/14 | 116.75 |
| | Photocopies   1125 @ 0.12 | 135.00 |
| | Postage   3 @ 0.48 | 1.44 |
| | FedEx Shipment Tracy Luu 10/30/14 | 27.53 |
| | Lexis Nexis Data Research Jay B Grossman | 12.00 |
| | Lexis Nexis Data Research Firescope, Inc. | 47.00 |
| | Lexis Nexis Data Research Ed Martin | 4.00 |
| | Lexis Nexis Data Research Susan Morales | 4.00 |
| | Lexis Nexis Data Research Tracy Luu | 4.00 |
| Nov-04-14 | Postage   1 @ 1.61 | 1.61 |
| Nov-10-14 | Postage   6 @ 1.15 | 6.90 |
| | Postage   67 @ 0.48 | 32.16 |
| Nov-13-14 | Postage   1 @ 0.48 | 0.48 |
| Nov-17-14 | Postage   1 @ 0.48 | 0.48 |
| | Filing Fee: Certified Copies Damian v. | 22.50 |

| | | |
|---|---|---:|
| | Manners | |
| Nov-21-14 | FedEx Shipment TreMark UK re: Damian v. Manners 11/25/14 | 43.59 |
| | FedEx Shipment Susan Moreles 10/31/14 | 27.53 |
| | Court Reporter: Depo. M. Jager Attendance 10/7/14 | 200.00 |
| Nov-24-14 | Postage   1 @ 0.48 | 0.48 |
| Nov-30-14 | Travel Expense: Tolls in CA 10/7-10/8/14 | 20.00 |
| | Acclaimed Movers Deposit for Transport boxes from CA office to Miami | 607.00 |
| | Photocopies   1125 @ 0.12 | 135.00 |
| | Parking 10/8/14 | 51.00 |
| | Lexis Nexis Data Research Sabertooth Interactive | 40.75 |

Totals                                                              $6,560.56

**Total Fee & Disbursements**                                     **$165,849.56**

Previous Balance                                                  161,971.45

**Balance Now Due**                                               **$327,821.01**

**Terms: Balance Due Upon Receipt**

TAX ID Number        20-1324240