

**CPAs, Forensic and Insolvency Advisors**

**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #415 - 09/30/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SHAWNA AMARNANI - Forensic Consultant, CPA, CFE | 20.30 | 210.00 | 4,263.00 |
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 6.90 | 260.00 | 1,794.00 |
| KATHY FOSTER - Tax Consultant | 20.30 | 260.00 | 5,278.00 |
| KELSEY JOHNSON - Forensic Analyst | 0.60 | 130.00 | 78.00 |
| LESLEY JOHNSON - Partner/Tax, CPA, CIRA | 1.80 | 265.00 | 477.00 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 1.50 | 265.00 | 397.50 |
| SHARMILA KHANORKAR - Partner CPA, CIRA, ABV | 17.90 | 265.00 | 4,743.50 |
| KEVIN MCCOY - Forensic Analyst, CPA, CFE | 2.70 | 230.00 | 621.00 |
| MARK PARISI - Forensic Analyst CPA, CFE | 12.50 | 180.00 | 2,250.00 |
| TOTAL | 84.50 | | $19,902.00 |
| **BLENDED RATE** | | **$235.53** | |
| TOTAL EXPENSES | | | 167.31 |
| TOTAL AMOUNT OF THIS INVOICE | | | $20,069.31 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772

EXHIBIT C


1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL  33131

Invoice: 415
09/30/2014
Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH SEPTEMBER 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **LITIGATION SUPPORT** | | | | |
| 09/02/2014 | SKB | T/C WITH S. KHARNORKAR REGARDING INVESTOR ANALYSIS | 0.80 | 208.00 |
| 09/02/2014 | SBA | BEGIN TO COMBINE QUICKBOOKS RECORDS FOR ENTIRE TIME PERIOD IN CONNECTION WITH INVESTOR ANALYSIS. | 0.90 | 189.00 |
| 09/02/2014 | SVK | CONF CALL WITH M. MCCARTHY RE BANKING DOCS, REVIEW AVAILABLE BANKING DOCS FOR INVESTOR ANALYSIS | 2.20 | 583.00 |
| 09/02/2014 | SBA | VARIOUS EMAIL COMMUNICATIONS AND REVIEW RECORDS FOR INVESTOR RECORDS. BEGIN ANALYSIS OF QUICKBOOKS RECORDS FOR INVESTOR ACTIVITY. | 0.40 | 84.00 |
| 09/03/2014 | SBA | CONTINUE TO COMPILE QUICKBOOKS DATA FOR CASH TRANSACTION FOR ALL HUNTER WISE US ENTITIES IN CONNECTION WITH INVESTOR ANALYSIS. | 1.10 | 231.00 |
| 09/03/2014 | SKB | ANALYZE QUICKBOOKS RECORDS FOR ALL ENTITIES TO IDENTIFY ACCOUNTING ENTRIES FOR CUSTOMER/INVESTOR TRANSACTIONS | 0.60 | 156.00 |
| 09/04/2014 | SKB | CONTINUE TO ANALYZE QUICKBOOKS RECORDS FOR ALL ENTITIES TO IDENTIFY ACCOUNTING ENTRIES FOR CUSTOMER/INVESTOR TRANSACTIONS | 2.20 | 572.00 |
| 09/04/2014 | SBA | CONTINUE TO PREPARE RECONSTRUCTION OF QUICKBOOKS DATA FOR CASH TRANSACTION FOR ALL HUNTER WISE US ENTITIES IN CONNECTION WITH INVESTOR ANALYSIS. PREPARE ALPHA SORTS TO TRANSACTIONS. | 1.70 | 357.00 |
| 09/04/2014 | SBA | ANALYZE CUSTOMER LIST SPREADSHEET. COMPARE CUSTOMER LIST TO QUICKBOOKS ACTIVITY IN ORDER TO PREPARE SCHEDULE OF CASH TRANSACTIONS FOR CUSTOMERS. | 4.70 | 987.00 |
| 09/05/2014 | SBA | CONTINUE RECONSTRUCTION OF CASH ACTIVITY FOR THE FIVE HUNTER WISE US ENTITIES. COMBINE WITH DEPOSIT DETAIL. | 3.90 | 819.00 |
| 09/05/2014 | SBA | ANALYZE CUSTOMER LIST SPREADSHEET. COMPARE CUSTOMER LIST TO QUICKBOOKS ACTIVITY IN ORDER TO PREPARE SCHEDULE OF CASH TRANSACTIONS FOR CUSTOMERS. | 4.10 | 861.00 |
| 09/08/2014 | SVK | REVIEW DOCUMENTS AVAILABLE TO DETERMINE INVESTOR CLAIMS AT 2010, 2011 & 2012. | 4.50 | 1,192.50 |
| 09/08/2014 | SKB | ANALYZE QUICKBOOKS RECORDS FOR HW CREDIT TO | 1.90 | 494.00 |

| | | | | |
|---|---|---|---|---|
| | | IDENTIFY ACCOUNTING ENTRIES FOR CUSTOMER/INVESTOR TRANSACTIONS PER TRANSACTION ANALYSIS | | |
| 09/08/2014 | SKB | T/C WITH S. KHARNORKAR REGARDING GENERAL LEDGER ANALYSIS. | 0.70 | 182.00 |
| 09/08/2014 | MCP | COMBINE CLIENT TRANSACTIONS IN PDF AND BEGIN TO EXTRACT TO EXCEL USING IDEA. | 1.10 | 198.00 |
| 09/09/2014 | SBA | T/C WITH K.MCCOY REGARDING QUICKBOOKS NAMES AND CREATING RECONSTRUCTION WITH ALL DATA. | 0.50 | 105.00 |
| 09/09/2014 | MCP | CONTINUE TO EXTRACT AND FORMAT CLIENT TRANSACTIONS | 5.40 | 972.00 |
| 09/09/2014 | SVK | CONTINUED REVIEW OF AUDIT WORKPAPERS FOR 2010, 2011 TO DETERMINE REPORTED ASSETS & LIABILITIES IN AUDITED FINANCIALS. | 3.80 | 1,007.00 |
| 09/09/2014 | KM | CONFERENCE CALL WITH S AMARNANI TO REVIEW QB GENERAL LEDGER. | 0.40 | 92.00 |
| 09/09/2014 | SBA | ANALYZE QUICKBOOKS RECORDS FOR RECONSTRUCTION OF HUNTER WISE US ENTITIES. COMPILE DATA. | 2.20 | 462.00 |
| 09/10/2014 | MCP | T/C WITH S. RE EXHIBIT B DETAIL IN CONNECTION WITH CLAIMS ANALYSIS. | 0.60 | 108.00 |
| 09/10/2014 | SBA | ANALYSIS OR QUICKBOOKS DATA IN CONNECTION WITH BANK RECONSTRUCTION. | 0.70 | 147.00 |
| 09/10/2014 | SKB | T/C WITH S. KHARNORKAR REGARDING INVESTOR ANALYSIS. | 0.30 | 78.00 |
| 09/10/2014 | KM | FORENSIC ANALYSIS OF QB GENERAL LEDGER CASH ACCOUNTS. PREPARE LEDGER WITH SPILT DETAIL AND DEPOSIT DETAIL JOURNAL ENTRIES FOR CASH ACCOUNTS TO IDENTIFY PAYEES NOT INCLUDED IN STANDARD EXCEL EXPORT. | 2.30 | 529.00 |
| 09/10/2014 | SBA | T/C WITH K MCCOY REGARDING RECONSTRUCITON AND QUICKBOOKS DATA. FOLLOW UP CALL WITH SHARMILA K. | 0.10 | 21.00 |
| 09/10/2014 | MCP | CONTINUE TO COMPARE EXHIBIT B DETAIL TO EXHIBIT B SUMMARY IN CONNECTION WITH CLAIMS ANALYSIS. | 4.60 | 828.00 |
| 09/11/2014 | MCP | REVIEW CONSOLIDATED CLIENT DATA AND PREPARE EXAMPLE THAT ILLUSTRATES THE DIFFICULTY OF RECALCULATING THE DATA TO COMPARE TO SUMMARY TOTALS. | 0.80 | 144.00 |
| 09/11/2014 | SVK | WORK ON INVESTOR CLAIMS. ANALYZE INDIVIDUAL ENTITY STATEMENTS & RECONCILE TO EXH B OF MONITOR REPORT. ESTIMATE CLAIMS BASED ON INVESTOR REPORTS AVAILABLE. | 5.20 | 1,378.00 |
| 09/12/2014 | SVK | CONTINUED ANALYSIS OF INVESTOR CLAIMS, DETERMINE ADJUSTMENTS TO AUDITED FINANCIALS, AND PREPARE INTERNAL EMAIL REGARDING ENGAGEMENT PLAN. | 1.90 | 503.50 |
| 09/12/2014 | SRK | SOLVENCY INVESTIGATION - REVIEW EMAILS FROM COUNSEL | 0.30 | 79.50 |
| 09/15/2014 | SRK | ATTEND TO EMAIL TO MELISSA VISCONTI REGARDING SOLVENCY ANALYSIS | 0.60 | 159.00 |
| 09/15/2014 | SKB | DRAFT EMAIL TO M. VISCONTI REGARDING STATUS OF ANALYSIS AND SUGGESTED COURSE OF ACTION. | 0.40 | 104.00 |
| 09/18/2014 | SVK | RESPOND TO EMAIL RE SOLVENCY ANALYSIS | 0.30 | 79.50 |

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/18/2014 | SRK | ATTEND TO REVIEW, RESEARCH, AND RESPOND TO EMAILS WITH M. VISCONTI | 0.60 | 159.00 |

**TAX SERVICES - ADVISORY**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/05/2014 | LJJ | REVIEW TAX INFORMATION WITH KF | 0.30 | 79.50 |

**TAX SERVICES - PREPARE FORMS**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 09/03/2014 | KAF | PREPARE 2013 FORM 1065 TAX RETURN, INCL RESEARCH RE: ENTITIES AND RECORDS AVAILABLE | 3.60 | 936.00 |
| 09/04/2014 | LJJ | REVIEW TAX WORK WITH KF | 0.10 | 26.50 |
| 09/04/2014 | KAF | COMPILE 2012-2013 BALANCES AND TAX DATA FOR PREPARATION OF 2013 RETURNS | 9.00 | 2,340.00 |
| 09/05/2014 | KAF | ATTEMPT TO POST MONITOR PERIOD 2013 ACTIVITY, COMPILE LIST OF ENTITIES AND TAX STATUS AND REVIEW W/LJ, PREPARE 2013 PLACEHOLDER 1065, 5471'S, 8804-8805 FOR HUNTER WISE COMMODITIES, LLC AND TO LJ FOR REVIEW | 7.40 | 1,924.00 |
| 09/06/2014 | KAF | ADD'L TIME RE: 2013 TAX RETURN PREPARATION | 0.10 | 26.00 |
| 09/10/2014 | KAF | REVISE 2013 FORM 1065 PER LJ REVIEW | 0.20 | 52.00 |
| 09/10/2014 | LJJ | REVIEW OPEN ISSUES AND FLOW OF TRANSACTIONS WITH KF, REVIEW OF TAX RETURN | 1.40 | 371.00 |
| 09/12/2014 | KJJ | ASSEMBLED AND FEDEXED FORM 1065 | 0.60 | 78.00 |
| | | | | **19,902.00** |

**EXPENSES**

| Date | Initials | Description | Amount |
|---|---|---|---|
| 09/12/2014 | EXP | OVERNIGHT DELIVERY - SCOTT BROWN | 51.31 |
| 09/30/2014 | EXP | PACER SEPTEMBER 2014 | 8.30 |
| 09/30/2014 | EXP | COPY CHARGE | 107.70 |
| | | | **167.31** |

| | |
|---|---|
| Total amount of this invoice | **$20,069.31** |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



## Kapila|Mukamal
CPAs, Forensic and Insolvency Advisors

**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #537 - 10/31/14**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 3.60 | 260.00 | 936.00 |
| APRIL BARRIOS - IT Analyst | 0.20 | 130.00 | 26.00 |
| ANDREA FELDMAN - Forensic Analyst, CPA | 0.40 | 220.00 | 88.00 |
| KATHY FOSTER - Tax Consultant | 37.40 | 260.00 | 9,724.00 |
| LESLEY JOHNSON - Partner/Tax, CPA, CIRA | 1.40 | 265.00 | 371.00 |
| SONEET RAVI KAPILA - Partner, CPA, CFF, CIRA, CFE | 1.20 | 265.00 | 318.00 |
| MARY MCMICKLE - Partner, CPA, CIRA | 11.50 | 265.00 | 3,047.50 |
| TOTAL | 55.70 | | $14,510.50 |
| | **BLENDED RATE** | **$260.51** | |
| | TOTAL EXPENSES | | 75.15 |
| TOTAL AMOUNT OF THIS INVOICE | | | $14,585.65 |

*

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786-517-5772



## Kapila|Mukamal
### CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL 33131

Invoice: 537
10/31/2014
Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH OCTOBER 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 10/13/2014 | MMM | REVIEW WORKPAPERS OF HUNTER WISE AUDITORS HASKELL WHITE IN CONNECTION WITH POTENTIAL PROFESSIONAL LIABILITY. | 6.10 | 1,616.50 |
| 10/13/2014 | SKB | ADDRESS EMAILS REGARDING PROFESSIONAL LIABILITY. | 0.10 | 26.00 |
| 10/14/2014 | MMM | FOLLOW UP RESEARH AND EMAIL TO G. GIBERSON (DVL) WITH PRIVATE PLACEMENT MEMORANDUMS. | 0.40 | 106.00 |
| 10/14/2014 | SKB | T/C WITH M. MCMICKLE AND GUY GIBERSON REGARDING PROFESSIONAL LIABILITY. | 1.10 | 286.00 |
| 10/14/2014 | MMM | CONTINUE REVIEWING HASKELL & WHITE WORKPAPERS FOR 2011 AND SUMMARIZE POTENTIAL AREAS OF EXPOSURE. | 3.90 | 1,033.50 |
| 10/14/2014 | MMM | TELEPHONE CONFERENCE WITH G. GIBERSON (DVL) AND S. BANEZ (KM) RE: DISCUSS REVIEW OF HASKELL & WHITE WORKPAPERS AND POTENTIAL PROFESSIONAL LIABILITY. | 1.10 | 291.50 |
| 10/15/2014 | SKB | ADDRESS EMAIL FROM S. KAPILA REGUARING STATUS OF OPEN HUNTERWISE MATTERS AND FOLLOW UP WITH M. MCARTHY AND TEAM REGARDING INSOLVENCY ANALYSIS. | 0.20 | 52.00 |
| 10/24/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM M. MCCARTHY REGARDING SUBPOENA REQUEST AND REVIEW DOCUMENT INVENTORY AND BANK INVENTORY AS NEEDED. | 0.60 | 156.00 |
| 10/28/2014 | ANF | UPLOADED DOCUMENTS TO SHAREFOLDER FOR COUNSEL | 0.40 | 88.00 |
| 10/28/2014 | SRK | 5-4-12 REVIEW EMAILS AND RESPOND TO EMAILS FROM SURUCHI BANEZ, MELISSA DAVIS, AND KEN MURENA, COUNSEL TO RECEIVER | 0.60 | 159.00 |
| 10/28/2014 | SKB | TELEPHONE CALL WITH M. MCCARTHY (DV) REGARDING SUBPOENA. | 0.20 | 52.00 |
| 10/28/2014 | SKB | COORDINATE UPLOAD TO SHAREFILE OF DOWNLOADS FOLDER TO ADDRESS SUBPOENA REQUEST. | 0.30 | 78.00 |
| 10/28/2014 | AMB | ETUP SHARE FILE PORTAL FOR THE PURPOSE OF HOUSING ELECTRONIC CASE DOCUMENTS AS REQUESTED BY SURUCHI .ESTABLISH USERS AND GRANT PERMISSIONS TO COUNSEL/CLIENTS FOR ACCESSING DOCUMENTS. | 0.20 | 26.00 |
| 10/29/2014 | SKB | ADDRESS COMMUNICATION REGARDING SUBPOENA REQUEST. | 0.30 | 78.00 |
| 10/29/2014 | SRK | 5-4-12 - REVIEW EMAILS AND | 0.60 | 159.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | | RESPOND TO EMAILS FROM SURUCHI BANEZ AND MELISSA DAVIS, AND KEN MURENA, COUNSEL TO RECEIVER | | |

TAX SERVICES - ADVISORY

| Date | Init | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/17/2014 | LJJ | | READ KF MEMO REGARDING OPEN ISSUES, REVIEW TAX FILES FOR INFORMATION RECEIVED TO DATE FROM RECEIVERE'S OFFICE. FORWARD QUESTIONS TO RECEIVER'S OFFICE. | 0.80 | 212.00 |
| 10/21/2014 | LJJ | | REVIEW UPDATED TAX INFORMATION FOR KF TO FACILIATATE REQUEST TO RECEIVER FOR INFORMATION. | 0.20 | 53.00 |
| 10/22/2014 | SKB | | RESEARCH AND ADDRESS CORRESPONDENCE FROM L. JOHNSON REGARDING TAX RETURNS FOR HUNTERWISE AND OTHER DEFENDANT ENTITIES. | 0.80 | 208.00 |
| 10/22/2014 | LJJ | | REVIEW OPEN ISSUE LIST FROM KF AND REVIEW TAX DOCUMENTATION RECEIVED TO DATE | 0.40 | 106.00 |

TAX SERVICES - PREPARE FORMS

| Date | Init | | Description | Hours | Amount |
|---|---|---|---|---|---|
| 10/14/2014 | KAF | | PREPARATION OF 2013 FORM 1065-POST QUICKBOOKS FOR MONITORSHIP PERIOD | 8.90 | 2,314.00 |
| 10/15/2014 | KAF | | PREPARATION OF 2013 FORM 1065-(CONTINUE) POST QUICKBOOKS FOR MONITORSHIP PERIOD; BALANCE AND PRINT, REVIEW; RECONCILE FIXED ASSET COST AND ACCUM AT 12/31/12 WITH TAX RETURN AND BOOKS, DISCUSS W/LJ | 8.10 | 2,106.00 |
| 10/16/2014 | KAF | | DOWNLOAD DEBTOR HWIC QUICKBOOKS DATA AND COMPARE WITH 2012 FORM 1065, NOTE DISCREPANCIES. DOWNLOAD DEBTOR QUICKBOOKS BALANCE SHEET DATA/SUPPORT FOR HWC, HW CREDIT, HW TRADE AND BEGIN ANALYSIS OF GAIN/(LOSS) ON 2013 LIQUIDATED TRADING ACCOUNTS. BEGIN PREPARATION OF LIST OF QUESTIONS FOR MONITOR IN ORDER TO PREPARE HWC AND HWIC 2013 FORMS 1065. | 8.10 | 2,106.00 |
| 10/17/2014 | KAF | | CONTINUE COMPILING LIST OF INFO NEEDED TO PREPARE 2013 TAX RETURNS AND TO LJ TO FORWARD TO CLIENT, ADDITIONAL RESEARCH/RECONCILIATIONS, CALCULATE 2013 HWIC DEPRECIATION IN LACERTE, ADJUST HWIC BOOKS 2012-2013; ADJUST HWC BOOKS 2013 AND RE-RUN REPORTS, COMPILE/.ORGANIZE 2013 WORKPAPERS | 8.20 | 2,132.00 |
| 10/20/2014 | KAF | | ENTER FIXED ASSETS INTO LACERTE 2013 1065 PROGRAM AND CALCULATE BOOK/TAX DEPRECIATION AND DISPOSITION GAIN/LOSS DIFFERENCES | 2.50 | 650.00 |
| 10/21/2014 | KAF | | PREPARE LIST OF ADDITIONAL QUESTIONS RE: SPECIFIC ENTITY FILING REQUIREMENTS AND TO LJ FOR ANSWERS | 0.70 | 182.00 |
| 10/22/2014 | KAF | | REVIEW 2013 COPIES OF DEPOSITED CHECKS RECEIVED FROM MONITOR'S OFFICE; REQUEST ADDITIONAL INFO RE: ONE (1) CHECK | 0.30 | 78.00 |
| 10/27/2014 | KAF | | FOLLOW UP ON INFO NEEDED TO PREPARE 2013 TAX RETURN, INCLUDING T/C AND EMAILS WITH MARY DHANJI | 0.50 | 130.00 |
| 10/31/2014 | KAF | | REVIEW AND SAVE IRS NOTICE AND L. JOHNSON RESPONSE TO CLIENT RE: FORMS 8804-8805 FILING REQUIREMENTS TO CLIENT FILE | 0.10 | 26.00 |

|            |     |                                                              |           |
|------------|-----|--------------------------------------------------------------|-----------|
|            |     |                                                              | 14,510.50 |
| EXPENSES   |     |                                                              |           |
| 10/14/2014 | EXP | CONFERENCE CALL - CONFERENCECALL.COM - MMM - 188 MINUTES     | 59.20     |
| 10/14/2014 | EXP | PACER SEARCH                                                 | 0.70      |
| 10/31/2014 | EXP | PRINTED COPY CHARGE - OCTOBER 2014                           | 9.75      |
| 10/31/2014 | EXP | VIRTUAL DATA ROOM - SHAREFILE OCT 2014                       | 5.50      |
|            |     |                                                              | 75.15     |
|            |     | Total amount of this invoice                                 | $14,585.65 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**CPAs, Forensic and Insolvency Advisors**

**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #551 - 11/30/14**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 0.60 | 260.00 | 156.00 |
| KATHY FOSTER - Tax Consultant | 1.50 | 260.00 | 390.00 |
| LESLEY JOHNSON - Partner/Tax, CPA, CIRA | 1.80 | 265.00 | 477.00 |
| TOTAL | 3.90 | | $1,023.00 |
| **BLENDED RATE** | | **$262.31** | |
| TOTAL EXPENSES | | | 8.28 |
| TOTAL AMOUNT OF THIS INVOICE | | | $1,031.28 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772



**CPAs, Forensic and Insolvency Advisors**

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL  33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL  33131

Invoice: 551
11/30/2014
Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 11/17/2014 | SKB | UPDATE DISBURSEMENT ACTIVITY FOR WILHITE TO INCLUDE ALL INVESTOR ACTIVITY FROM QUICKBOOKS. | 0.60 | 156.00 |
| TAX SERVICES - PREPARE FORMS | | | | |
| 11/03/2014 | KAF | FOLLOW UP W/M. DHANJI RE: STATUS OF INFO NEEDED TO COMPLETE 2013 TAX RETURNS | 0.20 | 52.00 |
| 11/11/2014 | KAF | TELEPHONE CALL WITH M. DHANJI AND K. MURENA RE: ITEMS NEEDED TO COMPLETE 2013 TAX RETURNS AND REVIEW OPEN ITEMS LIST | 0.30 | 78.00 |
| 11/13/2014 | KAF | REVIEW AND RESPOND TO KM RE: FIDELITRADE INFO RECEIVED | 0.10 | 26.00 |
| 11/19/2014 | KAF | REVIEW OPEN ITEMS LIST W/L. JOHNSON AND DETAIL TIME SPENT ON PREPARATION OF BOOKS FOR 2013 RETURN | 0.20 | 52.00 |
| 11/19/2014 | LJJ | DISC STATUS OF 2013 TAX RETURNS WITH K FOSTER & M DAVIS | 0.60 | 159.00 |
| 11/20/2014 | KAF | SUMMARIZE WORK PERFORMED RE: 2013 TAX RETURN PREPARATION AND EMAIL TO L. JOHNSON AND M. DAVIS FOR REVIEW. | 0.70 | 182.00 |
| 11/24/2014 | LJJ | ANALYSIS FOR TAX PREPARATION AND DRAFT NARRATIVE OF STATUS OF TAX WORK | 1.20 | 318.00 |
| | | | | 1,023.00 |
| EXPENSES | | | | |
| 11/22/2014 | EXP | PRINTED COPY CHARGE | | 1.95 |
| 11/26/2014 | EXP | VIRTUAL DATA ROOM | | 6.33 |
| | | | | 8.28 |
| | | Total amount of this invoice | | $1,031.28 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.