# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

October 07, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC           Account Number    D032-00102
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

Please find enclosed our Invoice **12352** for billing through September 30, 2014 in conjunction above referenced matter in the amount    **$6,464.80**. Our records indicate that you also have an outstanding balance of    **$8,980.99**, for a total now due of    **$15,445.79**. If you have previously remitted payment, disregard this reminder.

Please give me a call if you have any questions or comments concerning this bill.

Cordially yours,

Jason S. Mazer

*Enclosure*

---

**PLEASE INCLUDE INVOICE NUMBER    12352    WITH YOUR PAYMENT. THANK YOU.**

# EXHIBIT D

**Ver Ploeg & Lumpkin, P.A.**
100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

October 07, 2014

| | | |
|---|---|---|
| Melanie E. Damian | Billing through | 09/30/14 |
| Damian Valori, LLP | Invoice Number | 12352 |
| as Receiver for Hunter Wise Commodities, LLC | Account Number | D032-00102 |
| Damian Valori, LLP | | |
| 1000 Brickell Avenue | | |
| Suite 1020 | | |

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/17/14 | JSM | Phone conf with Receiver re: strategy with CFTC on Grossman suit and filing D&O complaint. ADMINISTRATION: | 0.30 |
| 09/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review letter from Chubb; confer with CDS re: response; phone conf with Receiver re: same and info requested (.3). | 0.50 |
| 09/03/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Mr. Murena re: demand letters | 0.10 |
| 09/03/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding response to request for additional information from and response to carrier; office conference with JSM in advance. | 0.50 |
| 09/04/14 | JSM | Email to CDS regarding draft Grossman complaint | 0.10 |
| 09/11/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze complaint for injunctive relief under Commodities Exchange Act by CFTC against J.B. Grossman. | 1.30 |
| 09/12/14 | JSM | ASSET ANALYSIS AND RECOVERY: Office conference with CDS regarding response to carrier's letter requesting information and potential filing of CRN | 0.20 |
| 09/12/14 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS re: demand letter and response to carrier and CRN | 0.30 |
| 09/12/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read CDS's email with proposed draft of letter in response to Chubb's recent correspondence | 0.10 |
| 09/12/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior correspondence and policy language regarding related claims; draft/revise letter to carrier in response regarding timeliness of claim and documents to be provided. | 4.70 |
| 09/12/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM regarding response to carrier's letter requesting information and potential filing of CRN. | 0.20 |
| 09/15/14 | JSM | Read emails from Ms Visconti and Mr Grossman re: notice. ASSET ANALYSIS AND RECOVERY: | 0.10 |
| 09/15/14 | JSM | Email from Mr. Murena re: settlement with Mr. Manners | 0.10 |
| 09/15/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Receiver re: draft complaint against lawyers for Hunter Wise | 0.10 |
| 09/15/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze policy provisions in Grossman | 1.70 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | E&O policy governing timing of acts and omissions; draft memorandum to Receiver regarding potential coverage issues involving same. | |
| 09/15/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior notes regarding coverage under Grossman policy; review/revise draft complaint regarding potential issues with allegations and coverage. | 2.90 |
| 09/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Office conference with CDS regarding issues with Grossman policy and potential settlement with Mr. Manners | 0.20 |
| 09/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conf with Mr Murena and Ms Visconti re: JB Grossman coverage issue and Manners issue. | 0.70 |
| 09/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from CDS to Receiver with comments on coverage under J.B. Grossman policy | 0.10 |
| 09/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read and respond to email from CDS re: arguments for keeping Mr. Manners in case | 0.10 |
| 09/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Ms. Visconti re: JB Grossman matter | 0.10 |
| 09/16/14 | CDS | ASSET ANALYSIS AND RECOVERY: Revise complaint against Grossman and Carey and finalize memorandum regarding coverage under Grossman policy; provide same to client. | 0.40 |
| 09/16/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze inquiry regarding potential settlement with Manners in D&O action; draft email to JSM regarding same. | 0.40 |
| 09/16/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Ms. Visconti and Mr. Murena regarding potential settlement with Mr. Manners and issues with Grossman policy. | 0.70 |
| 09/16/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM regarding issues with Grossman policy and potential settlement with Mr. Manners. | 0.20 |
| 09/17/14 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Receiver's counsel re: draft letter to Chubb | 0.10 |
| 09/17/14 | JSM | ASSET ANALYSIS AND RECOVERY: Revise letter to Chubb; confer with CDS re: same. | 0.40 |
| 09/17/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review email from Ms. Visconti regarding demand letter to carrier. | 0.10 |
| 09/17/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding demand letter addressing D&O complaint and Grossman matter. | 0.30 |
| 09/17/14 | CDS | ASSET ANALYSIS AND RECOVERY: Revise letter to carrier regarding timeliness of D&O claims and demand involving D&O claims; draft various e-mail correspondence to Ms. Visconti to coordinate receipt of exhibits. | 1.10 |
| 09/18/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze final proposed draft of complaint against Grossman and Carey; draft e-mail to Ms. Visconti regarding same. | 0.30 |
| 09/19/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Receiver regarding Manners release and complaint against Grossman and Carey; draft e-mail to JSM regarding same. | 0.40 |
| 09/19/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review e-mail from Mr. Murena regarding potential settlement with Mr. Manners. | 0.10 |
| 09/22/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review email from adjuster requesting additional documents; draft e-mail to Receiver regarding same. | 0.10 |
| 09/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review email from adjuster requesting D&O complaint and additional documents; draft response to same. | 0.20 |
| 09/24/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze proposed release for Mr. Manners and potential insurance issues with same. | 0.80 |
| 09/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze policy language regarding loss; draft e-mail to Mr. Murena regarding same as to Manners release. | 0.30 |
| 09/26/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review email from Mr. Murena | 0.10 |

**PLEASE INCLUDE INVOICE NUMBER 12352 WITH YOUR PAYMENT. THANK YOU.**

|  |  |  |  |
|---|---|---|---|
|  |  | regarding release language for Mr. Manners; draft response to same. |  |
| 09/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Phone conference with Mr. Curly regarding joint demand on bond carrier | 0.40 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 16.80 | 250.00 | $4,200.00 |
| Mazer, Jason S. | 4.00 | 565.00 | $2,260.00 |
| **Total fees for this matter** | **20.80 hrs.** |  | **$6,460.00** |

## DISBURSEMENTS

| | |
|---|---|
| Photocopies | 4.80 |
| **Total disbursements for this matter** | **$4.80** |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $6,460.00 |
| TOTAL DISBURSEMENTS | $4.80 |
| **TOTAL CHARGES FOR THIS BILL** | **$6,464.80** |
| PLUS NET BALANCE FORWARD | $8,980.99 |
| **TOTAL BALANCE NOW DUE** | **$15,445.79** |

## BILLING HISTORY

|  | Billed to Date |  | Received to Date |
|---|---|---|---|
| Fees | $20,536.50 | Fees | $11,611.50 |
| Expenses | $374.99 | Expenses | $16.94 |

# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

November 11, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC          Account Number    D032-00102
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

Please find enclosed our Invoice **12513** for billing through October 31, 2014   in conjunction above referenced matter in the amount    **$2,428.30**. Our records indicate that you also have an outstanding balance of   **$15,445.79**, for a total now due of    **$17,874.09**. If you have previously remitted payment, disregard this reminder.

Please give me a call if you have any questions or comments concerning this bill.

Cordially yours,

Jason S. Mazer

*Enclosure*

---

**PLEASE INCLUDE INVOICE NUMBER    12513    WITH YOUR PAYMENT. THANK YOU.**

# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

November 11, 2014

Melanie E. Damian
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

Billing through   10/31/14
Invoice Number   12513
Account Number   D032-00102

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/01/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review correspondence from carrier denying coverage to D&Os; receive and review email from Mr. Murena regarding release of Mr. Manners; review policy regarding same and draft e-mail to team. | 0.90 |
| 10/09/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Ms. Visconti regarding claim against Grossman and cooperation with CFTC. | 0.30 |
| 10/10/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft/revise letter to carrier regarding claim against J.B. Grossman and demand for mediation. | 2.40 |
| 10/10/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior correspondence regarding communication with J.B. Grossman and carrier regarding claim; draft e-mail to Ms. Visconti regarding same. | 0.40 |
| 10/12/14 | JSM | ASSET ANALYSIS AND RECOVERY: Read draft demand letter to carrier; email CDS with proposed revisions; email from Ms. Visconti regarding same | 0.20 |
| 10/12/14 | KMS | ASSET ANALYSIS AND RECOVERY: Prepare working notebook for CDS re: policy and correspondence | 0.40 |
| 10/13/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email with CDS regarding demand letter | 0.10 |
| 10/13/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review revisions to demand letter by Ms. Visconti; telephone conference regarding same; draft suggested revisions to same and finalize. | 0.70 |
| 10/16/14 | JSM | ASSET ANALYSIS AND RECOVERY: Exchange emails with Mr. Giberson re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 0.10 |
| 10/16/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail to Ms. Visconti regarding service of D&O complaint without contact from carrier. | 0.10 |
| 10/16/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail to JSM regarding ▮▮▮▮▮▮▮▮ | 0.10 |
| 10/17/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email from CDS to Ms. Visconti directing service of the complaint | 0.10 |
| 10/17/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze correspondence from carrier regarding initial review of documents provided and additional policy provisions for consideration. | 0.80 |
| 10/20/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review letter from Chubb's counsel in response to Receiver's correspondence | 0.10 |

**PLEASE INCLUDE INVOICE NUMBER   12513   WITH YOUR PAYMENT. THANK YOU.**

| Date | TK | Description | Hours |
|---|---|---|---|
| 10/21/14 | JSM | ASSET ANALYSIS AND RECOVERY: Analyze letter from Chubb ▮▮▮▮▮. | 0.30 |
| 10/28/14 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Ms. Visconti regarding response to D&O letter and follow up Grossman complaint. | 0.40 |
| 10/29/14 | JSM | ASSET ANALYSIS AND RECOVERY: Review incoming letters from Chubb regarding Manners complaint | 0.20 |
| 10/30/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review ▮▮▮▮▮ | 0.60 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 6.70 | 250.00 | $1,675.00 |
| Mazer, Jason S. | 1.10 | 565.00 | $621.50 |
| Shaw, Kathleen M. | 0.40 | 235.00 | $94.00 |
| **Total fees for this matter** | **8.20 hrs.** | | **$2,390.50** |

**DISBURSEMENTS**

| | |
|---|---|
| Photocopies | 37.80 |
| **Total disbursements for this matter** | **$37.80** |

**BILLING SUMMARY**

| | |
|---|---|
| TOTAL FEES | $2,390.50 |
| TOTAL DISBURSEMENTS | $37.80 |
| **TOTAL CHARGES FOR THIS BILL** | **$2,428.30** |

## Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

December 01, 2014

Melanie E. Damian, Esq.
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

Account Number    D032-00102

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

    Please find enclosed our Invoice **12582** for billing through November 30, 2014 in conjunction above referenced matter in the amount     **$1,250.40**. Our records indicate that you also have an outstanding balance of     **$17,874.09**, for a total now due of     **$19,124.49**. If you have previously remitted payment, disregard this reminder.

    Please give me a call if you have any questions or comments concerning this bill.

Cordially yours,

Jason S. Mazer

Enclosure

---

**PLEASE INCLUDE INVOICE NUMBER    12582    WITH YOUR PAYMENT. THANK YOU.**

# Ver Ploeg & Lumpkin, P.A.
100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

December 01, 2014

| | |
|---|---|
| Melanie E. Damian, Esq. | Billing through 11/30/14 |
| Damian Valori, LLP | Invoice Number 12582 |
| as Receiver for Hunter Wise Commodities, LLC | Account Number D032-00102 |
| Damian Valori, LLP | |
| 1000 Brickell Avenue | |
| Suite 1020 | |

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/04/14 | JSM | ASSET ANALYSIS AND RECOVERY: Analyze litigation issues in light of CDS's email to Ms. Visconti | 0.10 |
| 11/04/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior letter to carrier setting deadline to respond to demand; draft e-mail to Ms. Visconti regarding information required to draft response. | 0.20 |
| 11/04/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior correspondence to carrier regarding joint request with CFTC for mediation; draft follow up to carrier's counsel regarding initial call to facilitate resolution. | 0.30 |
| 11/14/14 | JSM | ASSET ANALYSIS AND RECOVERY: Emails from CDS to Ms. Visconti re: ▮ | 0.10 |
| 11/14/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft follow up letter e-mail to Ms. Visconti regarding ▮ | 0.10 |
| 11/14/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM ▮ | 0.10 |
| 11/21/14 | JSM | ASSET ANALYSIS AND RECOVERY: ▮ meeting with CDS and KMS | 0.10 |
| 11/21/14 | KMS | ASSET ANALYSIS AND RECOVERY: ▮ meeting with JSM and CDS | 0.10 |
| 11/21/14 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM and KMS regarding ▮ | 0.10 |
| 11/21/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail correspondence to Ms. Visconti regarding ▮ | 0.10 |
| 11/21/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft ▮ for JSM regarding ▮ | 0.10 |
| 11/25/14 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Receiver and Ms. Visconti re: ▮ | 0.10 |
| 11/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Draft/revise response to carrier's second request for documents and information. | 2.10 |
| 11/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Review/analyze prior correspondence with carrier in order to draft response to carrier's second request for documents and information. | 0.60 |
| 11/25/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review e-mail from Ms. Visconti | 0.10 |

| 11/26/14 | CDS | regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ASSET ANALYSIS AND RECOVERY: Receive and review e-mail from Receiver regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ draft response to same and e-mail Ms. Visconti to finalize. | 0.20 |
|---|---|---|---|

| Timekeeper | | Hours | Rate | Amount |
|---|---|---|---|---|
| Steklof, Cary D. | | 4.00 | 250.00 | $1,000.00 |
| Mazer, Jason S. | | 0.40 | 565.00 | $226.00 |
| Shaw, Kathleen M. | | 0.10 | 235.00 | $23.50 |
| | **Total fees for this matter** | **4.50 hrs.** | | **$1,249.50** |

**DISBURSEMENTS**

| Photocopies | | 0.90 |
|---|---|---|
| | **Total disbursements for this matter** | **$0.90** |

**BILLING SUMMARY**

| | TOTAL FEES | $1,249.50 |
|---|---|---|
| | TOTAL DISBURSEMENTS | $0.90 |
| | **TOTAL CHARGES FOR THIS BILL** | **$1,250.40** |