**DENNIS A. DAMIANO**
*A Professional Law Corporation*

5850 CANOGA AVENUE
SUITE 400
WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 591-3811
Facsimile (818) 591-3811

STATEMENT FOR SERVICES : CFTC v. HUNTER WISE         DECEMBER 1, 2014

ASSET ANALYSIS AND RECOVERY

### September

| | | Hours |
|---|---|---|
| 2: | Email from Neil Katsuyama (NK) re: hearing on Motion to Reopen | .2 |
| 10: | Review and Approve Substitution from NK | .3 |
| 11: | Review and Approve Substitution from Rahsaana Allen | .2 |
| 17: | Email from Ken Murena (KM) re: Court's notice of change in hearing date for Motion to Reopen | .2 |
| 24: | Email from NK re: Court approval of Motion to Reopen | .2 |

### October

| | | |
|---|---|---|
| 15: | Email from NK re: call from Court Clerk requiring Order on Motion and forward to KM | .3 |
| 16: | Review proposed order | .1 |
| 17: | Proposed Order received for filing; email from NK re: Court approval of Motion and need for Order; two emails from KM re: filing of Order; call from Court Clerk Susan Anthony re: filing of Order and necessity of appearance on Oct, 21; email from Clerk with Order to Appear; electronic email from Court confirming filing of Order; email to KM confirming filing of Order | 1.7 |
| 20: | Email from Clerk confirming no appearance for Oct 21, forward to KM | .3 |

TOTAL        3.8 hours @ $265.00/hr        $1007.00

EXHIBIT E