

CPAs, Forensic and Insolvency Advisors

**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #330 - 08/31/14**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SHAWNA AMARNANI  - Forensic Consultant,  CPA, CFE | 3.10 | 210.00 | 651.00 |
| SURUCHI BANEZ  - Principal,  CPA, CIRA, CFE | 9.60 | 260.00 | 2,496.00 |
| MELISSA DAVIS  - Partner,  CPA, CIRA, CFE | 0.40 | 265.00 | 106.00 |
| JOSEPH GILLIS  - Senior Consultant,  CPA | 7.60 | 265.00 | 2,014.00 |
| LESLEY JOHNSON  - Partner/Tax,  CPA, CIRA | 1.00 | 265.00 | 265.00 |
| SONEET RAVI KAPILA  - Partner,  CPA, CFF, CIRA, CFE | 0.80 | 265.00 | 212.00 |
| SHARMILA KHANORKAR  - Partner  CPA, CIRA, ABV | 6.20 | 265.00 | 1,643.00 |
| MARY MCMICKLE  - Partner,  CPA, CIRA | 6.80 | 265.00 | 1,802.00 |
| TOTAL | 35.50 | | $9,189.00 |

**BLENDED RATE** **$258.85**

TOTAL AMOUNT OF THIS INVOICE $9,189.00

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786-517.5772

EXHIBIT "A"



CPAs, Forensic and Insolvency Advisors

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL 33131

Invoice: 330

08/31/2014

Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|------|-------|-------------|-----|--------|
| LITIGATION SUPPORT | | | | |
| 08/05/2014 | SRK | TELEPHONE CALL WITH K. MURENA, S. BANEZ, AND M. DAVIS REGARDING ACCOUNTING LIABILITY ANALYSIS AND SCOPE (0.20); FOLLOW UP WITH S. BANEZ AND M. DAVIS REGARDING SAME (0.20) | 0.40 | 106.00 |
| 08/05/2014 | SKB | PARTICIPATE IN T/C WITH K. MURENA, M. DAVIS AND S. KAPILA REGARDING PROFESSIONAL LIABILITY ANALYSIS. | 0.30 | 78.00 |
| 08/05/2014 | MMD | ATTEND T/C WITH COUNSEL RE PROFESSIONAL LIABILITY INVESTIGATION; FOLLOW UP INTERNCAL CALL RE SAME. | 0.40 | 106.00 |
| 08/05/2014 | SKB | ADDRESS EMAIL CORRESPONDENCE REGARDING PROFESSIONAL LIABILITY ANALYSIS. | 0.30 | 78.00 |
| 08/07/2014 | SBA | REVIEW RESPONSES TO DEMAND LETTERS TO INSIDERS. ANALYZE QUICKBOOKS RECORDS TO DETERMINE IF ANY INVESTMENTS WERE MADE BY THE INSIDERS. | 1.90 | 399.00 |
| 08/07/2014 | SKB | T/C WITH S. KHARNORKAR REGARDING PROFESSIONAL LIABILITY ANALYSIS. | 0.40 | 104.00 |
| 08/08/2014 | SKB | RESEARCH AND ADDRESS RESPONSE LETTERS TO DEMANDS PER REQUEST OF A. FERNANDEZ. | 1.60 | 416.00 |
| 08/08/2014 | SKB | REVIEW AND ANALYZE DOCUMENTS PRODUCED BY HASKELL AND WHITE TO DETERMINE THOSE DOCUMENTS STILL PENDING. | 1.20 | 312.00 |
| 08/11/2014 | SKB | T/C WITH J. GILLIS REGARDING PROFESSIONAL LIABILITY. | 0.50 | 130.00 |
| 08/11/2014 | JEG | CONFERENCE W/ S.BANEZ TO DISCUSS CASE BACKGROUND. | 0.50 | 132.50 |
| 08/11/2014 | JEG | REVIEW CFTC COMPLAINT IN PREPARATION FOR DETERMINATPROFESSIONAL. | 1.70 | 450.50 |
| 08/11/2014 | JEG | REVIEW CFTC'S MOTION AND COURT ORDER FOR PRELIM. INJUNCTION IN PREPARATION FOR DETERMINATION OF PROFESSIONAL LIABILITY. | 0.70 | 185.50 |
| 08/11/2014 | JEG | REVIEW SPECIAL MONITOR'S PRELIM. REPORT IN PREPARATION FOR DETERMINATION OF PROFESSIONAL LIABILITY. | 0.30 | 79.50 |
| 08/12/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM A. FERNANDEZ REGARDING COMPLAINT REQUESTS. | 0.70 | 182.00 |
| 08/12/2014 | JEG | CORRESPONDENCE W/ S.BANEZ TO UPDATE HER ON PROGRESS ON REVIEW OF BACKGROUND MATERIALS. | 0.10 | 26.50 |

| | | | | |
|---|---|---|---|---|
| 08/12/2014 | JEG | CONTINUE REVIEW OF SPECIAL MONITOR'S PRELIM. REPORT IN PREPARATION FOR DETERMINATION OF PROFESSIONAL LIABILITY. | 1.10 | 291.50 |
| 08/12/2014 | JEG | REVIEW AUDITED FINANCIAL STATEMENTS IN PREPARATION FOR DETERMINATION OF PROFESSIONAL LIABILITY. | 0.70 | 185.50 |
| 08/13/2014 | SKB | T/C WITH J. GILLIS REGARDING PROFESSIONAL LIABILITY ANALYSIS. | 0.60 | 156.00 |
| 08/13/2014 | JEG | PREPARE FOR CONFERENCE W/ S.BANEZ RE: REVIEW OF BACKGROUND DOCUMENTS FOR INDICATIONS OF PROFESSIONAL LIABILITY. | 0.20 | 53.00 |
| 08/13/2014 | JEG | CONFERENCE W/ S.BANEZ RE: REVIEW OF BACKGROUND DOCUMENTS FOR INDICATIONS OF PROFESSIONAL LIABILITY. | 0.60 | 159.00 |
| 08/14/2014 | SKB | T/C WITH S.KAPILA AND J. GILLIS REGARDING PROFESSIONAL LIABILITY. | 0.30 | 78.00 |
| 08/14/2014 | SRK | TELEPHONE CALL WITH S. BANEZ AND J. GILLIS REGARDING ACCOUNTING LIABILITY REVIEW; FOLLOW UP WITH M. MCMICKLE | 0.40 | 106.00 |
| 08/14/2014 | MMM | TELEPHONE CONFERENCE WITH S. KAPILA RE: DISCUSS REVIEW OF AUDIT WORKPAPERS. | 0.10 | 26.50 |
| 08/14/2014 | JEG | CONFERENCE W/ S.KAPILA & S.BANEZ TO DISCUSS HUNTER WISE PROFESSIONAL LIABILITY REVIEW AND NEXT STEPS. | 0.30 | 79.50 |
| 08/14/2014 | JEG | COORDINATE CONFERENCE W/ S.BANEZ & M.MCMICKLE TO DISCUSS ACTION PLAN RE: PROFESSIONAL LIABILITY. | 0.10 | 26.50 |
| 08/15/2014 | SKB | T/C WITH M. MCMICKLE AND J. GILLIS REGARDING PROFESSIONAL LIABILITY ANALYSIS. | 0.40 | 104.00 |
| 08/15/2014 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS AND S. BANEZ RE: CASE BACKGROUND AND REVIEW OF AUDIT WORKPAPERS. | 0.40 | 106.00 |
| 08/15/2014 | JEG | ACCOUNTANT PROFESSIONAL LIABILITY - CONFERENCE W/ S.BANEZ & M.MCMICKLE TO BRIEF M.MCMICKLE ON CASE BACKGROUND TO PREPARE HER FOR REVIEW OF DOCUMENTS. | 0.40 | 106.00 |
| 08/18/2014 | MMM | READ COMPLAINT AND INITIAL REPORT OF RECEIVER FOR BACKGROUND INFORMATION RELATING TO ASSESSMENT OF HASKELL & WHITE'S AUDITS. | 0.80 | 212.00 |
| 08/18/2014 | MMM | RESEARCH AUDITING STANDARDS RELATING TO INVESTMENT COMPANIES. | 1.40 | 371.00 |
| 08/20/2014 | MMM | READ MONITOR'S INITIAL REPORT AND CFTC MOTION FOR INJUNCTION. | 1.20 | 318.00 |
| 08/20/2014 | MMM | REVIEW HASKELL AND WHITE AUDIT PROGRAMS AND GENERAL FILE FOR ASSESSMENT OF POTENTIAL DEFICIENCIES. | 1.80 | 477.00 |
| 08/20/2014 | JEG | CORRESPONDENCE W/ M.MCMICKLE REGARDING RELEVANT AICPA ACCOUNTING & AUDIT GUIDANCE. | 0.10 | 26.50 |
| 08/21/2014 | SKB | T/C WITH M. MCMICKLE AND J. GILLIS REGARDING PROFESSIONAL LIABILITY ANALYSIS. | 0.40 | 104.00 |
| 08/21/2014 | MMM | CONFERENCE CALL WITH J. GILLIS AND S. BANEZ RE: DISCUSS ASSESSMENT OF HASKELL & WHITE AUDIT AND REVIEW OF | 0.40 | 106.00 |

| | | WORKPAPERS. | | |
|---|---|---|---|---|
| 08/21/2014 | MMM | SUMMARIZE FINDINGS IN PREPARATION FOR CALL WITH J. GILLIS AND S. BANEZ RE: HASKELL & WHITE AUDIT. | 0.30 | 79.50 |
| 08/21/2014 | JEG | PROFESSIONAL LIABILITY - CONFERENCE W/ M.MCMICKLE TO DISCUSS ACTION PLAN FOR REVIEW OF AUDITOR'S WORKPAPERS. | 0.40 | 106.00 |
| 08/25/2014 | SKB | T/C WITH L. JOHNSON. M. MCCARTHY AND M DHANJI REGARDING TAX INFORMATION REQUIRED FRO PREPARATION OF 2013 TAX RETURN. | 0.50 | 130.00 |
| 08/25/2014 | SBA | PULL 2013 GENERAL LEDGERS FROM QUICKBOOKS FILES FOR ALL HUNTERWISE US ENTITIES. | 1.20 | 252.00 |
| 08/25/2014 | SKB | RESEARCH AND ADDRESS EMAIL FROM M. MCARTHY REGARDING TAX INFORMATION REQUIRED FOR 2013 TAX RETURNS. | 0.40 | 104.00 |
| 08/26/2014 | SVK | REVIEW OF QB RECORDS OF ALL 5 ENTITIES, INTERCOMPANY TRANSACTIONS. | 3.00 | 795.00 |
| 08/27/2014 | SVK | REVIEW DOCUMENTS PROVIDED TO SUPPORT 2010, 2011 ASSET & LIABILITIES BALANCES REPORTED ON QB/FINANCIALS. REVIEW 2010 AUDIT WORKPAPERS. | 3.20 | 848.00 |
| 08/27/2014 | JEG | CONFERENCE W/ S.KANORKAR & M.MCMICKLE RE: APPROACH TO INSOLVENCY ANALYSIS; INCLUDING PREPARATION FOR CONFERENCE (O.1). | 0.40 | 106.00 |
| 08/28/2014 | SKB | T/C WITH . S. KHARNORKAR REGARDING INSOLVENCY ANALYSIS. | 0.30 | 78.00 |
| 08/28/2014 | SKB | RESEARCH AND ADDRESS EMAIL INQUIRIES REGARDING INSOLVENCY ANALYSIS. | 0.60 | 156.00 |

PREFERENCE/FRAUDULENT TRANSFER

| | | | | |
|---|---|---|---|---|
| 08/27/2014 | MMM | TELEPHONE CONFERENCE WITH J. GILLIS AND S. KHANORKAR RE: PROVIDE CASE BACKGROUND AND DISCUSS TRADING ASSETS ON BALANCE SHEET. | 0.40 | 106.00 |

TAX SERVICES - ADVISORY

| | | | | |
|---|---|---|---|---|
| 08/11/2014 | SKB | T/C WITH L. JOHNSON REGARDING TAX RETURNS AND INFORMATION REQUESTED. | 0.60 | 156.00 |
| 08/11/2014 | LJJ | REVIEW OFDOCUMENTS AVAILABLE, T/C/W SURUCHI REGARDING TAX COMPLIANCE | 0.40 | 106.00 |
| 08/12/2014 | SKB | EMAIL CORRESPONDENCE WITH M. DAMIAN, S. KAPILA AND K. MURENA REGARDING TAX RETURNS. | 0.30 | 78.00 |
| 08/13/2014 | SKB | EMAIL CORRESPONDENCE WITH M. MCCARTHY REGARDING REQUESTS FOR TAX RETURN PREPARATION. | 0.20 | 52.00 |
| 08/25/2014 | LJJ | CONFERENCE CALL WITH RECEIVER'S OFFICE AND SB REGARIDNG 2013 TAX REPORTING | 0.60 | 159.00 |

|  |  |
|---|---|
| Total amount of this invoice | $9,189.00 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.