Damian & Valori LLP
1000 Brickell Avenue, Suite 1020,
Miami, FL 33131

United States Commodity Futures Trading Commission
525 W Monroe Street                                              Invoice Date:        February 28, 2015
Suite 1100
                                                                 End of Billing Date:        Feb 28/15
Chicago, IL 60661
**Attention:**     CFTC - Chicago Regional Office                               Client #:725
                                                                                Inv  #:11561

**RE:**     United States Commodity Futures Trading Commission v. Hunter Wise Commodities, LLC, et al.

| **DATE** | **DESCRIPTION** | **HOURS** | **AMOUNT** | **LAWYER** |
|---|---|---|---|---|
| Dec-01-14 | [Case administration] Review and revise Receiver's Seventh Status Report. | 1.40 | 371.00 | MME |
|  | [Asset disposition] Emails with counsel for CFTC regarding status of liquidation of precious metals, current spot prices, and overall trends in the precious metals market (.3). | 0.30 | 79.50 | KDM |
|  | [Asset analysis and recovery] Email from counsel for HW Financial regarding intention to issue severance payment to T. Hinojos pursuant to employment agreement, review that employment agreement, and discuss with Receiver (.4); review certain provisions of Final Judgment and Opinion and Order related to injunction against F. Jager and strategize with Receiver regarding issues with employment agreement, bases for objection to proposed disbursement to T. Hinojos, and Mrs. Jager's objection to disbursement (.5); telephone calls and emails to and from First Foundation Bank regarding objections to proposed disbursement and request to not release funds pursuant to Receiver's authority under Court Order (.5); telephone calls to and from counsel from HW Financial regarding the bases for the Receiver's objection to the proposed disbursement to T. Hinojos and resuming negotiations regarding HW | 2.50 | 662.50 | KDM |

EXHIBIT B

Financial's buyout of F. Jager's interest in the company (.5); coordinate and assist with preparation of discovery in aid of execution to be served on Hunter Wise dealers against which Consent Orders, Default Judgments and CFTC Restitution Orders have been entered and follow up on updating of tracking chart for all dealers (.4); review letter from counsel for Lloyds Commodities regarding the Department of Treasury's notice demand for payment of the Civil Monetary Penalty and review that demand notice (.2).

[Business operations] Email from tax consultant regarding additional work to be done and information required to complete 2013 tax returns for the HW entities (.2).                    0.20        53.00        KDM

[Case administration] Review Letter from Court to counsel for Dewey & Leboeuf regarding counsel's failure to be admitted to the Court or Bar (.1); email from investor seeking release of metals regarding status of our review of the documents he provided in support of his request (.1); meet with S. Paris regarding latest documents that investor provided in support of his request for release of metals, her assessment regarding the investor's claim to certain of those metals, and coordinate obtaining missing document from shipping company, supplier of metals, and our forensic accountant (.3); receive update regarding requests for documents from supplier of metals and their cooperation (.1); review emails with forensic accountant regarding information requested related to claimed purchase of metals by investor (.1); discuss with Receiver revisions to be made to the Seventh Status Report (.3).                    1.00        265.00        KDM

[Case administration] (Fee Application) (No charge) Coordinate further revisions to be made to the invoice of counsel for the Receiver (.2).                    0.20        0.00        KDM

[Case administration] (Claims process) Review formal Appeals filed with the Court                    0.60        159.00        KDM

by claimants for purposes of updating
Receiver's Status Report and discuss
processing of those claims (.3); receive and
revise certain late-filed claims and late-filed
requests for reconsideration, and discuss with
Receiver processing of those claims (.3).

| | | | |
|---|---|---|---|
| [Case administration] (Status Report) Emails with Receiver regarding further revisions to the Seventh Status Report and revise Report in accordance with the Receiver's comments and revisions (.8); discuss with Receiver further revisions and additions to be made to the Report (.1); exchange emails with M. McCarthy regarding updated summary of the claims process for purposes of the Report and add updated information to Report (.2); review accounting report to be attached to the Seventh Status Report, confirm certain amounts referenced therein, calculate new total value of the Estate, and insert into the Report the updated amount of cash on hand and value of the Estate (.4); review CFTC Order against DDS, discuss with Receiver, and insert section into Report regarding DDS's payment of the settlement amount to the Estate (.4). | 1.90 | 503.50 | KDM |
| [Asset analysis and recovery] Email S. Cunningham regarding Proxy Agreements (.2); Review M. Jager bank statements (.5) | 0.70 | 105.00 | MJS |
| [Asset analysis and recovery] Meeting with K. Murena to discuss review and analysis of documents produced by Alan McGraw in support of his claim for release of metals being held at DDS (.5); Review and analyze DDS shipping records to confirm whether 4 gold bars came from NTR (.3); Telephone conference with NTR to confirm 4 gold bars were shipped from NTR to DDS (.3); Review documents produced by A. McGraw and prepare correspondence to forensic accountants requesting they look into whether Hunter Wise Services purchased 3 gold bars from Dillon Gage and whether it received a transfer or deposit from Hunter Wise Cayman | 1.50 | 300.00 | SMP |

in the same amount (.4).

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 1.00 | 145.00 | mm |
| Dec-02-14 | [Asset analysis and recovery] Exchange emails with forensic accountant regarding accessing the QuickBooks files for Hunter Wise and confirming a particular transfer to Hunter Wise from a customer or his agent (.4); review Irrevocable Proxy and Voting Agreements signed by Trustee of certain Martin family trusts and follow up on obtaining signatures of Trustees of other family trusts (.2); assist C. Perez in efforts to collect restitution amounts from dealers, including commencing Misc. Actions against them, recording judgments and Consent Orders, and propounding discovery in aid of execution to be prepared and sent to dealers against which judgments or consent orders were entered, and coordinate updating of tracking chart and inserting tasks to be check off as they are completed (.5). | 1.10 | 291.50 | KDM |
|  | [Business operations] Begin searching for documents and information requested by tax consultant to complete 2013 tax returns for the HW entities (.3). | 0.30 | 79.50 | KDM |
|  | [Case administration] (Status Report) Coordinate determining current fair market values of metals being stored at Via Mat based on spot prices and numismatic value of the coins and other collectible metals in the inventory, and comparing those values to prior appraisal, for purposes of including updated values in Seventh Status Report (.2); review analysis of current fair market value of those metals, compare to prior appraisal, and coordinate inserting amounts into Report (.3); continue reviewing and revising Report (1.9); coordinate preparation of Exhibits to the Report (.2). | 2.60 | 689.00 | KDM |
|  | [Case administration] (Fee Application) (No charge) Receive and review invoices from special insurance counsel and forensic | 3.90 | 0.00 | KDM |

accountant and prepare to attach to Seventh Fee Application (.3); coordinate following up with California counsel to obtain invoices for Fee Application (.1); exchange emails with California counsel, review draft invoice from California counsel, coordinate having him revise and finalize it, review final invoice, and coordinate inserting his total fees into the Fee Application (.2); assist with preparation of Seventh Fee Application (.6); finish reviewing and revising invoices of lead counsel for the Receiver and coordinate making final revisions and preparing invoice to attach to Fee Application (1.6); follow up on entry of Order approving Sixth Fee Application, coordinate resending proposed Order approving Application to the Court and report status to Receiver (.2); review and revise Seventh Interim Fee Application and coordinate further revisions (.9).

| | | | | |
|---|---|---|---|---|
| | [Case administration] Exchange emails with website manager regarding recent posting to the website and review website to confirm posting (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Update Dealer Tracking Chart (1.1); review judgments and demand letters and draft discovery in aid of execution to propound on Dealers judgment debtors (2.9). | 4.00 | 1,000.00 | CP |
| | [Asset analysis and recovery] (Malpractice action) Review Carey Motion to Dismiss. | 0.40 | 106.00 | MDV |
| | [Fee and Employment Application] (No charge) Review invoices for fee application (0.4); Draft 7th Interim Fee Application (1.3); Revise fee application (0.5). | 2.20 | 0.00 | AF |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and requests, late claims and formal appeals filed with the court. | 1.50 | 217.50 | mm |
| Dec-03-14 | [Asset analysis and recovery] Review appeals filed by complaints. | 0.60 | 159.00 | MME |

[Asset analysis and recovery] Emails and telephone calls from and to First Foundation Bank regarding the proposed severance check to T. Hinojos, the bank's efforts to monitor all disbursements from the accounts of HW Financial and HW Securities, information needed to prevent the release of certain funds from account those accounts, removing T. Hinojos as signatory on the accounts, and confirmation of Receiver's approval of a particular check written from the HW Financial account (.5); telephone call to CFO of HW Financial regarding the dispute regarding the proposed severance check to T. Hinojos, confirmation of a particular check written from the HW Financial account, and related matters (.3); telephone call to First Foundation Bank confirming approval of that check (.1); review and approve proposed Interrogatories and Requests for Production in Aid of Execution to be sent to dealers against which Judgments and Consent Orders were entered, and coordinate preparing and propounding similar discovery requests for all such dealers (.5); strategize regarding procedure for collection of restitution amount in CFTC administrative order, creating and perfecting lien on defendants' property, recording such orders, and commencing miscellaneous actions and coordinate research regarding the law and procedures applicable to enforcing such orders (.4); review summary of research findings and coordinate implementation of procedure for collecting restitution amounts provided for in CFTC administrative Consent Orders (.3); coordinate and assist with seeking to recover from Ed Martin certain shares in Great Western Iron Ore and review emails with Ed Martin regarding his knowledge and the status of those shares (.4); discuss with counsel for CFTC possible claims against auditor and certain evidence in support of that claim (.3); emails from counsel for CFTC regarding evidence in support of that claim,

3.80       1,007.00            KDM

review portions of evidence, and coordinate further review and analysis of evidence (.6); review emails with Ed Martin regarding his shares in Great Western Iron Ore, and the transfer of those shares, confirm the amount of shares, the certificate numbers of the original and transferred shares, and prior communications with the President of Great Western, and coordinate further investigation into the location of Ed Martin's shares and strategize regarding recovering those shares (.4).

| | | | |
|---|---|---|---|
| [Case administration] (Status Report) Discuss with Receiver final revisions to be made to the Seventh Status Report and revise in accordance with discussion with Receiver (.4); review balance of First Foundation Bank account of South Peak and update Exhibit reflecting account balances of frozen accounts (.2); coordinate and assist with finalizing and filing the Report and all Exhibits with the Court (.2). | 0.80 | 212.00 | KDM |
| [Case administration] (Fee Application) (No charge) Assist with finalizing the invoices for lead counsel for the Receiver, review final invoice and discuss with Receiver, and coordinate inserting amounts of fees and costs into the Seventh Fee Application (.4); coordinate calculating amount of reduction in fees and blended rate, review amounts, and coordinate inserting amounts into Fee Application (.2); review latest version of the Fee Application, discuss with Receiver, and forward with Exhibits and Seventh Status Report to counsel for CFTC for consideration (.2); exchange emails with counsel for CFTC regarding its consideration of, and lack of objection to, the Fee Application (.1); telephone call from counsel for CFTC regarding the Fee Application and certain entries to the invoices (.2); coordinate redacting certain portions of the Receiver's professionals' invoices and finalizing those invoices and review and approve all invoices (.3); make final revisions to the Fee Application and coordinate finalizing it and | 1.90 | 0.00 | KDM |

preparing it for filing (.2); coordinate preparation of proposed Order granting Fee Application, review it to confirm amounts requested, and coordinate finalizing it for filing with the Court (.2); assist with filing the Fee Application and all Exhibits with the Court and coordinate submitting the proposed Order by email to the Court (.1).

| | | | |
|---|---|---|---|
| [Case administration] (Claims Process) Review appeal of the Receiver's final determination filed by a claimant and a Notice from the Court regarding the procedures for appeals to the Eleventh Circuit, exchange emails with counsel for the CFTC regarding the Clerk's treatment of the claimant's appeal, coordinate telephone call to the Clerk's office regarding the processing of that appeal, and receive report regarding call with Clerk's office (.2); strategize with team members regarding the procedures for issuing the initial distribution checks to claimants with allowed claims (.2). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Research case law and statutes for recording CFTC consent orders against Dealers and perfecting lien rights (2.3); research case law and procedures for enforcing CFTC orders restitution payment and discovery obligations (2.0); draft email summarizing research process and findings (.7). | 5.00 | 1,250.00 | CP |
| [Asset analysis and recovery] (Malpractice action) Review Carey Motion to Dismiss and legal research regarding same (1.5); review/edit proposed ancillary actions to file Receivership Order in Illinois and California (.2). | 1.70 | 450.50 | MDV |
| [Asset analysis and recovery] (No charge) Create exhibits for fee application and revise fee application. | 0.50 | 0.00 | AF |
| [Asset analysis and recovery] Email E. Martin regarding transfer of Great Western Shares. | 0.30 | 45.00 | MJS |

| | | |
|---|---|---|
| [Asset analysis and recovery] Telephone conference with Alex Cantrell of NTR regarding request for records confirming 4 gold bars purchased by Alan McGraw were sent directly from NTR to DDS (.1); Telephone conference with Alan Mcgraw regarding status of his claim for release of his metals purchased "through' HWIC Cayman (.2); Receipt and review Order/Shipping Confirmation for 4 gold bars shipped from Elemetal Capital to DDS (.1); Telephone conference with Alex Cantrell at NTR regarding current relationship between NTR and Elemetal Capital and that NTR is dba and request that she provide some documentative proof that NTR is dba for Elemetal Capital or provide Order/Shipping confirmation identifying NTR as supplier (.2). | 0.60 | 120.00 | SMP |
| [Asset analysis and recovery] Review all the CFTC judgments against dealers and determine which matters are assigned to M. Damian as Monitor and which are assigned to NFA for purposes of conducting Accurint searches on the dealers to locate and identify where they may have potential property for purposes of recording the judgments in the proper county and state. | 1.40 | 140.00 | pl |
| [Asset analysis and recovery] Conduct accurint searches regarding dealers with CFTC judgments entered against them. | 0.30 | 30.00 | pl |
| [Asset analysis and recovery] (Malpractice action) Prepare Notice of Filing Ancillary Complaint for attorney M. Visconti's review and prepare attachments to Notice for filing Miscellaneous Action in Chicago, Illinois. | 0.50 | 50.00 | pl |
| [Asset analysis and recovery] (No charge) Assist attorney K. Mruena in finalizing Seventh Fee Application, redact invoices and prepare all exhibits for filing. | 1.20 | 0.00 | pl |
| [Case administration] (Melissa McCarthy) Prepare responses to appeals, respond to late | 3.00 | 435.00 | mm |

claims and initial distribution.

| Dec-04-14 | [Asset analysis and recovery] Review appeals and discuss response to claimant's inquiries (.8); meet with counsel regarding same (.2); approve late claims (.2). | 1.20 | 318.00 | MME |

[Asset analysis and recovery] (Claims Process)   Receive and review late-filed claims and confer with M. McCarthy regarding treatment of such claims (.2); emails with M. McCarthy regarding updated summary of all claims received (.1); review appeal of Receiver's final determination sent by claimant requesting that Receiver file it with the Court and discuss with Receiver preparing and filing Notice of Filing that appeal with the Court (.3); meet with Receiver regarding appeal filed by Dewey & LeBoeuf trustee and arguments in response to that appeal (.2); strategize regarding arguments to be made in response to that appeal and research to be done and coordinate research regarding arguments raised in appeal and to be made in Receiver's response (.4); coordinate preparation of response to appeal (.1); discuss with Receiver preparation of Motion to Approve Initial Distribution to Allowed Claimants and protecting the identity of claimants (.3); coordinate preparation of Motion to Approve Initial Distribution providing input regarding the form and content of the Motion (.3).    1.90    503.50    KDM

[Asset analysis and recovery] Continue working with C. Perez on investigating assets of certain dealers and their principals against which Judgments or Consent Orders were entered for purposes of collecting restitution amounts, reviewing Accurint Reports, strategizing regarding further investigations to be done with respect to certain identified assets, and coordinate team members' further investigations (.9); receive update regarding certain tax liens against principal of dealer and investigate that tax lien for purposes of determining collectability of restitution amount (.3); finalize and send out discovery in aid of execution to certain    3.80    1,007.00    KDM

dealers and their principals (.4); continue reviewing revisions to the Irrevocable Proxy and Voting Agreement proposed by counsel F. Jager, analyze certain of those revisions to confirm that Receiver's goals will still be met, and coordinate research into applicable law to confirm same (.7); exchange emails with counsel for F. Jager regarding his revisions to the Agreement and schedule a call to further discuss the revisions (.2); strategize regarding effect of certain of counsel's revisions to the Agreement and whether they are consistent with applicable law (.4); prepare and send email to counsel for various HW members regarding the proposed Voting Agreement (.2); coordinate further investigation into shares of Great Western transferred to Ed Martin's son, including contacting president of the company and Ed Martin's son to effect the transfer to the Receiver (.3); email from counsel for HW Financial regarding proposed Term Sheet for the purchase of the shares of South Peak/F. Jager in HW Financial and review Term Sheet (.4).

| | | | |
|---|---|---|---|
| [Business operations] Emails from to and to First Foundation Bank regarding confirmation of another check written from account of HW Financial and exchange emails with CFO of HW Financial to confirm check (.5); review Notice of IRS of tax liability of HWC, investigate basis for liability and strategize regarding payment in the ordinary course of business or through claims process, and whether a tax lien is in place (.4). | 0.90 | 238.50 | KDM |
| [Case administration] Review Notices from the Court regarding striking of Notice of Appeal to 11th Circuit of a claimants appeal to the Receiver's final determination and re-categorizing that claim as such (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] Continue drafting and revise discovery requests to dealers pursuant to CFTC consent orders (2.8); review Accurint searches to find property and to determine in which Counties | 5.30 | 1,325.00 | CP |

to record CFTC orders and liens (1.2); draft demand letter to Lawrence Spain to collect restitution (.5); review Jagers revisions to voting proxy agreement for Cayman entities and discuss strategy with K. Murena (.8).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D&O Case) review D&O demand letter, compile documents requested by carrier and send to Insurance counsel (.6). | 0.60 | 159.00 | MDV |
| [Asset analysis and recovery] Assist attorney K. Murena in finalizing discovery in aid of execution to Dealer S.J. Woods and its principals; contact county in New York and obtain local requirements for regarding the CFTC Judgment against SJ Woods and its principals. | 0.60 | 60.00 | pl |
| [Case administration] (Melissa McCarthy) Prepare responses to late claims, prepare for initial distribution and respond to customer inquiries. | 3.30 | 478.50 | mm |

Dec-05-14    [Asset analysis and recovery] Telephone call with counsel F. Jager regarding his proposed revisions to the Proxy and Voting Agreement and the proposed term sheet for HW Financial's purchase of shares from South Peak (.6); continue working with C. Perez on investigating assets of certain dealers and their principals against which Judgments or Consent Orders were entered for purposes of collecting restitution amounts, discuss findings from investigation into one of the dealers, and coordinate preparation of discovery in aid of execution to be issued to that dealer and its principals (.7); receive update regarding status of recording of certain CFTC administrative Consent Orders against certain dealers and principals and assist with resolving issues related to recording (.2).                1.50        397.50        KDM

[Business operations] Forward to tax consultant Notice of tax liability of HWC and exchange emails with tax consultant                0.30        79.50        KDM

regarding the Notice, how to respond, and contacting the IRS to resolve the issue (.3).

| | | | |
|---|---|---|---|
| [Case administration] (No charge) Review Order granting Sixth Interim Fee Application, discuss with Receiver and coordinate making disbursements to professionals pursuant to Order (.1); exchange emails with professionals regarding entry of Order and forthcoming disbursement (.1). | 0.20 | 0.00 | KDM |
| [Case administration] (Claims Process) Review and revise Notice of Filing a claimant's appeal of the Receiver's Final Determination of his claim and coordinate filing that Notice of Filing with the Court (.2); meet with Receiver and M. McCarthy regarding an appeal of another claimant who submitted it to the Receiver, review that appeal, and discuss preparation of Notice of Filing that appeal with the Court (.2); coordinate preparation of Notice of Filing claimant's appeal, review and revise Notice of Filing and coordinate filing it with the Court (.2); review preliminary research findings of C. Perez for response to appeal of Dewey & LeBoeuf appeal, review certain case law, and strategize with G. Giberson regarding research findings and further research to be done (.4). | 1.00 | 265.00 | KDM |
| [Asset analysis and recovery] Draft additional demand letters to dealers pursuant to CFTC consent orders (.8); review Accurint reports to determine where to send demand letters and record orders (.5); draft discovery requests to same dealers (.8); review Dewey LeBeouf's appeal to denial of proof of claim (.3); research statute of limitations for assertion of counterclaim to Dewey LeBeouf's proof of claim, choice of law provisions governing malpractice claim and requirements for affirmative defense of setoff in preparation for responding to DL's appeal and send summary emails to K. Murena (4.0). | 6.40 | 1,600.00 | CP |
| | 2.80 | 742.00 | MDV |

[Asset analysis and recovery] (Malpractice action) Legal Research regarding Carey Motion to Dismiss and review documents/background (2.8).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Phone call with D. Bode at Great Western Iron Ore regarding E. Martin transfer of shares. | 0.30 | 45.00 | MJS |
| [Asset analysis and recovery] Telephone call to Clerk's office in Suffolk County NY regarding procedure to record CFTC judgement against SJ Woods and principals. | 0.10 | 10.00 | pl |
| [Asset analysis and recovery] (No charge) Prepare packages for discovery in aid of execution to Dealers with CFTC | 0.50 | 0.00 | pl |

judgments against them and send out via Certified U.S. Mail

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Prepare Notices of Filing Claimants Todd McKinley and Mark Pavlicks Appeal to Receiver's Final Determination and file electronically. | 0.50 | 50.00 | pl |
| [Case administration] (Melissa McCarthy) Prepare responses to late claims, prepare for initial distribution and respond to customer inquiries. | 3.00 | 435.00 | mm |

| | | | | |
|---|---|---|---|---|
| Dec-08-14 | [Asset analysis and recovery] Review appeals and discuss with M. McCarthy response to claimants' inquiries approving late claims. | 0.20 | 53.00 | MME |
| | [Case administration] Review IRS inquiry and e-mailing with counsel and accountant regarding same. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] Prepare and send email to counsel for F. Jager regarding proposed Term Sheet for agreement between HW Holdings, F. Jager, Mrs. Jager and prospective purchaser of their shares in HW Financial (.2); receive report regarding telephone call with principal of dealer against which Consent Order was entered regarding | 0.50 | 132.50 | KDM |

his financial condition and his alleged production of documents proving same and coordinate obtaining the financial documents he claims to have produced to the CFTC and sending him CFTC form financial affidavit (.3).

| | | | |
|---|---|---|---|
| [Business operations] Email from tax consultant regarding documents required from Standard Bank and NTR related to sale of metals positions in 2013 for purposes of completing 2013 tax returns and work on gathering requested documents (.4); report to Receiver status of tax consultant's efforts to resolve issue related to IRS's Notice of tax liability (.1); email from T. Hinojos requesting approval of severance payment and discuss with Receiver (.2); prepare and send email to T. Hinojos regarding the Receiver's position regarding the severance payment and the debts and other issues related to HW Financial that must first be resolved (.3); emails from and to counsel for Mrs. Jager regarding the status of the Proxy Agreement and the Agreement providing for transfers from the Jagers to the Receiver pursuant to the Final Judgment (.3); prepare and send email to counsel for F. Jager regarding status of revisions to the Proxy Agreement (.1); email to counsel for F. Jager and counsel for Mrs. Jager regarding the proposed Term Sheet for the agreement between and among F. Jager, Mrs. Jager, the Receiver and a third party related to the debts of HW Financial (.2); email from counsel for Mrs. Jager regarding California law applicable to LLCs and the requirements regarding managers and coordinate investigation into state of organization of HW Financial and applicable law (.3). | 1.90 | 503.50 | KDM |
| [Case administration] (Claims Process) Strategize with C. Perez regarding legal issues related to setoff and applying setoff to the claim submitted by trustee of Dewey & LeBoeuf, setoff in a bankruptcy context post-confirmation and applying setoff of | 2.00 | 530.00 | KDM |

post-confirmation claim of creditor against pre-petition claim of debtor, and application of state and federal law on setoff in various contexts (1.1); discuss with C. Perez research findings regarding the foregoing issues, the terms of Dewey & LeBoeuf's bankruptcy plan of liquidation and the Confirmation Order related to claims by and against post-confirmation trust and defenses that can be asserted against that trust, and various related issues, and coordinate further research on those issues for purposes of response to appeal of Dewey & LeBoeuf trustee (.9).

| | | | |
|---|---|---|---|
| | [Case administration] Review website for Rushmore Receivership to monitor distribution process for purposes of claims of Rushmore customers in this Receivership (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (Malpractice action) Legal research regarding Carey Motion to Dismiss (2.4). | 2.40 | 636.00 | MDV |
| | [Asset analysis and recovery] Phone call to D. Bode at Great Western Iron Ore regarding Ed Martin shares (.2); Email E. Martin regarding Great Western Shares (.1). | 0.30 | 45.00 | MJS |
| | [Case administration]   (Melissa McCarthy) Prepare responses to late claims, prepare for initial distribution and respond to customer inquiries. | 3.00 | 435.00 | mm |
| Dec-09-14 | [Asset analysis and recovery] (Jager Settlements) Work with C. Perez on research regarding California LLCs and requirements regarding management by members, the amendments to the applicable law, and the terms of a companies' Articles of Organization and Operating Agreement that could modify the default provisions of the law regarding member management (.6); exchange emails with counsel for Mrs. Jager regarding preliminary research findings regarding California law on LLCs and member management and coordinate further research (.3); emails to and from counsel for | 5.30 | 1,404.50 | KDM |

Mrs. Jager regarding latest draft of the Agreement providing for transfers to Receiver pursuant to Final Judgment, the Receiver's approval of settlement payment from HW Financial to Mrs. Jager and adding that as a condition to the Agreement, issues related to HW Financial's lack of authority to enter into agreement with Mrs. Jager or pay settlement amount without a Manager, and applicable provisions of the Operating Agreement and California law (.6); exchange emails with counsel for F. Jager regarding the Articles of Organization and Operating Agreement of HW Financial (.2); exchange emails with counsel for F. Jager regarding issues related to tax liability of South Peak, payment of taxes after Court's approval of Agreement with the Jagers, and adding to that Agreement provision regarding South Peak's outstanding taxes and future liabilities (.2); review revision to that Agreement by counsel for F. Jager, accept certain changes, and make additional revisions (.7); review revision to the Proxy Agreement by counsel for F. Jager, accept all revisions and make additional revisions (.4); prepare and send email to counsel for F. Jager and counsel for Mrs. Jager forwarding latest revised versions of the two Agreements, with explanation regarding those revisions (.2); multiple telephone calls and emails with counsel for F. Jager regarding the need to appoint new Manager of HW Financial to comply with FINRA requirements, the Operating Agreement, Articles of Organization and California law applicable to appointment of managers of LLCs, the proposed employment agreement of the prospective new manager, and related matters (.8); review Operating Agreements of HW Financial and HW Securities and the Articles of Organization of HW Financial and certain California law regarding the appointment of managers of LLCs, strategize with C. Perez regarding certain provisions of those documents and California law and

coordinate further research of issues related to appointment of managers under different circumstances for purposes of confirming appropriate procedure for HW Financial to follow (1.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Jager Settlements) Review memorandum attached to F. Jager's financial affidavit regarding HW Financial, HW Securities, HW Holdings and other entities of the Jagers and prepare and send email to counsel for F. Jager forwarding and summarizing memorandum and provision of Operating Agreement for purposes of determining authority and procedure for appointing new manager of HW Financial (.5); review memorandum from C. Perez regarding findings and determinations from research of California law and analysis of the Articles of Organization and the Operation Agreements' provisions related to manager appointment and eligibility of members and non-members of LLC (.4); review memorandum from C. Perez regarding ineligibility of T. Hinojos to serve as Manager of HW Financial under California Law, the Operating Agreement and the Articles of Organization, review California statute, and prepare and send email to Receiver regarding same (.4); send email to counsel for HW Financial scheduling call to discuss the proposed Term Sheet regarding the disposition of the membership interests of HW Holdings and payment to the Receiver (.1). | 1.40 | 371.00 | KDM |
| [Asset analysis and recovery] Receive update regarding communications with principal of SJ Woods regarding his insolvency and production of financial affidavit to CFTC and coordinate investigation of federal assistance to principal and contact CFTC to obtain alleged financial affidavit (.3); review email from J. Martin regarding Proxy Agreements that he executed as Trustee or beneficiary of the three Martin Family Trusts, review those executed Agreements, follow up with M. Spencer regarding obtaining executed copies from K. Martin, and receive update from M. | 1.00 | 265.00 | KDM |

Spencer regarding communications with K. Martin and address to be inserted into agreements for J. Martin (.4); review, revise and coordinate sending out discovery in aid of execution to certain principals of dealer against which CFTC Consent Order was entered (.2); follow up on recording of Consent Orders and resolution of issues related to recording them in certain jurisdictions (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice Action) Receive email regarding need to resubmit proposed Agreed Order granting motion for extension of time to respond to Winston & Strawn's Motion to Dismiss and coordinate revising Order and resubmitting it to the Court (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (D&O Action) Follow up on status of service of D. Manners and provide update to M. Visconti regarding service and deadline to serve pursuant to extension granted by Court (.2); strategize with M. Visconti regarding effecting service through process server and by certified mail pursuant to applicable law and coordinate sending Complaint and Summons to D. Manners via certified mail (.2); strategize with M. Visconti regarding amending complaint to add fraudulent transfer claim against D. Manners or bringing separate fraudulent transfer action against him (.2); exchange emails with counsel for Defendants Luu, Morales and possibly Manners regarding her appearance, whether the case was transferred to another judge, and other matter and coordinate scheduling a call to discuss the case with counsel and M. Visconti (.2). | 0.80 | 212.00 | KDM |
| [Business operations] Email from First Foundation Bank requesting authority to release funds from account of HW Financial pursuant to certain checks signed by T. Hinojos (.1); exchange emails with CFO of HW Financial confirming Receiver's approval of certain disbursement requests and the checks written pursuant to those | 0.80 | 212.00 | KDM |

approvals and establishing protocol for confirming future approvals of disbursements and checks (.3); emails with First Foundation Bank approving release of funds pursuant to Receiver's prior approvals and establishing system to stopping payment of unauthorized checks (.2); review new Notice from IRS regarding alleged tax liability for HWC for 2013, separate from the liability alleged in previous Notice, and send to tax consultant to consider and resolve issue with IRS (.2).

| | | | |
|---|---|---|---|
| [Case administration] Review and revise Declaration of A. McGraw attesting to the facts and documents supporting his claim to the release of certain metals from DDS and coordinate further revisions (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Review operating agreements and corporate filings of HW Financial and HW Securities (1.2); draft email response to K. Murena regarding procedure for appointment of manager for those entities, procedure for approval of settlement agreement by Marcia Jager by HW Financial and propriety of appointment of T. Hinojosa as Manager (1.5). | 2.70 | 675.00 | CP |
| [Case administration] Begin drafting Response to appeal filed by Dewey LeBeouf to denial of their proof of claim (2.2). | 2.20 | 550.00 | CP |
| [Asset analysis and recovery] (Malpractice action) Correspondence with Counsel for Carey and with Receiver regarding Motion to Dismiss (.3); work on response to Motion to Dismiss (2.5). | 2.80 | 742.00 | MDV |
| [Asset analysis and recovery] (D&O Case) Review correspondence from counsel for Luu and Morales and strategize with K. Murena regarding same (.2). | 0.20 | 53.00 | MDV |
| [Asset analysis and recovery] Prepare initial draft regarding Motion for Extension of Time to Respond to Winston & Strawn and Tim Carey's Motion to Dismiss Complaint for | 0.40 | 40.00 | pl |

attorney M. Visconti's review.

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and appeals. | 1.00 | 145.00 | mm |
| Dec-10-14 | [Asset analysis and recovery] (Jagers Settlement) Discuss with counsel regarding telephone call with counsel for HW Financial and work on continued settlement negotiations. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] (HW Financial) Discuss with counsel regarding disbursements and approve disbursements. | 0.30 | 79.50 | MME |
| | [Case administration] (Claims Process) Discuss with counsel regarding preparations of response to Dewey & Leboeuf trustee's appeal and deadline to file appeal. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] (Jagers Settlement) Emails from and to counsel for HW Financial regarding Term Sheet and confirming conference call (.2); email from counsel for F. Jager regarding provisions of HW Financial's Operating Agreement regarding appointment of managers, review those provisions and send him email regarding same (.3); telephone call with counsel for HW Financial to negotiate the proposed Term Sheet and discuss certain terms to revise, issues regarding the manager of HW Financial, F. Jager's status as member and manager and authority to appoint a new manager, certain terms of the Operating Agreement, Articles of Organization and California law regarding the authority of LLC managers, the appointment of T. Hinojos as President, the proposed severance payment to her, and the action filed by Mrs. Jager to recover debt and the proposed settlement of that debt (.6); discuss with Receiver the substance of the call with counsel for HW Financial, strategize for continued settlement negotiations, and obtain approval of final | 2.90 | 768.50 | KDM |

offer to propose to counsel (.2); review documents provided by counsel for HW Financial related to promissory notes and loans made from HW Financial to HWC for which repayments from HWC to HW Financial were made and work with C. Perez on confirming that the amounts loaned to HWC equal or exceed the amounts that HWC repaid to HW Financial (.4); receive report from C. Perez regarding her analysis of those documents and confirmation of repayment of loans (.2); email from counsel for HW Financial regarding increased settlement amount and other revised provisions of the Term Sheet, and issues regarding the Receiver's approval of pending disbursement requests, and the proposed settlement payment to Mrs. Jager (.2); prepare and send email to counsel for HW Financial regarding proposed revised terms of settlement, finalizing the Term Sheet, and the Receiver's approval of certain disbursements from HW Financial (.2); email from counsel for Mrs. Jager regarding proposed revisions to the Agreement providing for transfers to Receiver pursuant to Final Judgment and Proxy Agreement and consider proposed revisions (.2); prepare and send email to counsel for Mrs. Jager proposing additional provision to be added to that Agreement to make counsel's latest proposed provision reciprocal (.4).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice Action) Review Order granting Motion for extension of time to respond to Motion to Dismiss and coordinate calendaring new deadline (.1). | 0.10 | 26.50 | KDM |
| [Asset analysis and recovery] (D&O Action) Review Order changing the time of Status Conference and coordinate updating calendar and coverage of Status Conference (.2); telephone call with M. Visconti to counsel for Luu and Morales regarding the Receiver's claims, certain evidence regarding liability, certain issues related to insurance coverage, possible representation of D. Manners, and other matters related to D&O action and | 0.60 | 159.00 | KDM |

discuss with Receiver issues raised and requests for certain evidence made by counsel for Luu and Morales (.4).

| | | | |
|---|---|---|---|
| [Business operations] (HW Financial) Emails from and to CFO of HW Financial regarding disbursements approved by the Receiver and dispute regarding proposed disbursement to T. Hinojos pursuant to employment agreement and review list of approved disbursements (.2); exchange emails with First Foundation Bank regarding approved disbursements and lifting restriction on accounts subject to Receiver's right to request restriction or freeze pursuant to Court Order (.2); email from CFO of HW Financial requesting approval of disbursement to Mrs. Jager pursuant to note and in settlement of her claim asserted in action brought against HW Financial and prepare and send email to CFO regarding issue to be resolved regarding disbursement to Mrs. Jager and need for additional information and documentation regarding note and agreement for payment prior to Receiver's approval (.3); review email from CFO following up on requests for Receiver's approval of pending disbursements, review the proposed disbursements, discuss with Receiver certain of those disbursements, and review email from Receiver approving all but one disbursement (.3); email from counsel for HW Financial regarding clarification of the Receiver's approval of disbursements requests and one disbursement for which more information is required (.1). | 1.10 | 291.50 | KDM |
| [Business operations] Emails with tax consultant regarding her communications with the IRS regarding the Notices of Tax liability sent to the Receiver and documentation required to be provided to the IRS (.2); review certain tax documents received from tax consultant, confer with team members regarding locating requested documentation, and coordinate call with tax consultant to clarify request (.2). | 0.40 | 106.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Claims Process) Telephone call with M. McCarthy regarding the responses to the claimants' appeals of the Receiver's final determinations and discuss form and preparation of responses with Receiver (.3); meet with Receiver regarding status of preparation of response to Dewey & Leboeuf trustee's appeal and deadline to file responses to all appeals (.2); email from M. McCarthy regarding draft responses to appeals of Receiver's final determinations and begin reviewing those responses (.3); strategize with C. Perez regarding arguments in response to Dewey & LeBoeuf trustee's appeal and legal research findings regarding setoff, discuss further research required and status of preparation of response (.8). | 1.40 | 371.00 | KDM |
| | [Asset analysis and recovery] (D&O Case) Phone call with counsel for Morales and Luu (.3); correspondence with insurance counsel regarding status/update (.2). | 0.50 | 132.50 | MDV |
| | [Asset analysis and recovery] (Malpractice action) Work on response to Carey Motion to Dismiss (3.0). | 3.00 | 795.00 | MDV |
| | [Case administration] (Melissa McCarthy) Prepare responses to appeals filed with the court (1.6); respond to customer inquiries (1.0). | 2.60 | 377.00 | mm |
| Dec-11-14 | [Asset analysis and recovery] Review and revise letter to Palm Beach Capital and its principal demanding payment of restitution amount pursuant to Consent Order in CFTC action and requesting responses to discovery in aid of execution (.2); review and approve First Set of Interrogatories and First Request for Production of Documents and coordinate sending them with letter and underlying Consent Order to Palm Beach Capital and principal (.2); telephone call from counsel for CFTC regarding status of efforts to collect restitution amount from Vertical Integration and its principals, their communications with the principals, and certain information | 0.70 | 185.50 | KDM |

regarding the principals to assist with collection efforts (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Jagers Settlement) Multiple emails with counsel for Mrs. Jager and counsel for F. Jager regarding final revisions to be made to the Agreement with the Jagers regarding transfers to Receiver pursuant to Final Judgment and Irrevocable Proxy Agreement and consider counsel's proposed revisions (.8); make final revisions to Agreement with the Jagers (.9); make final revisions to the Irrevocable Proxy Agreement (.5); email from counsel for Mrs. Jager regarding outstanding taxes due by South Peak and agreement to pay those taxes with funds in South Peak account being turned over to Receiver pursuant to Agreement and review tax notices (.2); emails with counsel for HW Financial regarding the status of the execution of the Term Sheet resolving issues between that company and the Receiver and other matters, the status of the preparation of resolutions appointing new President, and counsel's preparation of analysis regarding HW Financial's compliance with applicable corporate law, the Operating Agreement and Articles of Organization (.3). | 2.70 | 715.50 | KDM |
| [Asset analysis and recovery] (Malpractice Action) Telephone call and email from counsel for J.B. Grossman regarding his representation of J.B. Grossman, filing of Notice of Appearance, and request for extension of time to respond to the Complaint, and discuss with team members (.3); review Notice of Appearance filed by counsel for J.B. Grossman (.1). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (D&O Action) Emails with counsel for Luu and Morales regarding letters and evidence provided to insurer (.2). | 0.20 | 53.00 | KDM |
| [Business operations] Email from tax consultant regarding issue related to 2013 tax | 0.80 | 212.00 | KDM |

return filing, work with team members on resolving the issue, and coordinate providing requested documents and proof of filing of tax return (.3); review proof of tax filing and coordinate sending it to tax consultant (.1); review letter from tax consultant to IRS responding to its tax levy notices and attachments (.2); email from CFO of HW Financial regarding accounts payable for HW Financial and HW Securities and request for approval of disbursements, and review underlying documents (.2).

| | | | |
|---|---|---|---|
| [Case administration] Email from A. McGraw regarding status of investigation of his documents and the preparation of Declaration in support of his request that the Receiver consent to DDS's release of certain gold bars (.1); coordinate sending draft Declaration to A. McGraw and prepare email to A. McGraw (.2); email from website manager regarding invoices for web hosting and domain name renewal, review invoices and coordinate payment thereof (.1). | 0.40 | 106.00 | KDM |
| [Case administration] (Claims Process) Review new Appeal of Receiver's Final Determination and coordinate filing it with the Court under a Notice of Filing (.1); exchange emails with M. McCarthy and Receiver regarding Omnibus Response to eight claimants' appeals of the Receiver's Final Determinations (.2); revise Omnibus Response and coordinate adding response to one additional Appeal (2.1); review and revise Response to the Dewey & LeBoeuf's Secured Lender Trust's Appeal of the Receiver's Final Determination (3.2); review documents regarding Dewey & LeBoeuf's representation of HW Financial and its separate representation of Lloyds Commodities', including engagement letters and invoices, and strategize with team members regarding certain terms of engagement by Hunter Wise (.7). | 6.30 | 1,669.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Review additional dealer information and prepare discovery requests in aid of execution and demand letters in attempt to collect restitution (2.3); Review claims process motion and order and receiver's determinations in preparation for drafting motion to approve initial distribution (2.0). | 4.30 | 1,075.00 | CP |
| | [Asset analysis and recovery] (D&O Case) Work on documents for counsel for Luu and Morales and correspondence regarding documents (.4). | 0.40 | 106.00 | MDV |
| | [Asset analysis and recovery] (Malpractice action) Legal research and work on draft of Response to Carey Motion to Dismiss (5.2); correspondence with counsel for Grossman (.1). | 5.30 | 1,404.50 | MDV |
| Dec-12-14 | [Asset analysis and recovery] Review and revise responses to appeals (1.5); review and revise response to Winston & Strawn's motion to dismiss (1.2). | 2.70 | 715.50 | MME |
| | [Asset analysis and recovery] (Jagers Settlement)   Review and analyze email from counsel for HW Financial regarding the California law and sections of the Operating Agreement and Articles of Organization that apply to HW Financial's appointment of a manager, F. Jager's authority as managing member to appoint a non-member as manager and to enter into employment Agreements, the effect of the Final Judgment on F. Jager's authority as managing member of HW Financial, renewed request to make severance payment to T. Hinojos, and the execution of the Term Sheet for the sale of F. Jager's membership interests in HW Financial, transfer of voting rights to the Receiver, and related matters (.5); review Corporate Resolutions appointing new President of HW Financial and HW Securities (.2); strategize with C. Perez regarding the analysis of the law and governing documents of HW Financial and coordinate confirmation of his | 2.90 | 768.50 | KDM |

analysis (.3); review C. Perez's assessment of the analysis of counsel for HW Financial and coordinate further investigation into member management requirement under California law (.3); review Term Sheet signed by F. Jager and prospective purchaser of his interest and prepare and send email to counsel for HW Financial proposing revisions and seeking clarification (.3); telephone call to counsel for HW Financial regarding the Term Sheet for agreement with third party to purchase F. Jager's interest in HW Financial and related matters and possible alternative resolution of issues between HW Financial and the Receiver (.3); emails from and to counsel for various insider investors of HWC regarding the proposed Proxy Agreement, adding a release of the Receiver's claims against them based on proof of their losses, and proof to be provided regarding the transfers to and from one investor who the forensics show was a net winner (.4); prepare and send email to counsel for HW Financial proposing immediate payment to Receiver and execution of proxy agreement in exchange for release of accounts and oversight of HW Financial (.2); email from counsel for F. Jager regarding final revisions to the Agreement between the Jagers and the Receiver and additional assets that F. Jager located and the proposed division of those assets between the Receiver and Mrs. Jager pursuant to the Divorce Stipulation (.2); email from counsel for Mrs. Jager regarding the Agreement between the Jagers and the Receiver and the issue regarding the division of the newly discovered assets (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice Action) Telephone call to counsel for J.B. Grossman regarding extension of time to respond to complaint, possible framework for settlement of malpractice action in conjunction with settlement of CFTC action against J.B. Grossman, certain terms of the applicable malpractice insurance policy, and related matters (.5); strategize with team | 0.90 | 238.50 | KDM |

members regarding issues discussed with counsel for J.B. Grossman (.3); review Unopposed Motion for extension of time to respond to the Complaint (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D&O Action) Emails from and to new counsel for D. Manners regarding the latest version of the Settlement Agreement, the status of negotiations with prior counsel and the only provision that was still being negotiated, and resuming settlement negotiations (.3); review latest version of Settlement Agreement regarding clawback claim, revise release provision, and forward to new counsel for D. Manners (.4). | 0.70 | 185.50 | KDM |
| [Business operations] Emails with CFO of HW Financial regarding payroll and request to disburse funds and review payroll list and compare to previous list and disbursement requests (.2); email from counsel for HW Financial regarding HW Financial's request for approval of payment of its counsel's fees (.1); exchange emails with Receiver regarding approval of HW Financial's payment of its counsel's fees (.1); send emails to counsel for HW Financial and CFO of HW Financial approving payment of counsel's fees (.1); locate document requested by tax consultant for purposes of responding to IRS's Notices of Tax Levy and coordinate providing to tax consultant with explanation regarding circumstances surrounding 2013 tax return filing (.3); continue working on obtaining records from Standard Bank and NTR requested by tax consultant for purposes of preparing Amended Tax Returns for 2013 (.5). | 1.30 | 344.50 | KDM |
| [Case administration] Email from A. McGraw forwarding signed Declaration in support of his request for release of certain gold bars, review signed Declaration, and coordinate resending revised version of Declaration with correction (.2). | 0.20 | 53.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Claims Process) Review additional response to the latest filed Appeal to be incorporated in the Receiver's Omnibus response to Appeals and discuss with M. McCarthy that Appeal and one additional Appeal that may be filed and the response to that Appeal (.4); confer with Receiver regarding Omnibus Response and the Response to the Appeal of the Dewey & LeBoeuf Secured Lender Trust and revisions to be made to those Responses (.2); follow up on final issue being researched for Response to Dewey & LeBoeuf Appeal (.2); continue providing information and direction to C. Perez for purposes of preparation of Motion to Approve Initial Distribution in accordance with the Receiver's Final Determinations and the Court's Determinations of the Appeals (.9). | 1.70 | 450.50 | KDM |
| | [Case administration] Begin drafting motion to approve initial distribution to investors. | 2.20 | 550.00 | CP |
| | [Asset analysis and recovery] (Malpractice action) Finalize draft of Response to Carey Motion to Dismiss (2.2). | 2.20 | 583.00 | MDV |
| | [Asset analysis and recovery] Email K. Martin regarding proxy agreements (.1); Email E. Martin regarding Great Western Shares (.1). | 0.20 | 30.00 | MJS |
| | [Asset analysis and recovery] (Sabertooth action) Email J. Gersh regarding financial affidavit of Sabertooth (.1). | 0.10 | 15.00 | MJS |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and prepare draft responses to appeals with supporting documentation. | 2.80 | 406.00 | mm |
| Dec-13-14 | [Case administration] Draft Motion to Approve Initial Distribution and proposed Order. | 1.00 | 250.00 | CP |
| Dec-14-14 | [Asset analysis and recovery] Draft mutual releases for voting proxy agreements with | 1.50 | 375.00 | CP |

shareholders of HWIC (.5); review management statutes of CA LLC and Articles and Operating Agreement for HWFG and draft response to K. Murena regarding non-member managers, appointment and removal (1.0).

| | | | | |
|---|---|---|---|---|
| Dec-15-14 | [Asset analysis and recovery] Review with counsel the resolution of several issues with the Jager's and South Peak (.3); review and approve expenses of HW Financial (.3). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] (Malpractice action) Confer with counsel regarding telephone call with counsel for JB Grossman concerning settlement and malpractice action. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] (Claims Process) Confer with counsel regarding Omnibus Response and response to Dewey & Leboeuf Secured Lender Trust's Appeal. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] (Jagers Settlement) Emails to and from counsel for F. Jager regarding additional assets located by F. Jager and adding provision to Agreement with the Jagers splitting those assets between the Receiver and Mrs. Jager (.2); discuss the additional assets with Receiver (.3); email from counsel for Mrs. Jager regarding status of finalizing the Agreement with the Jagers (.1). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (D&O Action) Emails with counsel for Luu and Morales regarding upcoming Status Conference with the Judge (.2); review Notice of Appearance of counsel for Luu and Morales (.1). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (Malpractice Action) Discuss with Receiver telephone call with counsel for J.B. Grossman regarding possible settlement of malpractice action and CFTC action and strategize regarding scheduling mediation to facilitate global settlement of both actions (.3); review Order | 0.30 | 79.50 | KDM |

on J.B. Grossman's Motion for extension of
time to respond to Complaint and coordinate
calendaring new deadline (.1).

| | | | |
|---|---|---|---|
| [Business operations] Discuss with Receiver certain disbursement requests from HW Financial and need for additional information regarding certain of those requests before the Receiver can approved them (.2); review Cancellation Notice of Use Tax from Nevada Department of Taxation for Hunter Wise (.1). | 0.30 | 79.50 | KDM |
| [Case administration] (Claims Process) Emails with M. McCarthy regarding revisions to Omnibus Response to various claimants' Appeals of Receiver's Final Determination (.2); discuss with Receiver further revisions to be made to the Omnibus Response and to the Response to Dewey & Leboeuf Secured Lender Trust's Appeal and the preparation of a proposed Orders dismissing the Appeals (.4); review Receiver's proposed revisions to both Responses and coordinate revising one section of the Response to Dewey & LeBoeuf Appeal, completing research of one issue, and inserting citation (.4); review and make final revisions to the Response to Dewey & LeBoeuf Appeal and Omnibus Response to various claimants' appeal (.8); prepare proposed Order dismissing Appeals and have Receiver review and approve them (.6); coordinate and assist with filing of both Responses (.2). | 2.60 | 689.00 | KDM |
| [Asset analysis and recovery] (Malpractice action) Correspondence with insurance counsel regarding status of communications with opposing counsel (.2). | 0.20 | 53.00 | MDV |
| [Asset analysis and recovery] (D&O Case) Correspondence with counsel for Morales and Luu regarding status conference (.2); follow up regarding service on Manners (.1). | 0.30 | 79.50 | MDV |
| [Asset analysis and recovery] Assist attorney K. Murena in finalizing the Receiver's Omnibus Response to Claimants' Appeals to the Receiver's Final Determination and the | 1.20 | 120.00 | pl |

Receiver's Response to Claimant Dewey and LeBouff's Appeal to Receiver's Final Determination.

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (No charge) Prepare initial draft of Unopposed Motion for Corrected Order regarding the Receiver's Sixth Interim Application and prepare proposed order regarding same for attorney K. Murena's review. | 0.60 | 0.00 | pl |
| [Case administration] (Melissa McCarthy) Work on responses to appeals and customer inquiries. | 2.50 | 362.50 | mm |

Dec-16-14

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D&O action) Prepare for and attend status conference in Manners case. | 1.00 | 265.00 | MME |
| [Business operations] Review and approve expenses for HW Financial. | 0.30 | 79.50 | MME |
| [Asset analysis and recovery] Coordinate preparation of release language to be added to Proxy Agreements to be signed by various insiders of HWC, review and revise proposed release language and coordinate inserting and adapting that language to the Proxy Agreements for each insider who agreed to sign them (.5); review revised Proxy Agreements incorporating new release language, revise that language, and send email to counsel for various insiders forwarding revised drafts of Proxy Agreements (.5); receive update regarding Suffolk County Clerk's refusal to record CFTC Order against a dealer and its principals and coordinate research regarding recording CFTC administrative orders providing for restitution and civil monetary penalties and other means of enforcing such orders against real property (.3); receive reports regarding initial research findings and coordinate further research and telephone call to the Clerk's office regarding the recording of the CFTC order (.3) review and finalize demand letter and discovery in aid of execution to S.J. Woods to collect restitution | 1.90 | 503.50 | KDM |

amount ordered in CFTC Consent Order and coordinate serving letter and discovery requests (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Jagers Settlement)   Multiple emails with counsel for Mrs. Jager regarding the status of finalizing the Jagers Agreement with the Receiver (.3); email from counsel for F. Jager regarding his latest revision to the Agreement, adding provision regarding newly discovered assets and certain accounts not addressed in prior drafts of the Agreement (.1); review counsel's proposed revisions and make further revisions to the Agreement (.5); prepare and send email to counsel for F. Jager regarding his latest revisions, the additional proposed revisions, and a suggestion for one of the provisions regarding a particular bank account (.3); exchange emails with counsel for HW Financial regarding his client's consideration of the Receiver's latest proposal for settling ale all disputes (.2); emails with counsel for F. Jager regarding F. Jager's shares in AT&T and review the stock certificates (.3). | 1.70 | 450.50 | KDM |
| [Case administration] (Claims Process) Coordinate sending proposed Orders dismissing appeals filed by various claimants to the Court (.1); follow up on serving the Receiver's Responses to the Appeals on counsel for the Dewey & LeBoeuf Secured Lender Trust and the individual claimants who filed the Appeals (.1); review late-filed appeal and M. McCarthy's proposed response to that Appeal and discuss with M. McCarthy and Receiver basis for disallowance of claim (.3); revise Response and discuss with Receiver (.9); prepare proposed Order dismissing appeal of two claimants (.2). | 1.60 | 424.00 | KDM |
| [Asset analysis and recovery] (D&O Case) Attend status conference (.5); follow up on efforts to serve Manners (.2); discussions and follow up correspondence with counsel for Morales and Luu (.3); review Court Scheduling Order (.1). | 1.10 | 291.50 | MDV |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Finalize Response to Carey Motion to Dismiss for filing (.4). | 0.40 | 106.00 | MDV |
| | [Asset analysis and recovery] Legal research on recording CFTC consent judgments (2.2); Phone call to Clerk's office is Suffolk County, NY regarding recording Consent Order (.1);Revise Proxy Agreements for shareholders of HWIC (.5). | 2.80 | 420.00 | MJS |
| Dec-17-14 | [Asset analysis and recovery] Review and revise response to late filed appeal. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] (No charge) Corrected fee application for accountants. | 0.40 | 0.00 | MME |
| | [Asset analysis and recovery] (Jagers Agreement)   Email from and telephone call to counsel for F. Jager regarding final revisions to the agreement between the Jagers and the Receiver and the details regarding the transfer of certain funds to the Receiver and closing or transfer of F. Jager's investment account containing a zero balance to Mrs. Jager (.5); emails with counsel for HW Financial regarding the proposed Term Sheet and need to have it fully executed before it can be submitted to FINRA and review and interlineate additional provisions to be initialed by all parties (.4). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] Receive report from M. Spencer regarding her investigation into procedure for transferring shares of Great Western Iron Ore from Ed Martin to the Receiver and conversations with President of Great Western and coordinate follow-up with President to obtain forms for transfer of shares to the Receiver (.3); review and revise demand letters to dealers against which CFTC Consent Orders were entered, requests for production of documents, and interrogatories, and coordinate serving letters and discovery requests (.5); continue working on investigation of the dealers against which judgments and consent orders were entered | 1.60 | 424.00 | KDM |

|  | and coordinate continued preparation of demand letters and discovery in aid of execution (.8). |  |  |  |
|---|---|---|---|---|
|  | [Asset analysis and recovery] (Claims Process)   Discuss with the Receiver her proposed revision to the response to the late-filed appeal of the Receiver's final determination regarding two claims, revise response accordingly, and coordinate filing it with the Court (.3). | 0.30 | 79.50 | KDM |
|  | [Business operations] Review letter from Palm Beach Tax Collector confirming receipt of payment in full for 2012 taxes for Lloyds Commodities (.1); continue working on locating documents requested by tax consultant for purposes of amended tax returns for HWC (.8). | 0.90 | 238.50 | KDM |
|  | [Asset analysis and recovery] (D&O Case) Work on documents requested by counsel for Morales and Luu and correspondence regarding same (.3). | 0.30 | 79.50 | MDV |
|  | [Asset analysis and recovery] (Malpractice action) Finalize Response to Carey Motion to Dismiss for filing (.4). | 0.40 | 106.00 | MDV |
|  | [Asset analysis and recovery] Phone call to C. Como regarding recording CFTC consent order (.1); Phone call with D. Bode of Great Western regarding replacement of Ed Martin's stock certificates (.2); Phone call with transfer agent regarding transfer of shares (.1); Email transfer agent about transfer procedure (3); Email E. Martin regarding transfer of Great Western Shares (.1). | 0.80 | 120.00 | MJS |
|  | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 0.50 | 72.50 | mm |
| Dec-18-14 | [Asset analysis and recovery] Receive update regarding cooperation and instructions of President of Great Western Iron Ore for transferring shares to Receiver and need for | 0.70 | 185.50 | KDM |

Ed Martin to provide written consent to
proposed transfer and coordinate contacting
Ed Martin (.2); review, finalize and sign
demand letter to dealer against which
Consent Order was entered and requests for
production of documents and interrogatories
and coordinate service of letter and discovery
in aid of execution (.3); coordinate updating
of tracking chart of all judgment debtor
dealers from which we are seeking to collect
restitution amounts and coordinate contacting
those who received demand letters to follow
up on demands (.2).

| | | |
|---|---|---|
| [Asset analysis and recovery] (Jagers Settlement)   Email from counsel for F. Jager forwarding revised draft of Agreement with the Jagers, review the revised draft, confirm all transfers from Jagers' various companies to the Estate, and send email to counsel regarding South Peak and its accounts (.8); emails from and to counsel for HW Financial regarding status of Receiver's execution of Term Sheet and timetable for submitting it to FINRA and scheduling of the closing of the Agreement to be drafted based on the Term Sheet (.2); emails with counsel F. Jager and counsel for Mrs. Jager regarding clarification of certain provisions of the Agreement with the Jagers, final issues to be resolved, and scheduling a call to clarify provisions and resolve issues (.2); revise Motion to approve Agreement with the Jagers to reflect updated amounts to be transferred to the Receiver and other revisions to the Agreement, revise the proposed Order granting the Motion, and present to Receiver for review (.4); multiple emails with counsel for F. Jager and counsel for Mrs. Jager regarding rescheduling the call to resolve outstanding issues (.2). | 1.80 | 477.00 | KDM |
| [Business operations] Email from CFO of Hunter Wise requesting authority to pay T. Hinojos unpaid compensation based on employment agreement, review analysis of amount due versus amount paid to her prepared by CFO, review summary of research findings regarding appointment of non-member as manager of CA LLC, and | 0.50 | 132.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | investigate the circumstances surrounding the execution of the employment agreement with T. Hinojos (.5). | | | |
| | [Asset analysis and recovery] (D&O Case) Correspondence with opposing counsel regarding selecting mediator and mediation date (.2); correspondence with CFTC regarding documents needed (.1); correspondence with opposing counsel regarding efforts to locate requested documents (.1). | 0.40 | 106.00 | MDV |
| | [Asset analysis and recovery] (Malpractice action) Correspondence with counsel for Carey (.1). | 0.10 | 26.50 | MDV |
| | [Asset analysis and recovery] Phone call to C. Como at Clerk's Office of Suffolk Country regarding recording judgment (.1); Email K. Martin regarding proxy agreements (.1). | 0.20 | 30.00 | MJS |
| | [Asset analysis and recovery] (No charge) Create and update spreadsheet regarding Discovery in Aid of Execution to Dealers. | 1.20 | 120.00 | pl |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 0.30 | 43.50 | mm |
| Dec-19-14 | [Asset analysis and recovery] (Jagers Agreement) Follow up on Receiver's execution of the Term Sheet for agreement regarding transfers to Receiver and HW Financial's execution of Proxy Agreement, review fully executed and initialed Term Sheet, and send it to counsel for HW Financial (.2); prepare for teleconference with counsel for F. Jager and counsel for Mrs. Jager, including reviewing latest drafts of Settlement with the Jagers and the Proxy Agreement and certain related documents (.6); teleconference with counsel for F. Jager and counsel for Mrs. Jager regarding final revisions to the two Agreements (.5); review latest revised drafts of the Agreement with the Jagers prepared by counsel for F. Jager based on discussions and agreements during conference call (.6). | 1.90 | 503.50 | KDM |

|         | [Asset analysis and recovery] (D&O Action) Emails with counsel for D. Manners regarding status of their consideration of latest draft of the Settlement Agreement resolving the Receiver's fraudulent transfer claims and retention of counsel in the United States (.2). | 0.20 | 53.00 | KDM |
|---------|---|---|---|---|
| Dec-22-14 | [Asset analysis and recovery] Review and revise motion to approve agreement regarding execution of judgment. | 0.60 | 159.00 | MME |
|         | [Asset analysis and recovery] (Jagers Agreement)   Analyze certain revised provisions to the Agreement with the Jagers, discuss with the Receiver all of the latest proposed revisions to the Agreement, review the law applicable to attachment of judgments on future acquired assets, and prepare and send email to counsel for F. Jagers requesting clarification regarding one added provision (.7). | 0.70 | 185.50 | KDM |
|         | [Business operations] Email from CFO of HW Financial regarding payroll and accounts payable and review list of proposed disbursements for normal operating expenses (.2); follow up with NTR and Standard Bank to obtain documents needed by tax consultant to complete amended 2013 tax returns, preparing and sending emails and making telephone calls to representatives of those suppliers regarding specific documents needed related to the liquidation of metals positions in 2013 (.9); review Notices from IRS regarding payroll taxes for 2013 and 2014 and need for updated payee information and send Notices to tax consultant for review and advice on how and whether to respond (.2). | 1.30 | 344.50 | KDM |
|         | [Asset analysis and recovery] (D&O Case): Strategize regarding mediation (.1); correspondence with counsel for Morales and Luu regarding mediation and regarding requested documents (.3); correspondence with CFTC regarding efforts to locate | 0.50 | 132.50 | MDV |

requested documents (.1).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] (Malpractice action) Correspondence with counsel for Carey (.1). | 0.10 | 26.50 | MDV |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and late claims. | 0.50 | 72.50 | mm |
| Dec-23-14 | [Business operations] Email with counsel regarding tax issues. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] (Jagers Agreement)   Email from counsel for F. Jager providing explanation regarding certain proposed additions to the Agreement between the Receiver and the Jagers and California law applicable to execution of judgments and the provisions in the Agreement that preserve the Receiver's rights to collect future assets and consider the referenced law and provisions (.3); discuss with Receiver counsel's explanation and the additional provisions at issue (.1); meet with Receiver regarding her approval of the terms of the latest revised Agreement and the form of the Motion to approve and proposed Order approving Agreement (.2); prepare and send email to counsel for F. Jager and counsel for Mrs. Jager regarding Receiver's acceptance of terms of latest revised Agreement and requesting signatures so agreement can be submitted with Motion to approve (.1); coordinate finalizing and filing of Motion to approve Agreement (.1); telephone call to counsel for F. Jager regarding his client's execution of Agreement and have Receiver execute the Agreement (.1). | 0.90 | 238.50 | KDM |
| | [Asset analysis and recovery] (D&O Action) Telephone calls to counsel for D. Manners to resume negotiations of settlement of the Receiver's fraudulent transfer claims. | 0.30 | 79.50 | KDM |
| | [Business operations] Emails with tax consultant regarding proposed response to IRS notices regarding payroll taxes and | 0.40 | 106.00 | KDM |

information regarding payroll to employees in 2013, and coordinate preparing and sending IRS response letter (.2); emails with Receiver regarding having tax consultant prepare response to IRS tax notices and follow up with tax consultant regarding information needed to include in response (.2).

| | | | |
|---|---|---|---|
| | [Case administration] (Claims Process) Review and revise Motion to Approve Initial Distribution and proposed Order granting Motion (1.9); discuss with Receiver Motion and proposed Order and deadline for filing Motion (.2); send draft of Motion and Proposed Order to counsel for CFTC and exchange emails with counsel regarding consent to Motion to Approve Initial Distribution (.2); confirm amount of cash on hand and calculations for the Initial Distribution in the Motion to approve Initial Distribution (.2); receive approval from Receiver regarding the Motion to approve and proposed Order, and coordinate finalizing and filing of Motion (.2). | 2.70 | 715.50 | KDM |
| | [Asset analysis and recovery] (D&O Case) Correspondence with counsel for Morales and Luu regarding mediation (.1). | 0.10 | 26.50 | MDV |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and prepare initial distribution list. | 3.25 | 471.25 | mm |
| Dec-24-14 | [Asset analysis and recovery] (Jagers Agreement) Follow up with counsel for F. Jager and counsel for Mrs. Jager regarding execution of Agreement between the Jagers and the Receiver (.2); telephone call from counsel for F. Jager regarding Receiver's execution of the Agreement and having F. Jager and Mrs. Jager sign that version and send Receiver's executed copy to counsel for F. Jager (.3); exchange emails with counsel for F. Jager regarding final version of the Proxy Agreement, review the latest circulated drafts of the Proxy Agreement, finalize the Agreement and send it to counsel for F. Jager for execution (.4). | 0.90 | 238.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Business operations] Follow up by email and telephone call with NTR regarding documents to be provided reflect cost basis for metals transactions in 2013 for purposes of completing 2013 amended tax returns (.3). | 0.30 | 79.50 | KDM |
| | [Case administration] (Claims Process) Exchange emails and telephone calls with M. McCarthy regarding spreadsheet of proposed initial distributions to claimants with allowed claims to be submitted to Court for in camera review and review that spreadsheet (.5); prepare and send email to the Court submitting the spreadsheet of proposed distributions and the proposed Order Approving Initial Distributions (.1); telephone calls to Court regarding submission of spread sheet for in camera inspection (.1). | 0.70 | 185.50 | KDM |
| | [Asset analysis and recovery] (D&O Case) Correspondence with counsel for Morales and Luu regarding mediation (.1); correspondence with insurance counsel regarding mediation (.1); correspondence with counsel for Manners (.1). | 0.30 | 79.50 | MDV |
| Dec-26-14 | [Asset analysis and recovery] (Jagers Agreement) Exchange emails with counsel for F. Jager regarding the Jagers' execution of the Agreement with the Receiver and the filing of the Motion to approve it and review the fully executed Agreement (.2); finalize Motion to approve Agreement and proposed Order and coordinate filing of Motion (.3). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] (D&O Case) Correspondence with counsel for Manners and confer with Receiver regarding mediation (.2). | 0.20 | 53.00 | MDV |
| Dec-29-14 | [Asset analysis and recovery] Email from counsel for HW Financial regarding execution of the Agreement between the Jagers and the Receiver, the submission of that Agreement to the Court for approval, and the Receiver's consent to HW Financial's transfer of amount to Mrs. Jager in settlement | 0.40 | 106.00 | KDM |

of her claim against that company (.2); gather Court filings and fully executed Agreement and send to counsel for HW Financial with explanation regarding certain provisions of the agreement and the inability to submit to the Court the Term Sheet for the Agreement with F. Jager and purchaser of his shares until that agreement is finalized (.2).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Email K. Martin regarding proxy agreements. | 0.10 | 15.00 | MJS |
| Dec-30-14 | [Asset analysis and recovery] Receive update from M. Spencer regarding recording of CFTC Consent Order of restitution against certain dealers and principals, communications with Clerk's office regarding recording of such an Order, and coordinate research regarding recording of administrative orders establishing liabilities (.2); emails with counsel for DDS regarding investor's request to file insurance claim against DDS's policy for certain metals he claims were lost and request to contact that investor to explain status and ownership of metals at issue (.2). | 0.40 | 106.00 | KDM |
| | [Business operations] Email from President of HW Financial requesting approval of year-end bonus for certain employees and email from Receiver approving request (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] Phone call to Suffolk County Clerk's office regarding recording CFTC consent order (.4). | 0.40 | 60.00 | MJS |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 0.50 | 72.50 | mm |
| Dec-31-14 | [Asset analysis and recovery] Prepare demand letters and discovery to Morello, Alexis and Vertical Integration (1.2); perform background searches to locate these dealers to serve with default judgment, demands and discovery (.8). | 2.00 | 500.00 | CP |
| Jan-02-15 | [Asset analysis and recovery] Telephone calls | 0.20 | 53.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
|  | to and from investor regarding his intention to file insurance claim against DDS's insurance policy for metals held in a Hunter Wise account (.2). |  |  |  |
|  | [Business operations] Emails with CFO of Hunter Wise Financial requesting approval of payroll and review proposed payroll (.1); email from CFO of Hunter Wise Financial requesting approval of amounts allegedly due to T. Hinojos under her employment agreement with HW Financial and review the calculations of alleged amounts due (.2). | 0.30 | 79.50 | KDM |
|  | [Asset analysis and recovery] Legal research on recording CFTC consent judgment. | 0.80 | 120.00 | MJS |
|  | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 1.50 | 217.50 | mm |
| Jan-03-15 | [Asset analysis and recovery] (D&O Case) Strategize with K. Murena and M. Damian regarding service on Manners and review Manners documents (.4). | 0.40 | 106.00 | MDV |
| Jan-05-15 | [Asset analysis and recovery] (D&O case) Conference with counsel regarding Manners case and strategy. | 0.20 | 53.00 | MME |
|  | [Case administration] Telephone call with investor regarding claim (.3); review and approve expenses for HW Financial (.3). | 0.60 | 159.00 | MME |
|  | [Case administration] Discuss Palm Beach Investor response with counsel. | 0.30 | 79.50 | MME |
|  | [Asset analysis and recovery] (D&O Action) Telephone calls to counsel for D. Manners regarding acceptance of service of process and resuming settlement negotiations regarding Receiver's fraudulent transfer claims and coordinate scheduling call with counsel (.2); exchange multiple emails with M. Visconti regarding the status of serving D. Manners, hiring counsel and bringing action in England, and recent communications with | 0.90 | 238.50 | KDM |

D. Manners's counsel regarding his defenses to the Receiver's claims (.4); meet with Receiver and M. Visconti regarding the foregoing matters, the possible amendment of the complaint to include a fraudulent transfer action against D. Manners, issues and logistics regarding mediation, and related matters (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Strategize with C. Perez regarding demand letters and discovery requests in aid of execution to dealers against which judgments and consent | 1.30 | 344.50 | KDM |

restitution orders were entered, receive report regarding status of all demand letters and discovery in aid of execution, and coordinate updating of tracking chart for all such dealers (1.0); receive update regarding status of obtaining certified copies of CFTC administrative restitution orders for purposes of recording and the status of recording the remaining unrecorded orders (.2); review letter from CFTC regarding various certified copies (.1).

| | | | |
|---|---|---|---|
| [Business operations] Email from CFO of HW Financial requesting approval of accounts payable, review back-up documents for accounts payable and discuss with Receiver this request and other requests for disbursement (.2). | 0.20 | 53.00 | KDM |
| [Case administration] Discuss with Receiver inquiry of customer of Palm Beach Capital regarding his investments and whether they were transferred to Hunter Wise and review Consent Order entered in CFTC action against that company (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] Prepare discovery requests for Matthew Hall, Pacific Exchange Group, Isaac Grossman and London Metals (1.2); review CFTC orders against same (.2); research addresses for service of same and recording of CFTC Orders (.6). | 2.00 | 500.00 | CP |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (D&O Case) Phone call with counsel for Manners (.3); strategize with M. Damian and K. Murena regarding Manners (.2); coordinate mediation (.3); correspondence with Pam Perry (.1); correspondence with counsel for defendants (.2); confer with UK counsel regarding UK law (.2). | 1.30 | 344.50 | MDV |
| | [Asset analysis and recovery] (D&O action) Telephone conferences with Pamela Perry's office regarding mediation dates (.1); telephone conference with Adam Hodkin regarding mediation dates (.2); e-mails to Adam Hodkin regarding mediation dates, location and time (.1). | 0.40 | 40.00 | pl |
| | [Asset analysis and recovery] (No charge) Prepare draft Motion for Extension of Time to respond to Grossman's Motion to Dismiss the Complaint and proposed order regarding same for attorney M. Visconti's review. | 1.10 | 0.00 | pl |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 0.30 | 43.50 | mm |
| Jan-06-15 | [Asset analysis and recovery] Review HWIC issues with counsel including return of metals to certain customer. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] (Malpractice Action)   Review Order granting Motion for extension of time to respond to J.B. Grossman's Motion to Dismiss and coordinate calendaring new deadline (.1); strategize with team members regarding settlement negotiations and possible mediation of Receiver's claims (.3). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] Continue working with C. Perez on demand letters and discovery in aid of execution to dealers against which judgments and consent restitution orders were entered and confirm which dealers received such letters and discovery and which dealers have not yet | 2.90 | 768.50 | KDM |

received such letters and discovery (.8);
review and revise demand letters and
discovery in aid of execution to Vertical
Integration and its principals and Pacific
Exchange and its principal and coordinate
finalizing and serving those letters and
discovery requests (.8); gather and review
lists of dealers and contact information and
forensic analyses of transfers from Hunter
Wise to dealers and coordinate and assist C.
Perez with confirming applicable fraudulent
transfer law for each dealer and preparation
of demand letters to dealers against which no
judgments or consent orders have been
entered (1.2); meet with Receiver regarding
signed Declaration and supporting documents
from individual seeking release of gold bars
in HWIC account at DDS and provide to
counsel for CFTC Declaration with
explanation of investigation of individual's
claim to those bars prior to consenting to
DDS's release thereof (.1).

| | | | |
|---|---|---|---|
| [Business operations] Emails with CFO of HW Financial regarding his requests for approval disbursements to H. Hinojos and coordinate scheduling call to discuss issues arising from underlying employment agreement (.2); telephone calls to and from CFO of HW Financial regarding same (.3). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] Prepare draft fraudulent transfer recovery demand letter to be sent to various non-defendant dealers to recover transfers received from HWC. | 1.20 | 300.00 | CP |
| [Asset analysis and recovery] (D&O Case) Correspondence with L. Gollin and provide requested documents (.3); prepare proposed order scheduling mediation (.1). | 0.40 | 106.00 | MDV |
| [Asset analysis and recovery] (D&O action) Prepare proposed order of mediation (.2); e-mails to/from Lynn Golin and Adam Hodkin regarding proposed order scheduling mediation (.2); telephone conferences with Lynn Golin and Adam Hodkin's office regarding proposed order (.2); e-mail to Judge | 0.70 | 70.00 | pl |

Altonaga's chambers regarding proposed
order scheduling mediation (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (No charge) Update status chart regarding demand letters and discovery in aid of execution to dealers (1.6); prepare cover letters to different clerk's office and prepare package submitting certified copies of Orders/judgments for recording in the appropriate county for dealers (.9); make edits to discovery requests to Pacific Exchange Group and to Vertical Integration Group LLC and principals (.8). | 3.30 | 0.00 | pl |
| [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and appeal. | 1.00 | 145.00 | mm |

Jan-07-15

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Continue working on confirming applicable fraudulent transfer law for each dealer and preparation of demand letters to dealers against which no judgments or consent orders have been entered (.9). | 0.90 | 238.50 | KDM |
| [Business operations] Emails with NTR Bullion Group regarding information requested by tax consultant for 2013 trades including cost basis, review the information provided, obtain clarification from NTR for certain information, and forward information and explanation to tax consultant for purposes of preparing amended 2013 tax returns (.5); emails with tax consultant and M. Dhanji regarding preparation of 1099s for disbursements in 2014 and status of reconciliation of accounts for 2014 for purposes of determining if 1099s are necessary (.3); email from counsel for HW Financial regarding multiple requests for approval of deferred salary and severance payment to T. Hinojos pursuant to Employment Agreement, and prepare and send email to Receiver regarding issues related to approval of such payments, applicable California law and the corporate governing documents, and HW Financial's | 1.10 | 291.50 | KDM |

counsel's position with respect to those issues (.3).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] (Malpractice Case) Phone call with counsel for Tim Carey regarding Joint Scheduling Report (.2). | 0.20 | 53.00 | MDV |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 1.00 | 145.00 | mm |
| Jan-08-15 | [Asset analysis and recovery] Review payroll issues for HW Financial, discuss with counsel, and respond to requests. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Discuss with counsel regarding HW Financial request for approval to payments and analysis of law concerning accrual salaries and employment agreement. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] (D&O Action) Emails with counsel for Defendants regarding Order Scheduling Mediation and discuss with team members (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] Review recent Court filing and Order entered in state court action against Lloyds entities (.2); review and revise demand letter to be sent to dealers against which judgments and consent orders have not been entered and coordinate further revisions to the letter (.5); continue working on investigating the location of each dealer for purposes of determining the applicable fraudulent transfer laws and coordinate inserting applicable law into each letter (.8). | 1.50 | 397.50 | KDM |
| | [Business operations] Emails with T. Hinojos regarding payment of accrued salary for 2014 and the severance amount pursuant to the Employment Agreement (.2); discuss with Receiver HW Financial's request for approval of those payments and HW Financial's counsel's s analysis of the law applicable to the payment of accrued salary and the law and corporate governing documents pertaining to the execution of the | 1.70 | 450.50 | KDM |

Employment Agreement (.2); emails from and to CFO of HW Financial regarding the Receiver's approval of payment of accrued salary but need for Court approval of severance payment (.2); emails with tax consultant regarding her assessment of documents and information provided by NTR Bullion Group for purposes of preparing amended 2013 tax returns, certain assumptions that will have to be made to complete tax returns given discrepancies with information provided by suppliers, and additional documents required from Standard Bank (.4); follow up with Standard Bank regarding obtaining the documents necessary to complete the amended tax returns and exchange emails regarding status of gathering and production of documents (.4); review multiple emails between tax consultant and NTR regarding clarification of documents provided and request for additional information necessary for tax returns (.3).

| | | | |
|---|---|---|---|
| [Case administration] Email from counsel for CFTC regarding Hunter Wise customer inquiry as to status of precious metals she sent to Hunter Wise and the CFTC's consideration of A. McGraw's declaration in support of his claim to gold bars in HWIC account at DDS (.2); telephone call to counsel for CFTC regarding same (.2); coordinate confirmation that the precious metals that customer transferred to Hunter Wise were leveraged and discuss issues related thereto (.2); receive report from M. McCarthy regarding that customer's claim, the Receiver's final determination, her appeal thereof, and the Receiver's response thereto (.1). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (Malpractice case) Review Carey Counsel draft Motion (.2); correspondence regarding same (.1). | 0.30 | 79.50 | MDV |
| [Asset analysis and recovery] (D&O case) Telephone conference with Pam Perry's office (.1); e-mail to Claire regarding Order of Scheduling Meditation and parties names and counsel information (.1). | 0.20 | 20.00 | pl |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 0.50 | 72.50 | mm |
| Jan-09-15 | [Asset analysis and recovery] Continue working with C. Perez on confirming applicable fraudulent transfer law for each dealer and preparation of demand letters to dealers against which no judgments or consent orders have been entered (.8). | 0.80 | 212.00 | KDM |
| | [Business operations] Review emails between M. Dhanji and tax consultant regarding the reconciliation of the accounts for all receivership entities, the disbursements to third parties for which 1099s is required, the preparation of the 1099s, and forwarding documents necessary to prepare the 1099s, and review those documents (.3). | 0.30 | 79.50 | KDM |
| | [Case administration] Prepare and send email to counsel for CFTC regarding claim filed by a particular customer, the Receiver's final determination of that claim, the customer's appeal, and Receiver's response thereto, and explaining that the metals the customer transferred were leveraged (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Malpractice case) Review process server affidavit regarding Manners (.2); legal research regarding service on Manners (.4); review letter from Chubb (Carrier) (.2); correspondence with C Steklof regarding correspondence from Chubb (.1); correspondence with counsel for Manners (.2). | 1.10 | 291.50 | MDV |
| | [Asset analysis and recovery] Email K. Martin regarding proxy agreements (.1); Email E. Martin regarding Great Western shares (.1). | 0.20 | 30.00 | MJS |
| | [Business operations] (Mary Dhanji) Work on calculation and preparations for 1099s. | 0.50 | 50.00 | pl |

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 0.50 | 72.50 | mm |
| Jan-12-15 | [Business operations] Review and coordinate responses to notices from the state of California and discuss same with counsel. | 0.50 | 132.50 | MME |
|  | [Asset analysis and recovery] (Malpractice Action)   Review Order granting extension of time to submit Joint Scheduling Report, discuss with team members, and coordinate calendaring of new deadline (.2); review Reply in Support of Motion to Dismiss filed by Winston & Strawn (.4). | 0.60 | 159.00 | KDM |
|  | [Asset analysis and recovery] Follow up on Court's entry of Order approving agreement with the Jagers (.1); receive Certified Copy of Consent Order against a certain dealer and coordinate recording in the appropriate jurisdictions (.2); receive proof of recording of another Consent Order against a dealer and follow up on, and receive report regarding status of recording Consent Orders and Judgments against all other dealers in appropriate jurisdictions (.2). | 0.50 | 132.50 | KDM |
|  | [Business operations] Review Notice of Hearing, Complaint and Answer from California Division of Labor Standards Enforcement regarding a former employee of HWC, discuss with Receiver, and coordinate preparation of letter explaining the stay provision in the Receivership Order and forwarding a copy of that Order (.5); follow up with R.J. O'Brien and Standard bank regarding obtaining information necessary for amended tax returns and review certain information previously obtained from R.J. O'Brien regarding 2013 transactions to narrow request for documents (.6). | 1.10 | 291.50 | KDM |
|  | [Asset analysis and recovery] (Malpractice) Correspondence with Manners' counsel regarding waiving service (.2); review Reply regarding Carey Motion to Dismiss (.3); legal research and work on Response to Grossman Motion to Dismiss (2.9). | 3.40 | 901.00 | MDV |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (D&O case) Correspondence with British counsel regarding jurisdictional issues (.3); legal research regarding international jurisdictional issues (.3). | 0.60 | 159.00 | MDV |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 1.00 | 145.00 | mm |
| Jan-13-15 | [Asset analysis and recovery] (D&O action) confer with counsel regarding service on Manners. | 0.10 | 26.50 | MME |
| | [Business operations] Review and approve HW Financial disbursements (.3); review and execute tax documents (.3). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] Receive update from Court regarding status of its consideration of various pending Motions including motion to approve agreement with the Jagers (.1); emails with counsel for F. Jager and counsel for Mrs. Jager regarding status of Court's consideration of Motion to approve agreement with the Jagers (.2); email with counsel for CFTC regarding no objection to | 2.00 | 530.00 | KDM |

Receiver's consenting to release of certain gold bars to investor of HWIC pursuant to Receiver's investigation and declaration of investor, and discuss with Receiver (.4); prepare and send email to counsel for DDS summarizing the Receiver's investigation of the investor's claims to the gold bars, forwarding the investor's Declaration, and conveying the Receiver's consent to the release of certain gold bars to him and request to continue to hold the remaining gold bars at issue (.4); emails from and to investor of HWIC regarding the status of the release of certain of the gold bars, making delivery arrangements with DDS, and his participation in claims process for purposes of recovering any portion of value of remaining gold bars (.3); review and revise draft letter to

California Department of Labor Standards regarding stay of all proceedings including action of former employee of HW Service and coordinate making further revisions and sending out letter (.4); multiple emails with special insurance counsel, Receiver, and other team members regarding the status of all pending litigation matters and scheduling of team meeting to discuss status and strategy for each matter (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D&O Action) Review latest emails with counsel for D. Manners regarding service of process and related issues and receive update regarding status of efforts to serve him and requirements under the Hague Convention (.2); follow up on status of process server's efforts to serve D. Manners and receive report of his efforts to avoid service (.2). | 0.40 | 106.00 | KDM |
| [Business operations] Receive from tax consultant for filing with the IRS quarterly tax filings for certain receivership entities, review the proposed filings and discuss them with M. Dhanji, and coordinate contacting tax consultant to inquire as to certain issues related to the tax filing given the termination of the receivership entities' business operations (.4); emails from CFO of HW Financial regarding summary of accounts payable and invoices for each expense and requesting Receiver's approval, review summary and invoices, and review email from Receiver approving disbursements (.2). | 0.60 | 159.00 | KDM |
| [Asset analysis and recovery] Draft demand letters for recovery of fraudulent transfers to various dealers (1.2); research fraudulent transfer statutes in various states in preparation for drafting demand letters (2.3). | 3.50 | 875.00 | CP |
| [Asset analysis and recovery] (Malpractice action) Work on Response to Grossman Motion to Dismiss (4.9). | 4.90 | 1,298.50 | MDV |
| [Asset analysis and recovery] (D&O case) Confer with British counsel regarding | 0.50 | 132.50 | MDV |

|  | Manners (.2); correspondence with Manners counsel (.1); strategize with Receiver regarding service on Manners (.1). | | | |
|---|---|---|---|---|
|  | [Asset analysis and recovery] Draft letter to California Department of Industrial Relations (1.1); Legal research on the effect of federal administrative agency orders (.6). | 1.70 | 255.00 | MJS |
| Jan-14-15 | [Asset analysis and recovery] Review and approve HW Financial request for disbursement of account payable. | 0.30 | 79.50 | MME |
|  | [Asset disposition] Emails from and to general counsel for DDS confirming the 4 gold bars that are to be released to Mr. McGraw and forwarding documents regarding certain other gold bars in account of HWIT, review those documents, and provide to counsel additional identifying information regarding the 4 gold bars to be released (.8). | 0.80 | 212.00 | KDM |
|  | [Asset analysis and recovery] Receive update from M. Spencer regarding recording of Judgments, Consent Orders and CFTC Administrative Orders and her latest research findings regarding recording of CFTC Administrative Orders to create liens on real property in the counties in which they are recorded (.3); revise and finalize letter to California Department of Labor Standards (.1). | 0.40 | 106.00 | KDM |
|  | [Asset analysis and recovery] (D&O Action) Emails with special insurance counsel regarding retainer agreement with mediator, review that agreement, and coordinate execution of agreement and payment of deposit (.2); review and revise Certificate of Interested Parties, add reference to customer list with proposal to submit for in camera inspection to protect the customers, and coordinate finalizing and filing it with the Court (.3). | 0.50 | 132.50 | KDM |
|  | [Business operations] Emails between CFO of HW Financial and the Receiver regarding | 0.30 | 79.50 | KDM |

request for approval of payroll and commission disbursements and the underlying documents giving rise to one of the proposed commission payments and review that document (.2); emails from T. Hinojos regarding her request for approval of HW Financial's disbursement of severance payment (.1).

| | | | |
|---|---|---|---|
| [Case administration] Emails with A. McGraw regarding his communications with DDS regarding the release of the 4 gold bars and his intention to file an amended claim against the Estate seeking the 3 remaining gold bars (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (D&O case) Review certificate of interested parties (.3); research service by mail in UK (.3); review process server affidavit (.1). | 0.70 | 185.50 | MDV |
| [Asset analysis and recovery] Legal research on CFTC judgments (1.8); Phone call to Suffolk County Clerk regarding recording judgment (.1); Revise Letter to Labor Commissioner (1.1) | 3.00 | 450.00 | MJS |
| [Asset analysis and recovery] (Sabertooth action) Phone call to M. Gersh regarding financial affidavit and dates for settlement conference. | 0.10 | 15.00 | MJS |
| [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 3.00 | 435.00 | mm |

Jan-15-15

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Review and revise response to motion to dismiss (.9); conference with counsel regarding same (.1). | 1.00 | 265.00 | MME |
| [Business operations] Review and approve requests from HW Financial. | 0.20 | 53.00 | MME |
| [Asset analysis and recovery] Telephone call from principal of dealer Empire Sterling requesting additional time to respond to demand letter for restitution amount and discovery in aid of execution (.4); emails | 0.60 | 159.00 | KDM |

|  |  |  |  |  |
|---|---|---|---|---|
| | from and to principal confirming extension of time and condition that financial discovery be produced and a proposal for payment of the restitution amount (.2). | | | |
| | [Business operations] Email from Standard Bank forwarding various documents in response to our requests for information necessary for tax consultant to complete amended tax returns for HWC, review those documents, forward them to tax consultant, and coordinate exchange of contact information to allow tax consultant to obtain additional information (.5); emails from and to T. Hinojos regarding her follow-up request to approve the severance payment from HW Financial, the basis for the Receiver's refusal to approve the payment, and the need for Court approval, and review certain emails previously exchanged with counsel for HW Financial regarding California law and the corporate governing documents applicable to the appointment of officers and directors (.4). | 0.90 | 238.50 | KDM |
| | [Case administration] (Claims process) Email from A. McGraw regarding the claim that he submitted in the claims process for the release of the 7 gold bars, the amendment of that claim in light of the Receiver's consent to release 4 of those bars, review his initial claim form, and strategize with team members regarding the treatment of his prospective amended claim (.3). | 0.30 | 79.50 | KDM |
| | [Asset analysis and recovery] (D&O case) Prepare Manners certificate of interested parties (.3). | 0.30 | 79.50 | MDV |
| | [Asset analysis and recovery] (Malpractice action) finalize and file Response to Grossman Motion to Dismiss (.4). | 0.40 | 106.00 | MDV |
| Jan-16-15 | [Asset analysis and recovery] E-mail regarding claims process questions (.3); respond to call from investor (.2). | 0.50 | 132.50 | MME |

|  | [Asset analysis and recovery] (D&O Action) Follow up on execution of Mediation Agreement and having it sent to mediator and discuss with team members (.1). | 0.10 | 26.50 | KDM |
|---|---|---|---|---|
|  | [Claims Process] Emails with M. McCarthy regarding claims process status. | 0.20 | 53.00 | KDM |
|  | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and update website. | 1.80 | 261.00 | mm |
| Jan-19-15 | [Asset analysis and recovery] (D&O Action) Strategize with team members regarding issues related to jurisdiction, possible amendment to the Complaint, and the Receiver's fraudulent transfer claim against D. Manners (.3); receive update regarding service by FedEx of D. Manners, follow up on filing proof of service with the Court, and discuss compliance with Hague Convention for service of UK citizen (.3). | 0.60 | 159.00 | KDM |
|  | [Asset analysis and recovery] (D&O Case) Strategize with Receiver and K. Murena regarding service on Manners and prepare Notice of service under Hague Convention (.4); legal research regarding international service deadlines (.4). | 0.80 | 212.00 | MDV |
|  | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 1.00 | 145.00 | mm |
| Jan-20-15 | [Asset analysis and recovery] Review Manners motion to dismiss and meet with counsel regarding same. | 0.80 | 212.00 | MME |
|  | [Asset analysis and recovery] (D&O Action) Gather documents related to the Receiver's fraudulent transfer claims against D. Manners and forward to M. Visconti for purposes of preparing fraudulent transfer claims (.2); review Order requiring defendants to file Answers or Responses to Complaint by certain dates and coordinate calendaring of deadlines for each defendant (.1); review Notice of Status Conference on Defendants' | 0.40 | 106.00 | KDM |

Motions to Dismiss, discuss with team
members and coordinate calendaring of
Status Conference (.1).

| | | | |
|---|---|---|---|
| [Case administration] (Fee Application - No charge) Receive and review invoice from forensic accountant for purposes of Receiver's 8th Fee Application (.1). | 0.10 | 0.00 | KDM |
| [Case administration] (Claims process) Strategize with M. McCarthy regarding preparation of final determination letter regarding claim of A. McGraw in light of his proving ownership of 4 gold bar but failing to prove ownership of the remaining 3 gold bars underlying his claim (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Dealers) Draft fraudulent transfer demand letters to non-defendant dealers and research contact information for same. | 1.90 | 475.00 | CP |
| [Asset analysis and recovery] (D&O Case) Review Manners Motion to Dismiss (.4); review Court Order regarding Luu and Morales and Notice of Hearing (.1); review materials needed regarding issues raised by Manners Motion to Dismiss (1.9). | 2.40 | 636.00 | MDV |
| [Case administration] (Melissa McCarthy) Work on responses to customer inquiries and respond to appeals and late claims. | 2.50 | 362.50 | mm |

Jan-21-15    [Asset analysis and recovery] (Dealers)        0.60      159.00      KDM
Strategize with C. Perez regarding making
demand for repayment of commissions
against dealers against which Consent Orders
were entered but for which the NFA was
appointed as monitor to collect the restitution
amount (.3); coordinate comparison of
restitution amount and forensic analysis
commissions paid to dealers since inception
of HWC, coordinate preparation of demand

letters for commission amounts in excess of
restitution amount in Consent Order, and
coordinate updating of tracking chart of

dealer collections (.3).

| | | | |
|---|---|---|---|
| [Claims Process] Email from A. McGraw forwarding amended claim for release of 3 gold bars held in HWIT account at DDS and review amended claim (.3); review draft letter of final determination of A. McGraw's claim to release of 7 gold bars, allowing in part and disallowing in part his claim, and coordinate revising letter to respond to amended claim (.2); prepare and send email to A. McGraw regarding the processing of his amended claim and the final determination letter to be issued by the Receiver (.1); response email from A. McGraw regarding the processing of his amended claim in the claims process (.1). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (D&O Case) Draft Amended Complaint regarding Ds and Os (4.5); correspondence with L Gollin (.1). | 4.60 | 1,219.00 | MDV |
| [Case administration] (Melissa McCarthy) Work on response to Alan McGraw's claim. | 0.30 | 43.50 | mm |

| | | | | |
|---|---|---|---|---|
| Jan-22-15 | [Asset analysis and recovery] Review motion to dismiss by Manners (.4); telephone call with counsel regarding status and strategy for same (.2). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] (Dealers) Review and update chart on insurance demand letter to non-defendant dealers and review insurance policy for Rockwell Gold (1.6); Draft fraudulent transfer demand letters to non-defendant dealers and research contact information for same (1.1). | 2.70 | 675.00 | CP |
| | [Asset analysis and recovery] (D&O Case) Review deposition transcripts (3.8); review Manners Motion to Dismiss and legal research (.8); call and correspondence with Defense counsel and court regarding status conference (.5); strategize with Receiver (.2). | 5.30 | 1,404.50 | MDV |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 1.30 | 188.50 | mm |

| | | | | |
|---|---|---|---|---|
| Jan-23-15 | [Asset analysis and recovery] Review amended complaint and provide comment and revisions to counsel. | 0.80 | 212.00 | MME |
| | [Asset analysis and recovery] Confer with counsel regarding litigation and strategy and preparation of discovery requests. | 0.30 | 79.50 | MME |
| | [Business operations] Review and approve expenses for HW Financial. | 0.30 | 79.50 | MME |
| | [Business operations] (Claims process) Confer with counsel regarding McGraw's claim and deadline to file an appeal. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] Email from counsel for F. Jager regarding status of Court's consideration of Motion to approve agreement with the Jagers and coordinate contacting the Judge's law clerk to inquire as to the status of the Court's consideration (.2); meet with Receiver regarding status of all pending litigation matters, preparation of discovery requests in certain matters, and work on formulating strategy for each matter (.3); review audit from Depository Trust Company of certain inventory of metals at DDS (.2). | 0.70 | 185.50 | KDM |
| | [Asset analysis and recovery] Continue working with C. Perez on locating and strategize regarding asserting fraudulent transfers claims against various dealers that received commissions and other transfers from HWC, following up on demands for insurance policies and demanding return of amounts transferred (.8); receive update from C. Perez regarding certain dealers' responses to demands for insurance policies, and coordinate following up with dealers to obtain policies (.2); strategize with C. Perez regarding whether to send fraudulent transfer demand letters or follow-up demands for insurance policies to certain dealers (.3); review, revise and finalize demand letters for the Receiver's fraudulent transfer claims against various dealers, including Universal | 2.20 | 583.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | Clearing Firm, Rockwell Gold Investments and Rockwell Asset Management, Paramount Metals Exchange, Oakmont Financial, Midwest Metals Exchange, Lions Wealth Services, Global Commodity Investments, Double Eagle Enterprises, Bullion Investment Corporation, 20/20 Precious Metals, JC Alexander Group, and International Metals Trading (.9). | | | |
| | [Claims Process] Review and revise final determination letter for A. McGraw's claim for the release of the gold bars stored at DDS and present to Receiver for review and approval (.4); discuss with Receiver final determination of A. McGraw's claim, timetable for his filing an appeal, and the status of the Court's ruling on the pending Motion to approve initial distributions to claimants with allowed claims (.2). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] (Dealers) Continue to draft fraudulent transfer demand letters to non-defendant dealers, researching contact information for same and updating status chart regarding demand letters. | 2.10 | 525.00 | CP |
| | [Asset analysis and recovery] (D&O Case) Edit and finalize Draft of Amended Complaint (1.8); strategize with Receiver regarding same (.2). | 2.00 | 530.00 | MDV |
| | [Asset analysis and recovery] (Melissa McCarthy) Prepare responses to customer inquiries regarding appeals. | 0.30 | 43.50 | mm |
| | [Asset analysis and recovery] (No charge) Finalize and prepare demand letters to be certified mail and email to numerous dealers regarding fraudulent transfers. | 2.30 | 0.00 | pl |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 1.00 | 145.00 | mm |
| Jan-25-15 | [Asset analysis and recovery] Continue drafting fraudulent transfer demand letters to non-defendant dealers, researching contact | 3.20 | 800.00 | CP |

| | | | | |
|---|---|---|---|---|
| | information for same and updating status chart regarding demand letters. | | | |
| Jan-26-15 | [Business operations] Review and approve HW Financial payment State of Illinois. | 0.30 | 79.50 | MME |
| | [Case administration] Confer with counsel and team members regarding litigation strategy. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] Review Bankruptcy Court Clerk's memorandum regarding outcome of 341 Meeting of Creditors for Burbage Bankruptcy, noting that no assets were recovered and there will be no distribution (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] (Malpractice Action) Review J.B. Grossman's Reply in support of Motion to Dismiss and discuss with team members scheduling mediation with counsel for J.B. Grossman (.3). | 0.30 | 79.50 | KDM |
| | [Business operations] Emails with CFO of HW Financial Group regarding request to approve disbursement to Illinois Secretary of State, review documents submitted in support of request, and email from Receiver authorizing disbursement (.1). | 0.10 | 26.50 | KDM |
| | [Case administration] Meet with Receiver and team members to discuss the status and work to be done in each pending litigation matter (.4). | 0.40 | 106.00 | KDM |
| | [Claims Process] Coordinate sending out final determination letter for A. McGraw's claim for the release of the gold bars stored at DDS (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] continue drafting fraudulent transfer demand letters against various dealers (non-defendants), locating contact and service of process information for same and updating status chart regarding same. | 1.00 | 250.00 | CP |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (D&O Case) Review and work on response to Chubb letter (.5); review and research background materials and legal research regarding breach of fiduciary duty (4.6); correspondence with insurance counsel regarding Chubb response (.2); correspondence with defense counsel regarding accepting service (.2); review Order regarding status conference (.1). | 5.60 | 1,484.00 | MDV |
| | [Asset analysis and recovery] (Malpractice action) Review Grossman Reply to Motion to Dismiss (.3). | 0.30 | 79.50 | MDV |
| | [Asset analysis and recovery] (D&O action) Prepare initial draft of Initial Disclosures for attorney M. Visconti's review. | 0.40 | 40.00 | pl |
| | [Asset analysis and recovery] (Melissa McCarthy) Work on additional information regarding complaint and respond to CFTC. | 1.50 | 217.50 | mm |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 0.80 | 116.00 | mm |
| Jan-27-15 | [Asset analysis and recovery] (D&O action) Review and revise response to D & O insurer (.4); meet with counsel regarding status and strategy for D & O matter (.3). | 0.70 | 185.50 | MME |
| | [Business operations] Review and approve HW Financial disbursements (.2). | 0.90 | 238.50 | MME |
| | [Asset analysis and recovery] (D&O Action) Strategize with team members regarding witnesses and investigate contact information for a particular witness and provide to M. Visconti (.2); exchange emails with M. Visconti regarding certain corporate documents maintained by HWC and the documents from the Irvine office that were transferred to our storage facility in Miami (.2); strategize with team members regarding the Amended Complaint, the fraudulent transfer claims against D. Manners, and the service of that Complaint on all Defendants | 0.60 | 159.00 | KDM |

(.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealers) Exchange emails from counsel for CFTC regarding the entry of a Consent Order against HWC dealers Lions Wealth, 20/20 Precious Metals and their principal, and the authority granted to the Receiver to collect the restitution amount and review the Consent Order (.9); receive report from C. Perez regarding the demand letter already sent to 20/20 Precious Metals based on HWC's records of the transfers made to that entity and coordinate preparation of demand letters to 20/20 and Lions Wealth requesting the amounts agreed to in the Consent Order (.4); coordinate recording the Consent Order in the jurisdictions in which the dealers have offices and their principal resides (.1). | 1.40 | 371.00 | KDM |
| [Business operations] Review tax documents prepared by tax consultant related to 1099s to be issued by the Estate, have Receiver review and execute them, and coordinate sending them out (.2); emails between CFO of HW Financial and the Receiver regarding approval of disbursement requests for expenses of HW Financial (.1). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (Dealers) Work on fraudulent transfer demand letters against various dealers (non-defendants), locate contact and service of process information for same and update status chart regarding same (1.2); review status of CFTC actions against various dealers and draft appropriate demand letters (.9). | 2.10 | 525.00 | CP |
| [Asset analysis and recovery] (D&O Case) Legal research regarding defendants' liability under Nevada law (1.5); work on Chubb letter and mediation statement background (1.0); call with Insurance Counsel (.5); prepare letter to Wilson Elser (.8). | 3.80 | 1,007.00 | MDV |
| [Asset analysis and recovery] Email E. Martin regarding Great Western shares (.1); | 0.20 | 30.00 | MJS |

Email K. Martin regarding proxy agreements
(.1).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] (Dealers) (No charge) Assist with creating tracking chart regarding demand letters sent to Dealers regarding fraudulent transfers. | 2.50 | 0.00 | pl |
| | [Case administration] (Melissa McCarthy) Work on responses to customer inquiries. | 2.00 | 290.00 | mm |
| Jan-28-15 | [Asset analysis and recovery] (D&O action) Review revisions mediation/ insurance statement (.4). | 0.40 | 106.00 | MME |
| | [Business operations] Review and approve HW Financial disbursements. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] (D&O Action) Review new Summons issued for D. Manners and coordinate serving it on him with Amended Complaint (.1). | 0.10 | 26.50 | KDM |
| | [Asset analysis and recovery] Emails from and to counsel for various inside investors in HWC regarding his clients' agreement to sign the Irrevocable Proxy and Voting Agreement regarding HWIC and his other clients' response to the Receiver's demand for the return of their net gains from HWC (.2); review letter from counsel responding to the Receiver's demand to certain insider investors and work on analyzing assertions in that letter and comparing them to forensics and underlying records related to transfers between those insiders and HWC, and related documents (.9). | 1.10 | 291.50 | KDM |
| | [Asset analysis and recovery] (Dealers) Receive report from C. Perez regarding her investigation of dealer Yorkshire Group and the status of CFTC proceeding against it and its principals, including District Court action against Yorkshire Group, review CFTC's Complaint and Motion for Default Judgment, and strategize regarding the relief sought in the Complaint and the amount to be | 1.10 | 291.50 | KDM |

demanded in our demand letter (.8); receive update from C. Perez regarding her investigation of dealer National Coin Broker, Inc. and its relationship to National Precious Metal Broker and strategize regarding sending fraudulent transfer demand letters to them and their principals (.3).

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (D&O Case) Review correspondence from insurance counsel regarding Chubb letter (.2); strategize with M. Damian regarding Chubb letter (.3). | 0.50 | 132.50 | MDV |
| | [Asset analysis and recovery] (Malpractice action) Correspondence with counsel for defendants (.1). | 0.10 | 26.50 | MDV |
| Jan-29-15 | [Asset analysis and recovery] Follow up and receive report regarding status of having Martin's children sign all of the Irrevocable Proxy and Voting Agreements regarding their trusts interests in HWIC and coordinate making additional calls to Martin and his children (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Sabertooth action) Receive update from M. Spencer regarding her communications with counsel for Sabertooth regarding Sabertooth's completing a financial affidavit to demonstrate inability to pay and coordinate obtaining back up documents from Sabertooth (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Dealers) Exchange emails with Financial Management division of the CFTC regarding their efforts to collect the restitution amount and Civil Monetary Penalty awarded in Consent Orders entered in administrative proceedings against certain dealers including Vertical Integration, doing so in parallel with the Receiver's collection efforts, the status of the Receiver's collection efforts against certain dealers, and coordinating our respective collection efforts (.4). | 0.40 | 106.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Case administration] (Claims process) Email from A. McGraw regarding the Receiver's final determination of his claim to the remaining three gold bars in HWIC account at DDS, whether he intends to file an appeal of that determination, and his alternative remedies and strategize regarding responding to his inquiry (.2); receive and review three late filed claims and confirm with M. McCarthy that they have been processed (.2). | 0.40 | 106.00 | KDM |
| | [Asset analysis and recovery] (D&O Case) Finalize Wilson Elser letter (.3); correspondence with insurance counsel (.1). | 0.40 | 106.00 | MDV |
| | [Asset analysis and recovery] (Sabertooth action) Phone call with J. Gersh regarding Sabertooth financial affidavit. | 0.20 | 30.00 | MJS |
| | [Asset analysis and recovery] (Dealers) Finalize demand letters to numerous dealers in connection to Hunter Wise. | 1.70 | 170.00 | pl |
| Jan-30-15 | [Asset analysis and recovery] (D&O action) Review disclosures and discuss with counsel. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Continue working on analyzing assertions in letter from counsel for certain insiders of HWC responding to fraudulent transfer demand letter and analyzing forensics and underlying records related to transfers between those insiders and HWC and related documents (.8). | 0.80 | 212.00 | KDM |
| | [Asset analysis and recovery] (D&O Action) Review Motion for Extension of Time to File Initial Disclosures and Order denying that Motion and discuss with Receiver and M. Visconti denial of extension and preparation of our Initial Disclosures (.3) assist with preparation of Initial Disclosures (.2); review Initial Disclosures filed by D. Manners (.1). | 0.60 | 159.00 | KDM |
| | [Asset analysis and recovery] (Dealers) Review, finalize and sign numerous fraudulent transfer demand letters to dealers | 0.20 | 53.00 | KDM |

who received commission from HWC and coordinate sending out letters (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Draft fraudulent transfer demand letters and restitution demand letters to dealers (3.0); update contact information for service of same (.8). | 3.80 | 950.00 | CP |
| [Asset analysis and recovery] (D&O Cases) Correspondence with defense counsel (.2); prepare Rule 26 Initial Disclosures (1.2); discuss with Receiver and K. Murena regarding motion for extension of time and initial disclosures (0.3). | 1.70 | 450.50 | MDV |

| | | | | |
|---|---|---|---|---|
| Jan-31-15 | [Claims Process] Emails from and to M. McCarthy regarding the processing and treatment of several late filed claims and the preparation of final determination letters (.2). | 0.20 | 53.00 | KDM |
| Feb-02-15 | [Asset analysis and recovery] Meet with counsel regarding status, strategy and Rule 26 disclosures (.3). | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Telephone call with CFTC regarding status of various collection efforts (.2). | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] Confer with counsel regarding status of collections from certain dealers. | 0.10 | 26.50 | MME |
| | [Case administration] (Claims process) Review late filed claim (.3); telephone call and email with Melissa McCarthy regarding same (.3). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] (Dealer Clawbacks) Telephone calls from and to principal of a dealer who received a fraudulent transfer demand letter regarding the amount demanded by the Receiver and by the CFTC, his inability to pay any amount and lack of assets to satisfy any demand, filling out financial affidavit, and possible payment plan, and coordinate sending him a | 1.60 | 424.00 | KDM |

financial affidavit to fill out (.5); telephone call from principal of another dealer who received a fraudulent transfer demand letter regarding the amounts that his investor invested, received back, and lost and the amount that he received in commission for the trade and his providing documents evidencing his return of funds to his client and the amount of his commission (.3); email from principal of dealer regarding the funds he received from his clients and HWC and alleged defenses to the Receiver's fraudulent transfers claims and review certain records regarding the transfers from HWC to the dealer and its principal (.3); discuss with Receiver status of collections from certain dealer entities against which judgments and CFTC Consent Orders were entered to respond to inquiry from CFTC (.1); review tracking chart of all dealers for which collection of restitution amounts is sought, and coordinate and assist with updating of chart to reflect the latest demand letters sent and responses received by telephone and email (.4).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealers) Receive confirmation of recording of certain Consent Orders in jurisdictions in which dealers and their principals reside and follow up on the status of recording all Judgments and Consent Orders and the appropriate jurisdictions (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Insider Clawbacks) Finish reviewing documents regarding transfers between HWC and certain of its insider investors for purposes of analyzing their defenses to the Receiver's fraudulent transfer claims and send email to counsel for those insiders requesting proof of certain investments in HWC (.8). | 0.80 | 212.00 | KDM |
| [Business operations] Emails from and to website manager regarding upcoming expiration of domain name and hosting plan for receivership website and coordinate extension of both (.2); review correspondence between tax consultant and Standard Bank | 0.50 | 132.50 | KDM |

regarding certain documents still needed from bank for tax consultant to complete amended tax returns for 2013 and review portions of documents already provided to facilitate identifying the types of records that may assist tax consultant (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D&O Case) Work on materials for draft mediation statement (.6); review Defendants' Initial<br><br>Disclosures (.4); correspondence with Manners counsel (.2). | 1.20 | 318.00 | MDV |
| [Asset analysis and recovery] (Malpractice action) Phone conference with counsel regarding Joint Scheduling Report (1.0); strategize with Receiver regarding Joint Scheduling Report (.3); prepare draft Joint Scheduling Report (1.0). | 2.30 | 609.50 | MDV |
| [Business operations] (Melissa McCarthy) Work on responses to customer inquiries and late claims. | 1.30 | 188.50 | mm |

Feb-03-15

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Meet with counsel regarding international service issues. | 0.40 | 106.00 | MME |
| [Asset analysis and recovery] Status update with counsel (.2). | 0.20 | 53.00 | MME |
| [Business operations] Review and approve HW Financial payments (.3). | 0.50 | 132.50 | MME |
| [Asset analysis and recovery] Discuss with Receiver the status of the agreement with President of HW Financial regarding his purchase of F. Jager's shares in the company and HW Financial's execution of Proxy and Voting Rights Agreement (.1); follow up on status of having certain of Ed Martin's children sign the Proxy and Voting Agreements and receive report regarding latest communications with children and Ed Martin (.2); follow up on status of obtaining financial affidavit and related documents | 0.60 | 159.00 | KDM |

from Sabertooth for purposes of settlement
discussions (.1); review and confirm list of
pending Motions and discuss with Receiver
the status of the Court's consideration of
those Motions (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealers) Multiple emails with counsel for CFTC regarding their pending actions against certain dealers who received commissions from HWC (.2); telephone call from principal of dealer who we sent a fraudulent transfer demand letter to regarding the Receiver's claims and his assets and investigate the transfers to the dealer (.9); telephone call and email from another principal of a dealer who received a fraudulent transfer demand letter and review that letter and the underlying documents in support of the Receiver's claim (.8); follow up on status of search for dealers against which judgments or consent orders have not been entered and preparation of last few demand letters and receive report regarding status of searches and demand letters (.2). | 2.10 | 556.50 | KDM |
| [Asset analysis and recovery] (D&O Case) Work on draft of Manners Mediation Statement (3.5). | 3.50 | 927.50 | MDV |
| [Asset analysis and recovery] (Malpractice action) Finish draft of Joint Scheduling Report and correspondence with counsel regarding same (1.5). | 1.50 | 397.50 | MDV |
| [Asset analysis and recovery] (Dealers) Update tracking chart to reflect all names, addresses and other contact information of all dealers that have been sent demand letters regarding fraudulent transfers and indicate any communication with the dealers. | 3.70 | 370.00 | pl |
| [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 0.30 | 43.50 | mm |

| | | | | |
|---|---|---|---|---|
| Feb-04-15 | [Asset analysis and recovery] (Dealers) Emails from and to counsel for CFTC regarding action against a particular dealer, the Receiver's demand letter to that dealer and scheduling a call to discuss related issues (.2); review proof of recording of Judgment against Empire Sterling and follow up on status of recording of all judgments and consent order (.1); email and telephone call from another principal of a dealer who received a fraudulent transfer demand letter regarding the circumstances surrounding his clients' investment with HWC and the payments he and his company received, coordinate scheduling of follow-up call with principal, and prepare for call, including reviewing documents in support of the Receiver's claim (.4). | 0.70 | 185.50 | KDM |
| | [Asset analysis and recovery] (Dealers) Discuss with J. Serna process for updating chart re: demand letters to dealer and responding to responses received from dealers. | 0.30 | 75.00 | CP |
| Feb-05-15 | [Asset analysis and recovery] (D & O) Review and revise mediation statement (1.0); review request for information from DOJ and discuss with counsel (.3). | 1.30 | 344.50 | MME |
| | [Asset analysis and recovery] (Sabertooth) Emails with counsel for Sabertooth regarding Joint Status Report, discuss with M. Spencer information to be included in Report and coordinate preparation of Report (.2); coordinate contacting local counsel in California regarding filing of the Report (.1); review and revise Report and coordinate filing it with the Court (.2). | 0.50 | 132.50 | KDM |
| | [Asset analysis and recovery] Review letter from counsel for certain insider investors of HWC regarding documents in support of their claim to having additional funds in HWC than is reflected in HWC's books and records and combining the investments from and distributions to such insiders for purposes of calculating gains and losses, and review | 0.90 | 238.50 | KDM |

additional documents and forensics regarding all such insiders (.9).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealers) Review letter from counsel for dealer and principal regarding the Receiver's demand letter and the true control persons and principals of Oakmont Financial and coordinate investigating those principals and preparing and sending demand letters to them (.3); emails with Receiver and team members regarding issues related to customer losses and amounts recovered by the Receiver (.2); telephone call and email from principal of dealer who received a demand letter requesting further information regarding the disbursements made to the dealer and a related company, strategize with team members, and coordinate running report of transfers to those companies (.4); prepare and send email with forensic accountant regarding spreadsheet of HWC disbursements to dealers and principals (.1). | 1.00 | 265.00 | KDM |
| [Business operations] Review Notice of Tax Lien from Florida Department of Revenue, discuss with Receiver negotiating a settlement and making payment, and make telephone call to the Department of Revenue to discuss settlement and payment (.3); emails with tax consultant regarding status of preparation of amended tax returns and additional information needed from certain metals suppliers that liquidated metals positions of HWC at Receiver's request (.2); follow up with certain suppliers to obtain the requested information (.2). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (Dealers) Review Consent Order entered against Lions Wealth related entities and Adatia (.5); draft demand letter for restitution based on Consent Order (.5); draft discovery requests in aid of execution on consent order (1.0); review latest contact information for Adatia and research additional contact information for entities and Adatia (.3). | 2.30 | 575.00 | CP |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] Phone call with AUSA regarding USAO investigation (.3). | 0.30 | 79.50 | MDV |
| | [Asset analysis and recovery] (D&O case) Finalize mediation statement (2.1); strategize with Insurance counsel (Mazer) (.2); correspondence with defense counsel (.2). | 2.50 | 662.50 | MDV |
| | [Asset analysis and recovery] (Malpractice action) Correspondence with defense counsel regarding Joint Scheduling Report (.2). | 0.20 | 53.00 | MDV |
| | [Asset analysis and recovery] (Sabertooth action) Email to J. Gersh regarding joint status report and status conference. | 0.30 | 45.00 | MJS |
| | [Asset analysis and recovery] Email to J. Gersh regarding status conference. | 0.20 | 30.00 | MJS |
| | [Asset analysis and recovery] (D&O action) (No charge) Review Mediation Statement and gather exhibits in preparation of submitting Confidential Mediation Statement to the Mediator. | 1.00 | 0.00 | pl |
| | [Asset analysis and recovery] (Sabertooth action) Prepare draft Joint Status Report for attorney M. Spencer and K. Murena's review. | 0.50 | 50.00 | pl |
| | [Claims Process] (Melissa McCarthy) Work on response to Alan McGraw's Claim. | 1.30 | 188.50 | mm |
| Feb-06-15 | [Asset analysis and recovery] (Malpractice action) Review defendant's comments to Joint Scheduling Report (.4); telephone call with counsel regarding same (.2). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] (D&O action) Review documents preparing for mediation (.4); telephone call with mediator (.2). | 0.60 | 159.00 | MME |
| | [Asset analysis and recovery] (Dealers) Review letter from counsel for a dealer and its principals regarding demand letter and requesting additional information regarding the disbursements from HWC to the dealer | 0.30 | 79.50 | KDM |

and coordinate gathering information and preparing response letter (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Sabertooth) Review Notice of Status Conference from the Court, strategize with team members, and exchange emails with California counsel regarding attendance at hearing and scheduling a call to discuss the status of settlement negotiations (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] (Malpractice Action)   Review final version of Scheduling Report to be filed with the Court (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Malpractice action) Work on Joint Scheduling Report and strategize with Receiver regarding same and correspondence with opposing counsel regarding same (1.5); review final affidavit regarding service on Manners (.1). | 1.60 | 424.00 | MDV |
| [Asset analysis and recovery] (D&O Case) Review Insurance counsel comments regarding mediation statement and strategize with Receiver regarding same (.3); review Morales/Luu Motion to Dismiss (.3). | 0.60 | 159.00 | MDV |
| [Asset analysis and recovery] (D&O action) Finalize exhibits to the Mediation Statement regarding the Damian v. Manners, et al. matter. | 0.70 | 70.00 | pl |
| [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 1.80 | 261.00 | mm |

| | | | | |
|---|---|---|---|---|
| Feb-08-15 | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 0.50 | 72.50 | mm |
| Feb-09-15 | [Asset analysis and recovery] (Legal malpractice) Review and respond to correspondence relating to claim by Estate of claimant. | 0.20 | 53.00 | MME |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D & O) Review motions to dismiss and prepare for mediation. | 0.80 | 212.00 | MME |
| [Asset analysis and recovery] (Dealers) Strategize with team members regarding responding to inquiries from dealers and principals in response to the Receiver's demand letters and providing the additional requested information and forensic analysis of disbursements and coordinate updating of tracking chart (.5). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (D&O Action) Review Motion to Dismiss Amended Complaint and Memorandum in support thereof filed by Luu and Morales and strategize with team members (.8); review Notice of filing certain Composite Exhibit to Luu and Morales's Motion to Dismiss and review that Exhibit (.1); review Motion to Dismiss Amended Complaint filed by Manners and Affidavit in Support of Motion (.6); review Notice of Status Conference and Notice of Setting Telephonic Status Conference on Motions to Dismiss, and coordinate calendaring of Status Conference and attendance at Status Conference (.2); strategize team members regarding upcoming mediation (.3). | 2.00 | 530.00 | KDM |
| [Asset analysis and recovery] (Sabertooth) Emails from and to California counsel regarding the status of settlement negotiations and confirming teleconference to prepare for Status Conference and follow up on calendaring teleconference with California counsel (.2). | 0.20 | 53.00 | KDM |
| [Business operations] Coordinate following up on request for payment of unemployment taxes for Blackstone (.1). | 0.10 | 26.50 | KDM |
| [Claims Process] Review letter from attorney for Estate of claimant regarding the death of that claim and the Certificate of Death, and discuss processing of his claim with M. | 0.20 | 53.00 | KDM |

McCarthy (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealers) Review response from dealer to fraudulent transfer demand letter, search for additional principals mentioned in his letter, draft demand letter to those principles (.9); discuss forensic analysis regarding certain dealers with K. Murena to prepare responses to dealers asking for forensics (.2). | 1.10 | 275.00 | CP |
| [Asset analysis and recovery] (D&O Case) Review documents and prepare for mediation (3.0); review Defendants' Motions to Dismiss (.6); phone call with mediator (.6); review Court Order regarding Manners Motions (.1). | 4.30 | 1,139.50 | MDV |
| [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 1.80 | 261.00 | mm |
| Feb-10-15   [Asset analysis and recovery] (D & O) Review documents to prepare for mediation (.5) meet with counsel to prepare for mediation (1.0); attend mediation (9.5). | 11.00 | 2,915.00 | MME |
| [Asset analysis and recovery] (D&O Action) Emails with team members regarding research needed for mediation related to a Receiver's claims for breach of fiduciary duties and coordinate and assist C. Perez with research and analyzing issue (.6); receive summary of research findings from C. Perez and review case law (.3); discuss with Receiver the proposed settlement reached at mediation (.2). | 1.10 | 291.50 | KDM |
| [Asset analysis and recovery] (Malpractice Action) Review Defendants Motion to Stay Discovery Pending Resolution of Motion to Dismiss and strategize with team members (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Dealers) Emails with forensic accountant regarding spreadsheet of disbursements to dealers and | 1.40 | 371.00 | KDM |

principals and preparation of reports for each
recipient of a disbursement from HWC (.2);
receive update regarding communications
with counsel for one of the dealers who
received a demand letter and his request for
extension of time to respond, agree to
extension of time, and review emails with
counsel (.2); review letter from counsel for
dealer responding to Receiver's demand letter
and coordinate preparation of response to that
letter and preparing spreadsheet of transfers
to dealer to attach to letter (.3); work on
updating tracking chart for demands to and
responses from dealers (.2); emails with C.
Perez regarding additional persons and
entities affiliated with a particular dealer and
additional addresses for those persons and
entities and the corresponding dealer to send
demand letters to, and coordinate further
investigation into those persons and entities
and preparation of demand letters (.2); review
letter from counsel for a dealer denying
dealer's receipt of any transfers from Hunter
Wise and exchange emails with C. Perez
regarding her investigation into the principal
of that dealer and its connection to Hunter
Wise, and coordinate preparation of response
letter (.2); telephone call from principal of
dealer who received demand letter regarding
the status of his gathering documents to
evidence his defenses to the Receiver's
claims (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealers) Research regarding case law and statutes under FL and CA law concerning breach of fiduciary duty and draft and send email to K. Murena regarding summarizing same (2.4); draft response letters to Hunter Wise dealers regarding fraudulent transfer demands (1.2). | 3.60 | 900.00 | CP |
| [Asset analysis and recovery] (D&O Case) Strategize with Receiver and Special Insurance Counsel regarding mediation (1.0); attend mediation (10.0). | 11.00 | 2,915.00 | MDV |
| [Asset analysis and recovery] (Dealers) Phone call from attorney for International Bullion regarding supporting information for | 0.20 | 35.00 | AF |

| | | | | |
|---|---|---|---|---|
| | claw back demand (0.1); email to and from counsel for International Bullion regarding extension of time to respond to demand letter (0.1). | | | |
| | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 0.50 | 72.50 | mm |
| Feb-11-15 | [Asset analysis and recovery] (Malpractice) Review motion to stay (.3); e-mail regarding same (.2). | 0.50 | 132.50 | MME |
| | [Asset analysis and recovery] Discuss with counsel regarding motion to approve settlement with directors and officers. | 0.20 | 53.00 | MME |
| | [Asset analysis and recovery] (Dealers) Review and revise draft letter responding to letter from counsel for dealer and its principal, responding to the Receiver's fraudulent transfer demand letter and coordinate further revisions and reference to forensic chart of transfers to be attached to letter (.5); strategy with team members regarding arguments and explanations to be include in our letters responding to inquiries and arguments raised in letters responding to the Receivers' demand letters (.4); telephone call from principal of dealer against which CFTC Consent Order was entered regarding the documents he proposes to produce to demonstrate that he does not have any funds to pay the restitution amount and financial affidavit and information sheet to be filled out, exchange emails with principal, and coordinate sending him the financial affidavit and information sheet (.7); review letter from counsel for dealers responding to demand letters and demanding back up for the Receiver's fraudulent transfer claim and coordinate preparing response letter (.3). | 1.90 | 503.50 | KDM |
| | [Asset analysis and recovery] (D&O Action) Review Order Administratively Closing Case and discuss with Receiver preparation and filing of Motion to approve settlement with directors and officers and CFTC's lack of | 0.20 | 53.00 | KDM |

objection to the settlement (.2).

| | | | | |
|---|---|---|---|---|
| | [Business operations] Telephone calls to and from Department of Revenue regarding Notice of Tax Lien and possible settlement of amount of debt of Blackstone Metals and prepare and send email to Department of Revenue proposing settlement (.5). | 0.50 | 132.50 | KDM |
| | [Case administration] (No charge) Emails with special insurance counsel and forensic accountant regarding invoices to be submitted with next Fee Application and review those invoices (.3). | 0.30 | 0.00 | KDM |
| | [Asset analysis and recovery] (D&O Case) Draft settlement and release agreement (.5); correspondence with defense counsel and carrier counsel (.3). | 0.80 | 212.00 | MDV |
| | [Asset analysis and recovery] (Malpractice action) Phone calls with CFTC regarding plan for Grossman mediation and regarding document production (.8); strategize with Receiver regarding Grossman mediation (.2). | 1.00 | 265.00 | MDV |
| | [Asset analysis and recovery] (Dealers) Review response letter sent by National Coin. | 0.10 | 17.50 | AF |
| | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 0.50 | 72.50 | mm |
| Feb-12-15 | [Asset analysis and recovery] (D & O) Review and revise settlement documents. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] (Dealers) Exchange multiple emails with forensic accountants regarding spreadsheets generated from Hunter Wise Quickbooks files showing all transfers from Hunter Wise to dealers and reports for each dealer (.4); review spreadsheet provided by forensic accountant and request additional information to be included in spreadsheet and specific information to be included in reports for each dealer (.5); work with C. Perez on revising | 3.50 | 927.50 | KDM |

letter responding to counsel for one of the dealers, and adapting that letter to respond to each of the other response letters we received from dealers, principals or their counsel (.3); strategize with C. Perez regarding the legal research to be done and legal analysis and citations to be added to letter, coordinate obtaining from M. McCarthy and inserting into letter information regarding investor losses, and coordinate inserting demand for return of all transfers received from Hunter Wise since its inception (.4); formulate plan for obtaining documents underlying Hunter Wise's Quickbooks files and discuss with forensic accountants (.3); email from forensic accountant regarding second spreadsheet reflecting transfers to all dealers since inception of Hunter Wise, a separate spreadsheet of bank records for all transfers from Hunter Wise, and bank documents underlying the Quickbooks files, and review the spreadsheets and confirm that separate reports for each dealer could be generated (.5); forward spreadsheets to C. Perez and coordinate incorporating amounts transferred since inception into responses to dealer letters responding to demand letters, and generating reports for each dealer to include with each response letter (.4); telephone calls from and to counsel for one dealer and its principal regarding the background of the Hunter Wise case, the entry of the Final Judgment, the amount the dealer received from Hunter Wise, a possible settlement of the Receiver's claim, and the financial affidavit required if dealer does not pay in full (.6); coordinate sending counsel for that dealer the financial affidavit forms to fill out and review email to counsel forwarding the forms (.1).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice Action) Strategize with M. Visconti regarding documents to be produced to Defendants for settlement purposes and in response to future discovery requests, the documents we have already obtained from the Hunter Wise computer system, accessing the system to | 0.30 | 79.50 | KDM |

obtain other documents, and the hard copies of documents we obtained from the Hunter Wise offices (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Emails from and to counsel for group of insider investors regarding [REACTED] (.4); prepare and send email to counsel for those investors regarding [REDACTED] (.3). | 0.70 | 185.50 | KDM |
| [Asset analysis and recovery] (Malpractice action) (No charge) Telephone conference with Pam Perry's office regarding mediation (.1); telephone conference with Harry Solomon's office regarding mediation (.1). | 0.20 | 0.00 | pl |

| | | | | |
|---|---|---|---|---|
| Feb-13-15 | [Business operations] Approve expenses of HW Financial. | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] (Malpractice Action)   Continue working on gathering documents obtained from Hunter Wise computers and boxes in storage related to the Receiver's claims against Defendants for purposes of production to Defendants (1.1); discuss with M. Visconti universe of documents and potential documents responsive to Defendants' informal requests for production (.2). | 1.30 | 344.50 | KDM |
| | [Asset analysis and recovery] Discuss with Receiver status of agreement with HW Financial and prospective purchaser of F. Jager's shares in the company and FINRA's consideration of the proposed Agreement and follow up with counsel for HW Financial regarding the status of FINRA's consideration (.3); emails from and to counsel for certain insider investors regarding the treatment of two of the insiders investments [REDACTED], and analyze the evidence in support of the Receiver's claims to recover fraudulent transfers from HWC to certain insiders (.4). | 0.70 | 185.50 | KDM |
| | [Asset analysis and recovery] (Dealers) Review letters from dealers and their counsel | 1.30 | 344.50 | KDM |

responding to Receiver's fraudulent transfer demand letters and strategize regarding and coordinate preparation of response letters attaching forensic reports showing transfers to dealers and summarizing the applicable law (.9); review recorded Judgment against Empire Sterling and D. Bridges and follow up on status of recording of all Judgments and CFTC Consent Orders and resolution of issues related to recording CFTC Consent Judgments in certain jurisdictions (.4).

| | | | |
|---|---|---|---|
| | [Asset analysis and recovery] (Dealers) Review letter from Liberty Trading. | 0.10 | 17.50 | AF |
| | [Asset analysis and recovery] Email E. Martin regarding Great Western Shares (.1); Email K. Martin regarding Hunter Wise International Commodities shares (.1). | 0.20 | 30.00 | MJS |
| | [Asset analysis and recovery] (Malpractice action) (No charge) Telephone conference with Harry Solomon's office regarding mediation; e-mail from Harry Solomon's office regarding insurance company attendance at mediation. | 0.20 | 0.00 | pl |
| Feb-15-15 | [Claims Process] Emails from and to counsel for a claimant whose claim was disallowed in the claims process given that his funds did not pass to Hunter Wise and investigate certain claims regarding the transfer of his funds (.3). | 0.30 | 79.50 | KDM |
| Feb-16-15 | [Asset analysis and recovery] Review responses from various broker dealers and meet with counsel regarding status and strategy of dealer clawback claims (.4). | 0.40 | 106.00 | MME |
| | [Business operations] Review financial requests for HW Financial and Securities (.3). | 0.30 | 79.50 | MME |
| | [Asset analysis and recovery] Receive report from M. Spencer regarding Ed Martin's transfer of his shares in Great Western Iron Ore and the obstacles and issues he raised regarding such transfer, review related | 0.80 | 212.00 | KDM |

documents, and strategize regarding resolving those issues (.4); coordinate setting up conference call with Ed Martin, president of Great Western Iron Ore and transfer agent to resolve issues related to transfer of shares to the Receiver and strategize regarding having Ed Martin cooperate with transfer of shares to the Receiver (.2); review the latest email from E. Martin regarding certain shares in the company that he allegedly transferred to a third party and avoiding liability to that party as a result of the transfer of his current shares to the Receiver and strategize regarding confirming shares that he currently owns (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Malpractice Action) Continue gathering documents retrieved from Hunter Wise computers related to the Receiver's claims against Defendants for purposes of production to Defendants (.9); follow up on obtaining certain boxes from storage containing potential relevant documents and work on narrowing the search for relevant documents (.3). | 1.20 | 318.00 | KDM |
| [Asset analysis and recovery] (Dealers) Review letter from counsel for dealer in response to Receiver's fraudulent transfer demand letter and discuss with Receiver preparation of complaint to avoid fraudulent transfers against this dealer and various other dealers (.4); review letters from counsel for other dealers and principals disputing the Receiver's claims and/or requesting proof of the transfers (.4); strategize and coordinate preparation of fraudulent transfer complaints and follow up on status of preparation of letters responding to dealers and their principals' requests for more information regarding the transfers from HWC to the dealers (.6); review draft forensic report to be attached to certain letters to be sent to dealers or their counsel in response to their letters requesting more information regarding the transfers from HWC to them and coordinate making revisions to the forensic report (.4). | 1.80 | 477.00 | KDM |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (D&O Action) Discuss with Receiver preparation of Motion to approve settlement with directors and officers of HWC and follow up with M. Visconti on status of preparation (.2). | 0.20 | 53.00 | KDM |
| | [Case administration] (No charge) Exchange emails with forensic accountant regarding invoices for next fee application and review invoices (.2). | 0.20 | 0.00 | KDM |
| | [Asset analysis and recovery] (D&O Case) Correspondence with L Gollin regarding settlement agreement and review proposed edits (.4). | 0.40 | 106.00 | MDV |
| | [Asset analysis and recovery] Email from E. Martin regarding Great Western shares (.1); Email to/from K. Martin regarding Great Western shares (.1); Confer with K. Murena regarding E. Martin's Great Western share transfer (.2); Email to E. Martin regarding conference call to discuss shares (.1); Review Great Western transfer agency documentation in preparation for phone call with E. Martin (.2). | 0.70 | 105.00 | MJS |
| | [Asset analysis and recovery] Review Great Western share transfer information (.2); Phone call with transfer agent regarding Great Western shares (.1); Phone call with E. Martin regarding Great Western shares (.4); Email E. Martin regarding contacting transfer agency (.2); Compile signed proxy agreements (.3) | 1.20 | 180.00 | MJS |
| | [Asset analysis and recovery] (Sabertooth action) Email D. Damiano regarding status conference. | 0.10 | 15.00 | MJS |
| | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 0.30 | 43.50 | mm |
| Feb-17-15 | [Asset analysis and recovery] Discuss with team members regarding D. Manners execute Irrevocable Proxy and Voting Agreement. | 0.20 | 53.00 | MME |

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Receive update from M. Spencer regarding K. Martin's execution of the three Irrevocable Proxies and Voting Agreements for the Martin family trusts and review all three fully executed Agreements (.2); meet with M. Spencer regarding the emails she exchanged with the President of Great Western Iron Ore and her telephone call with Ed Martin regarding the procedure for having Ed Martin's shares transferred to the Receiver (.2); review email from Ed Martin to the transfer agent for Great Western inquiring as to the status of his shares and authorizing the transfer to the Receiver (.1); discuss with Receiver and M. Visconti having D. Manners execute an Irrevocable Proxy and Voting Agreement for his shares in HWIC, prepare Agreement between Receiver and D. Manners, revise Special Resolution to include reference to that Agreement with Manners, and forward Agreement and Special Resolution to M. Visconti to present to counsel for D. Manners (.5). | 1.00 | 265.00 | KDM |
| [Asset analysis and recovery] (D&O Action) Discuss with team members certain tax issues related to the Settlement and need to confer with Receiver's tax consultant regarding a requested tax form, and coordinate communication with tax consultant (.2). | 0.20 | 53.00 | KDM |
| [Asset analysis and recovery] (Dealers) Follow up on status of preparation of letters responding to dealers' responses to Receiver's demand letters and providing forensic summaries of transfers from HWC to dealers (.1); strategize with team members regarding preparation of fraudulent transfer complaints against certain dealers (.4); review revised letter to counsel for dealer requesting details of transfers from HWC and coordinate final revisions (.3); review proposed summary report of transfers to be included with letter to dealer and coordinate making minor revisions (.2). | 1.00 | 265.00 | KDM |

|  | [Asset analysis and recovery] (Malpractice action) Work on scheduling mediation (.2). | 0.20 | 53.00 | MDV |
|---|---|---|---|---|
|  | [Asset analysis and recovery] (D&O case) Correspondence with L. Johnson regarding W9 (.2); review Mediator Report (.2). | 0.40 | 106.00 | MDV |
|  | [Asset analysis and recovery] Email from Jeffrey Barclay regarding demand letter (0.2). | 0.20 | 35.00 | AF |
| Feb-18-15 | [Asset analysis and recovery] (Legal malpractice) Review Judge Middlebrooks order in connection with Winston Strawn motion. | 0.60 | 159.00 | MME |
|  | [Asset analysis and recovery] (Dealers) Review revised draft letters responding to dealer's response to the Receiver's demand letter and the proposed forensic summary reports to be attached to the letter, and coordinate further revisions to the letters and to the summary reports, including showing calculation of total transfers to the dealer on the summary report (.5); review forensic report for HWC transfers to a particular dealer and demand letter to that dealer in preparation for claim with dealer's counsel (.3); telephone calls from and to counsel for one of the dealers regarding the Receiver's demand letter, the full amount transferred to the dealer, the status of the dealer's operations and the financial condition of the principals, and extending the time to respond or pay the amount demanded (.5); review and coordinate updating tracking chart of all demands to dealers (.2); begin reviewing and revising fraudulent transfer complaint against dealers (.7); review revised letter to one of the dealers who responded to the demand letter and revised summary report of transfers and coordinate finalizing the letter and summary report (.3). | 2.50 | 662.50 | KDM |
|  | [Asset analysis and recovery] (Malpractice Action) Review Scheduling Order and | 0.30 | 79.50 | KDM |

| | | | | |
|---|---|---|---|---|
| | coordinate calendaring of all dates and deadlines (.2); review emails with counsel for Grossman regarding scheduling of mediation and discuss dates with team members (.1). | | | |
| | [Asset analysis and recovery] (Dealers) Prepare summaries of disbursements in response to certain dealers denials of our demands (.8);   prepare follow up correspondence to those dealers (1.2); telephone calls with receivership team members to discuss how to handle responses to dealers and status of demand letters (.8); draft complaint for recover of fraudulent transfers against dealers (2.7). | 5.50 | 1,375.00 | CP |
| | [Asset analysis and recovery] (Malpractice action) Legal research regarding Defendants' Motion to Stay Discovery and prepare draft response (4.5); correspondence with CFTC regarding mediation (.2). | 4.70 | 1,245.50 | MDV |
| | [Asset analysis and recovery] (D&O Case) Correspondence with defense counsel regarding settlement documents (.2). | 0.20 | 53.00 | MDV |
| | [Asset analysis and recovery] Email transfer company regarding process to transfer Great Western shares that have been lost. | 0.20 | 30.00 | MJS |
| | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 0.50 | 72.50 | mm |
| Feb-19-15 | [Asset analysis and recovery] (Malpractice) Review and revise response to motion to stay and conference with counsel regarding same and scheduling of mediation. | 1.20 | 318.00 | MME |
| | [Asset analysis and recovery] (Dealers) Telephone call from counsel for CFTC regarding its negotiations with one of the dealers and its principal for the entry of a Consent Order, granting the Monitor the right to collect the restitution amount, the Receiver's demand letter to the dealer and principal, and coordinate efforts with CFTC (.3); review revised summary reports of | 5.70 | 1,510.50 | KDM |

transfers to certain dealers to be attached to responses to dealers' responses to Receiver's demand letters, and coordinate making final revisions to the reports (.2); review and revise letter to a particular dealer, strategize regarding applicable law to cite in support of the Receiver's claims, and coordinate inserting law and finalizing letter (.5); review and sign final version of the letter and coordinate sending it to the dealer's counsel (.1); strategize regarding revisions to be made to another letter to a dealer to demand the return of fraudulent transfers to subsequent transferees, discuss applicable law, and coordinate revising letter (.4); coordinate updating tracking chart for demands to dealers (.1); strategize with team members regarding commencing Misc. Actions against the dealers prior to commencing the fraudulent transfers actions and coordinate determining the appropriate jurisdiction in which to commence each Misc. Action (.4); review letter from CFTC with certified copies of CFTC Consent Orders and review notice of recording of a Judgment against a dealer and follow up on status of recording of all Judgments and Consent Orders against the dealers and their principals (.2); finish reviewing and revising the fraudulent transfer Complaint to be filed against the dealers (3.5).

| | | | |
|---|---|---|---|
| [Claims Process] Review letter from counsel for a Hunter Wise claimant regarding his client's claim and when he received notice of the claims process and requesting that his claim be considered and forward to M. McCarthy to review and communicate with counsel (.2); review documents provided by claimant in support of his claim and forward to M. McCarthy (.2). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] Continue drafting responses to dealers (.5); research fraudulent transfer statutes of NV, FL and CA and draft legal insert for responses (.9); | 1.90 | 475.00 | CP |

| | | | | |
|---|---|---|---|---|
| | continue preparing summaries of disbursements to support demands on dealers (.5). | | | |
| | [Asset analysis and recovery] (Malpractice action) Strategize with Receiver regarding Carey Motion to Stay (.2); revise Response to Motion to Stay (.8); correspondence with CFTC Counsel (.1). | 1.10 | 291.50 | MDV |
| | [Asset analysis and recovery] (D& O Case) Review affidavit regarding Manners (.2). | 0.20 | 53.00 | MDV |
| | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 0.30 | 43.50 | mm |
| Feb-20-15 | [Asset analysis and recovery] (D & O) Review changes to settlement agreement and conference with counsel regarding same. | 0.40 | 106.00 | MME |
| | [Asset analysis and recovery] (Dealers) Strategize with team members regarding the Misc. Actions to be commenced against the dealers we will sue to recover fraudulent transfers and the procedure and logistics of filing such Misc. Actions (.2); review and revise letter responding to another dealer's response to the Receiver's fraudulent transfer demand letter and coordinate finalizing and sending out (.3); coordinate making minor revisions to that response letter and using it as the demand letter to all remaining dealers who have not yet received demand letters (.1). | 0.60 | 159.00 | KDM |
| | [Claims Process] Review analysis of a late-filed claim from M. McCarthy and coordinate responding to claimant's attorney explaining that claimant is not eligible to participate in claims process given the dates of his investments and losses (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (D&O Case) Review Defendants' edits to settlement agreement and strategize with Receiver regarding same (.4). | 0.40 | 106.00 | MDV |

|  |  |  |  |  |
|---|---|---|---|---|
|  | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries. | 0.30 | 43.50 | mm |
| Feb-23-15 | [Asset analysis and recovery] (Dealer) Review and revise form fraudulent transfer complaint and meet with counsel regarding same. | 1.00 | 265.00 | MME |
|  | [Asset analysis and recovery] Confer with counsel regarding settlement negations, Defendant's Affidavit and status conference. | 0.20 | 53.00 | MME |
|  | [Asset analysis and recovery] (Dealers) Telephone call from principal of dealer requesting additional time to respond to demand letter and additional information regarding the transfers from HWC to the dealer, discuss with team members, and coordinate revising the letter providing the additional information to provide an additional week to respond and sending out letter with summary of forensic analysis of transfers to dealer (.3). | 0.30 | 79.50 | KDM |
|  | [Asset analysis and recovery] (Dealer) Discuss with Receiver the claims alleged in the draft complaint against the dealers and principals that received transfers from HWC, the applicable fraudulent transfer law and other applicable laws, the Misc. actions to be commenced against each dealer and principal, and related matters (.3); review Receiver's revisions to the draft Complaint (.1). | 0.40 | 106.00 | KDM |
|  | [Asset analysis and recovery] (Sabertooth) Meet with Receiver regarding the status of the Sabertooth action, settlement negotiations, obtaining financial affidavit from Defendant, the upcoming Status Conference and having California counsel cover that Status Conference (.2). | 0.20 | 53.00 | KDM |
|  | [Asset analysis and recovery] (D&O action) Revise settlement agreement and correspondence with Defense counsel regarding same. | 0.80 | 212.00 | MDV |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Malpractice action) Correspondence with Grossman counsel regarding mediation. | 0.20 | 53.00 | MDV |
| | [Asset analysis and recovery] (Dealers) Email from and to counsel for International Bullion regarding response to demand letter. | 0.10 | 17.50 | AF |
| | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries and late claims. | 2.00 | 290.00 | mm |
| Feb-24-15 | [Asset analysis and recovery] (Dealers) Strategize regarding confirming address and identity of a particular dealer and its principal, receive report regarding findings from further investigation, and coordinate preparation of letter responding to their response to Receiver's demand letter (.4); strategize regarding sending demand letters to the remaining dealers and whether to bring actions against certain of those dealers (.3); telephone call from counsel for a dealer regarding the Receiver's demand, coordinate preparation of summary analysis of transfers from HWC to that dealer, and review demand letter and summary analysis in preparation for return call to counsel (.3); telephone call to counsel for dealer regarding the Receiver's demand to recover the transfers from HWC, the forensics regarding those transfers, the applicable fraudulent transfer law, and the dealers defenses to the Receiver's claims (.5); coordinate preparation of response letter to counsel for dealer, revising the amount demanded, and attaching the updated summary of transfers to the dealers (.2); review and revise response letter to principals of a dealer who responded to Receiver's demand letter, coordinate making final revisions and preparing summary analysis of transfers to that dealer, review that analysis, and coordinate sending out response letter (.5); exchange emails with C. Perez regarding updated forensic analysis of transfers to another dealer and communications with that dealer's principal, review the updated | 2.60 | 689.00 | KDM |

analysis, and coordinate preparing letter providing updated analysis with further explanation regarding the Receiver's claims (.4).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealer Clawbacks) Revise Complaint against dealers in accordance with the Receiver revisions (.7); coordinate and provide direction regarding using revised Complaint to prepare Complaints against various dealers, discuss the fraudulent transfer laws in different states, coordinate conducting research to confirm applicable law, and discuss with team members (.4); strategize with team members regarding Florida's choice of law provisions and the applicable fraudulent transfer law, review research on choice of law, and coordinate continued research (.4). | 1.50 | 397.50 | KDM |
| [Asset analysis and recovery] (Sabertooth) Coordinate rescheduling of call with California counsel to prepare for Status Conference with the Court, receive confirmation of rescheduling of call, and coordinate updating calendar (.1); receive confirmation of rescheduled conference call (.1). | 0.20 | 53.00 | KDM |
| [Case administration] Exchange emails with counsel for customer regarding his client's involvement with Hunter Wise and another fraudulent commodities company and forward him the Order discharging the Corporate Monitor in the CFTC enforcement action against that other company (.3). | 0.30 | 79.50 | KDM |
| [Asset analysis and recovery] Prepare responses to various dealers regarding fraudulent transfer demands (1.2); prepare summaries of disbursements for attachment to letters and for use in telephone calls regarding fraudulent transfer demands (.8); telephone calls with J. Serna and K. Murena regarding same (.3). | 2.30 | 575.00 | CP |

| | | | | |
|---|---|---|---|---|
| | [Asset analysis and recovery] (D&O Case) Phone call with insurance counsel regarding settlement documents (.3); review defense counsel redlines to agreement (.3). | 0.60 | 159.00 | MDV |
| | [Asset analysis and recovery] Email E. martin about lost Great Western stock certificates. | 0.10 | 15.00 | MJS |
| | [Asset analysis and recovery] (Dealers) Update dealer tracking chart to reflect recent communications with attorneys and/or representatives of certain dealers and to reflect status of demand letters. | 0.50 | 50.00 | pl |
| | [Business operations] (Melissa McCarthy) Work on responses to customer inquiries and late claims. | 1.50 | 217.50 | mm |
| Feb-25-15 | [Asset analysis and recovery] (Dealers) Emails with C. Perez regarding additional letters to be sent to dealers and/or their counsel responding to their responses to the Receiver's demand letters and providing further explanation of the Receiver's fraudulent transfer claims and the applicable law, and attaching the updated forensic analysis of transfers from HWC to the dealers (.2); review and revise various letters and the updated forensic analyses and coordinate sending them to the dealers and/or their counsel (.4); receive report from team members regarding the status of sending all demand letters with updated forensic analyses and response letters to those who responded to the demand letters and coordinate updating the tracking chart to reflect recent responses and telephone calls with counsel for certain dealers and the extensions of time to respond that they have requested (.7);   emails with counsel for one of the dealers acknowledging receipt of our response letter and his intention to confer with his client regarding the Receiver's demand and supporting forensics (.2); review memorandum regarding Florida choice of law research and the law applicable to the Receiver's fraudulent transfer claims against dealers, review certain cases cited in memorandum, and strategize with C. Perez | 2.50 | 662.50 | KDM |

regarding the law cited in demand letters and the Complaints to be filed (.8); review letter from dealer in response to demand letter claiming insolvency and inactivity of the dealer and coordinate contacting the principal to confirm insolvency through financial affidavit and investigate subsequent transfers from dealer to principals or third parties (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealer Clawbacks) Work with team members on determining which dealers are to be sued based on their failure to respond to the Receiver's demand letters or their refusal to pay the amount demanded or engage in negotiations and coordinate preparation of remaining letters and Complaints (.4). | 0.40 | 106.00 | KDM |
| [Asset analysis and recovery] (Sabertooth) Receive confirmation of rescheduled conference call with California counsel and prepare for conference call to prepare California counsel for the upcoming status conference (.4); conference call with California counsel to prepare him for the status conference, brief him on the status of the Receivership case, and strategize regarding requesting the Court to enter an order setting the Settlement Conference, and coordinate sending California counsel certain documents and court filings (.4). | 0.80 | 212.00 | KDM |
| [Business operations] Review Notice of Dismissal of employment claim brought by former employee of Hunter Wise issued by the California Department of Labor (.1). | 0.10 | 26.50 | KDM |
| [Case administration] Follow up with the Court on its consideration and determination of the four pending motions and the appeals filed by claimants to the Receiver's final determinations and discuss with team members (.2). | 0.20 | 53.00 | KDM |
| [Claims Process] Emails with M. McCarthy regarding the letter responding to late filed claims and review and revise that letter and | 0.30 | 79.50 | KDM |

coordinate having it sent to counsel for the claimant (.3).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (Dealers) Research regarding choice of law rules in fraudulent transfer actions under Florida law and draft email to K. Murena summarizing same. | 2.20 | 550.00 | CP |
| [Asset analysis and recovery] Review additional Defense counsel edits to Settlement agreement (.2); strategize with Receiver (.2). | 0.40 | 106.00 | MDV |
| [Asset analysis and recovery] Review letter from Cirrus. | 0.10 | 17.50 | AF |
| [Asset analysis and recovery] (Sabertooth action) Review docket and pleadings in preparation for phone call with D. Damiano (.5); Phone call with D. Damiano discussing status of case to prepare for status conference before the Court (.4); Compile documents for D. Damiano for status conference (.5). | 1.40 | 210.00 | MJS |
| [Asset analysis and recovery] Email E. Martin regarding contacting transfer agent for Great Western shares. | 0.10 | 15.00 | MJS |
| [Asset analysis and recovery] (Dealer) Continue to update dealer tracking chart to reflect recent communications with attorneys and/or representatives of certain dealers and to reflect status of demand letters. | 1.10 | 110.00 | pl |
| [Business operations] (Melissa McCarthy) Work on responses to customer inquiries and late claims. | 0.80 | 116.00 | mm |

Feb-26-15

[Asset analysis and recovery] (Dealers) Strategize with team members regarding responding to dealer claiming to have no assets or operations from which to satisfy Receiver's fraudulent transfer demand and obtaining financial information and affidavit to confirm dealer's claims (.3); email from principal of dealer responding to demand     3.10     821.50     KDM

letter, analyze the defenses raised and strategize regarding responding and requesting information and documentation supporting those defenses (.3); prepare and send email to principal of dealer responding to his letter, requesting documents in support of his defenses, and arranging for a call to discuss those defenses and the Receiver's forensics (.2); emails with counsel for a dealer and certain related entities regarding his request for extension of time to respond to demand letter and coordinate calendaring of new deadline (.2); coordinate calendaring of deadlines for all dealers to respond to demand letters and coordinate updating the tracking chart (.1); assist and provide guidance to C. Perez for continued research on fraudulent transfer law applicable to the Receiver's claims against the dealers, the applicable statutes of limitations and discovery rules, and how those statutes and rules are applied by the courts in different jurisdictions (.9); review C. Perez's memorandum of law regarding same and review certain case law and statutes cited therein (.8); review C. Perez's summary of research on a particular state's statute of limitations and discovery rule for fraudulent transfer claims (.1); discuss with C. Perez and coordinate her updating Complaint against dealers to cite to applicable fraudulent transfer law, add a claim for common law fraudulent transfer, and add certain required allegations (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] (D&O Action) Confer with M. Visconti regarding certain language to be included in Settlement Agreement, provide proposed language, and review draft of Agreement incorporating that language (.3); review revised version of the added language and proposed additional revisions (.2). | 0.50 | 132.50 | KDM |
| [Asset analysis and recovery] (Sabertooth) Receive report from M. Spencer regarding the outcome of the Status Conference and the Court's intention to enter an order scheduling a Settlement Conference with a Magistrate Judge and discuss possible dates and | 0.20 | 53.00 | KDM |

coordinate with California counsel (.2).

| | | | |
|---|---|---|---|
| [Asset analysis and recovery] Research CA and NV UFTA and common law fraudulent transfer claims (1.2) and applicable statutes of limitations, tolling and the discovery rule (1.4) and draft email summarizing the law (1.0) and discuss same with K. Murena and devise strategy for pursuing fraudulent transfer actions (.4). | 4.00 | 1,000.00 | CP |
| [Asset analysis and recovery] (D&O Case) Revise stipulation and release and confer with K. Murena (.4); phone call with Defense counsel and carrier counsel (.3); correspondence with defense counsel (.1). | 0.80 | 212.00 | MDV |
| [Asset analysis and recovery] (Sabertooth action) Phone call with D. Damiano regarding outcome of status conference hearing. | 0.20 | 30.00 | MJS |

| Feb-27-15 | [Asset analysis and recovery] (Dealers) Review and revise letter to dealer and its principals, revising the references to the applicable law and other portions of the letter and coordinate making similar revisions to other letters to dealers and principals (.3); strategize regarding the dates of the transfers from HWC to that dealer, the principals of the dealer, the continued operations of the dealer, and related operating entities (.3); review revised letter to dealer and principals and the forensic summary of transfers and coordinate sending them out (.2); telephone call from principal of dealer regarding the forensics in support of the Receiver's fraudulent transfer claim and request for summary of transfers from HWC to dealer and further explanation of the Receiver's claim (.4); review, revise and finalize letter to that principal and summary of transfers and coordinate sending them to principal (.3). | 1.50 | 397.50 | KDM |
|---|---|---|---|---|
| | [Asset analysis and recovery] (Dealer) Work with C. Perez on revising the draft Complaint against dealers to add claims and allegations regarding subsequent transferees and coordinate research regarding elements of | 0.60 | 159.00 | KDM |

|  | | | |
|---|---|---|---|
| | fraudulent transfer claims against subsequent transferees (.6). | | | |
| | [Business operations] Emails with CFO of HW Financial regarding accounts payable including payroll and review backup documents and invoices (.2). | 0.20 | 53.00 | KDM |
| | [Asset analysis and recovery] (Dealer) Revise complaint to be filed against dealers to comply with California law and to include individual defendants (2.2); review response email and draft response to Geneva Roth's letter and prepare summary of disbursements for same (.6). | 2.80 | 700.00 | CP |
| | [Asset analysis and recovery] (Malpractice action) Correspondence with Grossman counsel regarding mediation and proposed transfer (.3); review Order on Grossman Motion to Dismiss is CFTC case (.2); work on and research regarding transfer of attorney case to Judge Bloom (.4); correspondence with CFTC regarding possible transfer (.1); correspondence with counsel for Grossman regarding proposed transfer (.1). | 1.10 | 291.50 | MDV |
| | [Asset analysis and recovery] (D&O Case) Correspondence with carrier counsel regarding edits to settlement agreement (.2); revise agreement and correspondence with defense counsel regarding same (.4). | 0.60 | 159.00 | MDV |
| | [Asset analysis and recovery] (Malpractice action) Legal research regarding consolidation of cases. | 0.50 | 75.00 | MJS |
| Feb-28-15 | [Asset analysis and recovery] (Dealer) Receive update from C. Perez regarding research on California common law fraudulent transfer claims and the elements of claims against subsequent transferees, review certain case law and compare elements to those set forth in actual fraud section of UFTA, and discuss revisions to be made to the Complaint (.4); continue working with C. Perez on the Complaint against dealers and their principals and determine which | 1.20 | 318.00 | KDM |

| | | | |
|---|---|---|---|
| principals and subsequent transferees to be included as Defendants and the allegations regarding those principals and subsequent transferees (.8). | | | |
| [Asset analysis and recovery] (Dealer) Draft demand letters to dealers and prepare summary of disbursements as exhibit to each letter (1.8). | 1.80 | 450.00 | CP |

| | | |
|---|---|---|
| HOUR TOTALS: | 559.55 | $128,298.75 |

## ATTORNEY/PARALEGAL SUMMARY

| NAME | INTIALS | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Melanie E. Damian | MME | 45.40 | $265.00 | $11,925.00 |
| Kenneth D. Murena | KDM | 198.20 | $265.00 | $50,721.00 |
| Casandra Perez Murena | CP | 87.90 | $250.00 | $21,975.00 |
| Melissa Damian Visconti | MDV | 111.60 | $265.00 | $29,574.00 |
| Amanda Fernandez | AF | 3.50 | $175.00 | $140.00 |
| Melanie J. Spencer | MJS | 17.60 | $150.00 | $2,640.00 |
| Sara M. Paris | SMP | 2.10 | $200.00 | $420.00 |
| Melissa McCarthy | mm | 63.75 | $145.00 | $9,243.75 |
| Paralegal | pl | 29.50 | $100.00 | $1,660.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| | Pacer Photocopy | 83.70 |
| Nov-12-14 | AT & T Telephone Service HW Manager | 136.62 |
| Nov-21-14 | Courier Federal Court 11/19/14 | 31.50 |
| Nov-25-14 | Service Fee:   in London 11/25/14 | 395.67 |
| Nov-30-14 | Public Storage Unit | 117.46 |
| Dec-03-14 | Postage   2 @ 0.48 | 0.96 |
| | Postage   2 @ 7.82 | 15.64 |
| Dec-05-14 | Postage   3 @ 0.48 | 1.44 |
| Dec-08-14 | Postage   2 @ 0.48 | 0.96 |
| | Filing Fee: Ancillary Complaint against Grossman and Carey | 46.00 |
| | Filing Fee: certified copies - Consent Judgment against Palm Beach Capital | 63.00 |
| | Filing Fee: Recording of judgment against | 171.50 |

|  | Palm Beach Capital | |
|  | Filing Fee: Recording of judgment against Empire Sterling | 95.00 |
|  | Filing Fee: Recording of judgment against Empire Sterling | 95.00 |
| Dec-09-14 | Postage 2 @ 7.82 | 15.64 |
| Dec-10-14 | Filing Fee: Damian v. Manners | 46.00 |
|  | Filing Fee: Record Fee Order Granting the Consent Order against Palm Beach Capital | 18.50 |
| Dec-12-14 | Research Secured Database Fee | 22.86 |
| Dec-15-14 | AT & T Telephone Service HW Manager | 138.13 |
|  | Postage 8 @ 1.40 | 11.20 |
|  | Postage 1 @ 2.03 | 2.03 |
| Dec-16-14 | Postage 2 @ 0.48 | 0.96 |
| Dec-24-14 | Postage 2 @ 0.69 | 1.38 |
|  | Postage 5 @ 1.40 | 7.00 |
| Dec-26-14 | Hunter Wise Distribution check order | 90.19 |
|  | Webpage design, renewal and hosting | 319.50 |
|  | Courier Federal Court 12/11/14 | 41.50 |
|  | Postage 5 @ 1.11 | 5.55 |
|  | FedEx Shipment US Clerk of Court Damian v. Manners 12/16/14 | 23.22 |
|  | FedEx Shipment Paul Proscia 12/17/14 | 19.02 |
|  | FedEx Shipment Reg Agent for SJ Woods 12/17/14 | 15.47 |
|  | FedEx Shipment Derek Jason Bridges 12/18/14 | 18.61 |
|  | FedEx Shipment Derek Jason Bridges as Reg. Agent for Empire Sterling Metals 12/18/14 | 18.61 |
|  | FedEx Shipment Clerk of Courts Damian v. Grossman 12/11/14 | 20.85 |
|  | FedEx Shipment Lawrence Scott Spain 12/11/14 | 16.45 |
| Dec-30-14 | Parking Travel Expense Damian v. Manners MDV 12/16/14 | 12.97 |
| Dec-31-14 | Photocopies 468 @ 0.12 | 56.16 |
|  | FedEx Shipment Derek Jason Bridges RA 12/18/14 | 18.61 |
|  | FedEx Shipment Clerk of Court 1/6/15 | 17.21 |
|  | FedEx Shipment Junior Alexis 1/7/15 | 14.60 |
|  | FedEx Shipment Richard Morello 1/7/15 | 14.60 |
|  | FedEx Shipment Richard Morello 1/7/15 | 14.60 |
|  | Data Asset Research of Potential Fraudulent Transferees (Principle of Dealer) | 19.00 |
|  | Data Asset Research of Potential Fraudulent Transferees (Principle of Dealer) | 19.00 |
|  | Data Asset Research of Potential Fraudulent Transferees (Dealer) | 19.00 |
|  | Data Asset Research of Potential Fraudulent | 38.50 |

| | | |
|---|---|---|
| | Transferees (Dealer) | |
| | Data Asset Research of Potential Fraudulent Transferees (Principle of Dealer) | 37.25 |
| | Data Asset Research of Potential Fraudulent Transferees (Principle of Dealer and Dealer) | 39.25 |
| | Data Asset Research of Potential Fraudulent Transferees (Dealer) | 34.50 |
| | Data Asset Research of Potential Fraudulent Transferees (Dealer) | 34.50 |
| | Data Asset Research of Potential Fraudulent Transferees (Dealer) | 34.50 |
| | Data Asset Research of Potential Fraudulent Transferees (Principle of Dealer) | 19.00 |
| | Data Asset Research of Potential Fraudulent Transferees (Principle of Dealer) | 4.00 |
| Jan-04-15 | Filing Fee: CFTC judgment against Vertical Integration Group, LLC. | 19.00 |
| | Filing Fee: Record Fee CFTC judgment against Vertical Integration Group, LLC. | 137.50 |
| | Filing Fee: Certified Copies | 27.00 |
| Jan-05-15 | AT & T Telephone Service HW Manager | 123.33 |
| Jan-06-15 | Postage   3 @ 1.40 | 4.20 |
| | Postage   2 @ 1.61 | 3.22 |
| | Postage   2 @ 7.82 | 15.64 |
| Jan-13-15 | Postage   1 @ 1.61 | 1.61 |
| | Postage   1 @ 1.82 | 1.82 |
| | Filing Fee: Record Fee P.I. Order against Newbridge Alliance | 171.50 |
| Jan-14-15 | Postage   2 @ 1.40 | 2.80 |
| Jan-15-15 | Courier Federal Court 1/9/15 | 39.00 |
| | Filing Fee: Record Fee Judgment against Empire Sterling | 8.50 |
| | FedEx Shipment (Damian v. Manners) David Manners 1/14/15 | 43.41 |
| Jan-16-15 | Postage   1 @ 1.61 | 1.61 |
| | Postage   1 @ 1.82 | 1.82 |
| Jan-20-15 | Postage   1 @ 0.48 Manners | 0.48 |
| | Postage   2 @ 1.61 | 3.22 |
| Jan-23-15 | Research Secured Database Fee | 22.86 |
| | Postage   12 @ 3.78 | 45.36 |
| | Postage   5 @ 1.15 | 5.75 |
| | Postage   2 @ 0.48 | 0.96 |
| | Postage   24 @ 3.78 | 90.72 |
| | Filing Fee: Record Fee judgment against Empire Sterling | 8.50 |
| Jan-28-15 | Postage   1 @ 0.69 | 0.69 |
| | Postage   2 @ 0.48 | 0.96 |
| | Postage   2 @ 1.11 | 2.22 |

| | | |
|---|---|---:|
| | Postage   1 @ 1.61 | 1.61 |
| | Postage   1 @ 1.82 | 1.82 |
| Jan-30-15 | Filing Fee: Record Fee judgment against Vertical Integration | 1.00 |
| Jan-31-15 | Photocopies   55 @ 0.12 | 6.60 |
| | FedEx Shipment David Manners 1/28/15 | 43.41 |
| | Data Asset Research of Potential Fraudulent Transferees (Principle of Dealer) | 4.00 |
| | Data Asset Research of Potential Fraudulent Transferees (Principle of Dealer) | 8.00 |
| Feb-02-15 | Postage   52 @ 3.78 | 196.56 |
| Feb-17-15 | AT & T Telephone Service HW Manager | 122.91 |
| Feb-20-15 | Research Secured Database Fee | 22.86 |
| Feb-23-15 | Filing Fee: Certified Copies | 6.00 |
| | Filing Fee: Record Fee | 103.50 |
| Feb-25-15 | Postage   2 @ 3.99 | 7.98 |
| | Postage   1 @ 3.78 | 3.78 |
| | Postage   5 @ 6.69 | 33.45 |
| Feb-27-15 | Postage   1 @ 1.61 | 1.61 |
| | Postage   1 @ 0.48 | 0.48 |
| | Postage   1 @ 3.99 | 3.99 |
| | Postage   5 @ 3.78 | 18.90 |
| | Postage   1 @ 3.79 | 3.79 |
| Feb-28-15 | PO BOX Renewal | 179.76 |
| | Photocopies   769 @ 0.12 | 92.28 |
| | Parking Manners 2/10/15 | 40.00 |
| | Parking 2/10/15 | 40.00 |
| | Totals | $4,282.34 |

**Total Fee & Disbursements**                              **$132,581.09**

**Balance Now Due**                                        **$132,581.09**

**Terms: Balance Due Upon Receipt**

TAX ID Number        20-1324240