

## Kapila Mukamal
CPAs, Forensic and Insolvency Advisors

**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #677 - 12/31/14**

### TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| KATHY FOSTER - Tax Consultant | 1.10 | 260.00 | 286.00 |
| LESLEY JOHNSON - Partner/Tax, CPA, CIRA | 1.60 | 265.00 | 424.00 |
| TOTAL | 2.70 | | $710.00 |
| | **BLENDED RATE** | **$262.96** | |
| | TOTAL EXPENSES | | 19.78 |
| TOTAL AMOUNT OF THIS INVOICE | | | $729.78 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011  F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771  F 786.517.5772

EXHIBIT C



**CPAs, Forensic and Insolvency Advisors**

1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011  F - 954-761-1033  www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL 33131

Invoice: 677
12/31/2014
Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2014

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| **TAX SERVICES - ADVISORY** | | | | |
| 12/01/2014 | LJJ | ADDRESS OPEN ISSUES AND FORWARD DETAILS NECESSARY TO COMPLETE 2013 TAX RETURN TO K. MURENA | 0.80 | 212.00 |
| **TAX SERVICES - PREPARE FORMS** | | | | |
| 12/05/2014 | LJJ | SUMMARIZE OPEN ISSUES AND FORWARD INFORMATION TO COUNSEL. | 0.80 | 212.00 |
| 12/08/2014 | KAF | REVIEW ADDITIONAL DATA RECEIVED FROM MONITOR SINCE 11/11/14 TELEPHONE CONFERENCE, UPDATE STATUS OF INFO NEEDED TO COMPLETE TAX RETURNS 2013 AND SEND REMINDER TO MONITOR'S ATTORNEY | 1.00 | 260.00 |
| 12/11/2014 | KAF | REVIEW AND SIGN IRS LETTER RE: CIVIL PENALTY AS REQUESTED BY LJ | 0.10 | 26.00 |
| | | | | 710.00 |
| **EXPENSES** | | | | |
| 12/03/2014 | EXP | OVERNIGHT DELIVERY - K. MURENA | | 14.78 |
| 12/03/2014 | EXP | SUPPLIES - KM - CD FOR QB ACCOUNTING RECORDS TO KEN MURENA | | 5.00 |
| | | | | 19.78 |
| | | Total amount of this invoice | | $729.78 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



**CPAs, Forensic and Insolvency Advisors**

---

**HUNTER WISE COMMODITIES, LLC ET AL**
**Client ID: 71003**
**Invoice #750 - 01/31/15**

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 1.10 | 265.00 | 291.50 |
| FRANK DIAZ-DRAGO - Forensic Analyst | 0.50 | 100.00 | 50.00 |
| KATHY FOSTER - Tax Consultant | 4.40 | 260.00 | 1,144.00 |
| KELSEY JOHNSON - Forensic Analyst | 0.60 | 140.00 | 84.00 |
| LESLEY JOHNSON - Partner/Tax, CPA, CIRA | 0.60 | 265.00 | 159.00 |
| PAUL KLUEMPER - Forensic Consultant | 1.50 | 200.00 | 300.00 |
| JOAN ZEILER - Paraprofessional | 0.10 | 150.00 | 15.00 |
| TOTAL | 8.80 | | $2,043.50 |
| | **BLENDED RATE** | **$232.22** | |
| | TOTAL EXPENSES | | 24.34 |
| TOTAL AMOUNT OF THIS INVOICE | | | $2,067.84 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772



1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR
DAMIAN & VALORI LLP
1000 BRICKELL AVE., SUITE 1020
MIAMI, FL 33131

Invoice: 750

01/31/2015

Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH JANUARY 31, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| TAX SERVICES - ADVISORY | | | | |
| 01/07/2015 | LJJ | REVIEW NOTICE AND PREPARE FINAL PAYROLL TAX RETURN IN RESPONSE | 0.60 | 159.00 |
| 01/12/2015 | SKB | COORDINATE COMPILATION OF 1099 AND W-2 PAYMENTS. | 0.40 | 106.00 |
| 01/19/2015 | FDD | PREPARE 1099 SCHEDULE FOR 2014 DISBURSEMENTS | 0.50 | 50.00 |
| 01/21/2015 | SKB | FINALIZE 1099 LIST FOR L. JOHNSON. | 0.50 | 132.50 |
| 01/30/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. FOSTER REGARDING 1099'S AND W-2'S. | 0.20 | 53.00 |
| | | | | |
| TAX SERVICES - PREPARE FORMS | | | | |
| 01/07/2015 | KAF | REVIEW/ANALYZE DATA FROM KENNETH MURENA RE: NTR BULLION TRADING ACTIVITY AND RESPOND WITH OBSERVATIONS; FOLLOW UP RE: STATUS OF STANDARD BROKERAGE ACCOUNT DATA REQUESTED BUT NOT YET RECEIVED | 0.90 | 234.00 |
| 01/08/2015 | KAF | ADDITIONAL CORRESPONDENCES WITH NTR BULLION RE: LIQUIDATION OF HUNTERWISE ACCOUNT BY CORPORATE MONITOR AND SUPPORT RECEIVED FROM NTR, ANALYZE BROKER INFO BY YEAR FOR COMPARISON WITH HWC TRADING GENERAL LEDGER, NOTE DISCREPANCIES | 1.90 | 494.00 |
| 01/09/2015 | KJJ | ASSEMBLED FORM 941 | 0.20 | 28.00 |
| 01/21/2015 | JGZ | PROVIDE BREAKDOWN OF PAYMENTS RECEIVED BY KAPILA & CO AND KAPILAMUKAMAL IN 2014 FOR PURPOSE OF 2014 1099 PREPARATIONS | 0.10 | 15.00 |
| 01/21/2015 | PDK | PREPARE HUNTER WISE COMMODITIES, LLC 2014 FORMS 1096 AND 1099S | 1.50 | 300.00 |
| 01/21/2015 | KAF | REVIEW 1099 INFO FROM S. BANEZ AND ASK QUESTIONS RE: INFO | 0.20 | 52.00 |
| 01/21/2015 | KAF | REVIEW AND SAVE ADDITIONAL 1099 INFO FROM S. BANEZ, REVISE 1099 SCHEDULE PER INFO RECEIVED AND FORWARD TO P. KLUEMPER FOR PREPARATION; TELEPHONE CONVERSATION WITH S. BANEZ AND UPDATE TAX CONTROL TO REFLECT NO 2014 1099'S REQUIRED FOR HUNTER WISE SERVICES LLC | 0.60 | 156.00 |
| 01/21/2015 | KAF | REVIEW COURT PAPER 255 RE: PAYMENT MADE IN 2014 TO | 0.20 | 52.00 |

| | | | | |
|---|---|---|---|---|
| | | FRANK GUARINO TO DETERMINE IF A FORM 1099 IS REQUIRED; REVISE 1099 SCHEDULE PER REVIEW AND SEND INSTRUCTIONS TO P. KLUEMPER FOR FINALIZING 1099 AND 1096 FORMS | | |
| 01/21/2015 | KAF | REVIEW 2014 1099'S PREPARED BY P. KLUEMPER AND GIVE TO L. JOHNSON FOR FINAL REVIEW | 0.30 | 78.00 |
| 01/23/2015 | KJJ | ASSEMBLED AND MAILED FORM 1099/1096 | 0.40 | 56.00 |
| 01/29/2015 | KAF | FOLLOW UP WITH S. BANA RE: 2014 1099'S FOR HW SERVICES AND NEWBRIDGE ALLIANCE | 0.30 | 78.00 |
| | | | | 2,043.50 |

EXPENSES

| | | | |
|---|---|---|---|
| 01/09/2015 | EXP | POSTAGE | 1.82 |
| 01/23/2015 | EXP | POSTAGE | 1.82 |
| 01/31/2015 | EXP | PRINTED COPY CHARGE | 20.70 |
| | | | 24.34 |

|  |  |
|---|---|
| Total amount of this invoice | $2,067.84 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.



### HUNTER WISE COMMODITIES, LLC ET AL
### Client ID: 71003
### Invoice #817 - 02/28/15

## TIME SUMMARY BY STAFF

| Staff | Hours | Rate | Amount |
|---|---|---|---|
| SHAWNA AMARNANI - Forensic Consultant, CPA, CFE | 2.40 | 226.00 | 542.40 |
| SURUCHI BANEZ - Principal, CPA, CIRA, CFE | 1.40 | 265.00 | 371.00 |
| KATHY FOSTER - Tax Consultant | 1.60 | 260.00 | 416.00 |
| TOTAL | 5.40 | | $1,329.40 |
| **BLENDED RATE** | | **$246.19** | |
| TOTAL EXPENSES | | | 0.90 |
| TOTAL AMOUNT OF THIS INVOICE | | | $1,330.30 |

The Kapila Building
1000 S. Federal Highway, Suite 200
Fort Lauderdale, Florida 33316
P 761.1011   F 954.761.1033

Sun Trust International Center
1 SE 3rd Avenue, Suite 2150
Miami, Florida 33131
P 786.517.5771   F 786.517.5772



1000 S. Federal Highway, Suite 200
Fort Lauderdale, FL 33316
Phone - 954-761-1011   F - 954-761-1033   www.kapilamukamal.com
EIN #46-5394135

HUNTER WISE COMMODITIES, LLC ET AL
C/O MELANIE DAMIAN, MONITOR  
DAMIAN & VALORI LLP  
1000 BRICKELL AVE., SUITE 1020  
MIAMI, FL  33131

Invoice: 817

02/28/2015

Client ID: 71003

FOR PROFESSIONAL SERVICES RENDERED THROUGH FEBRUARY 28, 2015

| DATE | STAFF | DESCRIPTION | HRS | AMOUNT |
|---|---|---|---|---|
| LITIGATION SUPPORT | | | | |
| 02/10/2015 | SKB | RESEARCH AND ADDRESS EMAIL FROM K. MURENA REGARDING INSIDER AND DEALER SCHEDULES. | 0.30 | 79.50 |
| 02/12/2015 | SKB | RESEARCH AND ADDRESS FOLLOW UP EMAIL FROM K. MURENA REGARDING INSIDER AND DEALER SCHEDULES. | 0.30 | 79.50 |
| 02/12/2015 | SKB | PREPARE DEALER SCHEDULE WITH ACTIVITY GOING BACK TO INCEPTION. | 0.40 | 106.00 |
| 02/12/2015 | SBA | PREPARE ANALYSIS OF DISBURSEMENTS TO DEALERS USING QUICKBOOKS FILES FOR THE PERIOD FROM INCEPTION THROUGH 2013. | 2.40 | 542.40 |
| 02/12/2015 | SKB | REVIEW AND ANALYZE BANK STATEMENT INVENTORY AND DOCUMENT INVENTORY TO ADDRESS INQUIRIES FROM K. MURENA. | 0.40 | 106.00 |
| TAX SERVICES - PREPARE FORMS | | | | |
| 02/02/2015 | KAF | REVIEW STANDARD BANK 01/15/15 RESPONSE TO K. MURENA REQUEST FOR 2013 TAX INFORMATION, RESPOND TO STANDARD BANK WITH ADDITIONAL (DETAILED) QUESTIONS/REQUESTS | 1.60 | 416.00 |
| | | | | 1,329.40 |
| EXPENSES | | | | |
| 02/27/2015 | EXP | PRINTED COPY CHARGE | | 0.90 |
| | | | | 0.90 |
| | | Total amount of this invoice | | $1,330.30 |

Invoice payable upon receipt.  Thank you for this opportunity to be of service.