# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

January 13, 2015

Melanie E. Damian, Esq.
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

| | |
|---|---|
| Billing through | 12/31/14 |
| Invoice Number | 12728 |
| Account Number | D032-00102 |

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | TK | Description | Hours |
|---|---|---|---|
| 12/03/14 | CDS | ASSET ANALYSIS AND RECOVERY: Bond: Draft e-mail to Ms. Visconti regarding status of revisions to carrier letter. | 0.10 |
| 12/08/14 | JSM | ASSET ANALYSIS AND RECOVERY: Revise letter to Federal. | 0.20 |
| 12/08/14 | CDS | ASSET ANALYSIS AND RECOVERY: Revise and finalize letter to carrier providing additional information; review response to Wells Notice for coverage implications. | 2.00 |
| 12/16/14 | KMS | ASSET ANALYSIS AND RECOVERY:  Review recent correspondence and update case file | 0.20 |
| 12/23/14 | JSM | ASSET ANALYSIS AND RECOVERY: Email to CDS re: ██████████ | 0.10 |
| 12/23/14 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review various e-mail regarding proposed mediation; draft e-mail to JSM regarding same. | 0.20 |
| 12/24/14 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Ms. Visconti and CDS regarding mediation | 0.20 |

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 2.30 | 250.00 | $575.00 |
| Mazer, Jason S. | 0.50 | 565.00 | $282.50 |
| Shaw, Kathleen M. | 0.20 | 235.00 | $47.00 |
| **Total fees for this matter** | **3.00  hrs.** | | **$904.50** |

## DISBURSEMENTS

| | |
|---|---|
| Photocopies | 17.40 |
| **Total disbursements for this matter** | **$17.40** |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $904.50 |
| TOTAL DISBURSEMENTS | $17.40 |
| **TOTAL CHARGES FOR THIS BILL** | **$921.90** |

PLEASE INCLUDE INVOICE NUMBER   12728   WITH YOUR PAYMENT.  THANK YOU.

EXHIBIT D

| | |
|---|---:|
| PLUS NET BALANCE FORWARD | $10,143.50 |
| **TOTAL BALANCE NOW DUE** | **$11,065.40** |

## BILLING HISTORY

| | Billed to Date | | Received to Date |
|---|---|---|---|
| Fees | $30,636.50 | Fees | $20,536.50 |
| Expenses | $418.49 | Expenses | $72.93 |

**PLEASE INCLUDE INVOICE NUMBER   12728   WITH YOUR PAYMENT. THANK YOU.**

# Ver Ploeg & Lumpkin, P.A.

100 S.E. Second Street, 30th Floor
Miami, Florida 33131-2151
305.577.3996: TEL
305.577.3558: FAX

Tax ID #65-0615033

February 09, 2015

Melanie E. Damian, Esq.
Damian Valori, LLP
as Receiver for Hunter Wise Commodities, LLC
Damian Valori, LLP
1000 Brickell Avenue
Suite 1020

| | |
|---|---|
| Billing through | 01/31/15 |
| Invoice Number | 12884 |
| Account Number | D032-00102 |

**Damian, Melanie as Special Court Appointed Monitor for Hunter Wise Commodities, LLC**

## FOR PROFESSIONAL SERVICES RENDERED

| Date | Init. | Description | Hours |
|---|---|---|---|
| 01/05/15 | JSM | ASSET ANALYSIS AND RECOVERY: Trade emails with Ms Visconti re: mediation | 0.10 |
| 01/08/15 | KMS | ASSET ANALYSIS AND RECOVERY: Review docket to determine status of case and provide same to CDS | 0.10 |
| 01/08/15 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review response to demand letter accepting mediation offer | 0.50 |
| 01/09/15 | JSM | ASSET ANALYSIS AND RECOVERY: Emails with Ms. Visconti re: response to Federal's most recent correspondence, preparation for upcoming mediation | 0.20 |
| 01/09/15 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail regarding response to letter requesting information and preparation for mediation | 0.40 |
| 01/13/15 | KMS | ASSET ANALYSIS AND RECOVERY: Meeting with JSM and CDS re: ▇▇▇▇▇▇▇ | 0.10 |
| 01/13/15 | CDS | ASSET ANALYSIS AND RECOVERY: Office conference with JSM and KMS regarding ▇▇▇▇▇▇▇ | 0.10 |
| 01/13/15 | CDS | ASSET ANALYSIS AND RECOVERY: Draft e-mail to JSM regarding ▇▇▇▇▇▇▇ | 0.10 |
| 01/21/15 | JSM | ASSET ANALYSIS AND RECOVERY: Analyze letter from coverage counsel for carrier in order to discuss with CDS for mediation | 0.30 |
| 01/22/15 | JSM | ASSET ANALYSIS AND RECOVERY: Confer with CDS after review of letter from Federal's coverage counsel | 0.20 |
| 01/27/15 | JSM | ASSET ANALYSIS AND RECOVERY: Email from Ms. Visconti re: ▇▇▇▇▇▇▇ | 0.10 |
| 01/27/15 | CDS | ASSET ANALYSIS AND RECOVERY: Receive and review e-mail from Ms. Visconti regarding ▇▇▇▇▇▇▇ | 0.40 |
| 01/27/15 | CDS | ASSET ANALYSIS AND RECOVERY: Telephone conference with Ms. Visconti regarding ▇▇▇▇▇▇▇ | 0.70 |
| 01/27/15 | CDS | ASSET ANALYSIS AND RECOVERY: Life Insurance: Office conference with JSM regarding ▇▇▇▇▇▇▇ | 0.10 |
| 01/28/15 | JSM | ASSET ANALYSIS AND RECOVERY: Review revisions to letter to Mr. Noah re: Manners | 0.10 |
| 01/28/15 | CDS | ASSET ANALYSIS AND RECOVERY: Life Insurance: Review/analyze draft letter to | 1.30 |

carrier providing information prior to mediation; draft revisions to same; draft
e-mail to client regarding concerns with applicable law.

01/30/15     JSM     ASSET ANALYSIS AND RECOVERY: Confer with CDS regarding ███████████          0.10

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| Steklof, Cary D. | 3.60 | 265.00 | $954.00 |
| Mazer, Jason S. | 1.10 | 590.00 | $649.00 |
| Shaw, Kathleen M. | 0.20 | 235.00 | $47.00 |
| **Total fees for this matter** | **4.90  hrs.** | | **$1,650.00** |

## DISBURSEMENTS

| | |
|---|---|
| Photocopies | 91.95 |
| **Total disbursements for this matter** | **$91.95** |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $1,650.00 |
| TOTAL DISBURSEMENTS | $91.95 |
| **TOTAL CHARGES FOR THIS BILL** | **$1,741.95** |
| PLUS NET BALANCE FORWARD | $11,065.40 |
| **TOTAL BALANCE NOW DUE** | **$12,807.35** |

## BILLING HISTORY

| | Billed to Date | | Received to Date |
|---|---|---|---|
| Fees | $31,541.00 | Fees | $20,536.50 |
| Expenses | $435.89 | Expenses | $72.93 |