**DENNIS A. DAMIANO**

*5850 Canoga Avenue*
*SUITE 400*
*Woodland Hills, CA 91367*
*TEL: (818) 591-3811 Cell: (818) 633-8270*
*FAX: (818) 879-8405*

STATEMENT FOR SERVICES: CFTC v. HUNTER WWISE                    March 24, 2015


|  |  | Hours |
|---|---|---|
| **February** | | |
| 5. | Email from Attorney Jeff Gersh (JG) re: contact from Court Clerk requesting a Status Conference | .2 |
| 6. | Review email from Court Clerk re: Status Conference setting; forward email to Attorney Ken Murena (KM) for response | .4 |
| 9. | Email response from KM re: my availability for appearance at Status Conference; email to KM confirming my availability to attend | .3 |
| 13. | Email from Attorney Melanie Spencer (MS) re: Status Conference | .2 |
| 17. | Email from JG requesting to change time of Status Conference with a Stipulation; review Stipulation, sign and return to JG | .4 |
| 25. | Telephone Conference with KM and MS, review email of pleading in preparation of Status Conference | .8 |
| 26. | Appear at Status Conference | 3.0 |
| 26. | Telephone call to MS re: Status Conference orders | .2 |

|  |  |  |
|---|---|---|
| Total | 5.5 hours @ $265.00/hr | $1457.50 |
| Previous Balance from 12/1/14 | | $1007.00 |
| Total to Date Unpaid | | $2464.50 |

EXHIBIT E